# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **United States of America v. Teman**  Docket No.: **21-1920**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Nathaniel Z. Marmur**

Firm: **The Law Offices of Nathaniel Z. Marmur, PLLC**

Address: **500 Fifth Avenue, 40th Floor, New York, NY 10110**

Telephone: **212-257-4894**  Fax: **646-829-9519**

E-mail: **nmarmur@marmurlaw.com**

Appearance for: **Ari Teman Defendant-Appellant**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Alan S. Lewis** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **May 26, 2017** OR

☐ I applied for admission on _____ .

Signature of Counsel: **/s/ Nathaniel Z. Marmur**

Type or Print Name: **Nathaniel Z. Marmur**