# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 21-1920

**Caption [use short title]**

**Motion for:** Unopposed motion for extension of time within which to file opening brief and appendix

Set forth below precise, complete statement of relief sought:

Appellant Teman moves to extend until February 3, 2022 the deadline to file his opening brief and appendix. Appellant's brief is now due January 3, 2022.

**U.S.A. v. ARI TEMAN**

**MOVING PARTY:** Ari Teman                **OPPOSING PARTY:** U.S.A.

[ ] Plaintiff   [✓] Defendant
[✓] Appellant/Petitioner   [ ] Appellee/Respondent

**MOVING ATTORNEY:** Alan S. Lewis          **OPPOSING ATTORNEY:** Won Shin

[name of attorney, with firm, address, phone number and e-mail]

Carter Ledyard & Milburn LLP | U.S. Attorney's Office for the Southern District of New York
2 Wall Street, New York, NY 10005 | 1 Saint Andrews Plaza, New York, NY 10007
(917) 533-2524; lewis@clm.com | (212) 637-2200; won.shin@usdoj.gov

**Court- Judge/ Agency appealed from:** United States District Court for the Southern District of New York, Hon. Paul A. Engelmayer

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes   [ ] No (explain):____

Opposing counsel's position on motion:
[✓] Unopposed   [ ] Opposed   [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes   [✓] No   [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?   [ ] Yes [ ] No
Has this relief been previously sought in this court?   [ ] Yes [ ] No
Requested return date and explanation of emergency: ____

Is oral argument on motion requested?   [ ] Yes   [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   [ ] Yes   [✓] No   If yes, enter date:____

**Signature of Moving Attorney:**

/s/ Alan S. Lewis          **Date:** 12/13/2021          Service by: [✓] CM/ECF   [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---------------------------------------------------X
:
UNITED STATES OF AMERICA, :
 :
                          Appellee, :    Docket No. 21-1920
 :
  - against - :
 :
ARI TEMAN, :
 :
                          Appellant. :
---------------------------------------------------X

### UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE OPENING BRIEF AND APPENDIX

Pursuant to Federal Rule of Appellate Procedure 26 and this Court's Rule 27.1, Appellant Ari Teman hereby moves for a one-month extension of time within which to file his opening brief and appendix. If granted, the due date, currently January 3, 2022, would be extended to February 3, 2022.

1.    After trial in the United States District Court for the Southern District of New York, Appellant was convicted of two counts of Bank Fraud (18 U.S.C. § 1344) and two counts of Wire Fraud (18 U.S.C. § 1343). On July 28, 2021, Appellant was sentenced to concurrent terms of imprisonment of one year and one day, on each count. Appellant was granted bail pending appeal by Judge Engelmayer, who determined that the appeal raises a substantial question of law or

fact. Appellant remains at liberty, subject to the same conditions as had applied pre-trial.

2. Appellant seeks to extend the deadline to file his opening brief by one month, in order to ensure that appellate counsel has sufficient time to become familiar with the record and prepare the brief.

3. The record consists of the trial transcripts as well as a large number of orders issued after extensive motion practice. For example, Judge Engelmayer issued a 107-page Opinion and Order denying Appellant's post-trial motions. *See* ECF No. 138.

4. I was not involved in the proceedings below, having been retained on September 10, 2021. When I appeared, I substituted for Mr. Teman, who was then acting *pro se*, rather than for any existing counsel. Taking over the appeal from a *pro se* client has been a slower and less efficient process than as would ordinarily occur in the case of a substitution for existing counsel. The transfer has been complicated further by the fact that my law office remains closed due to the ongoing impact of the pandemic.

5. Between now and the current date of Appellant's opening brief, I have substantial professional obligations in other matters, including a reply brief due on December 16 in another court and a deadline for a proposed amicus brief in the

New York Court of Appeals. I will also be preparing for oral argument on January 4, 2022 in this Court in the matter of *Islay v. BGMP*, No. 21-1330.

6. The ongoing pandemic and its unpredictable vagaries have also impacted my personal and professional schedule. For example, when the original due date was set, I did not plan to travel during the upcoming holidays, but since then, because of the availability of vaccines for children and boosters for adults, my family is now planning a long-delayed holiday later this month. If the deadline is not extended, I would likely have to cancel my participation in our family travel plans.

7. There are no other appellants in this case and, thus, there will be no need for additional adjournments to accommodate other appellants.

8. AUSA Won Shin informed me that the government consents to this request and will not be filing a response to this motion. This is the first request made for this relief.

9. For these reasons, Appellant respectfully submits that the above-described facts, in combination, constitute extraordinary circumstances and requests that the time to perfect his appeal be extended from January 3, 2022 to February 3, 2022.

Dated: December 13, 2021
New York, New York

Respectfully submitted,

CARTER LEDYARD & MILBURN LLP

By:     */s/ Alan S. Lewis*
Alan S. Lewis
2 Wall Street
New York, NY 10005
Tel: (917) 533-2524
Email: lewis@clm.com

*Attorneys for Appellant Ari Teman*