## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

### MOTION INFORMATION STATEMENT

**Docket Number(s):** 21-1920

**Caption [use short title]**

**Motion for:** Unopposed motion for extension of time within which to file opening brief and appendix.

Set forth below precise, complete statement of relief sought:

Appellant Teman moves to extend until February 24, 2022 the deadline to file his opening brief and appendix. Appellant's brief is now due February 3, 2022.

**U.S.A. v. ARI TEMAN**

**MOVING PARTY:** Ari Teman  
**OPPOSING PARTY:** U.S.A.

[ ] Plaintiff   [✓] Defendant  
[✓] Appellant/Petitioner   [ ] Appellee/Respondent

**MOVING ATTORNEY:** Alan S. Lewis  
**OPPOSING ATTORNEY:** Won Shin

[name of attorney, with firm, address, phone number and e-mail]

Carter Ledyard & Milburn LLP  
2 Wall Street, New York, NY 10005  
(917) 533-2524

U.S. Attorney's Office for the Southern District of New York  
1 Saint Andrews Plaza, New York, NY 10007  
(212) 637-2200; won.shin@usdoj.gov

**Court- Judge/ Agency appealed from:** U.S.D.C., S.D.N.Y., Hon. Paul A. Engelmayer

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):  
[✓] Yes  [ ] No (explain): _____

Opposing counsel's position on motion:  
[✓] Unopposed  [ ] Opposed  [ ] Don't Know  
Does opposing counsel intend to file a response:  
[ ] Yes  [✓] No  [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**  
Has this request for relief been made below?  [ ] Yes  [ ] No  
Has this relief been previously sought in this court?  [ ] Yes  [ ] No  
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?   [ ] Yes  [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   [ ] Yes  [✓] No  If yes, enter date: _____

**Signature of Moving Attorney:**  
/s/ Alan S. Lewis   **Date:** 1/11/2022   Service by: [✓] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---------------------------------------------------X
:
UNITED STATES OF AMERICA,                          :
:
                     Appellee,     :   Docket No. 21-1920
:
  - against -                                     :
:
ARI TEMAN,                                         :
:
                     Appellant.    :
---------------------------------------------------X

**UNOPPOSED MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE OPENING BRIEF AND APPENDIX**

Pursuant to Federal Rule of Appellate Procedure 26 and this Court's Rule 27.1, Appellant Ari Teman hereby moves for a three-week extension of time within which to file his opening brief and appendix. If granted, the due date, currently February 3, 2022, would be extended to February 24, 2022.

1. After trial in the United States District Court for the Southern District of New York, Appellant was convicted of two counts of Bank Fraud (18 U.S.C. § 1344) and two counts of Wire Fraud (18 U.S.C. § 1343). On July 28, 2021, Appellant was sentenced to concurrent terms of imprisonment of one year and one day, on each count. Appellant was granted bail pending appeal by Judge Engelmayer, who determined that the appeal raises a substantial question of law or fact.

2. Appellant seeks to extend the deadline to file his opening brief by three weeks, in order to ensure that appellate counsel has sufficient time to become familiar with the record and prepare the brief.

3. This is Appellant's second motion for an extension of time. Among the circumstances that give rise to this request are the ongoing personal impacts of the public health crisis. Two of my school-aged children are not in school, and their presence at home for what is likely to be a period of several weeks has already required an unexpected amount of my time and attention. Second, one of my colleagues with whom I worked closely resigned at the end of last month to accept an in-house position, and her departure caused me to inherit some of her cases, some of which have near term deadlines. Between now and the current due date of Appellant's opening brief, I have substantial professional obligations in other matters, including a Wells submission and a state court appellate brief. Respectfully, these events, which I did not anticipate when requesting a due date for Appellant's Brief of February 3, constitute extraordinary circumstances and merit the granting of the requested three-week extension.

4. As set forth in our previous motion, the record is quite extensive.

5. I was not involved in the proceedings below, having been retained on September 10, 2021. When I appeared, I substituted for Mr. Teman, who was then acting *pro se*, rather than for any existing counsel. Taking over the appeal from a

2

*pro se* client has been a slower and less efficient process than as would ordinarily occur in the case of a substitution for existing counsel. The transfer has been complicated further by the fact that my law office remains closed due to the ongoing impact of the pandemic.

6. There are no other appellants in this case and, thus, there will be no need for additional adjournments to accommodate other appellants.

7. AUSA Won Shin informed me that the government consents to this request and will not be filing a response to this motion. This is the second request made for this relief.

8. For these reasons, Appellant respectfully requests that the time to perfect his appeal be extended from February 3, 2022 to February 24, 2022. If granted, Appellant does not intend to seek any further extensions.

Dated: January 11, 2022
New York, New York

Respectfully submitted,

CARTER LEDYARD & MILBURN LLP

By: /s/ Alan S. Lewis
Alan S. Lewis
2 Wall Street
New York, NY 10005
Tel: (917) 533-2524
Email: lewis@clm.com

*Attorneys for Appellant Ari Teman*

3