# 21-1920-cr

## United States Court of Appeals

*for the*

## Second Circuit

UNITED STATES OF AMERICA,

*Appellee,*

– v. –

ARI TEMAN, AKA Sealed Defendant 1,

*Defendant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**JOINT APPENDIX
Volume 9 of 11 (Pages A-1681 to A-1920)**

KEDAR S. BHATIA
WON S. SHIN
  *Assistant U.S. Attorney*
UNITED STATES ATTORNEY'S OFFICE
  SOUTHERN DISTRICT OF NEW YORK
*Attorneys for Appellee*
One Saint Andrew's Plaza
New York, New York 10007
(212) 637-2200

EDEN QUAINTON
QUAINTON LAW
*Attorneys for Defendant-Appellant*
2 Park Avenue, 20th Floor
New York, New York 10169
(212) 419-0575

i

## TABLE OF CONTENTS

**Page**

District Court Docket Entries ..................................... A-1

Complaint, filed June 20, 2019.................................. A-46.2

Notice of Appearance, dated August 27, 2019........... A-47

Indictment, filed September 26, 2019........................ A-49

Waiver of Appearance for Arraignment, dated
    October 14, 2019 .................................................. A-53

Transcript of Proceedings held before the
    Honorable Paul A. Engelmayer, dated
    October 21, 2019 .................................................. A-55

Supeseding Indictment, filed November 12, 2019 .... A-96.1

Transcript of Proceedings held before the
    Honorable Paul A. Engelmayer, dated November
    21, 2019 ................................................ A-96.7

Opinion and Order of the Honorable Paul A.
    Engelmayer, dated December 20, 2019 ................ A-97

Second Superseding Indictment, filed
    January 3, 2020....................................................... A-121

Defendant Teman's Requested Voir Dire Questions,
    filed January 6, 2020............................................. A-129

Excerpts of Transcript of Conference Proceedings
    held before the Honorable Paul A. Engelmayer,
    dated January 10, 2020 .......................................... A-137.1

Transcript of Conference Proceedings held before
    the Honorable Paul A. Engelmayer, dated
    January 10, 2020.................................................... A-137.6

Letter from Kedar S. Bhatia to the Honorable Paul
    A. Engelmayer, dated January 14, 2020 ............... A-137.96

ii

**Page**

Transcript of Trial Proceedings held before the
Honorable Paul A. Engelmayer, dated
January 21, 2020 ................................................... A-138

Transcript of Trial Proceedings held before the
Honorable Paul A. Engelmayer, dated
January 22, 2020 ................................................... A-265

Transcript of Trial Proceedings held before the
Honorable Paul A. Engelmayer, dated
January 23, 2020 ................................................... A-398

Transcript of Trial Proceedings held before the
Honorable Paul A. Engelmayer, dated
January 24, 2020 ................................................... A-672

Transcript of Trial Proceedings held before the
Honorable Paul A. Engelmayer, dated
January 27, 2020 ................................................... A-998

Transcript of Trial Proceedings held before the
Honorable Paul A. Engelmayer, dated
January 28, 2020 ................................................... A-1187

Transcript of Trial Proceedings held before the
Honorable Paul A. Engelmayer, dated
January 29, 2020 ................................................... A-1264

Verdict Sheet, dated January 29, 2020 ...................... A-1298.1

Order of the Honorable Paul A. Engelmayer, dated
January 29, 2020 ................................................... A-1299

Defendant's Motion for Judgment of Acquittal or in
the Alternative, Motion for New Trial, filed
February 26, 2020 ................................................ A-1437

Motion for New Trial Based on Undisclosed Brady
and Jencks Act Evidence, filed April 9, 2020 ....... A-1473

iii

**Page**

Exhibit A to Motion -
Excerpts of Transcript of Proceedings, dated
August 9, 2018.................................................... A-1498

Exhibit B to Motion -
Report of Violations of New York City's Housing
Maintenance Code ................................................ A-1512

Exhibit C to Motion -
Report of Violations of New York City's Housing
Maintenance Code ................................................ A-1513

Exhibit D to Motion -
HPD's Housing Maintenance Code Violations
User Guide ............................................................ A-1514

Exhibit E to Motion -
Report re: New York Civil Litigation – Joseph
Soleimani .............................................................. A-1548

Exhibit F to Motion -
Report re: New York Civil Litigation – Elie
Gabay .................................................................... A-1549

Exhibit G to Motion -
Glossary of Terms for Litigation Status Report
from HPD.............................................................. A-1550

Letter from Joseph A. DiRuzzo, III to the Honorable
Paul A. Engelmayer, dated April 9, 2020.............. A-1552

Letter from Kedar S. Bhatia, Assistant United States
Attorney to the Honorable Paul A. Engelmayer,
dated May 1, 2020 re: Trial Exhibits .................... A-1554

Government's Exhibits:

GX 101-
GateGuard Account Opening Documents ............. A-1555

GX 102 -
GateGuard Bank Statements.................................. A-1559

iv

**Page**

GX 103-
Friend or Fraud Account Opening Documents ...... A-1581

GX 104-
Friend or Fraud Bank Statements .......................... A-1585

GX 105-
Touchless Labs Account Opening Documents ...... A-1609

GX 106-
Touchless Labs Bank Statements........................... A-1613

GX 107 -
Ari Teman Account Opening Document................ A-1629

GX 108-
Ari Teman Bank Statements .................................. A-1631

GX 110-
April 19, 2019 2:37 PM Surveillance
Photographs ........................................................... A-1649

GX 111-
April 19, 2019 6:00 PM Surveillance
Photographs ........................................................... A-1652

GX 112-
May 8, 2019 3_04 PM Surveillance
Photographs ........................................................... A-1655

GX 113-
Bank Records Spreadsheet
(CD-Rom)* ............................................................. A-1657.1

GX 114 -
Returned Check Records ....................................... A-1658

GX 121 -
ABJ Lenox Account Opening Document .............. A-1660

---

* GX 113 is a Microsoft Excel file. CD-Rom with the Excel
spreadsheet provided to Court and Service parties.

v

**Page**

GX 122 -
ABJ Lenox Bank Statements .................................. A-1661

GX 123 -
ABJ Milano Account Opening Documents ........... A-1669

GX 124 -
ABJ Milano Bank Statements................................ A-1670

GX 127 -
May 2, 2019 Letter - ABJ Lenox ........................... A-1678

GX 129 -
May 2, 2019 Letter - ABJ Milano......................... A-1679

GX 130 -
ABJ Lenox Checks ................................................ A-1680

GX 131 -
ABJ Milano Checks .............................................. A-1682

GX 141 -
18 Mercer Account Opening Documents .............. A-1685

GX 142 -
18 Mercer Bank Statements.................................. A-1694

GX 143 -
April 4, 2018 Check from 18 Mercer Equity to
GateGuard............................................................ A-1699

GX 144 -
518 W 204 Account Opening Documents ............. A-1700

GX 145 -
518 W 204 Bank Statements................................. A-1707

GX 146 -
January 31, 2018 Check from 518 W 204 to
GateGuard............................................................ A-1725

vi

**Page**

GX 147 -
March 28, 2019 Check from 518 West 205 to
GateGuard .................................................. A-1726

GX 150 -
Affidavit ................................................... A-1727

GX 201 -
March 28, 2019 Check from Coney Realty to
GateGuard .................................................. A-1728

GX 202 -
March 28, 2019 Check from 18 Mercer Equity to
GateGuard .................................................. A-1729

GX 203 -
April 19, 2019 Check from 518 West 205 to
GateGuard .................................................. A-1730

GX 204 -
April 19, 2019 Check from ABJ Milano to
GateGuard .................................................. A-1733

GX 205 -
April 19, 2019 Check from ABJ Lennox to
GateGuard .................................................. A-1739

GX 206 -
April 19, 2019 GateGuard Counter Deposit .......... A-1757

GX 401 -
September 9, 2017 E-mail - 'We're Live' ............. A-1758

GX 402 -
November 6, 2017 E-mail - 'Current Issues' ......... A-1760

GX 403 -
March 9, 2018 E-mail - 'Ending GateGuard' ........ A-1761

GX 404 -
May 7, 2018 E-mail - 'All Communication in
Writing' ................................................... A-1762

vii

**Page**

GX 405 -
May 22, 2018 E-mail - 'GateGuard' ...................... A-1763

GX 406 -
August 26, 2018 E-mail - 'Dispute on Charge...' .. A-1765

GX 407 -
September 18, 2018 E-mail - 'Sublet Spy Hits...' . A-1767

GX 408 -
December 14, 2018 E-mail - 'Notice of Intent' ..... A-1773

GX 409 -
June 14, 2019 GateGuard Invoice ......................... A-1775

GX 409A -
Invoices (1) ............................................. A-1777

GX 409B -
Invoices (2) ............................................. A-1785

GX 409C -
Conversation between Teman and Soleimani ........ A-1786

GX 412 -
January 1, 2018 E-mail - 'Tenant Ana Esterg' ....... A-1787

GX 413 -
January 19, 2018 E-mail - 'Invoice Sent' .............. A-1788

GX 414 -
January 24, 2018 E-mail - 'Form for the 10
Buildings' ............................................. A-1791

GX 415 -
March 25, 2018 E-mail - 'Invoice for 20
Buildings' ............................................. A-1795

GX 416 -
March 26, 2018 E-mail - 'Invoice for 20
Buildings' (1) ....................................... A-1815

viii

**Page**

GX 417 -
March 26, 2018 E-mail - 'Invoice for 20
Buildings' (2) .......................................................... A-1820

GX 418 -
March 27, 2018 E-mail - 'Proof it's Your...' .......... A-1829

GX 431 -
April 4, 2018 E-mail - 'Invoice' ............................ A-1831

GX 441 -
GateGuard Terms and Conditions.......................... A-1834

GX 442 -
April 2, 2018 E-mail - 'References' ...................... A-1856

GX 443 -
January 7, 2019 E-mail - 'Contract' ...................... A-1862

GX 501 -
Bank Records Stipulation ...................................... A-1868

GX 702 -
January 2, 2019 WhatsApp Messages ................... A-1872

GX 704 -
April 2, 2019 WhatsApp Messages ...................... A-1874

GX 727 -
April 2, 2019 Whatsapp Messages (2)................... A-1875

GX 728 -
April 3, 2019 Whatsapp Messages ........................ A-1876

GX 729 -
April 10, 2019 WhatsApp Messages ..................... A-1877

Defense Exhibits:

DX 2 -
Payment Terms (1/27/2019)................................... A-1880

DX 14 -
October 11, 2018 E-mail – 'ABJ Properties'......... A-1887

ix

**Page**

DX 15 -
October 22, 2018 E-mail - 'SubletSpy hits' .......... A-1889

DX 16 -
'Notice of Hold' ...................................................... A-1892

DX 29 -
Affidavit .................................................................. A-1893

DX 36 -
March 28, 2018 E-mail – 'Invoice for 20
Buildings' ............................................................... A-1894

DX 49 -
Declaration ............................................................. A-1902

DX 51 -
Chase Information Request ..................................... A-1903

DX 52 -
Chase Information Request ..................................... A-1904

DC 62 -
March 9, 2018 E-mail Correspondence ................. A-1928

DX 70 -
GateGuard Logs ...................................................... A-1930

DX 71 -
May 22, 2018 E-mail – 'Re: Gateguard' ............... A-1932

Order of the Honorable Paul A. Engelmayer, dated
May 6, 2020 ........................................................... A-1933

Letter from Joseph A. DiRuzzo, III to the Honorable
Paul A. Engelmayer, dated May 8, 2020 ............... A-1935

Opinion and Order of the Honorable Paul A.
Engelmayer, dated June 5, 2020 ........................... A-1937

Letter from Joseph A. DiRuzzo, III to the Honorable
Paul A. Engelmayer, dated June 29, 2020 ............. A-2044

**x**

|  | **Page** |
|---|---|
| Sentencing Memorandum and Motion for Downward Variance, filed July 7, 2020 | A-2045 |
| Exhibit 1 to Sentencing Memorandum - Letter from Dr. Rami Cohen, M.D to the Honorable Paul A. Engelmayer, dated June 29, 2020 | A-2070 |
| Exhibit 2 to Sentencing Memorandum - Letter from Juhan Sonin to the Honorable Paul A. Engelmayer, dated July 6, 2020 | A-2074 |
| Exhibit 3 to Sentencing Memorandum - Letter from Jeffrey Katz to the Honorable Paul A. Engelmayer | A-2076 |
| Exhibit 4 to Sentencing Memorandum - Letter from Oliver Josephs t to the Honorable Paul A. Engelmayer, dated June 6, 2020 | A-2077 |
| Exhibit 5 to Sentencing Memorandum - Letter from Thomas Orosz to the Honorable Paul A. Engelmayer | A-2079 |
| Exhibit 6 to Sentencing Memorandum - Letter from David Diwby to the Honorable Paul A. Engelmayer | A-2080 |
| Exhibit 7 to Sentencing Memorandum - Letter from Nachum Klar to the Honorable Paul A. Engelmayer, dated July 6, 2020 | A-2082 |
| Exhibit 8 to Sentencing Memorandum - Letter from Anthony Zachariadis to the Honorable Paul A. Engelmayer, dated July 6, 2020 | A-2084 |
| Exhibit 9 to Sentencing Memorandum - eJewish Philanthrophy- Coverage of Teman's Award | A-2085 |

xi

**Page**

Exhibit 10 to Sentencing Memorandum - HarvardX Verified Certificate of Achievement, issued May 11, 2020 ............................................... A-2094

Exhibit 11 to Sentencing Memorandum - Letter from Avi Ganz to the Honorable Paul A. Engelmayer, dated July 7, 2020 ............................ A-2095

Exhibit 12 to Sentencing Memorandum - Letter from Steven Oved to the Honorable Paul A. Engelmayer, dated June 15, 2020 ..................... A-2098

Exhibit 13 to Sentencing Memorandum - Letter from Rabbi Chaim Lipskar to the Honorable Paul A. Engelmayer, dated July 7, 2020 ............................................................. A-2099

Exhibit 14 to Sentencing Memorandum - Letter from Jonathan Lubin to the Honorable Paul A. Engelmayer ................................................. A-2101

Exhibit 15 to Sentencing Memorandum - Letter from Talia Reiss to the Honorable Paul A. Engelmayer ............................................................. A-2103

Exhibit 16 to Sentencing Memorandum - Letter from Rivka Korf to the Honorable Paul A. Engelmayer ............................................................. A-2104

Exhibit 17 to Sentencing Memorandum - Letter from Russell DiBona to the Honorable Paul A. Engelmayer ................................................. A-2105

Letter from Justin K. Gelfand to the Honorable Paul A. Engelmayer, dated September 8, 2020 .............. A-2107

Appearance of Counsel, dated November 2, 2020 .... A-2108.1

Letter from Justin Harris to the Honorable Paul Engelmayer, dated November 2, 2020 ................... A-2108.2

xii

**Page**

Exhibit B to Letter -
Letter from Justine A. Harris to Kedar Bhatia and
Edward A. Imperatore, dated October 23, 2020 .... A-2108.6

Exhibit C to Letter -
Letter from Kedar S. Bhatia to Justine A. Harris,
dated October 29, 2020 ......................................... A-2108.9

Order of the Honorable Paul A. Engelmayer, dated
November 19, 2020 ................................................ A-2109

Letter from Justine Harris to the Honorable Paul A.
Engelmayer, dated November 20, 2020 ................. A-2111

Letter from Justine Harris to the Honorable Paul A.
Engelmayer, dated November 30, 2020 ................. A-2113

Letter from Audrey Strauss to the Honorable Paul
A. Engelmayer, dated November 30, 2020 ............ A-2114

Transcript of Remote Conference Proceedings held
before the Honorable Paul A. Engelmayer, dated
December 1, 2020 ................................................. A-2116

Order of the Honorable Paul A. Engelmayer, dated
January 28, 2021 ................................................... A-2170

Letter Motion from Audrey Strauss to the
Honorable Paul A. Engelmayer, dated
April 23, 2021 ...................................................... A-2173

Exhibit A to Letter -
Proposed Order of Restitution ............................... A-2181

Exhibit B to Letter -
Proposed Preliminary Order of Forfeiture/Money
Judgment .............................................................. A-2185

Exhibit C to Letter -
Document - Finocchiaro 3503-19 ......................... A-2189

Exhibit D to Letter -
Revised Document - Finocchiaro 3503-19 ............ A-2190

xiii

**Page**

Exhibit E to Letter -
Affidavit of Karen Finocchiaro, dated
April 2, 2021 ........................................................  A-2191

Letter from Andrew J. Frisch to the Honorable Paul
A. Engelmayer, dated April 23, 2021 ....................  A-2195.1

Attachment to Letter -
*Curriculum Vitae* of Richard M. Fraher .................  A-2195.3

Letter Motion to Vacate Conviction from Andrew J.
Frisch to the Honorable Paul A. Engelmayer,
dated April 28, 2021 ...............................................  A-2196

Exhibit A to Letter Motion -
Document - Finocchiaro 3503-19 .........................  A-2211

Exhibit B to Letter Motion -
Revised Document - Finocchiaro 3503-19 ............  A-2213

Exhibit C to Letter Motion -
E-mail Correspondence, dated
November 30, 2020 ...............................................  A-2215

Exhibit D to Letter Motion -
E-mail Correspondence, dated March 10, 2021 ....  A-2217

Exhibit E to Letter Motion -
E-mail Correspondence, dated March 12, 2021 ....  A-2219

Exhibit F to Letter Motion -
Copies of Various Cashier's Checks .....................  A-2221

Order of the Honorable Paul A. Engelmayer, dated
May 5, 2021 ..........................................................  A-2223

Letter from Andrew J. Frisch to Kedar Bhatia, dated
May 12, 2021 ........................................................  A-2225

Annexed to Letter -
Declaration of Richard M. Fraher, executed
May 11, 2021 ........................................................  A-2226

xiv

**Page**

Letter from Audrey Strauss to the Honorable Paul
A. Engelmayer, dated June 9, 2021 ...................... A-2236

Letter from Andrew J. Frisch to the Honorable Paul
A. Engelmayer, dated June 14, 2021 .................... A-2246.1

Letter from Audrey Strauss to the Honorable Paul
A. Engelmayer, dated June 29, 2021 .................... A-2246.4

Transcript of Conference Proceedings held before
the Honorable Paul A. Engelmayer, dated
July 9, 2021............................................................ A-2247

Sentencing Submission Letter from Susan G.
Kellman to the Honorable Paul A. Engelmayer,
dated July 16, 2021 ................................................ A-2315

Transcript of Sentencing Proceedings held before
the Honorable Paul A. Engelmayer, dated
July 28, 2021.......................................................... A-2333

Notice of Appeal, dated August 2, 2021 .................... A-2458

Letter Motion from Ari Teman to the Honorable
Paul A. Engelmayer, dated March 3, 2022 ........... A-2459

Letter Motion from Ari Teman to the Honorable
Paul A. Engelmayer, dated April 12, 2022............. A-2462

Order of the Honorable Paul A. Engelmayer, dated
April 13, 2022........................................................ A-2463

Letter Motion from Ari Teman to the Honorable
Paul A. Engelmayer, dated April 13, 2022............. A-2465

Letter from Eden P. Quainton to the Honorable Paul
A. Engelmayer, dated April 13, 2022 .................... A-2467

Notice of Appearance, filed April 13, 2022 ............... A-2469

Letter Motion from Ari B. Teman to the Honorable
Paul A. Engelmayer, dated April 14, 2022............. A-2470

xv

**Page**

Order of the Honorable Paul A. Engelmayer, dated
April 15, 2022.......................................................... A-2473

Emergency Letter Motion from Ari B. Teman to the
Honorable Paul A. Engelmayer, dated April 20,
2022 ......................................................................... A-2476

Order of the Honorable Paul A. Engelmayer, dated
April 20, 2022.......................................................... A-2479

Emergency Letter Motion from Ari B. Teman to the
Honorable Paul A. Engelmayer, dated April 20,
2022 ......................................................................... A-2481

Letter from Kedar S. Bhatia, Asst. United States
Attorney to the Honorable Paul A. Engelmayer,
dated April 21, 2022 ............................................... A-2482

Order of the Honorable Paul A. Engelmayer, dated
April 21, 2022.......................................................... A-2483

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND VOID PANTOGRAPH. SEE BACK FOR COMPLETE LIST OF SECURITY FEATURES INCLUDED ON THIS CHECK.

ABJ Lenox, LLC.
347 Pleasant Avenue
Suite 1A
New York, NY 10035

JP Morgan Chase Bank N.A
349 Fifth Avenue
New York, NY 10016

1132

Date: 03/10/2017

Pay to the order of: GATEGUARD INC.

This amount: **** FIVE THOUSAND, TWO HUNDRED TWENTY-NINE AND 00/100 DOLLARS $5,229.00

Gateguard Inc.
106 W. 32nd Street
2D15
New York, NY 10001

MEMO New Intercom

⑈1132⑈ ⑆021000021⑆ 833579100⑈

THIS CHECK IS VOID IF THE FOLLOWING SECURITY FEATURES ARE NOT PRESENT

1. THE BACKGROUND ON THE FACE OF THE CHECK HAS (2) DIFFERENT VOID PANTOGRAPHS WHICH SHOW THE WORD 'VOID' IF COPIED
2. ON THE FACE OF THIS CHECK, A SECURITY LOCK ICON APPEARS IN THERMOCHROMIC INK. IN ADDITION, ON THE BACK OF THIS CHECK, THE DOCUMENT SECURITY WORDING APPEARS IN THERMOCHROMIC INK - BOTH OF WHICH WILL FADE WHEN TOUCHED OR BREATHED ON.
3. ON THE BACK, THE TECH CHECKS LOGO IS PRINTED IN COIN REACTIVE INK AND WILL APPEAR WHEN RUBBED WITH THE EDGE OF A COIN
4. THE BACK OF THIS CHECK HAS AN ARTIFICIAL TECH CHECKS WATERMARK WHICH MAY BE SEEN BY HOLDING THIS CHECK AT AN ANGLE
5. BORDERS ON THE FACE AND THE BACK OF CHECK ARE MICRO-PRINTED. LOOK UNDER MAGNIFICATION FOR TECH CHECKS WORDING

Seq: 234
Batch: 130563
Date: 03/13/17

BAT:130563 CC:4870060093
BC:Herald Center BC NYS-143

DO NOT WRITE, STAMP OR SIGN BELOW - RESERVED FOR FINANCIAL INSTITUTION USE





THIS CHECK IS VOID WITHOUT A COLORED BORDER AND VOID PANTOGRAPH. SEE BACK FOR COMPLETE LIST OF SECURITY FEATURES INCLUDED ON THIS CHECK.

ABJ Milano, LLC
347 Pleasant Avenue
Suite 1A
New York, NY 10035

JP Morgan Chase Bank, N.A
349 Fifth Avenue
New York, NY 10016

1133

Date: 04/28/2017

Pay to the order of: GATEGUARD INC.

This amount: **** SIX THOUSAND, FIVE HUNDRED TEN AND 00/100 DOLLARS $6,510.00

Gateguard Inc.
106 W. 32nd Street
2D15
New York, NY 10001

MEMO New intercom

⑈1133⑈ ⑆021000021⑆ 782121672⑈

THIS CHECK IS VOID IF THE FOLLOWING SECURITY FEATURES ARE NOT PRESENT.

1. THE BACKGROUND ON THE FACE OF THE CHECK HAS (2) DIFFERENT VOID PANTOGRAPHS WHICH SHOW THE WORD 'VOID' IF COPIED
2. ON THE FACE OF THIS CHECK, A SECURITY LOCK ICON APPEARS IN THERMOCHROMIC INK. IN ADDITION, ON THE BACK OF THIS CHECK, THE DOCUMENT SECURITY WORDING APPEARS IN THERMOCHROMIC INK. BOTH OF WHICH WILL FADE WHEN TOUCHED OR BREATHED ON
3. ON THE BACK, THE TECH CHECKS LOGO IS PRINTED IN COIN REACTIVE INK AND WILL APPEAR WHEN RUBBED WITH THE EDGE OF A COIN.
4. THE BACK OF THIS CHECK HAS AN ARTIFICIAL TECH CHECKS WATERMARK WHICH MAY BE SEEN BY HOLDING THIS CHECK AT AN ANGLE
5. BORDERS ON THE FACE AND THE BACK OF CHECK ARE MICRO PRINTED LOOK UNDER MAGNIFICATION FOR TECH CHECKS WORDING.

Seq:00182 05/01/17
BAT:694499 CC:48700060093
WT:01 LTPS:Jacksonville
BC:Harald Center BC NYS-149

Seq: 182
Batch: 694499
Date: 05/01/17

DO NOT WRITE STAMP OR SIGN BELOW • RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

GOVERNMENT EXHIBIT 131
19 Cr. 696 (PAE)





THIS CHECK IS VOID WITHOUT A COLORED BACKGROUND AND SECURE DOCUMENT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

1271

ABJ Milano, LLC.
347 Pleasant Avenue
Suite 1A
New York, NY 10035

JP Morgan Chase Bank, N.A
349 Fifth Avenue
New York, NY 10016

Date: 10/19/2017

Pay to the order of: GATEGUARD INC.

This amount: **** ONE THOUSAND, SEVEN HUNDRED FORTY-THREE AND 00/100 DOLLARS $1,743.00

Gateguard Inc.
106 W. 32nd Street
2D15
New York, NY 10001

MEMO gqxyz abj 1 6b

⑈1271⑈ ⑆021000021⑆ 782121672⑈

**THIS CHECK CONTAINS THE SECURITY FEATURES LISTED BELOW AND EXCEED INDUSTRY STANDARDS**

1. Microprint - The border on the face of this check and surrounding the endorsement area on the back of this check has lines that are formed by words printed as microprint that appear as a solid line or pattern.
2. Watermarks - The back of this check has "Secure Document" watermarks which may be seen by holding the check at an angle.
3. Warning Band - The Warning Band is a thick band across the top of this check with a printed message regarding its security features.
4. Thermochromic Secure Document Seal - This check has a secure document seal in the endorsement area that is printed with thermochromic ink which will fade when rubbed.
5. Diagonal Dimensional Pocket - The back of this check has a pattern of diagonal lines. This is intended to deter counterfeiters in altering the check by using a cut and paste method
6. Void Pantograph - The words VOID may appear when check is copied

TO VIEW WATERMARKS HOLD AT AN ANGLE OR UNDER BLACKLIGHT.

ENDORSE HERE

DO NOT WRITE, STAMP, OR SIGN BELOW - RESERVED FOR FINANCIAL INSTITUTION USE

Case 21-1920, Document 86, 05/25/2022, 3321502, Page20 of 256

A-1685

## Signature Bank
## Business Profile and Account Application

This application allows you to open (up to four accounts) provided the accounts are open to the same.

### Section 1. Business Client Profile

**Business Formation:**
☐ Corporation  ☐ LP  ☐ LP  ☐ LLC ___ (Please enter tax classification: C= Corporation, S= S Corporation, P= Partnership)
☐ Partnership  ☐ Unincorp. Association  ☐ Sole Prop. ☐ Trust  ☐ Other: ___
State: _NY_  Date Est: _3/6/15_ • Publicly Traded Exchange: ___ Symbol ___ (or Parent Company's)

Account Title: Crystal Real Estate Management, Inc

Business Address: 534 9th Avenue        Room/Floor No. D3        No. Of Years At Address >1 YR
(cannot be P.O. Box)
City  New York        State: New York        Zip  10018

Telephone No.  917-579-0649        Fax No.

Primary Contact: _Gina Won_        Relationship To Business,        Direct Phone Number
                                    _Vice President / SEC_

Direct Email Address

                        Source of Initial Deposit: _Signature Bank / management fees_

EIN/SSN No.        Signature/Insurance:  _management fee_

Industry: ☐ Real Estate Owners  ☐ Real Estate - Third Party Mgmt  ☐ Intermediary/Business Managers  ☐ Law Firm
☐ Accounting/CPA Firm  ☐ Non-profit  ☐ Financial Co. - Type of Financial Co:
☐ Precious Metals, Gems, Stones  ☐ Professionals  ☐ Other: ___  ☒ Other: REAL ESTATE - THIRD PARTY MGMT
Detail Description: ☐ Retail  ☐ Wholesale  ☐ Retail & Wholesale  ☐ Licensed Industry  ☐ Capital Firm

Provide a detailed description of the business including products and services offered:
_Real estate - third party management_

List all foreign countries in which the client or its parent/subsidiary conducts business: N/A

### Section 1(a). Taxpayer Identification Number Certification

**TAXPAYER IDENTIFICATION NUMBER CERTIFICATION** - For US Businesses Only - FOREIGN BUSINESSES SHOULD NOT COMPLETE THIS SECTION, DO NOT COMPLETE AND SIGN THIS FORM UNLESS YOU HAVE ADDED YOUR CORRECT TAXPAYER IDENTIFICATION NUMBER IN THE CERTIFICATION.

By signing below, I hereby certify under penalties of perjury that: (1) The TIN/SSN number shown on this form is my correct tax identification number... (2) I am not subject to backup withholding... (3) I am a U.S. person (including a U.S. resident alien).

_[fine print certification text]_

Print Name: _Gina Won_        Authorized Signature: _[signature]_        Date  _6/23/15_

### Section 1(b). Signature Use Only - Attestation

Client is: ☐ New/Walk-in ☐ Existing relationship 12 month(s) or less  ☒ Existing relationship greater than 12 month(s)
☐ Identified/Referred by: ___        ☐ Other: ___

Client Systems  ☒ Completed  ☐ On File        Site Visit  ☒ Completed  ☐ On File
OFAC          ☒ Completed  ☐ On File        Telephone Verification  ☒ Completed  ☐ On File
I.D.          ☒ Attached  ☐ On File

Does this account require prior approval before establishing? ☐ Yes ☒ No  Reason.

By signing below, I acknowledge that the client has been given Signature's Business Account Agreements & Disclosures booklet and all information provided is site applicable, and he/she/other documents provided to Signature is complete with this application, is accurate and current.

_Suzanne Kerno_        _[signature]_        _583_        _6/24/15_
Account Officer Name                                              Date

_0215700_
KM Number (bank use only):

**Signature Bank 1**

FOIA Confidential Treatment Requested by Signature Bank

GOVERNMENT
EXHIBIT
141
19 Cr. 696 (PAE)

SDNY_001098

SDNY_001098

A-1686

## Section 1(c). Signers/Beneficial Owners (Over 20%)

Note: Non-Card owners with a 20% or greater interest are required to be listed below.
A copy of a valid photo ID is required for all lined. All the names listed will be verified by Chex System.

**1**  Name  Jackie line Monzon
Check all that apply: ☒ Officer  ☒ Signer  X Beneficial Owner
Title/Role  President  % Ownership  50  ☐ Non-Resident Alien
☒ US Citizen  ☐ US Resident Alien
Home Address: 584 9th Ave  AurC4  NY NY 10018
If yes, please specify.
Are you now or have you ever been a Foreign Public Official or at an elected official higher such an official?  ☐ Yes  ☒ No

Bank Use Only
RM Number  0199791

SSF  ID # 190 984 011  Date of Birth  5/23/73
ID Type X Driver License ☐ Non-Driver License ☐ Passport ☐ Other  Exp. Date  5/23/23
State or Country of ID issuance:  NY

☒ Completed  ☐ On File
☒ Reviewed  ☐ On File
☐ Attached  ☐ On File

**2**  Name  Gina Horn
Check all that apply: ☒ Officer  X Signer  X Beneficial Owner
Title/Role  Vice-President  /50  % Ownership  50
☒ US Citizen  ☐ US Resident Alien
Home Address  55-14 38 Ave  Woodside  NY 11377
Are you now or have you ever been a Foreign Public Official or at an elected official higher such an official?  ☐ Yes  ☒ No
If yes, please specify.

Bank Use Only
RM Number  0012059

SSF  ID # 857 004-338  Date of Birth  11/8/62
ID Type X Driver License ☐ Non-Driver License ☐ Passport ☐ Other  Exp. Date  11/8/17
State or Country of ID issuance:  NY

☒ Completed  ☐ On File
☒ Reviewed  ☐ On File
☐ Attached  ☐ On File

**3**  Name
Check all that apply:  ☐ Officer  ☐ Signer  ☐ Beneficial Owner
Title/Role  % Ownership
☐ US Citizen  ☐ US Resident Alien  ☐ Non-Resident Alien
Home Address
Are you now or have you ever been a Foreign Public Official or at an elected official higher such an official?  ☐ Yes  ☐ No
If yes, please specify.

Bank Use Only
RM Number

SSF  ID #  Date of Birth
ID Type ☐ Driver License ☐ Non-Driver License ☐ Passport ☐ Other  Exp. Date
State or Country of ID issuance:

☐ Completed  ☐ On File
☐ Completed  ☐ On File
☐ Attached  ☐ On File

**4**  Name
Check all that apply:  ☐ Officer  ☐ Signer  ☐ Beneficial Owner
Title/Role  % Ownership
☐ US Citizen  ☐ US Resident Alien  ☐ Non-Resident Alien
Home Address
Are you now or have you ever been a Foreign Public Official or at an elected official higher such an official?  ☐ Yes  ☐ No
If yes, please specify.

Bank Use Only
RM Number  0215100

SSF  ID #  Date of Birth
ID Type ☐ Driver License ☐ Non-Driver License ☐ Passport ☐ Other  Exp. Date
State or Country of ID issuance:

☐ Completed  ☐ On File
☐ Completed  ☐ On File
☐ Attached  ☐ On File

Signature Bank 2

FOIA Confidential Treatment Requested by Signature Bank

SDNY_001099

A-1687

Signature Bank **D of 00000-PAE** **Document 128-21** **Filed 05/01/20** **Page 3 of 9**

# Business Profile and Account Application

This application allows you to open up to four accounts provided the account ownership is the same.

## Section 1. Business Client Profile

**Business Formation:**
☑ Corporation  ☐ LP  ☐ LLP  ☐ LLC ___ (Please enter tax classification: C= Corporation, S= S Corporation, P= Partnership)
☐ Partnership  ☐ Unincorp. Association  ☐ Sole Prop.  ☐ Other:___
State N.Y. Date Est. 1982 Publicly Traded: Exchange___ Symbol:___ (or Parent Company's)

Account Title **18 MERCER EQUITY INC.,** Crystal Real Estate Mom'T Inc., Agent
(cannot be P.O. Box)

Business Address **18 MERCER STREET**                                    Room/Floor No.

City **NEW YORK**                                    State **NEW YORK**                     Zip **10013**

Telephone No. **646-569-5574**                     Fax No.

Primary Contact                                    Relationship To Business          Direct Phone Number
**GINA HOM**                                        Authorized Signer                 **646-574-5681**

Direct Email Address **GINA@CRYSTALRMI.COM**

EIN/SSN No.  1  3  3  1  3  5  3  6  6  6  Source of Initial Deposit  Trans f of Room Co.  Source of Revenue Rents

Industry: ☐ Real Estate Owners  ☐ Real Estate - Third Party Mgmt  ☐ Intermediary/Business Managers  ☐ Law Firm
☐ Accounting/CPA Firm  ☐ Non-for-profit  ☐ Financial Co. - Type of Financial Co.:___
☐ Precious Metals, Gems, Stones  ☐ Producer/Mnrs  ☐ Other:___

Detail Description: ☐ Retail  ☐ Wholesale  ☐ Retail & Wholesale  ☐ Service Industry  ☐ Capital Raise  ☐ Other:___

Provide a detailed description of the business including products and services offered:
Real Estate Management Co. to manage the property located AT
18 Mercer St Newyork New York.

List all foreign countries in which the client or its parent/subsidiary conducts business: ☐ N/A

## Section 1(a). Taxpayer Identification Number Certification

**TAXPAYER IDENTIFICATION NUMBER CERTIFICATION – FOR US BUSINESS ONLY. FOREIGN BUSINESS SHOULD NOT COMPLETE THIS SECTION, BUT MUST COMPLETE AND SIGN THE APPLICABLE W-8 FORM, WHICH IS W-8BEN, W-8ECI, W-8EXP, or W-8IMY.**

**IRS BACKUP REPORT FROM FATCA REPORTING. PLEASE COMPLETE W-9 2014 INSTEAD OF THIS TIN CERTIFICATION.**
By signing below, I hereby certify under penalties of perjury that (1) The TIN/SSN number shown on this form is my correct taxpayer identification number, (2) I am not subject to backup withholding, because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. person (including a U.S. Resident Alien, Partnership, Corporation, or Association organized in the US or under US law, a U.S. estate and domestic trust as defined in 26 CFR 301.7701-7). Certification Instructions: You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and/or dividends on your tax return. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

**Bonnie Soon-Osberger** _____ Authorized Signature _____ Date 11/30 2017

Print Name

## Section 1(b). Signature Use Only - Attestation

Client is: ☐ New/Walk-in  ☐ Existing relationship 12 months or less  ☑ Existing relationship greater than 12 months
☐ New/Referral (Referred by:___)  ☐ Other:___

Chex Systems  ☒ Completed  ☐ On File        Site Visit  ☐ Completed  ☐ On File
OFAC          ☒ Completed  ☐ On File        Telephone Verification  ☒ Completed  ☐ On File

Does this account require prior approval before establishing? ☐ Yes  ☐ No  Reason:___

By signing below, I acknowledge that the client has been given Signature's Business Account Agreements & Disclosures booklet and all information provided in this application, and in all other documents provided to Signature in connection with this application, is accurate and current.

Brendan Ferrari _____ Account Officer Signature                        SZD  PCG

Account Officer Name

RM Number (bank use only):  0  2  6  9  6 Signature Bank 3

**FOIA Confidential Treatment Requested by Signature Bank**


200303-0217

SDNY_001100

A-1688

Case 1:19-cr-00696-PAE Document 128-21 Filed 05/01/20 Page 4 of 9
## Section 1(c). Signers/Beneficial Owners

Note: Beneficial owners owning 25% or greater of a US formed business (10% or greater for non-US formed businesses) are required to be listed below.
A copy of a valid photo ID is required for all listed. All the names listed will be verified by Chex Systems.

**1**  Name  Jackeline Moreton

Check all that apply:  ☐ Officer  ☒ Signer  ☐ Beneficial Owner    SS#                                  Date of Birth 5/26/93

Title/Role  Authorized Signer    % Ownership    ID # 490 4230 011    Exp. Date 5/23/23

☒ US Citizen  ☐ US Resident Alien  ☐ Non-Resident Alien    ID Type ☒ Driver's License ☐ Non-Driver's License ☐ Passport ☐ Other

Home Address 534 9th Ave  C 4, N Y  N Y  10018    State or Country of ID Issuance  N Y

Are you now or have you ever been a Foreign Public Official or an immediate family member of an individual holding such an office?  ☐ Yes  ☒ No

If yes, please specify:

**Bank Use Only**

RM Number  0 1  9 9 7 9 1

| | | |
|---|---|---|
| Chex Systems | ☐ Completed | ☒ On File |
| OFAC | ☐ Completed | ☐ On File |
| ID | ☐ Attached | ☒ On File |

**2**  Name  Gina Horn    SS#                                  Date of Birth 11/8/02

Check all that apply:  ☐ Officer  ☒ Signer  ☐ Beneficial Owner    ID # 460039347    Exp. Date 9/7/19

Title/Role Authorized Signer    % Ownership    ID Type ☐ Driver's License ☐ Non-Driver's License ☒ Passport ☐ Other

☒ US Citizen  ☐ US Resident Alien  ☐ Non-Resident Alien    State or Country of ID Issuance USA

Home Address 55-14 31 Ave  Woodside NY  11377

Are you now or have you ever been a Foreign Public Official or an immediate family member of an individual holding such an office?  ☐ Yes  ☒ No

If yes, please specify:

**Bank Use Only**

RM Number  0 0 1 2 0 5 9

| | | |
|---|---|---|
| Chex Systems | ☐ Completed | ☒ On File |
| OFAC | ☐ Completed | ☒ On File |
| ID | ☒ Attached | ☐ On File |

**3**  Name                                  SS#                                  Date of Birth

Check all that apply:  ☐ Officer  ☐ Signer  ☐ Beneficial Owner    ID #                                  Exp. Date

Title/Role    % Ownership    ID Type ☐ Driver's License ☐ Non-Driver's License ☐ Passport ☐ Other

☐ US Citizen  ☐ US Resident Alien  ☐ Non-Resident Alien    State or Country of ID Issuance

Home Address

Are you now or have you ever been a Foreign Public Official or an immediate family member of an individual holding such an office?  ☐ Yes  ☐ No

If yes, please specify:

**Bank Use Only**

RM Number

| | | |
|---|---|---|
| Chex Systems | ☐ Completed | ☐ On File |
| OFAC | ☐ Completed | ☐ On File |
| ID | ☐ Attached | ☐ On File |

**4**  Name                                  SS#                                  Date of Birth

Check all that apply:  ☐ Officer  ☐ Signer  ☐ Beneficial Owner    ID #                                  Exp. Date

Title/Role    US Resident Alien    % Ownership    ID Type ☐ Driver's License ☐ Non-Driver's License ☐ Passport ☐ Other

☐ US Citizen    ☐ Non-Resident Alien    State or Country of ID Issuance

Home Address

Are you now or have you ever been a Foreign Public Official or an immediate family member of an individual holding such an office?  ☐ Yes  ☐ No

If yes, please specify:

**Bank Use Only**

RM Number

| | | |
|---|---|---|
| Chex Systems | ☐ Completed | ☐ On File |
| OFAC | ☐ Completed | ☐ On File |
| ID | ☐ Attached | ☐ On File |

**Signature Bank 4**
FOIA Confidential Treatment Requested by Signature Bank

SDNY_001101

A-1689

## Section 2. Account Mailing Address

Account Mailing Address (complete only for alternate mailing address)

c/o Crystal Real Estate Management, Inc.   1441 Broadway, Suite 5047

City   New York                                    State   New York                    Zip   10018

## Section 2(a). Account Type

☐ Signature Flat Fee            ☐ Business Checking Escrow Account (Attorney)      ☐ Monogram Escrow Account      ☐ Monogram Money Market Funds Program (specify funds below)
☑ Monogram Business Checking           ☐ Mams/Sub-account      ☐ 1031 Escrow
☐ Signature Business NOW               ☐ IOLA                    ☐ Sub-account      ☐ Attorney Escrow      ☐ Other _____
☑ Monogram Business Insured Money Market  ☐ Escrow Account (Non-Attorney)   ☐ Other _____
☐ Certificate of Deposit               ☐ Mams/Sub-account
                                       ☐ Sub-account

*The funds in the Monogram Money Market Funds Program are 1) not FDIC-insured, 2) not deposits or other obligations of any bank and not guaranteed by any bank, and 3) involve investment risks, including possible loss of principal amount invested. Although these funds seek to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in these funds.

## Section 2(b). ATM Card/Debit Card Option ............... ▷ Only available for businesses requiring single signing authority.

☐ ATM card requested.   ☐ Debit card requested (if neither box is selected, no card will be issued)

List all names to receive a card: _____

Is international ATM activity anticipated? ☐ Yes   ☐ No.  If yes, please state where: _____

## Section 3. Agreements & Acknowledgements ........... ▷         Client initial in box(es) below.



☐ **SIGNATURE BANK ACCOUNTS**
By initialing this subsection and signing under Authorized Signers, I assert that I have received, read and agree to the Business Bank Deposit Account Agreement, Business ATM Card and Agreement, Business Account Fee Schedule, Funds Transfer Agreement, Funds Availability Disclosure and when applicable, the internet banking Terms and Conditions and the Mobile Banking Terms and Conditions.

☐ **MONOGRAM MONEY MARKET FUNDS PROGRAM**
By initialing this subsection and signing under Authorized Signers, I assert that I have received, read, and agree to the Monogram Money Market Funds Program Fee Business Customer Agreement and the prospectus for each Fund selected and I agree to be bound by their respective terms. I request that the Bank, acting as my agent, purchase and redeem shares in the Funds indicated on this application on my behalf in accordance with the above Agreement and I acknowledge that such directions may be in the form of telephone instructions from me.
The funds in the Monogram Money Market Funds Program:
• are NOT FDIC insured,
• are NOT deposits or other obligations of any bank or guaranteed by any bank, and
• involve investment risks, including possible loss of principal amount invested.
Although these funds seek to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in these funds.



Signature Bank 5
**FOIA Confidential Treatment Requested by Signature Bank**

SDNY_001102

202204-0217

A-1690

Section 3(a): Agreements & Acknowledgements

AUTHORIZED SIGNER (See NATURE CARD) — Equity — include only the applicant in any company and internally completed Documentation Agreement and Documentation Activity and Proof ALL

Account Title **18 MERCER EQUITY INC.** Crystal Real Estate Management Inc. Agent

1. Print Name **JACKELINE MONZON** Signature _____

Title Authorized Signor Date 11/22/17

2. Print Name **GINA HOM** Signature _____

Title Authorized Signor Date 11/22/17

3. Print Name _____ Signature _____ Title _____ Date _____

4. Print Name _____ Signature _____ Title _____ Date _____

## SIGNING AUTHORITY AGREEMENT

I certify that (i) the individuals who have signed above as Authorized Signers are authorized by the applicant to sign this application and have signing authority on the accounts opened pursuant to this application, (ii) the above signatures and titles are those Authorized Signers' signatures and titles with the applicant and (iii) the Authorized Signers are authorized by the applicant to act on the applicant's account when signing.

[✓] individually or [ ] in the following manner: _____

Note: While the Bank will make reasonable effort to comply with a requirement that more than one Authorized Signer sign on a transaction, the Bank assumes no responsibility for any transaction that is honored that contains the signature of just one Authorized Signer.

**SIGN HERE:** _____

Must be signed by: Secretary if Corporation or Association; Manager or Managing Member if LLC; General Partner if Partnership; Limited Partnership or LLP; or Owner if Sole proprietorship.

## Section 4. Signature Employee Use Only

Signature Bank/Microexpress Money Market Funds Program Account(s)

1 5 0 2 9 6 8 2 9 3

Purpose of Account:
☒ Opening ☐ Payroll ☐ Private Placement
☐ Settlements - Real Estate ☐ Court Supervised
☐ Financial/Investment Services ☐ Donations/Contributions ☐ Escrow
☐ Other (specify) _____

1 5 0 2 9 6 8 3 5 0 7

Purpose of Account:
☐ Opening ☐ Payroll ☐ Private Placement
☐ Settlements - Real Estate ☐ Court Supervised
☒ Financial/Investment Service ☐ Donations/Contributions ☐ Escrow
☒ Other (specify) _SO U I_

Purpose of Account:
☐ Opening ☐ Payroll ☐ Private Placement
☐ Settlements - Real Estate ☐ Court Supervised
☐ Financial/Investment Services ☐ Donations/Contributions ☐ Escrow
☐ Other (specify) _____

Purpose of Account:
☐ Opening ☐ Payroll ☐ Private Placement
☐ Settlements - Real Estate ☐ Court Supervised
☐ Financial/Investment Services ☐ Donations/Contributions ☐ Escrow
☐ Other (specify) _____

Notes: _____

Were all Client signatures verified? ☒ Yes ☐ No   Was Client present in account opening? ☒ Yes ☐ No

Account Officer Name _Suzanne Ferrara_   Account Officer Sig _____

AO # _33_

(By signing above, I acknowledge that the client has been given Signator's Business Account Agreement & Disclosures booklet and all information provided to this application, and in all other documents provided to Signators in connection with this application, is accurate and correct.)

**Signature Bank 6**
RM Number 0 2 6 9 0 6 9   FOIA Confidential Treatment Requested by Signature Bank

A-1691



**SIGNATURE BANK**

Case 21-20-01089-PAE Document 129-22 Filed 05/01/20 Page 7 of 8

**Corporate Resolution**

I, the undersigned Secretary, hereby certify to Signature Bank, that at a meeting of the Board of Directors of 18 MERCER EQUITY INC.

_____ ("Corporation"), a corporation organized and existing under the laws of New York

duly called and duly held on the 20 day of November , 2017 , the following resolutions ("Resolutions") were duly adopted, and that the said Resolutions have been entered upon the regular minute books of the Corporation, are in accordance with the Corporation's By-Laws, have not been rescinded or modified, and are now in full force and effect.

**RESOLVED**

1. That Signature Bank ("the Bank") is hereby designated a depository and provider of banking services to this Corporation.

**DEPOSIT RELATED AUTHORITIES**

2. **FULL AUTHORITY:** That the authorized signer(s) with the title: ☐ President ☐ Vice President ☐ Treasurer
☐ Secretary ☑ and/or who are named:
Jackeline Manzon or Gina Hom as authorized signors

when signing: ☑ individually ☐ by any _____ of them are authorized to do any of the following on behalf of the Corporation:

*(Any authority that require more than one authorized signer to sign, or any other restriction, is subject to the terms set forth in Paragraph 5)*

a. To open deposit accounts at the Bank and sign any applications, agreements or documents relating to such accounts;
b. To contract for any services offered by the Bank;
c. To submit for deposit and/or collection for the account of this Corporation all checks, drafts, notes or other instruments for the payment of money, and the Bank is authorized to accept such instruments, whether or not endorsed by this Corporation, it being understood that each such instrument shall be deemed to be unqualifiedly endorsed by this Corporation;
d. To sign checks, drafts or other orders with respect to any funds to the credit of this Corporation, including checks, drafts or orders in favor of any officer designated above;
e. To make withdrawals of funds from accounts in the name of this Corporation including transfers between accounts by any means permitted by the Bank;
f. To sign the Bank's Funds Transfer Application and other agreements, forms and/or documents relating to the wire or transfer of funds from the Corporation's accounts at the Bank and designate in such application, agreements, forms and/or documents those authorized to initiate, approve and confirm such wires or funds transfers;
g. To execute on behalf of this Corporation in favor of the Bank indemnities, guarantees, endorsements, assignments, receipts and other documents related to this paragraph 2;
h. To utilize and authorize others to utilize the Bank's internet banking services with respect to the Corporation's accounts at the Bank, this will include internal transfers, funds transfers, ACH payments/collections, Bill Pay and view balance information; and
i. To conduct any and all other lawful business with the Bank.

3. The authorities stated above shall apply to ☑ all of the Corporations accounts or ☐ the following accounts (and any replacement accounts of the Corporation)":

*If all of the Corporation's accounts, input the INS on page 3. If only specific accounts, please list them below.*

Account # _____    Account # _____


2000114-0715

**Signature Bank 7**
**FOIA Confidential Treatment Requested by Signature Bank**

## BORROWING RELATED AUTHORITIES

4.  That the authorized signer(s) with the title: ☐ President ☐ Vice President ☐ Treasurer ☐ Secretary ☑ and/or who are named: _Jackeline Morizon or Gina Horn as authorized signers_

    *(Any authority that requires more than one authorized signer to sign, or any other restriction, is subject to the terms set forth in Paragraph 5)*

    when signing:   ☑ individually        ☐ by any _____ of them are authorized to do any of the following on behalf of the Corporation:

    a.  To apply for and obtain loans, letters of credit and any other type of borrowing and to access overdraft lines of credit;
    b.  To sell or discount instruments, chattel paper and other contracts for the payment of money;
    c.  To assign, transfer, pledge or otherwise hypothecate or grant a security interest in any property of this Corporation;
    d.  To execute on behalf of this Corporation in favor of the Bank indemnities, guarantees, endorsements, assignments, receipts and other documents as related to this paragraph 4.

5.  *(Applicable to Corporations requiring more than one authorized signer to sign or any other restriction.)* That the Corporation acknowledges that any signing authority requiring more than one authorized signer to sign, or any other restriction, is a statement of its own internal policy and not a service offered by the Bank. That the Corporation agrees that, while the Bank will make a reasonable effort to comply with this limitation, the Bank assumes no responsibility for the payment of a check, draft, or other item drawn on any Corporation account or for any withdrawal from any such account which is honored and does not adhere to the internal policy of the Corporation designated above in paragraph 2. That the Corporation further agrees to rely solely upon the designated signers to comply with its internal policy and will control the designated signers' access to checks, drafts, or other items drawn on any Corporation account in order to ensure that those items will be signed in accordance with the Corporation's internal policy.

6.  That this Corporation ratifies and confirms any and all transactions with the Bank made prior to the date of this Resolution.

7.  That the Corporation agrees to release, defend and hold the Bank harmless from any and all claims, actions, causes of action, complaints, demands, liabilities and obligations (including legal and all other expenses) made against or suffered by the Bank as result of the Bank accepting and acting on a document signed by a transaction initiated, conducted, approved or confirmed, whether in writing, orally or through an electronic medium, by one of the above authorized signers or by a person authorized to do so by an authorized signer in accordance with this Resolution.

8.  That the Corporation agrees to be bound by the Signature Bank Business Account Agreements and Disclosures as well as any other agreements and disclosures, such as, but not limited to, funds transfer application and internet banking terms and conditions, if applicable, delivered or made available to the Corporation from the Bank and by all notices posted at the office of the Bank at which the account(s) of the Corporation are maintained.

9.  That the Bank (and any interested third party) may rely upon the authority conferred by this Resolution until such time that this Resolution shall have been revoked or modified by a subsequent resolution of the Board of Directors of this Corporation and until a copy of such subsequent resolution has been received by the Bank, and the Bank has had a reasonable opportunity to act.

I further certify that the authorized signers whose name(s) appear below are the authorized signers designated by the aforementioned resolutions and that the designated authorized signers now legally hold the offices (if applicable) which appear next to their names.

| Title | Name |
|---|---|
| Authorized Signor | Jackeline Morizon |
| Authorized Signor | Gina Horn |
|  |  |
|  |  |
|  |  |

**Signature Bank 8**
**FOIA Confidential Treatment Requested by Signature Bank**

SDNY_001105

A-1693

IN WITNESS WHEREOF, I have this 20 day of November, 2017, subscribed my name and affixed the seal of the Corporation.

Bonnie  Soon-Osberger

_____       _____
Signature of Secretary (or Secretary/President if sole Officer)       Name of Secretary (or Secretary/President if sole Officer)

ATTEST:

Stephanie Phillip
_____
Signature of Attesting Officer                    Name of Attesting Officer

Board President
_____
Title of Attesting Officer

Affix Corporate Seal

In Lieu of ATTEST: (Sole Officer Corporations only)
If the Corporation has one or more shareholders and only one officer, then instead of an attesting officer, a shareholder should sign the following:

I certify that _____ is the Secretary and President of the above Corporation.

_____       _____
Signature of Shareholder                         Name of Shareholder                         Date

FOR INTERNAL USE ONLY

RM # (required)  |  0  2  0  9  6  6  9

☐ Check this box only if signing authority is specific to the account numbers listed in paragraph 3 above, otherwise list Relationship
Number only.

**Signature Bank 9**

**FOIA Confidential Treatment Requested by Signature Bank**

SDNY_001106

**A-1694**

Statement Period
From March   01, 2019
to    March   31, 2019
Page   1 of   3

PRIVATE CLIENT GROUP 523
485 MADISON AVENUE, 11TH FL
NEW YORK, NY 10022

(646) 822-1625

18 MERCER EQUITY INC BY            9-523
CRYSTAL REAL ESTATE MANAGEMENT INC. AGEN
1441 BROADWAY SUITE 5047
NEW YORK NY  10018

See Back for Important Information

Primary Account: 1502968293       8

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 1502968293      MONOGRAM CHECKING | | 2,328.39- | 11,640.73- |
| RELATIONSHIP          TOTAL | | | 11,640.73- |

**Signature Bank 179**
**FOIA Confidential Treatment Requested by Signature Bank**

**GOVERNMENT
EXHIBIT
142**
19 Cr. 696 (PAE)

A-1695

```
                                              Statement Period
                                          From March    01, 2019
                                            to      March   31, 2019
                                          Page     2  of    3

                                          PRIVATE CLIENT GROUP 523
                                          485 MADISON AVENUE, 11TH FL
                                          NEW YORK, NY 10022

                                          (646) 822-1625

18 MERCER EQUITY INC BY              9-523
CRYSTAL REAL ESTATE MANAGEMENT INC. AGEN
1441 BROADWAY SUITE 5047
NEW YORK NY  10018

                                          See Back for Important Information


                                          Primary Account: 1502968293      8
```

```
MONOGRAM CHECKING           1502968293



Summary

    Previous Balance as of March     01, 2019                          2,328.39-
         5 Credits                                                    18,278.00
        13 Debits                                                     27,590.34
    Ending Balance as of   March    31, 2019                          11,640.73-


Deposits and Other Credits
 Mar 01  DEPOSIT       ref#                                            2,115.00
 Mar 05  DEPOSIT       ref#                                            2,115.00
 Mar 07  ACH DEPOSIT       ck/ref no.   7960081                        5,288.00
         18 MERCER EQUITY    CNSLD OFF
         002 00000000000528800 133135366
 Mar 07  DEPOSIT       ref#                                            2,115.00
 Mar 26  DEPOSIT       ref#                                            6,645.00

Withdrawals and Other Debits
 Mar 04  AUTOMATED PAYMENT    ck/ref no.   7534160                       132.62
         TIME WARNER CABL   CABLE PAY   0010110002  SPA
 Mar 18  AUTOMATED PAYMENT    ck/ref no.   8883013                        39.16
         VERIZON           PAYMENTREC   2129410411112
 Mar 29  AUTOMATED PAYMENT    ck/ref no.   9935812                        84.07
         CON ED OF NY      INTELL CK    437127321700001
 Mar 29  AUTOMATED PAYMENT    ck/ref no.   9935813                     2,078.66
         CON ED OF NY      INTELL CK    437127321500005
 Mar 29  OD Finance Charge                                               19.20

Checks by Serial Number
 Mar 29    1           18,000.00    Mar 07    5162          400.00
 Mar 06    5159 *         46.25     Mar 14    5163        3,758.29
 Mar 07    5160       1,821.54      Mar 14    5164          381.38
 Mar 01    5161         684.50      Mar 29    5165          144.67

            * Indicates break in check sequence
```

**Signature Bank 180**
**FOIA Confidential Treatment Requested by Signature Bank**

**A-1696**

```
                                            Statement Period
                                        From March   01, 2019
                                        To March     31, 2019
                                        Page    3 of    3

                                        PRIVATE CLIENT GROUP 523
                                        485 MADISON AVENUE, 11TH FL
                                        NEW YORK, NY 10022

                                        (646) 822-1625

    18 MERCER EQUITY INC BY           9-523
    CRYSTAL REAL ESTATE MANAGEMENT INC. AGEN
    1441 BROADWAY SUITE 5047
    NEW YORK NY  10018
                                        See Back for Important Information

                                        Primary Account: 1502968293       8

Daily Balances
  Feb 28       2,328.39-        Mar 07        6,219.70
  Mar 01         897.89-        Mar 14        2,080.03
  Mar 04       1,030.51-        Mar 18        2,040.87
  Mar 05       1,084.49         Mar 26        8,685.87
  Mar 06       1,038.24         Mar 29       11,640.73-

Rates for this statement period - Overdraft
Mar 01, 2019   15.250000 %
```

**Signature Bank 181**
**FOIA Confidential Treatment Requested by Signature Bank**

A-1697

```
                                              Statement Period
                                              From April   01, 2019
                                                To         30, 2019
                                              Page   1 of   2

                                              PRIVATE CLIENT GROUP 523
                                              485 MADISON AVENUE, 11TH FL
                                              NEW YORK, NY 10022

                                                    (646) 822-1625

18 MERCER EQUITY INC BY            8-523
CRYSTAL REAL ESTATE MANAGEMENT INC. AGEN
1441 BROADWAY SUITE 5047
NEW YORK NY  10018

                                              See Back for Important Information


                              Primary Account: 1502968293        0
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

```
Signature Relationship Summary                  Opening Bal.        Closing Bal.

BANK DEPOSIT ACCOUNTS
1502968293    MONOGRAM CHECKING                   11,640.73-                .00

              RELATIONSHIP        TOTAL                                     .00
```

A-1698

```
                                                        Statement Period
                                                        From April    01, 2019
                                                        To   April    30, 2019
                                                        Page    2 of    2

                                                        PRIVATE CLIENT GROUP 523
                                                        485 MADISON AVENUE, 11TH FL
                                                        NEW YORK, NY 10022

                                                        (646) 822-1625

        18 MERCER EQUITY INC BY              8-523
        CRYSTAL REAL ESTATE MANAGEMENT INC. AGEN
        1441 BROADWAY SUITE 5047
        NEW YORK NY  10018

                                                        See Back for Important Information


                                                        Primary Account: 1502968293        0


  MONOGRAM CHECKING            1502968293




  Summary

      Previous Balance as of April     01, 2019                               11,640.73-
            3 Credits                                                          18,124.16
            2 Debits                                                            6,483.43
      Ending Balance as of    April    30, 2019                                      .00


  Deposits and Other Credits
      Apr 01  FEE REVERSAL                                                         19.20
      Apr 01  RETURNED CHECK                                                   18,000.00
      Apr 09  ACH DEPOSIT      TIMEWARNER4/3                                      104.96
  Withdrawals and Other Debits
      Apr 02  PRE-AUTHORIZED WD                                                 6,378.47
      Apr 03  AUTOMATED PAYMENT     ck/ref no.    342172                          104.96
              TIME WARNER CABL    CABLE PAY    0010110002  SPA
  Daily Balances
      Mar 31      11,640.73-                      Apr 03        104.96-
      Apr 01       6,378.47                       Apr 09             .00
      Apr 02           .00

  Rates for this statement period - Overdraft
  Apr 01, 2019   15.250000 %
```

**Signature Bank 183**
**FOIA Confidential Treatment Requested by Signature Bank**

A-1699



18 MERCER EQUITY INC.
C/O CRYSTAL REAL ESTATE MANAGEMENT
1441 BROADWAY, SUITE 5047
NEW YORK, NY 10018

SIGNATURE BANK
485 MADISON AVENUE 11TH FLOOR
NEW YORK, NY 10022

1-1357
260

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 04/04/18 | 005049 | $3,947.88* |

Three thousand nine hundred forty-seven and 88/100 dollars ***

PAY
TO THE
ORDER OF    GATEGUARD INC.
106 WEST 32ND STREET
2ND FLOOR
NEW YORK, NY 10001

Void After 90 Days

⑈005049⑈ ⑆026013576⑆ ⑈502968293⑈



Date:04-19-2018  Account:1502968293  Amount:$3,947.88  Serial:5049  Sequence:565778880  TR:26013576  TranCode:0
DbCr:D  Pattern:1  RIC:0



GOVERNMENT
EXHIBIT
143
19 Cr. 696 (PAE)

Signature Bank 51
FOIA Confidential Treatment Requested by Signature Bank

nu# 0265553

**Signature Bank**
# Business Profile and Account Application

This application allows you to open up to four accounts provided the account owners are the same.

## Section 1. Business Client Profile

Business Formation:
☐ Corporation  ☐ LP  ☐ LLP  ☑ LLC  ☐ Partnership  ☐ Voluntary Association
☐ Sole Prop  ☐ Trust  ☐ Other

State: NY  Date Est: 07/2006  Publicly Traded Exchange: _____ Symbol: _____ (or Parent Company's)

Account Title: Coney Management LLC A/A/F "See Account Schedule for Multiple Accounts"

Business Address: 1499 Coney Island Avenue    Room/Floor No.    No. Of Years At Address: 8
(Street and P.O. Box)
City: Brooklyn    State: NY    Zip: 11230
Telephone No. (718) 338-2010    Fax No. (718) 338-7800    Direct Phone Number (718) 338-2010
Primary Contact:    Relationship To Business    
Michael Hess    Member
Direct Email Address: mh@coneyrealty.com

EIN/SSN No.    Opening Deposit: _____ Source of funds: _____

Industry: ☐ Real Estate Owners  ☐ Real Estate - Third Party Mgmt  ☐ Intermediary/Business Managers  ☐ Law Firm
☐ Accounting/CPA Firm  ☐ Not-for-profit  ☐ Financial Co. - Type of Financial Co.: _____
☐ Precious Metals, Gems, Stones  ☐ Producer/Assets  ☐ Other: _____
Retail Description: ☐ Retail  ☐ Wholesale  ☑ Retail & Wholesale  ☑ Service Industry  ☐ Capital Raise  ☐ Other

Provide a detailed description of the business including products and services offered: Companies and Industries Real Estate

List all foreign countries in which the client or its parent/subsidiary conducts its business operations: ☑ N/A

## Section 1(a). Taxpayer Identification Number Certification

TAXPAYER IDENTIFICATION NUMBER CERTIFICATION - FOR US TAXPAYERS ONLY. FOREIGN ENTITIES SHOULD NOT COMPLETE THIS SECTION BUT MUST COMPLETE AND FILE THE APPLICABLE W-8 FORM, WHICH IS EITHER W-8BEN, W-8IMY or W-8ECI.

By signing below, I hereby certify under penalties of perjury that (1) The EIN/SSN number shown on this form is my correct tax identification number, (2) I am not subject to backup withholding, because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (including a U.S. Resident Alien, Partnership, Corporation, Company, or Association organized in the US or under US law, a U.S. estate and domestic trust as defined in 26 CFR 301.7701-7) Certification Instructions: You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and/or dividends on your tax return. The Internal Revenue Service does not require your consent to any provisions of this document other than the certifications required to avoid backup withholding.

Peter Rebenwurzel    [signature]    11/2/15
Print Name    Authorized Signature    Date

## Section 1(b). Signature Use Only - Attestation

Client is: ☑ New/Walk-in  ☐ Existing relationship 12 months or less    ☐ Existing relationship greater than 12 months
☐ New/Referral (Referred by: _____)    ☐ Other: _____

| Chex Systems | ☑ Completed | ☐ On File | Site Visit | ☐ Completed | ☐ On File |
| OFAC | ☑ Completed | ☐ On File | Telephone Verification | ☑ Completed | ☐ On File |
| I.D. | ☑ Attested | ☐ On File | | | |

Does this account require prior approval before establishing? ☐ Yes ☑ No  Reason: _____

By signing below, I acknowledge that the client has been given Signatory's Business Account Agreement & Disclosures booklet and all information provided in this application, and in all other documents provided to Signature in connection with this application, is accurate and correct.

Meyer Eichler    [signature]    204    1/5/15
Account Officer Name    Account Officer Signature    FCC    Date

R/M Number (bank use only):  0  1  9  7  7  1  1

GOVERNMENT
EXHIBIT
144
19 Cr. 696 (PAE)

A-1701

# Section 1(c). Signers/Beneficial Owners

Note: Beneficial owners owning 20% or greater of a US formed business (10% or greater for non-US formed businesses) are required to be listed below. A copy of a valid photo ID is required for all listed. All the names listed will be verified by Chex Systems.

**1** Name PETER E REBENWURZEL  SS# ▓▓▓▓  Date of Birth 08/05/1952

Check all that apply: ☑ Officer  ☑ Signer  ☑ Beneficial Owner  ID # 316 849 087  Exp. Date 08/05/19

Title/Role MEMBER  % Ownership 50  ID Type: ☑ Driver's License ☐ Non-Driver's License ☐ Passport ☐ Other ___

☑ US Citizen  ☐ US Resident Alien  ☐ Non-Resident Alien  State or Country of ID Issuance NY

Home Address 1499 CONEY ISLAND AVENUE

Are you now or have you ever been a Foreign Public Official or an immediate family member of an individual holding such an office? ☐ Yes ☑ No

If yes, please specify:

| Bank Use Only | | | | | | | Bank Use Only | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Chex Systems | | ☐ Completed | ☑ On File |
| | | | | | | | OFAC | | ☐ Completed | ☑ On File |
| RM Number | 0 | 0 | 1 | 3 | 4 | 3 9 | ID | | ☐ Attached | ☑ On File |

**2** Name MICHAEL HAAS  SS# ▓▓▓▓  Date of Birth 01/31/1975

Check all that apply: ☑ Officer  ☑ Signer  ☑ Beneficial Owner  ID # 178 960 794  Exp. Date 01/31/2021

Title/Role MEMBER  % Ownership 50  ID Type: ☑ Driver's License ☐ Non-Driver's License ☐ Passport ☐ Other ___

☑ US Citizen  ☐ US Resident Alien  ☐ Non-Resident Alien  State or Country of ID Issuance NY

Home Address 1499 CONEY ISLAND AVENUE BROOKLYN, NY 11230

Are you now or have you ever been a Foreign Public Official or an immediate family member of an individual holding such an office? ☐ Yes ☑ No

If yes, please specify:

| Bank Use Only | | | | | | | Bank Use Only | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Chex Systems | | ☐ Completed | ☑ On File |
| | | | | | | | OFAC | | ☐ Completed | ☑ On File |
| RM Number | 0 | 1 | 3 | 8 | 1 . 7 | 9 | ID | | ☐ Attached | ☑ On File |

**3** Name EPHRAIM NIERENBERG  SS# ▓▓▓▓  Date of Birth 01/31/1963

Check all that apply: ☐ Officer  ☑ Signer  ☐ Beneficial Owner  ID # 924 006 444  Exp. Date 01/31/2018

Title/Role SIGNER  % Ownership 0  ID Type: ☑ Driver's License ☐ Non-Driver's License ☐ Passport ☐ Other ___

☑ US Citizen  ☐ US Resident Alien  ☐ Non-Resident Alien  State or Country of ID Issuance NY

Home Address 966 E 23 ST BROOKLYN, NY 11210

Are you now or have you ever been a Foreign Public Official or an immediate family member of an individual holding such an office? ☐ Yes ☑ No

If yes, please specify:

| Bank Use Only | | | | | | | Bank Use Only | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Chex Systems | | ☐ Completed | ☑ On File |
| | | | | | | | OFAC | | ☐ Completed | ☑ On File |
| RM Number | 0 | 2 | 0 | 2 | 8 | 6 6 | ID | | ☐ Attached | ☑ On File |

**4** Name  SS#  Date of Birth

Check all that apply: ☐ Officer  ☐ Signer  ☐ Beneficial Owner  ID #  Exp. Date

Title/Role  % Ownership  ID Type: ☐ Driver's License ☐ Non-Driver's License ☐ Passport ☐ Other ___

☐ US Citizen  ☐ US Resident Alien  ☐ Non-Resident Alien  State or Country of ID Issuance

Home Address

Are you now or have you ever been a Foreign Public Official or an immediate family member of an individual holding such an office? ☐ Yes ☐ No

If yes, please specify:

| Bank Use Only | Bank Use Only | | | |
|---|---|---|---|---|
| | Chex Systems | | ☐ Completed | ☐ On File |
| | OFAC | | ☐ Completed | ☐ On File |
| RM Number | ID | | ☐ Attached | ☐ On File |

Signature Bank 11
FOIA Confidential Treatment Requested by Signature Bank

SDNY_001108

0265555
019.7711

## Section 2. Account Mailing Address

Account Mailing Address  (complete only for alternate mailing address)

*SAME*

City                                      State                                      Zip

## Section 2(a). Account Type

☐ Signature Plus For Business Checking      ☐ Escrow Account (Attorney)      ☐ Moneygram Escrow Account      ☐ Moneygram Money Market Funds Program (Specify funds below)
☐ Moneygram Business Checking               ☐ MasterSub-account               ☐ 1031 Escrow
☐ Signature Business NOW                    ☐ IOLA                            ☐ Attorney Escrow            ☐ Other
☐ Moneygram Business Insured Money Market   ☐ Subaccount                     ☐ Other
☐ Time Deposit                              ☐ Escrow Account (Non-Attorney)
                                            ☐ MasterSub-account
                                            ☐ Subaccount

The funds in the Moneygram Money Market Funds Program are 1) not FDIC insured, 2) not deposits or other obligations of any bank or guaranteed by any bank, and 3) involve investment risks, including possible loss of principal amount invested. Although these funds seek to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in these funds.

## Section 2(b). ATM Card/Debit Card Option ⸺⸺⸺⸺⸺⸺▶ Only available for businesses requiring only one authorized signer.

☐ ATM card requested      ☐ Debit card requested  (If neither box is selected, no card will be issued)

List all names to receive a card:      *N/A*

Is international ATM activity anticipated? ☐ Yes ☐ No   If yes, please state where   *N/A*

## Section 3. Internet Services

☒ I would like internet access to the accounts listed on this application. Access will only be granted to authorized signers.

E-mail Address:

## Section 4. Agreements & Acknowledgements ⸺⸺⸺⸺⸺⸺    Client initial required.

◀ CLIENT INITIAL
**SIGNATURE BANK ACCOUNTS**
By initialling this subsection and signing under Authorized Signers, I attest that I have received, read and agree to the Business Bank Deposit Account Agreement, Business ATM Card and Debit Card Agreement, Business Account Fee Schedule, Funds Transfer Agreement, and the Funds Availability Disclosure.

INITIAL!

◀ CLIENT INITIAL
**MONEYGRAM MONEY MARKET FUNDS PROGRAM**
By initialling this subsection and signing under Authorized Signers, I attest that I have received, read, and agree to the Moneygram Money Market Funds Program For Business Customer Agreement and the prospectus for each Fund selected and I agree to be bound by their respective terms. I request that the Bank, acting as my agent, purchase and redeem shares in the Funds indicated on this application on my behalf in accordance with the above Agreement and I acknowledge that such direction may be in the form of Telephone instructions from me.

The funds in the Moneygram Money Market Funds Program:
• are NOT FDIC insured,
• are NOT deposits or other obligations of any bank or guaranteed by any bank and
• involve investment risks, including possible loss of principal amount invested.

Although these funds seek to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in these funds.



200704-0313

Signature Bank 12
FOIA Confidential Treatment Requested by Signature Bank      SDNY_001109

**A-1703**

02055-52
0197711

## Section 4(a). Agreements & Acknowledgements

AUTHORIZED SIGNATURES ON THE CARD

| Account Title | Coney Management LLC | A/A/F "See Account Schedule for Multiple Accounts" | | | |
|---|---|---|---|---|---|
| 1. Print Name Peter E Rebenwurzel | Signature | | Title Member | Date 1/2/15 |
| 2. Print Name Michael Haas | Signature | | Title Member | Date 1/2/15 |
| 3. Print Name Ephraim Nierenberg | Signature | | Title Signer | Date 1/2/15 |
| 4. Print Name | Signature | | Title | Date |

### SIGNING AUTHORITY AGREEMENT

I certify that (i) the individuals who have signed above as Authorized Signers are authorized by the applicant to sign this application and have signing authority on the accounts opened pursuant to this application, (ii) the above signatures and titles are those Authorized Signers' signatures and titles with the applicant and (iii) the Authorized Signers are authorized by the applicant to act on the applicant's accounts when signing.

☒ Individually or 1) in the following manner:

Note: While the Bank will make reasonable effort to comply with a requirement that more than one Authorized Signer sign on a transaction, the Bank assumes no responsibility for any transaction that is honored that contains the signature of just one Authorized Signer.

SIGN HERE: PETER REBENWURZEL

Must be signed by: Secretary if Corporation or Association; Manager or Managing Member if LLC; General Partner if Partnership, Limited Partnership or LLP; or Owner if Sole proprietorship.

## Section 5. Signature Employee Use Only

Signature Bank/Morgan Stanley Money Market Funds Program Acknowledgement

**Purpose of Account:**
☐ Operating   ☐ Payroll   ☐ Private Placement
☐ Settlements - Real Estate   ☐ Court Supervised
☐ Financial/Investment Services   ☐ Donations/Contributions   ☐ Escrow
☐ Other (specify)

**Purpose of Account:**
☐ Operating   ☐ Payroll   ☐ Private Placement
☐ Settlements - Real Estate   ☐ Court Supervised
☐ Financial/Investment Services   ☐ Donations/Contributions   ☐ Escrow
☐ Other (specify)

**Purpose of Account:**
☐ Operating   ☐ Payroll   ☐ Private Placement
☐ Settlements - Real Estate   ☐ Court Supervised
☐ Financial/Investment Services   ☐ Donations/Contributions   ☐ Escrow
☐ Other (specify)

**Purpose of Account:**
☐ Operating   ☐ Payroll   ☐ Private Placement
☐ Settlements - Real Estate   ☐ Court Supervised
☐ Financial/Investment Services   ☐ Donations/Contributions   ☐ Escrow
☐ Other (specify)

Notes:

| CAAR | ☒ Attached | ☐ On File | I.D. | ☒ Attached | ☐ On File |
|---|---|---|---|---|---|
| Chex Systems | ☒ Completed | ☐ On File | OFAC | ☒ Completed | ☐ On File |

Does this account require prior approval before establishing? ☐ Yes   ☒ No   Reason:
Account Officer Name  Gustina Haussman   Account Officer Signature
(printed)
Approving Officer Name  Mayer Eichen   Approving Officer Signature
Profit Center Number  250

(By signing above, I acknowledge that the client has been given Signature's Business Account Agreement & Disclosure booklet and all information provided in this application - and in all other documents provided to Signature in connection with this application, is accurate and correct.)

RM Number

SDNY_001110

*Signature* | SIGNATURE BANK

## Additional Account(s) Supplement to Business/Non-Personal Account Application

**SIGNATURE USE ONLY**

Signature Bank/Monogram Money Market Funds Program Accounts

1  5  0  3  2 2 6 5 3 3
1 5 0 3 2 2 6 5 2 5

**RM Number**

0 2 6 5 5 5 3

0  1  9  7  7  1  1

200046-0612

Signature Bank 14
FOIA Confidential Treatment Requested by Signature Bank

SDNY_001111

A-1705

P.001

**SUPPLEMENTAL SCHEDULE**

This Supplement Schedule is being provided to Signature Bank by Coney Management LLC on the date listed below in accordance with the letter dated September 17, 2014 between Signature Bank and Coney Management LLC to amend the Schedule attached to that letter to include the following Accounts:

| Account Title | Account Number | Company | Company's TIN | Building Address |
|---|---|---|---|---|
| 518 West 204 LLC Coney Management LLC Agent | | 518 West 204 LLC | 622738205 | 518 W 204th STR, New York NY 11034 |
| 518 West 204 LLC by Coney Management LLC Agent Tenant Security | 1450 3326525 1450 3326533 | 518 West 204 LLC | AA2883385 | 518 W 204th Street New York NY 10034 |
| | | | | |
| | | | | |
| | | | | |

Coney Management LLC

By: _[signature]_  Peter E Rebenwurzel, Member          Date: 09/19/2017

By signing below, I acknowledge that the customer has been given Signature's Business Account Agreements & Disclosures Booklet and all client profile information provided in this application, and all other documents provided to Signature Bank in connection with this application is accurate and current.

_[signature]_  Meyer Eichler, SVP & Group Director          9/20/17  Date          204  PCG #

#0265553
0192711

SEP-19-2017  23:38

A-1706

Signature SIGNATURE BANK                              Managing Agent
                                                     Banking Agreement

THIS MANAGING AGENT BANKING AGREEMENT (this "Agreement") is made as of ____9/20/17____ (date), by and among

**Coney Management LLC** , a

☐ corporation  ☐ limited liability company ☐ _____ (others), ("Managing Agent") and __518 WEST 204 LLC__ , a
                                                                                            (Owner)
☐ corporation  ☑ limited liability company ☐ _____ (other), ("Owner").

Owner is the owner of the property located at __518 W 204th street New york ny 10034__ ("Building").
The Owner and Managing Agent have entered into an agreement in which Managing Agent has agreed to manage the Building for Owner ("Managing Agent Agreement").

The Owner and Managing Agent are entering into this Agreement to authorize the Managing Agent to open at Signature Bank ("Bank") one or more accounts for the benefit of Owner ("Accounts"), to sign all Account opening documents, to deposit into such Accounts funds relating to the Building that are payable to either the Owner or Managing Agent and to make withdrawals from such Accounts to pay Building expenses and make other payments relating to the Building. Owner has signed a W-9 form certifying the Owner's taxpayer identification number, which has been or will be delivered to the Bank.

The Owner authorizes the Bank to recognize the actions or directions of any person or persons designated by the Managing Agent to do the following:
a.   Open one or more deposit accounts in the name of the Managing Agent as managing agent for the Owner ("Account") at the Bank;
b.   Contract for any services offered by the Bank with respect to an Account and the Bank may debit any Account for any fees related to such services in any Account;
c.   Submit for deposit to and/or collection for an Account all checks, drafts, notes or other instruments for the payment of money payable to the Owner, the Managing Agent on behalf of the Owner or the Managing Agent ("Checks"), which the Bank is authorized to accept whether or not endorsed by the Owner, the Managing Agent or any of the person or persons designated by Managing Agent, it being understood that each such Check shall be deemed to be unqualifiedly endorsed by the Owner;
d.   Deposit of currency to the Owner;
e.   Sign Checks or other orders with respect to an Account, including Checks in orders in favor of the Managing Agent or any of the person or persons designated by the Managing Agent, and issue stop payment instructions with reference to any such Check or order; and
f.   Withdraw funds from an Account or transfer funds between Accounts, by any means authorized by the Bank.

To induce the Bank to permit the Managing Agent to open and maintain the Accounts in accordance with this Agreement, Owner agrees that it will not bring any claim, demand, complaint, action or litigation against or regarding the Bank with respect to any Check deposited the Accounts or any other transaction by the Managing Agent relating to the Accounts, except for the Bank's gross negligence or willful misconduct. This paragraph shall survive the termination of this Agreement.

The authorization under this agreement shall remain in effect until notice is received from either the Owner or the Managing Agent by the Bank, which notice has been directed to the Private Client Group managing the Account relationship at the Bank's Financial Center where the Account is located and that Private Client Group has had a reasonable time to act on the notice. Upon termination of this Agreement, the Owner agrees that the Managing Agent shall have no further control over or access to the Accounts. The Bank may, in its sole discretion, close the Account (i) after 30 days written notice or (ii) immediately upon written notice in the event of suspected fraud or other illegal activity in connection with the Account the Bank becomes obligated to close the Account under any statute, rule or regulation or any court or administrative order or decree, and send to the Owner a check payable to the Owner for the Account balance. This Agreement shall be interpreted and construed in accordance with the laws of the State of New York, without regard to the principles of conflict of laws thereof, and any applicable Federal law.

IN WITNESSED WHEREOF, on 19 day of September 2017 the Owner and Managing Agent has each executed this Agreement.

OWNER                                              MANAGING AGENT

PETER ROSENWURZEL                                  PETER ROSENWURZEL
Print Owner Name                                   Print Managing Agent Name
By: _____                               By: _____
Authorized Signer's signature                     Authorized Signer's signature
Name/Title: PETER ROSENWURZEL / owner             Name/Title: PETER ROSENWURZEL / AGENT
Print Authorized Signer's Name/Title              Print Authorized Signer's Name/Title

* Must be signed by manager (or member if not manager) if limited liability company and by partner if partnership.

STATE OF NEW YORK)
                 ) SS:
COUNTY OF Kings )

On this 19 day of Sept 2017 before me personally appeared Peter Rosenwurzel to me known, and known to me, or proved to me on the basis of satisfactory evidence, to be the individual whose name is subscribed on the above Agreement either as Owner or as authorized signer of the Owner and if the individual signed as an authorized signer of the Owner that such individual has or has been given, the title stated above and the authority to sign the Agreement on behalf of the Owner, and the said individual duly acknowledged to me that he/she executed the above Agreement either as the Owner or for and on behalf of and with the authority of the said Owner.

_____
Notary Public

ELADIA ROLON
NOTARY PUBLIC, State of New York
No. 01RO6340796
Qualified in Kings County
Commission Expires April 25, 2020

Account Number                                                          Account Number

# 0 2 6 5 5 5 3

200196-1015

**A-1707**

Statement Period
From January   01, 2019
To January   31, 2019
Page   1 of     5

PRIVATE CLIENT GROUP 204
6321 NEW UTRECHT AVENUE
BROOKLYN, NY 11219

518 WEST 204 LLC BY                    9-204
CONEY MANAGEMENT LLC AGENT
1499 CONEY ISLAND AVENUE
BROOKLYN NY  11230

See Back for Important Information

Primary Account: 1503226525        21

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 1503226525    MONOGRAM CHECKING | | 51,900.12 | 45,960.71 |
| RELATIONSHIP | TOTAL | | 45,960.71 |

**Signature Bank 605**
**FOIA Confidential Treatment Requested by Signature Bank**

**GOVERNMENT EXHIBIT 145**
19 Cr. 696 (PAE)

A-1708

```
                                                    Statement Period
                                                    From January   01, 2019
                                                    To   January   31, 2019
                                                    Page    2 of     5

                                                    PRIVATE CLIENT GROUP 204
                                                    6321 NEW UTRECHT AVENUE
                                                    BROOKLYN, NY 11219


        518 WEST 204 LLC BY                 9-204
        CONEY MANAGEMENT LLC AGENT
        1499 CONEY ISLAND AVENUE
        BROOKLYN NY  11230
                                                    See Back for Important Information


                                            Primary Account: 1503226525      21


MONOGRAM CHECKING              1503226525
```

Summary

```
    Previous Balance as of January   01, 2019                        51,900.12
           30 Credits                                                57,287.38
           26 Debits                                                 63,226.79
    Ending Balance as of    January   31, 2019                       45,960.71
```

Deposits and Other Credits

```
    Jan 02  ACH DEPOSIT             ck/ref no.   1961663                 1,850.00
            518 WEST 204 LLC    SETTLEMENT   000005214398677
            002 0000000000001850009000253298
    Jan 02  ACH DEPOSIT             ck/ref no.   1942443                 2,136.59
            518 WEST 204 LLC    SETTLEMENT   000005195402001
            002 0000000000002136599000253298
    Jan 02  ACH DEPOSIT             ck/ref no.   1889017                 5,187.81
            NYCHA SECTION 8     NYCHA-PROD   6803935
    Jan 03  ACH DEPOSIT             ck/ref no.   2124064                    22.21
            VANCO PAYMENTS      GATEWAY      XX1V4.OM1283V5
    Jan 03  ACH DEPOSIT             ck/ref no.   2136157                   621.50
            518 WEST 204 LLC    SETTLEMENT   000005226208897
            005 0000000000005047929000253298
    Jan 03  ACH DEPOSIT             ck/ref no.   2136156                 4,426.42
            518 WEST 204 LLC    SETTLEMENT   000005220600561
    Jan 04  ACH DEPOSIT             ck/ref no.   2305368                   388.05
            518 WEST 204 LLC    SETTLEMENT   000005239722153
            005 0000000000002238059000253298
    Jan 04  ACH DEPOSIT             ck/ref no.   2305367                 1,850.00
            518 WEST 204 LLC    SETTLEMENT   000005234034305
    Jan 07  ACH DEPOSIT             ck/ref no.   2407500                   473.35
            518 WEST 204 LLC    SETTLEMENT   000005250455077
            005 0000000000002984129000253298
    Jan 07  ACH DEPOSIT             ck/ref no.   2407499                 2,510.77
            518 WEST 204 LLC    SETTLEMENT   000005245554529
```

**A-1709**

```
                                              Statement Period
                                              From January   01, 2019
                                              To   January   31, 2019
                                              Page    3 of    5

                                              PRIVATE CLIENT GROUP 204
                                              6321 NEW UTRECHT AVENUE
                                              BROOKLYN, NY 11219


        518 WEST 204 LLC BY              9-204
        CONEY MANAGEMENT LLC AGENT
        1499 CONEY ISLAND AVENUE
        BROOKLYN NY  11230
                                              See Back for Important Information


                                      Primary Account: 1503226525      21

Jan 08  ACH DEPOSIT            ck/ref no.   2552537                        344.00
        518 WEST 204 LLC    SETTLEMENT   000005265354569
        005 00000000000512089000253298
Jan 08  ACH DEPOSIT            ck/ref no.   2552536                      4,776.85
        518 WEST 204 LLC    SETTLEMENT   000005257110297
Jan 08  ONLINE TRANSFER CR                                               3,650.00
        ONLINE XFR FROM: 1503306464
Jan 09  ACH DEPOSIT            ck/ref no.   2675121                        388.20
        518 WEST 204 LLC    SETTLEMENT   000005270256825
        002 00000000000388209000253298
Jan 10  ACH DEPOSIT            ck/ref no.   2831740                      1,180.00
        518 WEST 204 LLC    SETTLEMENT   000005277060277
        002 00000000000118009000253298
Jan 11  ACH DEPOSIT            ck/ref no.   2980117                      3,328.25
        518 WEST 204 LLC    SETTLEMENT   000005281342405
        005 00000000000757329000253298
Jan 11  ACH DEPOSIT            ck/ref no.   2980116                      4,245.00
        518 WEST 204 LLC    SETTLEMENT   000005279458793
Jan 14  ACH DEPOSIT            ck/ref no.   3064622                      1,162.72
        518 WEST 204 LLC    SETTLEMENT   000005287494217
Jan 14  ACH DEPOSIT            ck/ref no.   3064623                      2,150.00
        518 WEST 204 LLC    SETTLEMENT   000005287626977
        005 00000000000331272900253298
Jan 15  ACH DEPOSIT            ck/ref no.   3250375                      4,500.00
        518 WEST 204 LLC    SETTLEMENT   000005295352689
        002 00000000000450009000253298
Jan 16  ACH DEPOSIT            ck/ref no.   3363963                        609.50
        518 WEST 204 LLC    SETTLEMENT   000005300405137
        002 00000000000609509000253298
Jan 17  ACH DEPOSIT            ck/ref no.   3476820                         81.86
        518 WEST 204 LLC    SETTLEMENT   000005305266425
Jan 17  ACH DEPOSIT            ck/ref no.   3476821                        141.70
        518 WEST 204 LLC    SETTLEMENT   000005305338997
        005 00000000000223569000253298
Jan 22  ACH DEPOSIT            ck/ref no.   3731131                        473.35
        518 WEST 204 LLC    SETTLEMENT   000005314796977
        002 00000000000473359000253298
Jan 23  ACH DEPOSIT            ck/ref no.   3889969                        537.50
        518 WEST 204 LLC    SETTLEMENT   000005321288641
```

A-1710

```
                                                    Statement Period
                                                    From January  01, 2019
                                                    To   January  31, 2019
                                                    Page    4  of    5

                                                    PRIVATE CLIENT GROUP 204
                                                    6321 NEW UTRECHT AVENUE
                                                    BROOKLYN, NY 11219


        518 WEST 204 LLC BY                    9-204
        CONEY MANAGEMENT LLC AGENT
        1499 CONEY ISLAND AVENUE
        BROOKLYN NY  11230
                                                    See Back for Important Information


                                                    Primary Account: 1503226525     21

Jan 23  ACH DEPOSIT            ck/ref no.  3889070                                1,750.00
        518 WEST 204 LLC    SETTLEMENT   000005323458821
        005 000000000002287509000253298
Jan 28  ACH DEPOSIT            ck/ref no.  4309938                                1,075.00
        518 WEST 204 LLC    SETTLEMENT   000005337719769
        002 000000000001075009000253298
Jan 29  ACH DEPOSIT            ck/ref no.  4432479                                5,017.25
        518 WEST 204 LLC    SETTLEMENT   000005347920841
        002 000000000000501725900025329
Jan 30  ACH DEPOSIT            ck/ref no.  4562536                                  609.50
        518 WEST 204 LLC    SETTLEMENT   000005354100717
        005 000000000002409509000253298
Jan 30  ACH DEPOSIT            ck/ref no.  4562535                                1,800.00
        518 WEST 204 LLC    SETTLEMENT   000005350792433

Withdrawals and Other Debits
Jan 02  ONLINE TRANSFER DR                                                       2,700.00
        ONLINE XFER TO: 1502403776
Jan 10  LOAN PAYMENT      CLPAYMENT                                             25,815.38
        TRANSFER TO LOANS      0033728
Jan 14  AUTOMATED PAYMENT      ck/ref no.  3051737                                  222.54
        CON ED OF NY       INTELL CK  4811170445000064
Jan 16  AUTOMATED PAYMENT      ck/ref no.  3337925                                  253.78
        TIME WARNER CABL   CABLE PAY  0010334395   SPA
Jan 16  AUTOMATED PAYMENT      ck/ref no.  3362909                                3,328.25
        518 WEST 204 LLC    RETURN     000005299574345

Checks by Serial Number
Jan 18  515          447.48        Jan 18   536          315.74
Jan 03  518  *       244.97        Jan 17   537          100.00
Jan 03  521  *     2,180.00        Jan 16   538        5,000.00
Jan 03  526  *       100.00        Jan 22   540  *       832.91
Jan 07  527        4,000.00        Jan 31   541          144.00
Jan 04  528           93.38        Jan 25   542        1,995.00
Jan 14  529        4,550.00        Jan 25   544  *        10.00
Jan 22  531  *       875.00        Jan 31   545          305.00
Jan 15  532           93.05        Jan 29   546          217.75
Jan 16  534  *     8,059.02        Jan 25   549  *       766.50
Jan 16  535          577.04

        * Indicates break in check sequence
```

A-1711

```
                                          Statement Period
                                          From January  01, 2019
                                          To January  31, 2019
                                          Page   5 of    5

                                          PRIVATE CLIENT GROUP 204
                                          6321 NEW UTRECHT AVENUE
                                          BROOKLYN, NY  11219


      518 WEST 204 LLC BY               9-204
      CONEY MANAGEMENT LLC AGENT
      1499 CONEY ISLAND AVENUE
      BROOKLYN NY  11230
                                                      See Back for Important Information


                                          Primary Account: 1503226525        21


 Daily Balances
   Dec 31        51,900.12          Jan 16       40,483.93
   Jan 02        58,374.52          Jan 17       40,607.49
   Jan 03        60,919.68          Jan 18       39,844.27
   Jan 04        63,064.35          Jan 22       38,609.71
   Jan 07        62,048.47          Jan 23       40,897.21
   Jan 08        70,819.32          Jan 25       38,125.71
   Jan 09        71,207.52          Jan 28       39,200.71
   Jan 10        46,572.14          Jan 29       44,000.21
   Jan 11        54,145.39          Jan 30       46,409.71
   Jan 14        52,685.57          Jan 31       45,960.71
   Jan 15        57,092.52

 Rates for this statement period - Overdraft
 Jan 01, 2019   15.250000 %
```

**Signature Bank 609**
**FOIA Confidential Treatment Requested by Signature Bank**

A-1712

Statement Period
From February 01, 2019
To February 28, 2019
Page    1 of     3

PRIVATE CLIENT GROUP 204
6321 NEW UTRECHT AVENUE
BROOKLYN, NY 11219

518 WEST 204 LLC BY                    9-204
CONEY MANAGEMENT LLC AGENT
1499 CONEY ISLAND AVENUE
BROOKLYN NY  11230

See Back for Important Information

Primary Account: 1503226525        15

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 1503226525    MONOGRAM CHECKING | | 45,960.71 | 43,250.74 |
| RELATIONSHIP    TOTAL | | | 43,250.74 |

**Signature Bank 610**
**FOIA Confidential Treatment Requested by Signature Bank**

**A-1713**

```
                                                    Statement Period
                                                    From February 01, 2019
                                                    To   February 28, 2019
                                                    Page   2 of   5

                                          PRIVATE CLIENT GROUP 204
                                          6321 NEW UTRECHT AVENUE
                                          BROOKLYN, NY 11219


        518 WEST 204 LLC BY                  9-204
        CONEY MANAGEMENT LLC AGENT
        1499 CONEY ISLAND AVENUE
        BROOKLYN NY  11230
                                              See Back for Important Information


                                       Primary Account: 1503226525     15


MONOGRAM CHECKING            1503226525



Summary

    Previous Balance as of February  01, 2019                      45,960.71
         22 Credits                                                49,193.26
         21 Debits                                                 51,903.23
    Ending Balance as of     February  28, 2019                    43,250.74


Deposits and Other Credits
  Feb 01  ACH DEPOSIT             ck/ref no.   4744632                5,125.45
          NYCHA SECTION 8    NYCHA-PROD    6830921
  Feb 01  ACH DEPOSIT             ck/ref no.   4902632                7,225.83
          518 WEST 204 LLC    SETTLEMENT    000005362382405
          002 000000000007225839000253298
  Feb 04  ACH DEPOSIT             ck/ref no.   4979403                  139.30
          VANCO PAYMENTS    GATEWAY     XX1V4JRD14WTNQ
  Feb 04  ACH DEPOSIT             ck/ref no.   4993530                5,519.68
          518 WEST 204 LLC    SETTLEMENT    000005376544037
          002 000000000005519689000253298
  Feb 05  ACH DEPOSIT             ck/ref no.   5151141                2,128.25
          518 WEST 204 LLC    SETTLEMENT    000005397901029
          002 000000000002128259000253298
  Feb 06  ACH DEPOSIT             ck/ref no.   5291186                  378.21
          518 WEST 204 LLC    SETTLEMENT    000005416247713
  Feb 06  ACH DEPOSIT             ck/ref no.   5291187                3,261.55
          518 WEST 204 LLC    SETTLEMENT    000005417982821
          005 000000000003639769000253298
  Feb 07  ACH DEPOSIT             ck/ref no.   5409704                  174.00
          518 WEST 204 LLC    SETTLEMENT    000005424321081
  Feb 07  ACH DEPOSIT             ck/ref no.   5409705                  388.05
          518 WEST 204 LLC    SETTLEMENT    000005425467541
          007 000000000002112059000253298
  Feb 07  ACH DEPOSIT             ck/ref no.   5409703                1,550.00
          518 WEST 204 LLC    SETTLEMENT    000005424256105
```

**A-1714**

Statement Period
From February 01, 2019
To February 28, 2019
Page    3 of    5

PRIVATE CLIENT GROUP 204
6321 NEW UTRECHT AVENUE
BROOKLYN, NY 11219

518 WEST 204 LLC BY                    9-204
CONEY MANAGEMENT LLC AGENT
1499 CONEY ISLAND AVENUE
BROOKLYN NY  11230

See Back for Important Information

Primary Account: 1503226525        15

| | | | | |
|---|---|---|---|---|
| Feb 08 | ACH DEPOSIT          ck/ref no.    5562122 | | | 151.60 |
| | 518 WEST 204 LLC     SETTLEMENT     000005431229989 | | | |
| | 005 00000000000230160900025 3298 | | | |
| Feb 08 | ACH DEPOSIT          ck/ref no.    5562121 | | | 2,150.00 |
| | 518 WEST 204 LLC     SETTLEMENT     000005431094021 | | | |
| Feb 11 | ACH DEPOSIT          ck/ref no.    5639644 | | | 1,800.00 |
| | 518 WEST 204 LLC     SETTLEMENT     000005436539541 | | | |
| | 005 00000000000536385900025 3298 | | | |
| Feb 11 | ACH DEPOSIT          ck/ref no.    5639643 | | | 3,563.85 |
| | 518 WEST 204 LLC     SETTLEMENT     000005436222389 | | | |
| Feb 12 | ACH DEPOSIT          ck/ref no.    5787412 | | | 2,050.00 |
| | 518 WEST 204 LLC     SETTLEMENT     000005447332253 | | | |
| | 005 00000000000580009000025 3298 | | | |
| Feb 12 | ACH DEPOSIT          ck/ref no.    5787411 | | | 3,750.00 |
| | 518 WEST 204 LLC     SETTLEMENT     000005441199057 | | | |
| Feb 19 | ACH DEPOSIT          ck/ref no.    6331822 | | | 537.50 |
| | 518 WEST 204 LLC     SETTLEMENT     000005463664353 | | | |
| Feb 19 | ACH DEPOSIT          ck/ref no.    6331823 | | | 609.50 |
| | 518 WEST 204 LLC     SETTLEMENT     000005466028289 | | | |
| | 005 00000000000114700900025 3298 | | | |
| Feb 20 | ACH DEPOSIT          ck/ref no.    6468594 | | | 1,636.07 |
| | 518 WEST 204 LLC     SETTLEMENT     000005476393421 | | | |
| | 005 00000000000481607900025 3298 | | | |
| Feb 20 | ACH DEPOSIT          ck/ref no.    6468593 | | | 3,180.00 |
| | 518 WEST 204 LLC     SETTLEMENT     000005471805817 | | | |
| Feb 25 | ACH DEPOSIT          ck/ref no.    6839331 | | | 1,075.00 |
| | 518 WEST 204 LLC     SETTLEMENT     000005492020733 | | | |
| | 002 00000000000107500900025 3298 | | | |
| Feb 27 | ACH DEPOSIT          ck/ref no.    7065834 | | | 2,799.42 |
| | 518 WEST 204 LLC     SETTLEMENT     000005504455853 | | | |
| | 002 00000000000279942900025 3298 | | | |

Withdrawals and Other Debits

| | | |
|---|---|---|
| Feb 01 | ONLINE TRANSFER DR | 2,700.00 |
| | ONLINE XFR TO: 1502403776 | |
| Feb 05 | AUTOMATED PAYMENT     ck/ref no.    5135268 | 25.00 |
| | CLICKPAY              PROPRTYPAY     15812059 | |
| | A1902020149_NA2LM6 | |
| Feb 11 | LOAN PAYMENT     CLPAYMENT | 25,815.38 |
| | TRANSFER TO LOANS         0033728 | |

**Signature Bank 612**
**FOIA Confidential Treatment Requested by Signature Bank**

**A-1715**

```
                                          Statement Period
                                          From February 01, 2019
                                          To February 28, 2019
                                          Page    4  of    5

                                    PRIVATE CLIENT GROUP 204
                                    6321 NEW UTRECHT AVENUE
                                    BROOKLYN, NY 11219


      518 WEST 204 LLC BY              9-204
      CONEY MANAGEMENT LLC AGENT
      1499 CONEY ISLAND AVENUE
      BROOKLYN NY  11230
                                          See Back for Important Information


                                     Primary Account: 1503226525       15

Feb 12  AUTOMATED PAYMENT      ck/ref no.  5765262                    622.95
        CON ED OF NY           INTELL CK   481117044500064
Feb 15  AUTOMATED PAYMENT      ck/ref no.  6230791                  1,950.00
        518 WEST 204 LLC       RETURN      000005459500169
Feb 19  AUTOMATED PAYMENT      ck/ref no.  6329845                    119.96
        TIME WARNER CABL       CABLE PAY   0010334395   SPA

Checks by Serial Number
Feb 01  539          1,750.00   Feb 11  556         93.34
Feb 05  543 *        2,005.59   Feb 13  560 *      117.57
Feb 08  547 *          103.43   Feb 27  561      4,000.00
Feb 01  548            100.00   Feb 25  562      2,162.13
Feb 05  551 *          100.00   Feb 27  564 *      300.00
Feb 01  552          2,050.00   Feb 21  565      3,097.88
Feb 07  554 *          100.00   Feb 25  566        700.00
Feb 14  555          3,990.00

              * Indicates break in check sequence

Daily Balances
Jan 31      45,960.71                Feb 13      49,733.22
Feb 01      51,711.99                Feb 14      45,743.22
Feb 04      57,370.97                Feb 15      43,793.22
Feb 05      57,368.63                Feb 19      44,820.26
Feb 06      61,008.39                Feb 20      49,636.33
Feb 07      63,020.44                Feb 21      46,538.45
Feb 08      65,218.61                Feb 25      44,751.32
Feb 11      44,673.74                Feb 27      43,250.74
Feb 12      49,850.79
```

A-1716

Statement Period
From February 01, 2019
To February 28, 2019
Page    5 of    5

PRIVATE CLIENT GROUP 204
6321 NEW UTRECHT AVENUE
BROOKLYN, NY 11219

518 WEST 204 LLC BY                 9-204
CONEY MANAGEMENT LLC AGENT
1499 CONEY ISLAND AVENUE
BROOKLYN NY  11230

                              See Back for Important Information

                    Primary Account: 1503226525        15

Rates for this statement period - Overdraft
Feb 01, 2019   15.250000 %

**Signature Bank 614**
**FOIA Confidential Treatment Requested by Signature Bank**

A-1717

```
                                            Statement Period
                                            From March    01, 2019
                                            To            2019
                                            Page     1 of    3

                                            PRIVATE CLIENT GROUP 204
                                            6321 NEW UTRECHT AVENUE
                                            BROOKLYN, NY 11219


    518 WEST 204 LLC BY                 9-204
    CONEY MANAGEMENT LLC AGENT
    1499 CONEY ISLAND AVENUE
    BROOKLYN NY  11230

                                            See Back for Important Information


                                    Primary Account: 1503226525       15
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 1503226525    MONOGRAM CHECKING | | 43,250.74 | 25,176.11 |
| RELATIONSHIP | TOTAL | | 25,176.11 |

**Signature Bank 615**
**FOIA Confidential Treatment Requested by Signature Bank**

A-1718

```
                                                  Statement Period
                                                  From March     01, 2019
                                                  T                     01
                                                  Page     2 of     5

                                                  PRIVATE CLIENT GROUP 204
                                                  6321 NEW UTRECHT AVENUE
                                                  BROOKLYN, NY 11219


       518 WEST 204 LLC BY              9-204
       CONEY MANAGEMENT LLC AGENT
       1499 CONEY ISLAND AVENUE
       BROOKLYN NY  11230
                                                  See Back for Important Information


                                                  Primary Account: 1503226525     15


MONOGRAM CHECKING          1503226525



Summary

   Previous Balance as of March    01, 2019                            43,250.74
        23 Credits                                                      48,970.04
        22 Debits                                                       67,044.67
   Ending Balance as of    March   31, 2019                             25,176.11


Deposits and Other Credits
  Mar 01  ACH DEPOSIT               ck/ref no.   7405151                 4,594.41
          518 WEST 204 LLC  SETTLEMENT   000005516570977
          002 000000000004594419000253298
  Mar 01  ACH DEPOSIT               ck/ref no.   7323192                 5,125.45
          NYCHA SECTION 8    NYCHA-PROD   6856798
  Mar 04  ACH DEPOSIT               ck/ref no.   7524337                 2,400.00
          518 WEST 204 LLC  SETTLEMENT   000005540992213
          005 000000000006782509000253298
  Mar 04  ACH DEPOSIT               ck/ref no.   7524336                 4,382.50
          518 WEST 204 LLC  SETTLEMENT   000005531572913
  Mar 05  ACH DEPOSIT               ck/ref no.   7650013                   139.30
          VANCO PAYMENTS     GATEWAY    XXLV42U817MNEM
  Mar 05  ACH DEPOSIT               ck/ref no.   7667829                   208.00
          518 WEST 204 LLC  SETTLEMENT   000005553317425
  Mar 05  ACH DEPOSIT               ck/ref no.   7667830                 2,982.45
          518 WEST 204 LLC  SETTLEMENT   000005565424553
          005 000000000003190459000253298
  Mar 06  ACH DEPOSIT               ck/ref no.   7819097                   172.00
          518 WEST 204 LLC  SETTLEMENT   000005574315993
          002 00000000000172009000253298
  Mar 07  ACH DEPOSIT               ck/ref no.   7938533                 1,137.18
          518 WEST 204 LLC  SETTLEMENT   000005583353385
          002 000000000001137189000253298
  Mar 08  ACH DEPOSIT               ck/ref no.   8091811                 5,577.75
          518 WEST 204 LLC  SETTLEMENT   000005586283245
```

**Signature Bank 616**
**FOIA Confidential Treatment Requested by Signature Bank**

A-1719

```
                                          Statement Period
                                          From March    01, 2019
                                          Through March  31, 2019
                                          Page    3 of   5

                                          PRIVATE CLIENT GROUP 204
                                          6321 NEW UTRECHT AVENUE
                                          BROOKLYN, NY 11219


       518 WEST 204 LLC BY              9-204
       CONEY MANAGEMENT LLC AGENT
       1499 CONEY ISLAND AVENUE
       BROOKLYN NY  11230
                                                  See Back for Important Information


                                          Primary Account: 1503226525      15

Date              Description
       002 00000000000057775900002S3298
Mar 11 ACH DEPOSIT            ck/ref no.   8167881                               1,166.72
       518 WEST 204 LLC    SETTLEMENT   000005595797601
       005 00000000000023855790000253298
Mar 11 ACH DEPOSIT            ck/ref no.   8167880                               1,218.85
       518 WEST 204 LLC    SETTLEMENT   000005592361533
Mar 12 ACH DEPOSIT            ck/ref no.   8334674                               2,026.20
       518 WEST 204 LLC    SETTLEMENT   000005604868793
       005 00000000000050062090000253298
Mar 12 ACH DEPOSIT            ck/ref no.   8334673                               2,980.00
       518 WEST 204 LLC    SETTLEMENT   000005599059117
Mar 13 ACH DEPOSIT            ck/ref no.   8463459                               2,295.00
       518 WEST 204 LLC    SETTLEMENT   000005610588277
       002 00000000000229500900002S3298
Mar 14 ACH DEPOSIT            ck/ref no.   8572382                                 388.05
       002 00000000000388059000253298    000005616135501
Mar 18 ACH DEPOSIT            ck/ref no.   8888900                                 609.50
       518 WEST 204 LLC    SETTLEMENT   000005624736261
       005 00000000000277909000253298
Mar 18 ACH DEPOSIT            ck/ref no.   8888899                               2,169.50
       518 WEST 204 LLC    SETTLEMENT   000005622784837
Mar 20 ACH DEPOSIT            ck/ref no.   9127029                                 473.35
       518 WEST 204 LLC    SETTLEMENT   000005638292553
       002 00000000000473359000253298
Mar 25 ACH DEPOSIT            ck/ref no.   9446004                               3,075.00
       518 WEST 204 LLC    SETTLEMENT   000005651088321
       002 00000000000307500900002S3298
Mar 26 ACH DEPOSIT            ck/ref no.   9554773                               1,800.00
       518 WEST 204 LLC    SETTLEMENT   00000S663640321
       002 00000000000180000900002S3298
Mar 27 ACH DEPOSIT            ck/ref no.   9678020                               2,050.00
       518 WEST 204 LLC    SETTLEMENT   000005667235025
       002 00000000000205000900002S3298
Mar 29 ACH DEPOSIT            ck/ref no.   9959434                               1,998.83
       518 WEST 204 LLC    SETTLEMENT   000005681208913
       002 00000000000199883900002S3298
```

**A-1720**

Statement Period
From March   01, 2019
Through March 31, 2019
Page   4 of   5

PRIVATE CLIENT GROUP 204
6321 NEW UTRECHT AVENUE
BROOKLYN, NY 11219

518 WEST 204 LLC BY                    9-204
CONEY MANAGEMENT LLC AGENT
1499 CONEY ISLAND AVENUE
BROOKLYN NY  11230

See Back for Important Information

Primary Account: 1503226525      15

Withdrawals and Other Debits
Mar 01  ONLINE TRANSFER DR                                          2,700.00
        ONLINE XFR TO: 1502403776
Mar 05  AUTOMATED PAYMENT      ck/ref no.   7675966                     25.00
        CLICKPAY        PROPRTYPAY   16077389
        A1903020705_DU0YF3
Mar 06  AUTOMATED PAYMENT      ck/ref no.   7776387                  8,933.46
        CON ED OF NY     INTELL CK   481117404201006
Mar 11  LOAN PAYMENT     CLPAYMENT                                  24,274.76
        TRANSFER TO LOANS        0033728
Mar 14  AUTOMATED PAYMENT      ck/ref no.   8541646                    501.88
        CON ED OF NY     INTELL CK   481117044500064
Mar 18  AUTOMATED PAYMENT      ck/ref no.   8883331                    119.96
        TIME WARNER CABL    CABLE PAY   0010334395  SPA
Mar 18  AUTOMATED PAYMENT      ck/ref no.   8884033                    652.40
        NYC ECB FINES    ECB FINES    C    74264547

Checks by Serial Number
Mar 29      1        18,000.00    Mar 12    572        1,180.93
Mar 05    550 *        100.00     Mar 11    574 *        380.00
Mar 01    558 *        762.13     Mar 12    575        1,400.00
Mar 01    563 *      2,005.59     Mar 15    576          600.00
Mar 08    567 *        322.76     Mar 28    577        2,005.59
Mar 01    568          600.00     Mar 27    578        1,200.00
Mar 12    570 *         81.40     Mar 29    579          600.00
Mar 28    571          598.81

        * Indicates break in check sequence

A-1721

Statement Period
From March    01, 2019
To March    29, 2019
Page    5 of    5

PRIVATE CLIENT GROUP 204
6321 NEW UTRECHT AVENUE
BROOKLYN, NY 11219

518 WEST 204 LLC BY                          9-204
CONEY MANAGEMENT LLC AGENT
1499 CONEY ISLAND AVENUE
BROOKLYN NY  11230

                                     See Back for Important Information

                                     Primary Account: 1503226525        15

Daily Balances
Feb 28       43,250.74           Mar 14       36,776.69
Mar 01       46,902.88           Mar 15       36,176.69
Mar 04       53,685.38           Mar 18       38,183.33
Mar 05       56,890.13           Mar 20       38,656.68
Mar 06       48,128.67           Mar 25       41,731.68
Mar 07       49,765.85           Mar 26       43,531.68
Mar 08       54,520.84           Mar 27       44,381.68
Mar 11       32,251.65           Mar 28       41,777.28
Mar 12       34,595.52           Mar 29       25,176.11
Mar 13       36,890.52

Rates for this statement period - Overdraft
Mar 01, 2019   15.250000 %

**Signature Bank 619**
**FOIA Confidential Treatment Requested by Signature Bank**

A-1722

```
                                           Statement Period
                                           From April   01, 2019
                                           To   April   30, 2019
                                           Page     1 of    3

                                       PRIVATE CLIENT GROUP 204
                                       6321 NEW UTRECHT AVENUE
                                       BROOKLYN, NY 11219


     518 WEST 204 LLC BY                8-204
     CONEY MANAGEMENT LLC AGENT
     1499 CONEY ISLAND AVENUE
     BROOKLYN NY  11230
                                           See Back for Important Information


                               Primary Account: 1503226525         0
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 1503226525     MONOGRAM CHECKING | | 25,176.11 | .00 |
| RELATIONSHIP | TOTAL | | .00 |

**A-1723**

```
                                                    Statement Period
                                                    From April   01, 2019
                                                    Through April   30, 2019
                                                    Page    2 of   3

                                            PRIVATE CLIENT GROUP 204
                                            6321 NEW UTRECHT AVENUE
                                            BROOKLYN, NY 11219


         518 WEST 204 LLC BY                 8-204
         CONEY MANAGEMENT LLC AGENT
         1499 CONEY ISLAND AVENUE
         BROOKLYN NY  11230
                                            See Back for Important Information


                                    Primary Account: 1503226525        0


MONOGRAM CHECKING           1503226525



Summary

  Previous Balance as of April     01, 2019                          25,176.11
         6 Credits                                                   32,656.59
         4 Debits                                                    57,832.70
  Ending Balance as of    April    30, 2019                                .00


Deposits and Other Credits
  Apr 01  ACH DEPOSIT            ck/ref no.    22557                  5,177.61
          NYCHA SECTION 8     NYCHA-PROD   6882536
  Apr 01  RETURNED CHECK                                            18,000.00
  Apr 02  ACH DEPOSIT            ck/ref no.    213854                  139.30
          VANCO PAYMENTS     GATEWAY     XX1V42WX1A32AU
  Apr 02  ACH DEPOSIT            ck/ref no.    221561                  762.50
          518 WEST 204 LLC    SETTLEMENT   000005713514413
          005 0000000000082025090002253298
  Apr 02  ACH DEPOSIT            ck/ref no.    221560                7,440.00
          518 WEST 204 LLC    SETTLEMENT   000005696874549
  Apr 03  ACH DEPOSIT            ck/ref no.    379913                1,137.18
          518 WEST 204 LLC    SETTLEMENT   000005724257589
          002 0000000000011371890002253298

Withdrawals and Other Debits
  Apr 01  ONLINE TRANSFER DR                                         2,700.00
          ONLINE XFR TO: 1502403776
  Apr 02  TELEPHONE XFER DR                                         26,000.00
          TELEPHONE TRANSFER TO: 1503504002
  Apr 03  AUTOMATED PAYMENT      ck/ref no.    333081               12,907.88
          CON ED OF NY      INTELL CK    481117404201006
  Apr 08  ONLINE TRANSFER DR                                        16,224.82
          ONLINE XFR TO: 1503504002
```

A-1724

```
                                              Statement Period
                                              From April   01, 2019
                                              To   April   30, 2019
                                              Page    3 of    3

                                              PRIVATE CLIENT GROUP 204
                                              6321 NEW UTRECHT AVENUE
                                              BROOKLYN, NY 11219


        518 WEST 204 LLC BY              8-204
        CONEY MANAGEMENT LLC AGENT
        1499 CONEY ISLAND AVENUE
        BROOKLYN NY  11230
                                              See Back for Important Information


                                              Primary Account: 1503226525        0

 Daily Balances
   Mar 31        25,176.11            Apr 03         16,224.82
   Apr 01        45,653.72            Apr 08              .00
   Apr 02        27,995.52

 Rates for this statement period - Overdraft
 Apr 01, 2019   15.250000 %
```

**Signature Bank 622**
**FOIA Confidential Treatment Requested by Signature Bank**

A-1725



**518 West 204 LLC**
1459 Coney Island Avenue
Brooklyn, New York 11230

Signature Bank
New York, NY
1-1357/260

**201**

01/31/2018

$3,600.00***

**** THREE THOUSAND SIX HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF
GATEGUARD INC
106 W 32nd ST FL2
NEW YORK, NY  10001

MEMO: 0005

⑆000000201⑆ ⑆260135764⑆ 1503226525⑆



Date:02-12-2018  Account:1503226525  Amount:$3,600.00  Serial:201  Sequence:491450110  TR:26013576  TranCode:0
DbCr:D  Pattern:1  RIC:0

**Signature Bank 257**
**FOIA Confidential Treatment Requested by Signature Bank**



**GOVERNMENT
EXHIBIT
146**
19 Cr. 696 (PAE)

GOVERNMENT
EXHIBIT
147
19-cr-696 (PAE)



Case 1:19-cr-00696-PAE  Document 128-27  Filed 05/01/20  Page 1 of 1

**A-1727**

*Signature* | **SIGNATURE BANK** | Affidavit Of Counterfeit or Stolen Check - Business

State of ___NEW YORK___

ss:

County of ___KINGS___

I, ___MICHAEL HAAS___ ("Affiant"), being first duly sworn make this affidavit as follows:

1.    I am the ___OWNER___ f ___518 WEST 204 LLC___ ("Company"). which maintains account number ___1503226525___ ("Account") at Signature Bank ("Bank") and am authorized by the Company to make the statements made in this Affidavit and to provide the Company's agreement to indemnify, defend and hold harmless the Bank as provided below.

2.    As part of my responsibilities at the Company, I issue checks drawn on the Account, and review the Account including checks paid against the Account.

3.    On ___04/01/2019___, I reviewed the Account and discovered that the following checks ("Checks") have been charged on the Account, which those Checks were not issued, authorized or approved by the Company:

| Date Paid | Check Number | Amount | Payee |
|---|---|---|---|
| 04/01/2019 | 001 | $18,000 | GATEGUARD INC |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

4.    Neither I nor anyone else at the Company authorized, issued or approved the Checks.

5.    These Checks were:
☐    Written on blank checks that were stolen from the Company
☒    Written on check forms that were not authorized by the Company

6.    Neither I nor the Company knows the payees on these Checks or have any recollection or record of the Company ever owing these payees any money whatsoever.

7.    Neither I nor the Company knows who authorized, issued or approved these checks.

In consideration of Signature relying on the statements made in this affidavit, the Company agrees to indemnify, defend, and hold Signature Bank and all of its affiliates, directors, officers, employees, agents, successors, and assigns harmless from and against any and all claims, liabilities, demands, actions, proceedings, judgments, executions, losses, damages, attorney's fees, payments, consequential damages, punitive damages, cost and expenses of any nature whatsoever, that any of them sustains or incurs by reason of having relied on these statements. The obligations under this paragraph shall commence immediately and shall continue in full force and effect indefinitely.

Affiant is aware that (i) this Affidavit is being provided to the Bank to obtain for the Company reimbursement of the amounts of these Checks, (ii) the Bank will rely on this Affidavit to recover the amounts paid with respect to these Checks and (iii) any false statement made in this Affidavit is a violation of the law. Affiant represents and warrants that all statements contained in this Affidavit are true and complete in all respects.

I make this affidavit on this ___04___ day of ___APRIL___, 20_19___.

Signed: _____

SUBSCRIBED AND SWORN TO before me this ___04___ day of ___APRIL___, 20_19___.

_____
Notary Public
SEAL

EPHRAIM NIERENBERG
Commissioner of Deeds
City of New York
No. 28163
Certified Filed in Kings County
Commission Expires October 1, 2019

**GOVERNMENT EXHIBIT 150**
19 Cr. 696 (PAE)

200315-0612

Signature Bank 623
FOIA Confidential Treatment Requested by Signature Bank

SDNY_003116

| Amount: | $18,000.00 | Sequence Number: | 7852086051 |
|---|---|---|---|
| Account: | 1503226525 | Capture Date: | 03/28/2019 |
| Bank Number: | 02601357 | Check Number: | 1 |

**518 WEST 205 LLC**
% CONEY REALTY
1499 CONEY ISLAND AVE
BROOKLYN, NY 11230

*SIGNATURE BANK*
485 Madison Ave, 11th Floor
New York, NY   10022

Eighteen Thousand and 00 dollars.

| DATE | CHECK NO | AMOUNT |
|---|---|---|
| 3-28-19 | 001 | $18,000.00 |

Pay to
order of

GateGuard INC
106 West 32nd Street #2
New York, NY 10001

MEMO: DEVICE REMOVAL FEE

DRAW PER CONTRACT, NO SIGNATURE REQUIRED

SECURITY FEATURES INCLUDED  DETAILS ON BACK

⑈"00000 ⑈"  ⑈:02601357⑈:  ⑈1503226525⑈"



Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 03/28/2019 | 7852086051 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

**GOVERNMENT EXHIBIT 201**
19 Cr. 696 (PAE)

A-1729

| Amount: | $18,000.00 | Sequence Number: 7852069719 |
|---|---|---|
| Account: | 1502968293 | Capture Date:  03/28/2019 |
| Bank Number: 02601357 | | Check Number:  1 |

**18 MERCER EQUITY INC**
% CRYSTAL REAL ESTATE MANAGEMENT
1441 BROADWAY, SUITE 5047
NEW YORK, NY 10018

*SIGNATURE BANK*
485 Madison Ave, 11th Floor
New York, NY   10022

Eighteen Thousand and 00 dollars.

| DATE | CHECK NO | AMOUNT |
|---|---|---|
| 3-28-19 | 001 | $18,000.00 |

Pay to
order of    GateGuard INC
106 West 32nd Street #2
New York, NY 10001

DEVICE REMOVAL FEE

DRAWER PER CONTRACT, NO SIGNATURE REQUIRED

⑈"000001"⑈   ⑆:02601357⑈:   ⑈1502968243"⑈

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Deposit Only

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 03/28/2019 | 7852069719 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

**GOVERNMENT
EXHIBIT
202**
19 Cr. 696 (PAE)

SENSITIVE

A-1730

Amount:      $10,000.00        Sequence Number: 4752100728
Account:     1503226525        Capture Date:     04/19/2019
Bank Number: 02601357          Check Number



**518 WEST 205 LLC**
% CONEY REALTY
1499 CONEY ISLAND AVE
BROOKLYN, NY 11230

*SIGNATURE BANK*
485 Madison Ave, 11th Floor
New York, NY    10022

Ten Thousand and 00 dollars.

| DATE | CHECK NO | AMOUNT |
|------|----------|--------|
| 4-19-19 | 19002 | $10,000.00 |

Pay to
order of          **GateGuard INC**
                  106 West 32nd Street #2
                  New York, NY 10001

MEMO: CHARGEBACK FEE

DRAW PER CONTRACT, NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law to honor it.
Contract at gateguard.xyz/legal/terms.php accepted by above client.
Contact us 212-203-3714 with questions.

⑆11190 2⑆   ⑇02601357 6⑇   1503226525⑈

Seq: 8
Batch: 393741
Date: 04/19/19

Seq:00008 04/19/19
BAT:393741 CC:0750006506
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL7-998

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|-----------|-----|-----|-----------|
| 04/19/2019 | 4752100728 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

**GOVERNMENT
EXHIBIT
203**
19 Cr. 696 (PAE)

SENSITIVE

Amount: $18,000.00 Sequence Number: 4752100729

Account: 1503226525 Capture Date: 04/19/2019

Bank Number: 02601357 Check Number 141901

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**518 WEST 205 LLC**
% CONEY REALTY
1499 CONEY ISLAND AVE
BROOKLYN, NY 11230

***SIGNATURE BANK***
485 Madison Ave, 11th Floor
New York, NY 10022

| DATE | CHECK NO | AMOUNT |
|---|---|---|
| 4-19-19 | 19001 | $18,000.00 |

Eighteen Thousand and 00 dollars.

Pay to order of **GateGuard INC**
106 West 32nd Street #2
New York, NY 10001

MEMO: DEVICE REMOVAL FEE

DRAW PER CONTRACT. NO SIGNATURE REQUIRED
**NOTE TO BANK: This is a valid check. You are required by law to honor it.**
Contract at gateguard.xyz/legal/terms php accepted by above client.
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈141901⑈ ⑆026013576⑆ 1503226525⑈

Seq: 9
Batch: 393741
Date: 04/19/19

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.
Security Features: Results of check alteration:
• Micro-Printing • Small type in border of check and endorsement area appears blurred if copied or scanned.
• Watermark • Artificial watermark on back. Hold at an angle to view.
• Colored Background • Void copy protection

Seq:00009 04/19/19
BAT:393741 CC:0750006506
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL7-998

ENDORSE CHECK HERE
X
PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
[illegible]322

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100729 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

| | | | |
|---|---|---|---|
| Amount: | $5,000.00 | Sequence Number: | 4752100730 |
| Account: | 1503226525 | Capture Date: | 04/19/2019 |
| Bank Number: | 02601357 | Check Number | 141903 |

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**518 WEST 205 LLC**
% CONEY REALTY
1499 CONEY ISLAND AVE
BROOKLYN, NY 11230

***SIGNATURE BANK***
485 Madison Ave, 11th Floor
New York, NY 10022

| DATE | CHECK NO | AMOUNT |
|---|---|---|
| 4-19-19 | 19003 | $5,000.00 |

Five Thousand and 00 dollars.

Pay to order of **GateGuard INC**
106 West 32nd Street #2
New York, NY 10001

MEMO: ATTORNEY USE FEE

**DRAW PER CONTRACT, NO SIGNATURE REQUIRED**
NOTE TO BANK: This is a valid check. You are required by law to honor it.
Contract at gateguard.xyz/legal/terms php accepted by above client.
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈141903⑈ ⑆026013576⑆ 1503226525⑈

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.
Security Features: Results of check alteration:
• Micro Printing • Small type in border ... appears blurred or solid ...
• Watermark • ... on back. Hold at an angle to view.
• Colored Background • Void copy protection

Seq: 10
Batch: 393741
Date: 04/19/19

Seq:00010 04/19/19
BAT:393741 CC:0758886586
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL7-998

ENDORSE CHECK HERE
X
**PAY BANK OF AMERICA**
FOR DEPOSIT ONLY
GATEGUARD INC.
C21000322
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100730 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

| | | | |
|---|---|---|---|
| Amount: | $10,000.00 | Sequence Number: | 4752100731 |
| Account: | 782121672 | Capture Date: | 04/19/2019 |
| Bank Number: | 02100002 | Check Number: | 41906 |

**ABJ Milano LLC**
New York, NY

*JP Morgan Chase Bank*
349 Fifth Ave
New York, NY 10016

*Date: 4/19/19*

Pay to order of GateGuard INC

This amount:***Ten Thousand and 00/100 dollars. $10000

MEMO: COLLECTIONS FEE
2041 Adam Clayton

DRAW PER CONTRACT. NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legal/terms.php accepted by above client..
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041906⑈ ⑆021000021⑆ 782121672⑈

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.
Security Features: Results of check alteration:
• Micro Printing • Small type in border of check and endorsement area appears blurred if copied or scanned
• Watermark • Artificial watermark on back. Hold at an angle to view
• Colored Background • Void copy protection

Seq: 11
Batch: 393741
Date: 04/19/19

Seq:00011 04/19/19
BAT:393741 CC:0750006506
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL7-998

ENDORSE CHECK HERE
PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100731 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

GOVERNMENT EXHIBIT 204
19 Cr. 696 (PAE)

Amount: $5,000.00 Sequence Number: 4752100732

Account: 782121672 Capture Date: 04/19/2019

Bank Number: 02100002 Check Number: 41905

**ABJ Milano LLC**
New York, NY

*JP Morgan Chase Bank*
349 Fifth Ave
New York, NY 10016

*Date: 4/19/19*

Pay to order of **GateGuard INC**

This amount:***Five Thousand and 00/1000 dollars. $5000

MEMO: ATTORNEY USE FEE
2041 Adam Clayton

DRAW PER CONTRACT. NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legal/terms.php accepted by above client..
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041905⑈ ⑆021000021⑆ 782121672⑈

Seq: 12
Batch: 393741
Date: 04/19/19

Seq:00012 04/19/19
BAT:393741 CC:0750006586
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL/-998

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.
Security Features: Results of check alteration:
• Micro Printing • Small type in product, check and endorsement area appears blurred if copied or scanned
• Watermark • Artificial watermark on back. Hold at an angle to view
• Colored Background • Void copy protection

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322

ENDORSE CHECK HERE

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100732 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |



A-1735

| | | | |
|---|---|---|---|
| Amount: | $5,000.00 | Sequence Number: | 4752100733 |
| Account: | 782121672 | Capture Date: | 04/19/2019 |
| Bank Number: | 02100002 | Check Number: | 41902 |

**ABJ Milano LLC**
New York, NY

***JP Morgan Chase Bank***
349 Fifth Ave
New York, NY 10016

***Date: 4/19/19***

Pay to order of **GateGuard INC**

This amount:***Five Thousand and 00/1000 dollars. $5000

MEMO: ATTORNEY USE FEE
66 W 127

**DRAW PER CONTRACT. NO SIGNATURE REQUIRED**
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legal/terms.php accepted by above client.,
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041902⑈ ⑆021000021⑆ 782121672⑈

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.
Security Features / Results of check alteration:
• Micro-Printing • Small type in border of check and endorsement area appears blurred if copied or scanned
• Watermark • Artificial watermark on back. Hold at an angle to view
• Colored Background • Void copy protection

Seq: 13
Batch: 393741
Date: 04/19/19

Seq:00013 04/19/19
BAT:393741 CC:0750006508
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL7-998

ENDORSE CHECK HERE
X
**PAY BANK OF AMERICA**
**FOR DEPOSIT ONLY**
**GATEGUARD INC.**
021000322

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100733 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

| | | | |
|---|---|---|---|
| Amount: | $18,000.00 | Sequence Number: | 4752100734 |
| Account: | 782121672 | Capture Date: | 04/19/2019 |
| Bank Number: | 02100002 | Check Number | 41904 |

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Milano LLC**
New York, NY

***JP Morgan Chase Bank***
349 Fifth Ave
New York, NY 10016

***Date: 4/19/19***

Pay to order of **GateGuard INC**

This amount:***Eighteen Thousand and 00/100 dollars. **$18000**

MEMO: DEVICE REMOVAL FEE
**2041 Adam Clayton**

**DRAW PER CONTRACT. NO SIGNATURE REQUIRED**
**NOTE TO BANK: This is a valid check. You are required by law it Contract at gateguard.xyz/legal/terms.php accepted by above client. Contact us 212-203-3714 with questions**

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041904⑈ ⑆021000021⑆ 782121672⑈

Seq: 14
Batch: 393741
Date: 04/19/19

Seq:00014 04/19/19
BAT:393741 CC:0758006506
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL/-998

ENDORSE CHECK HERE
X
PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.
Security Features: Results of check alteration:
• Micro-Printing • Small type in border may appear blurred if copied or scanned
• Watermark • Artificial watermark on back. Hold at an angle to view.
• Colored Background • Void copy protection

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100734 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

| | | | |
|---|---|---|---|
| Amount: | $18,000.00 | Sequence Number: | 4752100735 |
| Account: | 782121672 | Capture Date: | 04/19/2019 |
| Bank Number: | 02100002 | Check Number | 41901 |

**ABJ Milano LLC**
New York, NY

***JP Morgan Chase Bank***
349 Fifth Ave
New York, NY 10016

***Date: 4/19/19***

Pay to order of **GateGuard INC**

This amount:***Eighteen Thousand and 00/100 dollars. $18000

MEMO: DEVICE REMOVAL FEE
66 W 127

DRAW PER CONTRACT, NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it Contract at gateguard.xyz/legal/terms.php accepted by above client.. Contact us 212-203-3714 with questions

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041901⑈ ⑆021000021⑆ 782121672⑈

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.
Security Features: Results of check alteration:
• Micro-Printing • Small type in border of check and endorsement area appears blurred when copied or scanned
• Watermark • Artificial watermark on back. Hold at an angle to view.
• Colored Background • Void copy protection.

Seq: 15
Batch: 393741
Date: 04/19/19

Seq:00015 04/19/19
BAT:393741 CC:0750006586
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL/-998

ENDORSE CHECK HERE
BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
DO NOT WRITE 021000322 P BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100735 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

| | | | |
|---|---|---|---|
| Amount: | $10,000.00 | Sequence Number: | 4752100736 |
| Account: | 782121672 | Capture Date: | 04/19/2019 |
| Bank Number: | 02100002 | Check Number | 41903 |

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Milano LLC**
New York, NY

***JP Morgan Chase Bank***
349 Fifth Ave
New York, NY 10016

***Date: 4/19/19***

Pay to order of **GateGuard INC**

This amount:***Ten Thousand and 00/100 dollars. $10000

MEMO: COLLECTIONS FEE
66 W 127

**DRAW PER CONTRACT, NO SIGNATURE REQUIRED**
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legal/terms.php accepted by above client.
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041903⑈ ⑆021000021⑆ 782121672⑈

*Listed below are the security features provided on this document which meet and/or exceed industry guidelines.*

Security Features: Results of check alteration:
- Micro-Printing • Small type in border of check and endorsement area appears blurred if copied or scanned
- Watermark • Artificial watermark on back. Hold at an angle to view
- Colored Background • Void copy protection

Seq: 16
Batch: 393741
Date: 04/19/19

Seq:00016 04/19/19
BAT:393741 CC:0750006506
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL/-998

ENDORSE CHECK HERE

**PAY BANK OF AMERICA**
FOR DEPOSIT ONLY
GATEGUARD INC
DEPOS 021000322

DO NOT WRITE BELOW THIS LINE
ENDORSEMENT

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100736 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

A-1739

| | | | |
|---|---|---|---|
| Amount: | $18,000.00 | Sequence Number: | 4752100737 |
| Account: | 0 | Capture Date: | 04/19/2019 |
| Bank Number: | 02100002 | Check Number | |

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

***JP Morgan Chase Bank***
349 Fifth Ave
New York, NY 10016

***Date: 4/19/19***

Pay to order of **GateGuard INC**

This amount:***Eighteen Thousand and 00/100 dollars. **$18000**

MEMO: DEVICE REMOVAL FEE
**639 Lenox Avenue [Gate]**

**DRAW PER CONTRACT, NO SIGNATURE REQUIRED**
**NOTE TO BANK: This is a valid check. You are required by law it Contract at gateguard.xyz/legal/terms php accepted by above client. Contact us 212-203-3714 with questions.**

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈014922⑈ ⑆021000021⑆ 833579100⑈

*Listed below are the security features provided on this document which meet and/or exceed industry guidelines.*

Security Features: Results of check alteration:
- Micro Printing - Small type in border of check and endorsement area appears blurred if copied or scanned
- Watermark - Artificial watermark on back. Hold at an angle to view.
- Colored Background - Void copy protection

Seq: 17
Batch: 393741
Date: 04/19/19

Seq:00017 04/19/19
BAT:393741 CC:0750006506
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL7-998

ENDORSE CHECK HERE

X

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD
024

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100737 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

GOVERNMENT EXHIBIT 205
19 Cr. 696 (PAE)

A-1740

| | | | |
|---|---|---|---|
| Amount: | $18,000.00 | Sequence Number: | 4752100738 |
| Account: | 833579100 | Capture Date: | 04/19/2019 |
| Bank Number: | 02100002 | Check Number | 41919 |

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

***JP Morgan Chase Bank***
349 Fifth Ave
New York, NY 10016

***Date: 4/19/19***

Pay to order of **GateGuard INC**

This amount: ***Eighteen Thousand and 00/100 dollars. $18000

MEMO: DEVICE REMOVAL FEE
102 W. 138th Street [Gate]

**DRAW PER CONTRACT, NO SIGNATURE REQUIRED**
NOTE TO BANK: This is a valid check. You are required by law to
Contract at gateguard.xyz/legal/terms.php accepted by above client..
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041919⑈ ⑆021000021⑆ 833579100⑈

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.
Security Features: Results of check alteration:
• Micro Printing • Small type in border of check and endorsement area appears blurred or copied or scanned.
• Watermark • Artificial watermark on back. Hold at an angle to view.
• Colored Background • Void copy protection.

Seq: 18
Batch: 393741
Date: 04/19/19

Seq:00018 04/19/19
BAT:393741 CC:0752100738
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL/-998

ENDORSE CHECK HERE
X

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION DEPOSITORY ENDORSEMENT

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100738 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

A-1741

Amount: $18,000.00 Sequence Number: 4752100739

Account: 833579100 Capture Date: 04/19/2019

Bank Number: 02100002 Check Number

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

***JP Morgan Chase Bank***
349 Fifth Ave
New York, NY 10016

***Date: 4/19/19***

Pay to order of **GateGuard INC**

This amount:***Eighteen Thousand and 00/100 dollars. $18000

MEMO: DEVICE REMOVAL FEE
100 W. 138th Street [Gate]

**DRAW PER CONTRACT, NO SIGNATURE REQUIRED**
NOTE TO BANK: This is a valid check. You are required by law to
Contract at gateguard.xyz/legal/terms php accepted by above client.
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈004946⑈ ⑆021000021⑆ 833579100⑈

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.
Security Features: Results of check alteration:
• Micro Printing • Small type in border of check and endorsement area appears blurred if copied or scanned.
• Watermark • Artificial watermark on back. Hold at an angle to view.
• Colored Background • Void copy protection

Seq: 19
Batch: 393741
Date: 04/19/19

Seq:00019 04/19/19
BAT:393741 CC:0750006506
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL7-998

ENDORSE CHECK HERE

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100739 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

A-1742

Amount: $18,000.00 Sequence Number: 4752100740

Account: 0 Capture Date: 04/19/2019

Bank Number: 02100002 Check Number

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

***JP Morgan Chase Bank***
349 Fifth Ave
New York, NY 10016

***Date: 4/19/19***

Pay to order of **GateGuard INC**

This amount: ***Eighteen Thousand and 00/100 dollars. $18000

MEMO: DEVICE REMOVAL FEE
348 Lenox Avenue [Door]

**DRAW PER CONTRACT. NO SIGNATURE REQUIRED**
NOTE TO BANK: This is a valid check. You are required by law it Contract at gateguard.xyz/legal/terms.php accepted by above client.. Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈041913⑈ ⑆021000021⑆ 833579100⑈

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.

Security Features: Results of check alteration:
- Micro-Printing • Small type in border of check and endorsement area appears blurred if copied or scanned.
- Watermark • Artificial watermark on back. Hold at an angle to view.
- Colored Background • Void copy protection.

Seq: 20
Batch: 393741
Date: 04/19/19

Seq:00020 04/19/19
BAT:393741 CC:0750006506
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL7-998

ENDORSE CHECK HERE

X

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100740 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

A-1743

Amount:      $18,000.00         Sequence Number: 4752100741
Account:     833579100          Capture Date:    04/19/2019
Bank Number: 02100002           Check Number     41910



ABJ Lennox LLC                JP Morgan Chase Bank              Date: 4/19/19
New York, NY                  349 Fifth Ave
                              New York, NY 10016

Pay to
order of        GateGuard INC

This amount:***Eighteen Thousand and 00/100 dollars.          $18000

MEMO:  DEVICE REMOVAL FEE        DRAW PER CONTRACT, NO SIGNATURE REQUIRED
       342 Lenox Ave [Door]      NOTE TO BANK: This is a valid check. You are required by law it
                                 Contract at gateguard.xyz/legalterms.php accepted by above client.
                                 Contact us 212-203-3714 with questions.



Seq: 21
Batch: 393741
Date: 04/19/19

Electronic Endorsements:

Date        Sequence      Bank #      Endrs Type   TRN   RRC   Bank Name
04/19/2019  4752100741    11000138    Rtn Loc/BOFD Y          BANK OF AMERICA NA

SENSITIVE                                              SDNY_000039

Amount: $18,000.00 Sequence Number: 4752100742
Account: 0 Capture Date: 04/19/2019
Bank Number: 02100002 Check Number

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

***JP Morgan Chase Bank***
349 Fifth Ave
New York, NY 10016

***Date: 4/19/19***

Pay to order of **GateGuard INC**

This amount: ***Eighteen Thousand and 00/100 dollars. $18000

MEMO: DEVICE REMOVAL FEE
342-346 Lenox Ave [Gate]

DRAW PER CONTRACT. NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it Contract at gateguard.xyz/legal/terms.php accepted by above client., Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈014907⑈ ⑆021000021⑆ 833579100⑈

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.
Security Features: Results of check alteration:
• Micro-Printing • Small type in border of check and endorsement area appears blurred or copied or scanned
• Watermark • Artificial watermark on back. Hold at an angle to view
• Colored Background • Void copy protection

Seq: 22
Batch: 393741
Date: 04/19/19

Seq:00022 04/19/19
BAT:393741 CC:0750006506
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL7-998

ENDORSE CHECK HERE
X
PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
DO NOT WRITE 021000322 BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100742 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

| | | | |
|---|---|---|---|
| Amount: | $5,000.00 | Sequence Number: | 4752100743 |
| Account: | 833579100 | Capture Date: | 04/19/2019 |
| Bank Number: | 02100002 | Check Number | 41923 |

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

***JP Morgan Chase Bank***
349 Fifth Ave
New York, NY 10016

***Date: 4/19/19***

Pay to order of **GateGuard INC**

This amount:***Five Thousand and 00/1000 dollars. $5000

MEMO: ATTORNEY USE FEE
539 Lenox Avenue [Gate]

**DRAW PER CONTRACT. NO SIGNATURE REQUIRED**
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legal/terms.php accepted by above client..
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041923⑈ ⑆021000021⑆ 833579100⑈

Seq: 23
Batch: 393741
Date: 04/19/19

Seq:00023 04/19/19
BAT:393741 CC:0750006506
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL7-998

ENDORSE CHECK HERE
PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.
Security Features: Results of check alteration:
• Micro-Printing • Small type in border of check and endorsement area appears blurred when copied or scanned.
• Watermark • Artificial watermark on back. Hold at an angle to view.
• Colored Background • Void copy protection.

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100743 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

A-1746

| Amount: | $5,000.00 | Sequence Number: | 4752100744 |
|---------|-----------|------------------|------------|
| Account: | 833579100 | Capture Date: | 04/19/2019 |
| Bank Number: | 02100002 | Check Number: | 41920 |



Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 04/19/2019 | 4752100744 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

| | | | |
|---|---|---|---|
| Amount: | $5,000.00 | Sequence Number: | 4752100745 |
| Account: | 833579100 | Capture Date: | 04/19/2019 |
| Bank Number: | 02100002 | Check Number | 41917 |

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

***JP Morgan Chase Bank***
349 Fifth Ave
New York, NY 10016

***Date: 4/19/19***

Pay to order of **GateGuard INC**

This amount:***Five Thousand and 00/1000 dollars. $5000

MEMO: ATTORNEY USE FEE
100 W. 138th Street [Gate]

**DRAW PER CONTRACT. NO SIGNATURE REQUIRED**
NOTE TO BANK: This is a valid check. You are required by law to honor it.
Contract at gateguard.xyz/legal/terms.php accepted by above client..
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈041917⑈ ⑆021000021⑆ 833579100⑈

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.

Security Features: Results of check alteration:
• Micro Printing • Small type in border of check and endorsement area appears as dotted line when copied or scanned.
• Watermark • Artificial watermark on back. Hold at an angle to view.
• Colored Background • Void copy protection.

Seq: 25
Batch: 393741
Date: 04/19/19

Seq:00025 04/19/19
BAT:393741 CC:0758006508
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL7-998

ENDORSE CHECK HERE
X
PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100745 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

| | | | |
|---|---|---|---|
| Amount: | $5,000.00 | Sequence Number: | 4752100746 |
| Account: | 833579100 | Capture Date: | 04/19/2019 |
| Bank Number: | 02100002 | Check Number | 41914 |

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

***JP Morgan Chase Bank***
349 Fifth Ave
New York, NY 10016

***Date: 4/19/19***

Pay to order of **GateGuard INC**

This amount: ***Five Thousand and 00/1000 dollars. $5000

MEMO: ATTORNEY USE FEE
348 Lenox Avenue [Door]

**DRAW PER CONTRACT, NO SIGNATURE REQUIRED**
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legal/terms.php accepted by above client..
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041914⑈ ⑆021000021⑆ 833579100⑈

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.
Security Features: Results of check alteration:
• Micro-Printing • Small type in border of check and endorsement area appears blurred if copied or scanned
• Watermark • Artificial watermark on back. Hold at an angle to view
• Colored Background • Void copy protection

Seq: 26
Batch: 393741
Date: 04/19/19

Seq:00026 04/19/19
BAT:393741 CC:0758886586
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL7-998

ENDORSE CHECK HERE
X

**PAY BANK OF AMERICA**
**FOR DEPOSIT ONLY**
**GATEGUARD INC**
**021000322**

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100746 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

| | | | |
|---|---|---|---|
| Amount: | $5,000.00 | Sequence Number: | 4752100747 |
| Account: | 833579100 | Capture Date: | 04/19/2019 |
| Bank Number: | 02100002 | Check Number | 41911 |

FOR SECURITY PURPOSES THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

***JP Morgan Chase Bank***
349 Fifth Ave
New York, NY 10016

***Date: 4/19/19***

Pay to order of **GateGuard INC**

This amount:***Five Thousand and 00/1000 dollars. $5000

MEMO: ATTORNEY USE FEE
**342 Lenox Ave [Door]**

**DRAW PER CONTRACT. NO SIGNATURE REQUIRED**
**NOTE TO BANK: This is a valid check. You are required by law it Contract at gateguard.xyz/legal/terms.php accepted by above client.. Contact us 212-203-3714 with questions.**

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041911⑈ ⑆021000021⑆ 833579100⑈

*Listed below are the security features provided on this document which meet and/or exceed industry guidelines.*

Security Features: Results of check alteration:
- Micro Printing • Small type in border of check and endorsement area appears blurred if copied or scanned.
- Watermark • Artificial watermark on back. Hold at an angle to view.
- Colored Background • Void copy protection.

Seq: 27
Batch: 393741
Date: 04/19/19

Seq:00027 04/19/19
BAT:393741 CC:0750006586
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL7-998

ENDORSE CHECK HERE
X

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322

DO NOT WRITE / STAMP / SIGN BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100747 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

| | | | |
|---|---|---|---|
| Amount: | $5,000.00 | Sequence Number: | 4752100748 |
| Account: | 833579100 | Capture Date: | 04/19/2019 |
| Bank Number: | 02100002 | Check Number | 41908 |

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

***JP Morgan Chase Bank***
349 Fifth Ave
New York, NY 10016

***Date: 4/19/19***

Pay to order of GateGuard INC

This amount: ***Five Thousand and 00/1000 dollars. $5000

MEMO: ATTORNEY USE FEE
342-346 Lenox Ave [Gate]

DRAW PER CONTRACT, NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard xyz/legal/terms.php accepted by above client.,
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041908⑈ ⑆021000021⑆ 833579100⑈

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.
Security Features: Results of check alteration:
• Micro Printing • Small type in border of check and endorsement area appears blurred if copied or scanned
• Watermark • Artificial watermark on back. Hold at an angle to view
• Colored Background • Void copy protection

Seq: 28
Batch: 393741
Date: 04/19/19

Seq:00028 04/19/19
BAT:393741 CC:0750006586
WT:01 LTPS'Jacksonville
BC:Lincoln Road Mall BC FL7-998

ENDORSE CHECK HERE
X

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
DO NOT WRITE 021000322 BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100748 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

| | | | |
|---|---|---|---|
| Amount: | $10,000.00 | Sequence Number: | 4752100749 |
| Account: | 833579100 | Capture Date: | 04/19/2019 |
| Bank Number: | 02100002 | Check Number: | 41924 |





Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100749 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

SENSITIVE

**A-1752**

Amount:      $10,000.00          Sequence Number: 4752100750
Account:     833579100           Capture Date:   04/19/2019
Bank Number: 02100002            Check Number    41921



FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to
order of          **GateGuard INC**

This amount:***Ten Thousand and 00/100 dollars.          $10000

MEMO:  COLLECTIONS FEE
       102 W. 138th Street [Gate]

DRAW PER CONTRACT, NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legalterms.php accepted by above client.,
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041921⑈   ⑆02100002⑈   833579100⑈

Seq: 30
Batch: 393741
Date: 04/19/19

PAY BANK OF AMERICA
FOR DEPOSITORY ONLY
GATEGUARD INC
021000322
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Seq:00030 04/19/19
BAT:393741 CC:0750006506
WT:01 LTPS:Jacksonville
BL:Lincoln Road Mall BC FL7-998

Electronic Endorsements:

Date         Sequence      Bank #      Endrs Type    TRN    RRC    Bank Name
04/19/2019   4752100750    11000138    Rtn Loc/BOFD  Y             BANK OF AMERICA NA

SENSITIVE

SDNY_000048

| | | | |
|---|---|---|---|
| Amount: | $10,000.00 | Sequence Number: | 4752100751 |
| Account: | 833579100 | Capture Date: | 04/19/2019 |
| Bank Number: | 02100002 | Check Number | 41918 |

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

***JP Morgan Chase Bank***
349 Fifth Ave
New York, NY 10016

***Date: 4/19/19***

Pay to order of **GateGuard INC**

This amount:***Ten Thousand and 00/100 dollars.

$10000

MEMO: COLLECTIONS FEE
100 W. 138th Street [Gate]

**DRAW PER CONTRACT. NO SIGNATURE REQUIRED**
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legal/terms.php accepted by above client..
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041918⑈ ⑆021000021⑆ 833579100⑈

*Listed below are the security features provided on this document which meet and/or exceed industry guidelines.*

Security Features: Results of check alteration
- Micro-Printing
- Watermark
- Colored Background
- Void copy protection

Seq: 31
Batch: 393741
Date: 04/19/19

Seq:00031 04/19/19
BAT:393741 CC:0750006506
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL7-998

ENDORSE CHECK HERE

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100751 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

Amount:      $10,000.00        Sequence Number: 4752100752
Account:     833579100         Capture Date:    04/19/2019
Bank Number: 02100002          Check Number     41915

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date: **4/19/19**

Pay to
order of    **GateGuard INC**

This amount:***Ten Thousand and 00/100 dollars.        $10000

MEMO:   COLLECTIONS FEE
        346 Lenox Avenue [Door]

DRAW PER CONTRACT, NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legal/terms.php accepted by above client.
Contact us 212-203-3714 with questions.

⊡ SECURITY FEATURES INCLUDED. DETAILS ON BACK  ⊡

⑾041915⑾   ⑆021000021⑆   833579100⑾

Seq: 32
Batch: 393741
Date: 04/19/19

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Seq:00032 04/19/19
BAT:393741 CC:0750006506
WT:01 LPPS:Jacksonville
BU:Lincoln Road Mail BU FL/-998

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 04/19/2019 | 4752100752 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

SENSITIVE

Amount: $10,000.00 Sequence Number: 4752100753

Account: 833579100 Capture Date: 04/19/2019

Bank Number: 02100002 Check Number 41912

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

***JP Morgan Chase Bank***
349 Fifth Ave
New York, NY 10018

***Date: 4/19/19***

Pay to order of **GateGuard INC**

This amount:***Ten Thousand and 00/100 dollars. $10000

MEMO: COLLECTIONS FEE
342 Lenox Ave [Door]

**DRAW PER CONTRACT, NO SIGNATURE REQUIRED**
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legal/terms.php accepted by above client..
Contact us 212-203-3714 with questions

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041912⑈ ⑆021000021⑆ 833579100⑈

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.
Security Features: Results of check alteration:
• Micro Printing • Small type in border appears blurred or scanned
• Watermark • Artificial watermark on back. Hold at an angle to view.
• Colored Background • Void copy pantograph

Seq: 33
Batch: 393741
Date: 04/19/19

Seq:00033 04/19/19
BAT:393741 CC:0750006500
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL7-998

ENDORSE CHECK HERE

**PAY BANK OF AMERICA**
FOR DEPOSIT ONLY
**GATEGUARD INC.**
021000322

DO NOT WRITE, STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100753 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

SENSITIVE SDNY_000051

A-1756

| | | | |
|---|---|---|---|
| Amount: | $10,000.00 | Sequence Number: | 4752100754 |
| Account: | 833579100 | Capture Date: | 04/19/2019 |
| Bank Number: | 02100002 | Check Number | 41909 |

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

**Date: 4/19/19**

Pay to order of **GateGuard INC**

This amount: ***Ten Thousand and 00/100 dollars. $10000

MEMO: COLLECTIONS FEE
342-346 Lenox Ave (Gate)

DRAW PER CONTRACT. NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legal/terms php accepted by above client.
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041909⑈ ⑆021000021⑆ 833579100⑈

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.
Security Features: Results of check alteration:
• Micro-Printing • Small type in border of check and endorsement area appears blurred when copied or scanned.
• Watermark • Artificial watermark on back. Hold at an angle to view.
• Colored Background • Void copy protection

Seq: 34
Batch: 393741
Date: 04/19/19

Seq:00034 04/19/19
BAT:393741 CC:0750006500
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL7-998

ENDORSE CHECK HERE
X
PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100754 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

A-1757

Amount:      $297,000.00        Sequence Number: 4752100727
Account:     483067038085       Capture Date:   04/19/2019
Bank Number: 54004013           Check Number:   0

**Bank of America** ✒       Counter Deposit   **CREDIT**

Name  GATEGUARD INC          Date  4/19/19
Address  350 LINCOLN RD
City/State/Zip Code  MIAMI BEACH FL 33139
Telephone  (781) 718 3376

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

Location/Store/Serial # (For Business customers only)     Proof Code   Account Number
81  483067038085
⑆540950131⑆

Cash
Check     297000.00
Subtotal
Less Cash
Total Deposit $  297,000.00

Seq: 7          Do not write in this area
Batch: 393741
Date: 04/19/19

Electronic Endorsements:

| Date       | Sequence   | Bank #   | Endrs Type   | TRN | RRC | Bank Name          |
| ---------- | ---------- | -------- | ------------ | --- | --- | ------------------ |
| 04/19/2019 | 4752100727 | 11000138 | Rtn Loc/BOFD | Y   |     | BANK OF AMERICA NA |

GOVERNMENT
EXHIBIT
206
19 Cr. 696 (PAE)

SENSITIVE                                    SDNY_000025

A-1758

**Subject**: We're live
**From**: Ari Teman <ari@teman.com>
**To**: Joseph Soleimani <Joe@abjny.com>,Benjamin Soleimani <bsoleimani@abjny.com>
**Date Sent**: Monday, September 25, 2017 2:45:41 PM GMT-04:00
**Date Received**: Monday, September 25, 2017 2:45:45 PM GMT-04:00
**Attachments**: 20170925_144506.jpg

GOVERNMENT
EXHIBIT
401
19 Cr. 696 (PAE)

SDNY_001907

Case 1:19-cr-00696-PAE   Document 128-35   Filed 05/01/20   Page 2 of 2



SDNY_001908

A-1760

**Subject**: current issues
**From**: Joseph Soleimani <joe@abjny.com>
**To**: Ari Teman <ari@teman.com>
**Date Sent**: 2017-11-06 17:07:33 -0500
**Date Received**: Mon Nov 06 22:07:33 UTC 2017

---

Ari,
Lets discuss this tomorrow.

1) Tenants without smart phone no way to use intercom
2) Mail man has no way of entering the building(time line for when this will be installed?
3) System does not recognize tenants face to enroll.(Tenants take off from work to meet with us and it is a complete waste of time for both manager and tenant when the system can not recognize face of tenant to enroll in system)
4) System does not recognize tenants face even after enrollment(56 1A- Derek Salud). Recognized him as Ari Teman. Has recognized Nate as Ari before too.
5) 342 very loose, not installed/drilled into wall correctly. Our supers are not touch this system. Please have technician fix this.
6) 342/346 front gate way to low. System will not take a photo of anyone 5'3 and taller.
Other buildings that are way to low:
140
342
346
539 lenox ave
100 lenox ave is to high
7) When a tenant is buzzed by someone trying to get into the building their phone is ringed once like a text message. Tenants are complaining that they can not hear someone ringing them when it hits their phone like a text message.
8) We are missing IDs and Pins for all Occupants.
9) tenants need to take off there hats and glasses to get in and it takes way to long to get into the building
10) tenants need to press "take a selfie" is there any way it can do it automatically
11) does every single tenant need to memorize his own code? Why cant we do one code per unit



**Joseph Soleimani**
**Vice President**
ABJ Properties, Inc.
347 Pleasant Avenue, Suite 1A
New York, NY  10035
T. 212.860.5560
F. 212.860.5570

GOVERNMENT EXHIBIT 402
19 Cr. 696 (PAE)

SDNY_001821

A-1761

**Subject**: Ending GateGuard
**From**: Ari Teman <ari@teman.com>
**To**: Joseph Soleimani <Joe@abjny.com>,Benjamin Soleimani <bsoleimani@abjny.com>
**Date Sent**: Friday, March 9, 2018 7:46:50 AM GMT-05:00
**Date Received**: Friday, March 9, 2018 7:46:52 AM GMT-05:00

Hi guys,

As of today GateGuard Inc is shut down and we will not be supporting any requests. In two weeks the servers will be done.

Landlords, including you, pay months late, haggle, put in fake orders, and I'm tired of it. There's not been a single day we've had our time or effort respected.

With SubletSpy we get an online order and we work, sometimes we have to chase a success fee, but it's not GateGuard where you drag me to meetings and never pay or pay peanuts. The dangling of fake orders and fake investment was even worse, and you guys claim to be frum, but that's the #1 sin in Judaism and I can tell you I agree.

I hate this job, I hate working with you, I hate that you treat me like I'm another plumber you can haggle to peanuts. There is zero respect for my time, or my livelihood -- forget the technical innovation. You have no calculation that I might be suffering and be unable to continue. You do not care, you may say you so, but you don't.

 Well, we are done.

My decision is final. I've lost over $350,000 and incredible opportunity on this and I'm not going to lose another penny. More importantly I'm tired of waking up dreading the day. I hate every day I'm running an unfunded hardware startup with no team and no help. I hate being in NYC in the cold. I hate everything about chasing assholes to pay.

If you want innovation and results, pay for them, but you don't really care. You could have had an amazing tool, and an incredibly creative and talented partner but you treated me like absolute shit and I'm done.

Ari



GOVERNMENT
EXHIBIT
**403**
19 Cr. 696 (PAE)

SDNY_001704

A-1762

**Subject**: All communication in writing
**From**: Ari Teman <ari@teman.com>
**To**: Joseph Soleimani <Joe@abjny.com>
**Date Sent**: Monday, May 7, 2018 7:53:24 PM GMT-04:00
**Date Received**: Monday, May 7, 2018 7:53:36 PM GMT-04:00

Because you're a dishonest snake, a fraud, and a thief, all communication will be in writing.

You called twice today. I will not bother wasting my time listening to your mouth spout lies.

Put it in writing. I've already got enough of our calls full of your lies for my guys to transcribe.

Ari



GOVERNMENT
EXHIBIT
**404**
19 Cr. 696 (PAE)

SDNY_001679

A-1763



Joseph Soleimani <joe@abjny.com>

**Gateguard**
3 messages

---

**Joseph Soleimani** <joe@abjny.com>                                    Tue, May 22, 2018 at 1:30 PM
To: Ari Teman <ari@teman.com>

Ari,

Can you please send me the invoices which you are claiming we owe you? Not sure why we owe you money but I'm glad to look into it. As you know, we have not been using Gateguard for some time now as it was not working properly for us and our tenants. We should still be within our first year of service on all properties. Per your suggestion, we are looking into some replacement intercom systems.

I hope we can continue our relationship with other ventures that you have and wish you the best of luck with Gateguard. I know you will do great with it and I'm sure other customers will be happy. I think its best that we part ways on Gateguard as it has caused much friction between us.

Please forward the invoices and if they need any clarification please provide it.

Thanks and looking forward,

Joe

> GOVERNMENT
> EXHIBIT
> **405**
> 19 Cr. 696 (PAE)

---

**Ari Teman** <ari@teman.com>                                    Tue, May 22, 2018 at 5:37 PM
To: Joseph Soleimani <joe@abjny.com>

Joe,

When you signed up for GateGuard you signed a contract that includes steep fines for removing or disabling devices ($18,000 per device) and includes a multi-year contract to pay for service. There are no cancelations or early terminations. Monthly bills past-due incur a major collection fee. The bill per device is the 10 years of service minus the 6 months paid upfront, (6 months*$99+$149*9 years*12 months), and the $18,000 fee for removing power from the devices disabling their use. **The amount we sent to collections last week is $268,116 (44,686/device).**

**GateGuard was working fine, to the point that you and your brother (Benjamin) begged me and encouraged me to keep it running (*in writing*).**

You said, **on a recorded line,** that our "technology was great", that "Latch sucks", and that you would be "ordering 60 more devices" from me if I added a feature "forcing a selfie", which we did. You again said you'd order 60 devices.

You perhaps changed your mind likely when offered something free (which you also told me on a recorded line), but we delivered on the agreement (and we have since switched the order and there are no complaints). You need to hold up your end.

This is bit personal because I trusted you because it's a lonely game and I needed a friend, you abused that trust, to the point you told me you'd invite me to a seder and you loved me **at the same time** you asked Dan Enfield, one of my *real* friends, to lie to me.

However, there is more than that. In the contract you agree explicitly to not enter into access control business, not to divulge our interface or IP to others, not to use a similar device. You then went into business with a competitor and helped promote their work. You display their device at your HQ. This is a massive violation of our contract, and incredibly damaging. Should we go to court (you don't want to fight me in court -- I've *never* not made it cost 5x of what I want)

You wasted months of my time. You lied to me. You did it while pretending to be my friend.

You owe us $268,116 for the devices, and I believe we will win when we take you to court on the 60 building order, the IP theft, fraud, and unfair trade practices. You do not have the option to use or do business with MVI, and we will sue them for fraud and you. The attorneys are already retained, and you will pay for that, too.

Now, decide if you want to fight me or pay, but if you fight, you will pay more.

Your alternative is to keep your agreement and act in good faith.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

Services:
GateGuard.xyz    |    Face-recognition entry panel, intercom, AI virtual doorman + camera system
LookLock.xyz     |    Smart Lock w/Video Doorbell + Security Camera + Concierge
                       (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key)
PropertyPanel.xyz |   NYC's #1 property platform: Find, Analyze, Comply, News, more.
SubletSpy.com    |    Catch & Evict Illegal Airbnb-type sublets

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

2 MINUTE VIDEO:
GateGuard.xyz Face Recognition Intercom & AI Doorman
https://youtube.com/watch?v=Sk0UqQZKEU

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

[Quoted text hidden]

---

**Joseph Soleimani** <joe@abjny.com>                                    Tue, May 22, 2018 at 5:45 PM
To: bsoleimani@abjny.com

**WE'VE MOVED!**

**SEE OUR NEW ADDRESS BELOW!**



Joseph Soleimani

Vice President

ABJ Properties, Inc.

1652 Park Avenue, Suite LL

New York, NY 10035

T. 212.860.5560

F. 212.860.5570

[Quoted text hidden]

A-1765

## Joseph Soleimani

| | |
|---|---|
| **From:** | Ari Teman <ari@teman.com> |
| **Sent:** | Sunday, August 26, 2018 12:53 PM |
| **To:** | Eric Schutzer |
| **Cc:** | Benjamin Soleimani; joe@abjny.com |
| **Subject:** | Fwd: Dispute on charge ch_1CAgm1Cc8d6wwGYFRcQOyDJ8 has been closed |

Hi Eric,

Let's get the liens on ABJ buildings by Wednesday. They've now also stolen from SubletSpy over $12,000. They got reports and then filed a massive and damaging chargeback.

Let's also go ahead with the District Attorney's office on Monday regarding the criminal fraud charges. Their fraud is now nearing half a million dollars.

I'll be fowarding all ABJ buildings to the Mayor's Office of Special Enforcement along with written and audio recorded calls where Joe Soleimani admits they know and allow Airbnb in order to hike rents.

I'm done with these assholes.

Ari

Ari Teman | Founder | teman™
We make Real Estate proactive with Artificial Intelligence
212-203-3714

106 W 32nd Street, NYC
https://teman.com | ari@teman.com
------
Services:
* GateGuard.xyz | Face-recognition entry panel, intercom, AI virtual doorman + camera system

* LookLock.xyz | Smart Lock w/Video Doorbell + Security Camera + Concierge
(Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key)

* PropertyPanel.xyz | NYC's #1 property platform: Find, Analyze, Comply, News, more.

* SubletSpy.com | Catch & Evict Illegal Airbnb-type sublets (reseller)
-------
Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer
-------
Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6
--------
10 SECOND VIDEO:GateGuard.xyz Face Recognition in Actionhttps://youtube.com/watch?v=fTlrrtgAK8k
--------
All conversations are off-the-record. Social Media, too.

GOVERNMENT
EXHIBIT
406
19 Cr. 696 (PAE)

1

A-1766

Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

---------- Forwarded message ---------
From: **Ari Teman** <ari@gateguard.xyz>
Date: Sun, Aug 26, 2018, 12:47 PM
Subject: Fwd: Dispute on charge ch_1CAgm1Cc8d6wwGYFRcQOyDJ8 has been closed
To: Ari Teman <ari@teman.com>

---------- Forwarded message ---------
From: **Stripe** <support@stripe.com>
Date: Sun, Aug 26, 2018, 11:14 AM
Subject: Dispute on charge ch_1CAgm1Cc8d6wwGYFRcQOyDJ8 has been closed
To: <ari@gateguard.xyz>

Sorry, it looks like the dispute initiated on July 15, 2018 for $12,735.00 USD was unfortunately not resolved in your account's favor.

A-1767

**Joseph Soleimani**

| | |
|---|---|
| **From:** | Ari Teman <ari@teman.com> |
| **Sent:** | Friday, November 2, 2018 10:48 AM |
| **To:** | Ariel Reinitz; Joseph Soleimani |
| **Subject:** | Re: FW: SubletSpy hits for order fijj87wr (Sep 18, 2018) |
| **Attachments:** | image001.jpg |

No.


The only offer is this:

1. They keep to their 60 building agreement, which Joe put in writing multiple times, and did so so as to get expensive custom features developed. The pricing for this is on our website. The only reason we built those features for ABJ was for the 60 building agreement, so Joe already got work in consideration.

Regardless, we have a contract, Joe admits this, and we'll enforce it -- that contract makes us their exclusive intercom provider. So their MVI device comes off and we go on, and every other intercom gets replaced by ours.

2. We activate the 6 devices immediately, and we install the 60 starting 90 days from now.

3. We will deliver the tablets in 60 days of complete and full payment. They can use our SIM cards ($2/mo for 40)

4. Joe discloses any and all communication from MVI and Homeland Security. He cooperates fully in our lawsuit for IP theft and fraud, or he becomes a defendant in it.

I will go after every one of ABJ's staff and investors and we'll file the suit next week if this continues. Enough is enough. Joe was dishonest, he asked my best friend to lie to me, too, and I am not going to entertain any new agreements of any kind. He obeys the contract he entered into or he gets liens on his building and gets sued.

Ari
**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Services:

| | |
|---|---|
| GateGuard.xyz | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

**GOVERNMENT EXHIBIT 407**
19 Cr. 696 (PAE)

**10 SECOND VIDEO:**

A-1768

GateGuard.xyz Face Recognition in Action

https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Fri, Nov 2, 2018 at 10:40 AM Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com> wrote:

**Ariel Reinitz**

FisherBroyles, LLP

O: 646.494.6909 | M: 917.587.5520 | Email

**From:** Joseph Soleimani <joe@abjny.com>
**Sent:** Monday, October 22, 2018 11:04 AM
**To:** Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com>
**Subject:** RE: SubletSpy hits for order fijj87wr (Sep 18, 2018)

Hi Ariel,

The subscription must have been activated after it was previously deactivated. I had sent him screenshots showing that it was deactivated. In any case, I would like detailed subscription dates for all my subletspy subcriptions. In addition, please have Ari provide details on the tablets including a guaranteed delivery date and features. He had mentioned some type of service which they will all have and I would like to confirm such. Also, please lay out the details of the new gateguard moving forward.

We will also require a general release for anything he is claiming and an agreement that he will no longer continue to file complaints through various government agencies as an act of retaliation.

Thank You and looking forward.

2

A-1769

**Joseph Soleimani**

Vice President

**ABJ Properties, Inc.**

1652 Park Avenue, Suite LL

New York, NY  10035

T. 212.860.5560

F. 212.860.5570

**From:** Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com>
**Sent:** Wednesday, October 17, 2018 3:28 PM
**To:** Joseph Soleimani <joe@abjny.com>
**Subject:** FW: SubletSpy hits for order fijj87wr (Sep 18, 2018)

Hi Joe – I spoke to Ari and he indicated that your subscription to 'SubletSpy' remains active (see below report). You can log in using any of the below links (login is done via 'PropertyPanel'). Let me know if this does (or doesn't) work.

The tablets we discussed were delayed in China (needed FCC certification before being shipped). They are currently on track to arrive in about 2 months (~December 15th). Ari is happy to maintain the order or apply your payment towards current GateGuard installation/service – let me know your preference.

Thanks,

**Ariel Reinitz**

FisherBroyles, LLP

3

O: 646.494.6909 | M: 917.587.5520 | Email

**From:** Ari Teman <ari@subletspy.com>
**Sent:** Wednesday, October 17, 2018 3:07 PM
**To:** Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com>
**Subject:** Fwd: SubletSpy hits for order fijj87wr (Sep 18, 2018)



**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com



Services:
| GateGuard.xyz | | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | | Smart Lock w/Video Doorbell + Security Camera + Concierge |
| | | (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

**10 SECOND VIDEO:**

GateGuard.xyz Face Recognition in Action

https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

---------- Forwarded message ---------
From: <support.team@subletspy.com>
Date: Tue, Sep 18, 2018 at 8:29 AM

A-1771

Subject: SubletSpy hits for order fijj87wr (Sep 18, 2018)
To: <joe@abjny.com>
Cc: <ari@subletspy.com>



## Order Update

Hi Joseph,

We have a hits for SubletSpy order **fijj87wr**.
(For security, you will be asked to log into PropertyPanel to view them.)

| Address | Host | Reviews | Last Review | Hit Type | PDF |
|---|---|---|---|---|---|
| 2267 Adam Clayton Powell Jr Blvd | Camille May Baker | 3 | Jul 2018 | Direct Hit | View |
| 173 W 133rd St | Richard | 16 | Jan 2018 | Potential (Needs Confirmation) | View |
| 526 W 173rd St | Maurice | 15 | Nov 2017 | Direct Hit | View |
| 173 W 133rd St | David | 22 | Aug 2017 | Potential (Needs Confirmation) | View |
| 524 W 173rd St | Angela | 0 | No reviews | Potential (Needs Confirmation) | View |

We have a Rent Stabilized hits for SubletSpy order **fijj87wr**.

| Address | Host | Hit Type | PDF |
|---|---|---|---|
| 524 W 173rd St | Melissa Serluco | RS Direct Hit | View |
| 173 W 133rd St | Gombraogo Ouedraogo | RS Direct Hit | View |

Please let us know how we can be helpful.

SubletSpy Support:
support.team@subletspy.com
Ari's email (founder): ari@subletspy.com

You receiving this email because you are client of SubletSpy.

A-1772

Copyright © 2017 Touchless Labs LLC, All rights reserved.



**A-1773**



From: **Ari Teman** <ari@teman.com>
Date: Fri, Dec 14, 2018 at 10:53 AM
Subject: NOTICE OF INTENT TO FORCLOSE
To: Joseph Soleimani <Joe@abjny.com>

Joe,

As legally required, we are sending you a notice to foreclose on the buildings which had GateGuard.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Services:
| | |
|---|---|
| GateGuard.xyz | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

**10 SECOND VIDEO:**
GateGuard.xyz Face Recognition in Action
https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

--



**Joseph Soleimani**

Vice President

**ABJ Properties, Inc.**



GOVERNMENT
EXHIBIT
408
19 Cr. 696 (PAE)

SDNY_001625

A-1774

1652 Park Avenue, Suite LL

New York, NY  10035

T. 212.860.5560

F. 212.860.5570

SDNY_001626

**A-1775**



**GateGuard INC (a Division of Teman)**     5 Penn Plaza (461 8th Ave)
Teman.com                                   SUITE 2372
support.team@teman.com                      New York, NY 10001
212-203-3714

## INVOICE

| | | |
|---|---|---|
| Invoice Number | ABJ-hsifh783r58213a | **ABJ Properties** |
| Invoice Date | 06/04/2019 | joe@abjny.com |
| Due Date | 06/04/2019 | Building Address: Multiple (Office: 1652 Park Avenue Suite LL, New York, NY 10035) |
| Balance Due | $1,131,473.06 | |

| Item | Description | Unit Cost | Quantity | Tax | Line Total |
|---|---|---|---|---|---|
| GateGuard V1 Device | Device price at time of agreement | $5,600.00 | 60 | 8.875% | $365,820.00 |
| GateGuard Installation | | $849.00 | 60 | 8.875% | $55,460.93 |
| Device Removal/ Disabling/ Tampering Fee | Per Contract | $18,000.00 | 7 | 8.875% | $137,182.50 |
| Chargeback Fee | Per Contract | $10,000.00 | 21 | | $210,000.00 |
| Use of attorney | Per contract, bringing in an attorney incurs an instant fee | $5,000.00 | 14 | | $70,000.00 |
| Collections / Devices | | $10,000.00 | 7 | | $70,000.00 |
| GateGuard Monthly Fee | 2 years Year Upfront, 60 devices ($99.99/mo * 24) | $2,399.76 | 60 | 8.875% | $156,764.32 |
| Security Deposit | Security Deposit | $849.00 | 60 | | $50,940.00 |
| Reinstallation of 7 Devices | | $849.00 | 7 | | $5,943.00 |

**GOVERNMENT EXHIBIT 409**
19 Cr. 696 (PAE)

SDNY_003179

A-1776

| Item | Description | Unit Cost | Quantity | Tax | Line Total |
|------|-------------|-----------|----------|-----|------------|
| Monthly Fee | 7 devices past-due (7 devices, 12 months) | $99.99 | 86 | 8.875% | $9,362.31 |

**Terms**
Payer accepted and accepts and terms at https://GateGuard.xyz

| | |
|---|---|
| Subtotal | $1,072,407.74 |
| NYC 8.875% | $59,065.32 |
| Paid To Date | $0.00 |
| Balance Due | $1,131,473.06 |

Please make checks payable to GateGuard INC.

SDNY_003180

A-1777

# GateGuard.xyz          how can we be helpful?          **DUE**

| | ASK ABOUT: GateGuard xyz CLOUD COMPATIBLE CAMERA SYSTEM |
|---|---|

| **DATE:** | March 2, 2017 |
|---|---|
| **INVOICE #** | GGXYZ_ABJ_1_2 |

**RAISE RENTS + NO TAXES: You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.**

**Bill To:** ABJ Properties
100 W. 138th ( ABJ LENOX,LLC )
Joseph Soleimani
joe@ABJny.com

**PAY TO:**
GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 499,00 | $499,00 |
| 1 | Installation | 650,00 | $650,00 |
| 6 | Monthly Service (6 months upfront) | 99,00 | $594,00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | SUBTOTAL | $1.743,00 |
| | | TAX RATE | EXEMPT |
| | | SALES TAX | |
| | | SHIPPING & HANDLING | |
| | | **TOTAL** | **$1.743,00** |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

GOVERNMENT EXHIBIT 409A
19 Cr. 696 (PAE)

**A-1778**

# GateGuard.xyz          how can we be helpful?          DUE

| | ASK ABOUT: GateGuard xyz CLOUD COMPATIBLE CAMERA SYSTEM |
|---|---|

| | |
|---|---|
| **DATE:** | March 2, 2017 |
| **INVOICE #** | GGXYZ_ABJ_1_1 |

**RAISE RENTS + NO TAXES:** You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.

**Bill To:** ABJ Properties
539 Lenox ( ABJ LENOX LLC)
Joseph Soleimani
joe@ABJny.com

**PAY TO:**
GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 499,00 | $499,00 |
| 1 | Installation | 650,00 | $650,00 |
| 6 | Monthly Service (6 months upfront) | 99,00 | $594,00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | SUBTOTAL | $1.743,00 |
| | | TAX RATE | EXEMPT |
| | | SALES TAX | |
| | | SHIPPING & HANDLING | |
| | | **TOTAL** | **$1.743,00** |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

A-1779

# GateGuard.xyz          how can we be helpful?          **DUE**

| | ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM |
|---|---|

| | |
|---|---|
| **DATE:** | March 2, 2017 |
| **INVOICE #** | GGXYZ_ABJ_1_3 |

**RAISE RENTS + NO TAXES:** You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.

**Bill To:**
ABJ Properties
102 W. 138th ( ABJ LENOX,LLC )
Joseph Soleimani
joe@ABJny.com

**PAY TO:**
GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 499,00 | $499,00 |
| 1 | Installation | 650,00 | $650,00 |
| 6 | Monthly Service (6 months upfront) | 99,00 | $594,00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | SUBTOTAL | | $1.743,00 |
| | TAX RATE | | EXEMPT |
| | SALES TAX | | |
| | SHIPPING & HANDLING | | |
| | TOTAL | | $1.743,00 |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill
out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

A-1780

# GateGuard.xyz    how can we be helpful?    **DUE**

| | ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM |
|---|---|

| | |
|---|---|
| **DATE:** | March 2, 2017 |
| **INVOICE #** | GGXYZ_ABJ_1_4 |

**RAISE RENTS + NO TAXES:** You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.

**Bill To:** ABJ Properties
56 W. 127th ( ABJ MILANO, LLC. )
Joseph Soleimani
joe@ABJny.com

**PAY TO:**
GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 499,00 | $499,00 |
| 1 | Installation | 650,00 | $650,00 |
| 6 | Monthly Service (6 months upfront) | 99,00 | $594,00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | SUBTOTAL | $1.743,00 |
| | | TAX RATE | EXEMPT |
| | | SALES TAX | |
| | | SHIPPING & HANDLING | |
| | | TOTAL | $1.743,00 |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

A-1781

# GateGuard.xyz     how can we be helpful?     **DUE**

| | |
|---|---|
| | **ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM** |

| | |
|---|---|
| **DATE:** | March 2, 2017 |
| **INVOICE #** | GGXYZ_ABJ_1_5 |

**RAISE RENTS + NO TAXES: You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.**

**Bill To:**  ABJ Properties
53-55 E. 130th (ABJ Milano Inc)
Joseph Soleimani
joe@ABJny.com

**PAY TO:**
GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 499,00 | $499,00 |
| 1 | Installation | 650,00 | $650,00 |
| 6 | Monthly Service (6 months upfront) | 99,00 | $594,00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| SUBTOTAL | $1.743,00 |
| TAX RATE | EXEMPT |
| SALES TAX | |
| SHIPPING & HANDLING | |
| **TOTAL** | **$1.743,00** |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

A-1782

# GateGuard.xyz    how can we be helpful?    **DUE**

| | ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM |
|---|---|

**DATE:** March 2, 2017

**INVOICE #** GGXYZ_ABJ_1_7

**RAISE RENTS + NO TAXES:** You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.

**Bill To:**
ABJ Properties
346 Lenox Ave (ABJ Milano Inc)
Joseph Soleimani
joe@ABJny.com

**PAY TO:**
GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 499,00 | $499,00 |
| 1 | Installation | 650,00 | $650,00 |
| 6 | Monthly Service (6 months upfront) | 99,00 | $594,00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| SUBTOTAL | | $1.743,00 |
| TAX RATE | | EXEMPT |
| SALES TAX | | |
| SHIPPING & HANDLING | | |
| TOTAL | | $1.743,00 |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

A-1783

# GateGuard.xyz     how can we be helpful?     DUE

| | ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM |
|---|---|

| | |
|---|---|
| **DATE:** | March 2, 2017 |
| **INVOICE #** | GGXYZ_ABJ_1_6 |

**RAISE RENTS + NO TAXES: You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.**

**Bill To:**  ABJ Properties            **PAY TO:**
342 Lenox (ABJ Milano Inc)        GATEGUARD INC
Joseph Soleimani              106 West 32nd Street, 2D15
joe@ABJny.com               NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 499,00 | $499,00 |
| 1 | Installation | 650,00 | $650,00 |
| 6 | Monthly Service (6 months upfront) | 99,00 | $594,00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | SUBTOTAL | | $1.743,00 |
| | TAX RATE | | EXEMPT |
| | SALES TAX | | |
| | SHIPPING & HANDLING | | |
| | TOTAL | | $1.743,00 |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

A-1784

# GateGuard.xyz     how can we be helpful?     DUE

| | ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM |
|---|---|

**DATE:** March 2, 2017

**INVOICE #** GGXYZ_ABJ_1_8

**RAISE RENTS + NO TAXES: You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.**

**Bill To:**     ABJ Properties
2041 7th Avenue (ABJ Milano Inc)
Joseph Soleimani
joe@ABJny.com

**PAY TO:**

GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 499,00 | $499,00 |
| 1 | Installation | 650,00 | $650,00 |
| 6 | Monthly Service (6 months upfront) | 99,00 | $594,00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | SUBTOTAL | | $1.743,00 |
| | TAX RATE | | EXEMPT |
| | SALES TAX | | |
| | SHIPPING & HANDLING | | |
| | TOTAL | | $1.743,00 |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

A-1785

# GateGuard.xyz  how can we be helpful?  **DUE**

**ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM**

| | |
|---|---|
| **DATE:** | Oct 18 |
| **INVOICE #** | GGXYZ_ABJ_1_6b |

**RAISE RENTS + NO TAXES:** You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.

**Bill To:**  
ABJ Properties  
342 Lenox (ABJ Milano Inc)  
Joseph Soleimani  
joe@ABJny.com

**PAY TO:**  
GATEGUARD INC  
106 West 32nd Street, 2D15  
NEW YORK, NY 10001  
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 1.743,00 | $1.743,00 |
| 1 | Installation | | |
| 6 | Monthly Service (6 months upfront) | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | SUBTOTAL | $1.743,00 |
| | | TAX RATE | EXEMPT |
| | | SALES TAX | |
| | | SHIPPING & HANDLING | |
| | | TOTAL | $1.743,00 |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

Between 342 and 346.

GOVERNMENT EXHIBIT 409B
19 Cr. 696 (PAE)

A-1786

Case 21-1920, Document 86, 05/25/2022, 3321502, Page122 of 256

[11/8/17, 9:33:29 AM] Ari Teman: Intercom calls working for your favorite tenant: https://www.dropbox.com/s/3ryd1jwh76tfwxc/Screenshot%202017-11-08%2009.32.28.png?dl=0
[11/8/17, 9:42:43 AM] Joe S: <attached: 00000357-VIDEO-...>
[11/8/17, 9:42:56 AM] Joe S: this is happening way too often
[11/8/17, 9:43:02 AM] Ari Teman: it's restarting
[11/8/17, 9:43:12 AM] Joe S: thats not good enough for me
[11/8/17, 9:43:27 AM] Joe S: i cant have tenants/visitors waiting for the system to restart
[11/8/17, 9:43:30 AM] Joe S: it either works or it doesnt
[11/8/17, 9:44:07 AM] Ari Teman: plug in the batteries and the connection will stay solid
[11/8/17, 9:44:38 AM] Joe S: send your guy to complete the installation, i bought everything you asked for
[11/8/17, 9:44:29 AM] Ari Teman: but we will fix this so it doesn't happen
[11/8/17, 9:45:20 AM] Ari Teman: the actual terms are clients are responsible to have CAT5 at the door. We did it for you, but it's not the terms
[11/8/17, 9:45:38 AM] Joe S: send me the terms i signed for, i will review it
[11/8/17, 9:45:55 AM] Joe S: where are my tablets?
[11/8/17, 9:46:01 AM] Ari Teman: https://gateguard.xyz/legal/terms.php
[11/8/17, 9:46:03 AM] Joe S: where are the permanent boxes
[11/8/17, 9:46:06 AM] Joe S: where is the usps box?
[11/8/17, 9:46:20 AM] Joe S: i dont see a signature there
[11/8/17, 9:46:44 AM] Ari Teman: you agreed to these terms when you paid the invoice. look on the invoice
[11/8/17, 9:46:50 AM] Joe S: just get this stuff up and running 100%. let me know when your isntalled is coming
[11/8/17, 9:47:07 AM] Joe S: i also agreed to a May 1st guarantee
[11/8/17, 9:47:11 AM] Joe S: i also agreed to tablets
[11/8/17, 9:47:16 AM] Joe S: should we keep going?
[11/8/17, 9:48:24 AM] Joe S: i am going to a meeting, let me know when ur installed will be there to finish installation so the system doesnt have to freeze. also let me know

GOVERNMENT
EXHIBIT
409C
19 Cr 696 (PAE)

A-1787

| | |
|---|---|
| **From:** | support.team@teman.com |
| **To:** | Elie Gabay |
| **Subject:** | Tenant Ana Esterg at 518 West 204 is missing intercom calls. |
| **Date:** | Friday, January 19, 2018 7:31:06 PM |

Hi,

Ana Esterg from 518 West 204 [22] got a buzz, but they didn't login to the app.

Let us know how we can be helpful.

The GateGuard Team

support.team@teman.com



GOVERNMENT
EXHIBIT
412
19 Cr. 696 (PAE)

SDNY_000629

A-1788

| | |
|---|---|
| **From:** | Ari Teman |
| **To:** | Elie Gabay |
| **Subject:** | Re: Invoice sent (explained) |
| **Date:** | Friday, January 19, 2018 3:13:27 PM |
| **Attachments:** | Invoice-0005.pdf |

It's marked as qty 0. Total should display as $3600. It is credited to the security deposit & monthly fees for the building order. It will come from gateguard.xyz -- please use the online link to pay (you can pay via ACH or credit/debit).

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

| | | |
|---|---|---|
| **Services:** | | |
| | GateGuard.xyz | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| | LookLock.xyz | Smart Lock w/Video Doorbell + Security Camera + Concierge |
| | | (Opens with: Fingerprint, Code, NFC, Card, Fob. App, Key) |
| | PropertyPanel.xyz | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| | SubletSpy.com | Catch & Evict Illegal Airbnb-type sublets |

**Featured in:**
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

**Visit us for a demo:**
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**10 SECOND VIDEO:**
GateGuard.xyz Face Recognition in Action
https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Fri, Jan 19, 2018 at 3:03 PM, Elie Gabay <elie@coneyrealty.com> wrote:
Why are we adding security deposit?
We said 3600.

Also, I didn't get the invoice. Was it supposed to come in a separate email?

Elie Gabay
Coney Realty & Management
Tel: 718-338-2010
Fax: 718-338-7900
Elie@coneyrealty.com



GOVERNMENT
EXHIBIT
413
19 Cr. 696 (PAE)

-------- Original message --------
From: Ari Teman <ari@teman.com>
Date: 1/19/18 2:52 PM (GMT-05:00)
To: Elie Gabay <elie@coneyrealty.com>
Subject: Invoice sent (explained)

Hi Elie,

I duct-taped our regular invoice template very quickly since this is a rush job, so to make sure it's clear. You'll pay:

- the device, $3600 which will be credited to the version 2.0 monthly fees
- the security deposit $849

Alex will be the installer. He will pick the stuff up from our office and install. He's done a bunch for us with this device, and he's very very good at his job.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

**Services:**

| | |
|---|---|
| GateGuard.xyz | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| LookLock.xyz | Smart Lock w/Video Doorbell + Security Camera + Concierce |
| | (Opens with: Fingerprint, Code, NFC, Card. Fob, App. Key) |
| PropertyPanel.xyz | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | Catch & Evict Illegal Airbnb-type sublets |

**Featured in:**
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

**Visit us for a demo:**
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**10 SECOND VIDEO:**
GateGuard.xyz Face Recognition in Action
https://www.youtube.com/watch?v=1kxzXlkbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

A-1790



**GateGuard INC (a Division of Teman)**     106 W 32nd St
Teman.com                                    FL 2
support.team@teman.com                       New York, NY 10001
212-203-3714

## INVOICE

| | | |
|---|---|---|
| Invoice Number | 0005 | HILLCREST POST ACQUISITIONS LLC (518 West 204 Street) |
| Invoice Date | 01/19/2018 | elie@coneyrealty.com |
| Due Date | 01/19/2018 | |
| Balance Due | $3,600.00 | |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| GateGuard V1 Panel | To be credited to Panel 2.0 monthly fees when installed | $3,600.00 | 1 | $3,600.00 |
| Security Deposit | GateGuard Security Deposit | $849.00 | | $0.00 |
| Gold Plan Monitoring | GGxyz Monitoring : Gold Plan | $49.99 | | $0.00 |
| Installation (Custom) | Included | $0.00 | | $0.00 |
| Cat5 + Parts | Included | $0.00 | | $0.00 |

We are installing Version 1.0 ahead of 2.0 being available (~90 days). Client understands 1.0 device does not have 4G, IR, battery, etc. https://gateguard.xyz |

| | |
|---|---|
| Subtotal | $3,600.00 |
| Paid To Date | $0.00 |
| **Balance Due** | $3,500.00 |

**Terms**
Buyer accepts terms & conditions at https://gateguard.xyz

Please make checks payable to GateGuard INC.

A-1791

| | |
|---|---|
| **From:** | Ari Teman |
| **To:** | Elie Gabay |
| **Subject:** | Re: Form for the 10 buildings (GiveAway) security deposit form (Action Required) |
| **Date:** | Wednesday, January 24, 2018 4:24:13 PM |

Hi Elie,

No sure if we got cut off or you had to run. As I mentioned, we'll agree to cap the maximum due if you remove a device or sell a building at $6k total per device, with any payments made for that building already credited to that.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

Services:

| | | |
|---|---|---|
| GateGuard.xyz | | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| LookLock.xyz | | Smart Lock w/Video Doorbell + Security Camera + Concierce |
| | | (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-**E** / 6

**10 SECOND VIDEO:**

GateGuard.xyz Face Recognition in Action
https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Tue, Jan 23, 2018 at 4:16 PM, Ari Teman <ari@teman.com> wrote:
> Sure. Call me.

> On Jan 23, 2018 4:11 PM, "Elie Gabay" <elie@coneyrealty.com> wrote:

>> Section 5K and 5L or your Terms and Conditions are pretty brutal. I stopped reading after I saw them.

>> I don't usually get nitpicky but we need to discuss these.

>> Elie Gabay

>> Coney Realty & Management
>> Tel: 718-338-2010

GOVERNMENT
EXHIBIT
414
19 Cr. 696 (PAE)

SDNY_000363

A-1792

Email: elie@coneyrealty.com

**From:** Ari Teman [mailto:ari@teman.com]
**Sent:** Tuesday, January 23, 2018 11:29 AM
**To:** Elie Gabay <elie@coneyrealty.com>
**Subject:** Re: Form for the 10 buildings (GiveAway) security deposit form (Action Required)

Removed and updated:

https://win.teman.com/order/view/1e6pAyNGM40z2Q7R/verification

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

Services:

| | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierge |
| | | (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**10 SECOND VIDEO:**

GateGuard.xyz Face Recognition in Action

.https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Mon, Jan 22, 2018 at 11:29 AM, Elie Gabay <elie@coneyrealty.com> wrote:

91 Post is not us.

Please remove.

SDNY_000364

A-1793

Elie Gabay

Coney Realty & Management
Tel: 718-338-2010
Email: elie@coneyrealty.com

**From:** Ari Teman [mailto:ari@teman.com]
**Sent:** Friday, January 19, 2018 3:40 PM
**To:** Elie Gabay <elie@coneyrealty.com>
**Subject:** Form for the 10 buildings (GiveAway) security deposit form (Action Required)

Hi Elie,

Here is the form to complete the order for the 10 version 2.0 devices you put into PropertyPanel.xyz. If someone in your office can fill in the info the security deposit ($849) locks them in: https://win.teman.com/order/1e6pAyNGM40z2Q7R/payment

Heads up: I notice these 10 buildings do **not** include **518 West 204 St**, unless it's an alternate address. Do you want to remove one or do 11 buildings (yay!)?

Thanks! Shabbat shalom.

Ari



**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

Services:

| | |
|---|---|
| GateGuard.xyz | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| LookLock.xyz | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | Catch & Evict Illegal Airbnb-type sublets |

A-1794

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-**E** / 6

**10 SECOND VIDEO:**

GateGuard.xyz Face Recognition in Action

https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

SDNY_000366

A-1795

| | |
|---|---|
| **From:** | Elie Gabay |
| **To:** | Ari Teman |
| **Cc:** | Yoni (Jonathan) Irom |
| **Subject:** | RE: Invoice for 20 buildings + Convertible Note |
| **Date:** | Sunday, March 25, 2018 1:41:00 AM |
| **Attachments:** | Terms and Conditions.docx |

Proposed changes to terms and conditions attached.
Lets discuss once you've had a chance to review.

Thanks,

Elie Gabay
Coney Realty & Management
Tel: (718) 338-2010
Fax: (718) 338-7900

**From:** Ari Teman <ari@teman.com>
**Sent:** Tuesday, March 13, 2018 6:28 PM
**To:** Elie Gabay <elie@coneyrealty.com>
**Cc:** Yoni (Jonathan) Irom <jonathani@gkh-law.com>
**Subject:** Invoice for 20 buildings + Convertible Note

Hi Elie,

Great chatting and thanks again. I'm excited to work together on this and appreciate your faith in me and the team.

Here is:

1. a template you can use for the 20 buildings. We can batch it for you if you need. If your office can send the 20 checks or wire this week that'll be helpful so I can make the wire to China and fly there next week to oversee final production steps.

2. the $40k convertible note to FRIEND OR FRAUD INC (which holds Property Panel INC, GateGuard INC, and LookLock.xyz, but not SubletSpy, as mentioned). This is the same note **and terms Kerry Miller (Goldman Sachs, now a VC) did** -- based on the Y Combinator SAFE note. Copied is Yoni Irom of GKH law (they were Waze's law firm) with any questions.

Here is the wiring for the note:

**WIRE INSTRUCTIONS FOR THE NOTE:**
Bank name: Bank of America
Address: 100 North Tryon Street, Charlotte, North Carolina 28255
Phone number: +17043865681
Website: http://www.bankofamerica.com/
SWIFT code: BOFAUS3N

GOVERNMENT
EXHIBIT
415
19 Cr. 696 (PAE)

Friend or Fraud  INC
ACCOUNT: 483056100351
ROUTING: 021000322

Let me know how I can be helpful.

Ari



**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
**212-203-3714**
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

    Services:

| GateGuard.xyz | | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
|---|---|---|
| LookLock.xyz | | Smart Lock w/Video Doorbell + Security Camera + Concierge |
| | | (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | | Catch & Evict Illegal Airbnb-type sublets |

**Featured in:**
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

**Visit us for a demo:**
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**10 SECOND VIDEO:**

GateGuard.xyz Face Recognition in Action

https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

A-1797

TERMS & CONDITIONS

# GateGuard INC

Last Revised: November 30, 2017,3:30PM

**HI THERE!**
**PLEASE READ THESE TERMS CAREFULLY AS THEY CONTAIN IMPORTANT**
**INFORMATION REGARDING YOUR LEGAL RIGHTS, REMEDIES AND OBLIGATIONS.**

GateGuard INC, a Delaware Corporation (hereinafter referred to as "GateGuard", "we", "us", or "our") welcomes you ("User(s)" or "you") to our website at: http://GateGuard.xyz or https://teman.com  (the "Site") which can be used to acquire a facial-recognition and amenities building entry system (the "Service(s)"). You may use the Site and any Services acquired by you from GateGuard in accordance with the terms and conditions hereunder. It is hereby made clear that the term "Site" shall also include any "Services" provided by GateGuard, whether subscribed for through the Site or offline. You may use the Site in accordance with the terms and conditions hereunder.

**1. Acceptance of the Terms**

By using the Site and/or the Services, you agree to comply with and be legally bound by the terms and conditions of these Terms of Service ("Terms"), whether or not you become a registered user of the Services. These Terms govern your access to and use of the Site and/or the Services and constitute a binding legal agreement between you and GateGuard.

By entering, connecting to, accessing or using the Site, you also acknowledge that you have read and understood the terms of our Privacy Policy which is available at: http://GateGuard.xyz/legal/privacy.php and you agree to be bound by it and to comply with all applicable laws and regulations regarding your use of the Site.

**VIOLATING THESE TERMS MAY SUBJECT YOU TO CIVIL AND CRIMINAL**
**PENALTIES. IF YOU DO NOT AGREE TO THESE TERMS, YOU HAVE NO RIGHT TO**
**OBTAIN INFORMATION FROM OR OTHERWISE CONTINUE USING THE SITE**
**AND/OR THE SERVICES AND YOU ARE REQUESTED NOT ENTER INTO,**
**CONNECT TO, ACCESS OR USE THE SITE AND/OR THE SERVICES IN ANY**
**MANNER.**

The Site is available only to individuals who (a) are at least eighteen (18) years old (see section 17 below); and (b) possess the legal authority to enter into these Terms and to form a binding agreement under any applicable law.

**2.   The Service**

The Service can be used to facilitate the monitoring of building entry, including but not limited to tenants, staff, guests, vendors, government officials, enforcement agents, trespassers, and illegal subletters. The service may also provide amenities such as remove unlock, package scanning, and more.

GateGuard's responsibilities for the Services offered are limited to: (i) enabling people to enter the building by selecting a unit and entering a code, (ii) enabling people to enter the building by having someone remotely unlock the door via mobile device or apartment panel (optional, not included), (iii) enabling the Client to see a log of building entries, and filter by unit, face, person, and time. All services may be modified, updated, added, or removed at any time.

A-1798

This Site provides comprehensive information regarding GateGuard and may include additional content related thereto such as contact information, videos, text, logos, button icons, images, data compilations, links, other specialized content, documentation, data, related graphics, know-how, specifications materials, designs, data, the "look and feel" of the Site, GUI, interactive features and other features obtained from or through the Site (collectively, the "Content").

ALL RIGHTS IN AND TO THE CONTENT AVAILABLE ON THE SITE ARE RESERVED TO GateGuard. TO THE EXTENT LEGALLY PERMISSIBLE, THE SITE AND THE CONTENT AVAILABLE THEREIN AND THE CONTENT (AS SUCH TERM IS DEFINED BELOW) ARE PROVIDED ON AN "AS IS" BASIS. GateGuard WILL NOT BE LIABLE FOR ANY DAMAGES OR LOSS, INCURRED BY YOU OR ANY OTHER PERSON AS A RESULT OF OR IN CONNECTION WITH SERVICES PROVIDED.
YOU ACKNOWLEDGE, UNDERSTAND AND AGREE THAT GateGuard MAKES NO RECOMMENDATIONS AND SUGGESTS NO ACTION. YOU UNDERSTAND GateGuard IS NOT AN ATTORNEY, LAW FIRM, LAW ENFORCEMENT, OR GOVERNMENT AGENCY. YOU AGREE AND ACKNOWLEDGE YOU WILL NOT TAKE ACTION BASED ON GateGuard INFORMATION. INFORMATION WE PRESENT ON OUR SITE OR OTHERWISE MAKE AVAILABLE TO YOU IS MERELY OPINION AND NOT REPRESENTED AS FACT AND WE ENCOURAGE YOU NOT TO ACT UPON IT WITHOUT DOING YOUR OWN INVESTIGATION AND DUE DILIGENCE.

GateGuard IS NOT RESPONSIBLE FOR AND DISCLAIMS ANY AND ALL LIABILITY RELATED TO ANY AND ALL INFORMATION AND ANY ACTIONS TAKEN ARE AT THE USER'S OWN RISK.
GateGuard may need access to update, repair, replace, or test devices. BY USING THIS SITE YOU GIVE GateGuard FULL PERMISSION TO ACCESS ANY PROPERTY OF YOURS, DIGITAL OR REAL WORLD, IN ANY METHOD, FOR ANY PURPOSE. BY CLICKING ANY LINK OR BUTTON, YOU REITERATE YOUR AGREEMENT.

3.   **Account Registration**

In order to access certain features of the Service you must register and create an account ("Account"). Registration can be done by completing the registration form available on the Site.

Your Account is password protected. In order to protect the security of your personal information available on your Account to the greatest extent possible, you must safeguard and not disclose your Account log-in details and you must supervise the use of such Account. You are fully and solely responsible for the security of your computer system and all activity on your Account, even if such activities were not committed by you. You must provide accurate and complete information when creating an Account and you agree not to misrepresent your identity or your Account information.
You agree to keep your Account information up to date and accurate. GateGuard reserves the right to suspend or terminate your Account and your access to the Site without refund if you create more than one (1) Account, or if any information provided during the registration process or thereafter proves to be inaccurate, fraudulent, not current or incomplete. GateGuard also reserves the right, at its sole discretion, to remove or reclaim any username at any time, for any other reason. If you wish to either change your user name or password to log-in to the Site, you may use Site menus or

A-1799

you can send us an e-mail of your request to: support.team@GateGuard.xyz. Your Account will terminate within reasonable time following termination of your subscription to the Services, in accordance with terms set forth herein, and from that date of termination you will no longer be able to access your Account (see further details with respect thereto in the Privacy Policy).

CANCELLING YOUR ACCOUNT MAY CAUSE THE LOSS OF CERTAIN INFORMATION YOU PROVIDED TO US AND/OR THE CAPACITY OF YOUR ACCOUNT. WE DO NOT ACCEPT ANY LIABILITY FOR SUCH LOSS.

**4.    Use Conditions and Restrictions**

There are certain conditions which are strictly required and certain conducts which are strictly prohibited, when using the Site. Please read the following conditions and restrictions carefully. Failure to comply with any of the provisions set forth herein may also expose a User to civil and/or criminal liability.

You may not (and you may not permit any third party to) unless otherwise explicitly permitted under these Terms: (a) use the Site and/or the Content for any illegal, immoral, unlawful and/or unauthorized purposes; (b) use the Site and/or Content for non-personal or commercial purposes without GateGuard's express prior written consent; (c) remove or disassociate, from the Content and/or the Site any restrictions and signs indicating proprietary rights of GateGuard or its licensors, including but not limited to any proprietary notices contained in such materials (such as ",", or "), and you represent and warrant that you will abide by all applicable laws in this respect; (d) interfere with or violate Users' rights to privacy and other rights, or harvest or collect personally identifiable information about Users without their express consent, whether manually or with the use of any robot, spider, crawler, any search or retrieval application, or use other manual or automatic device, process or method to access the Site and retrieve, index and/or data-mine information; (e) interfere with or disrupt the operation of the Site or the servers or networks that host the Site, or disobey any laws, regulations, requirements, procedures, or policies of such servers or networks; (f) falsely state or otherwise misrepresent your affiliation with any person or entity, or express or imply that GateGuard endorses you, your site, your business or any statement you make, or present false or inaccurate information about the Site; (g) take any action that imposes, or may impose, an unreasonable or disproportionately large load on our platform infrastructure, as determined by us; (h) bypass any measures we may use to prevent or restrict access to the Site; (i) copy, modify, alter, adapt, replicate, make available, translate, port, reverse engineer, decompile, or disassemble any portion of the Content made available by GateGuard on or through the Site, or publicly display, reproduce, create derivative works from, perform, distribute, or otherwise use such Content; (j) copy, distribute, display, execute publicly, make available to the public, reduce to human readable form, decompile, disassemble, adapt, sublicense, make any commercial use, sell, rent, transfer, lend, process, compile, reverse engineer, combine with other software, translate, modify or create derivative works of any material that is subject to GateGuard's proprietary rights, including GateGuard's Intellectual Property (as defined below), in any way or by any means, unless expressly permitted in the Terms and/or under any applicable laws which expressly permits such actions; (k) make any use of the Content on any other site or networked computer environment for any purpose, without GateGuard's prior written consent; (l) create a browser or border environment around GateGuard Content (no frames or inline linking is allowed); (m) sell, license, or exploit for

A-1800

any commercial purposes any use of or access to the Site and/or Content; (n) frame or mirror any part of the Site without GateGuard's prior express written authorization; (o) create a database by systematically downloading and storing all or any of the Content from the Site; (p) interfere with or damage the Site, including, without limitation by transmitting or otherwise making available in connection with the Site any virus, worm, trojan horse, time bomb, web bug, spyware, or any other computer code, file, or program that may or is intended to damage or hijack the operation of any hardware, software, or telecommunications equipment, or any other actually or potentially harmful, disruptive, or invasive code or component; (q) use the Site for any purpose for which the Site is not intended; (r) infringe and/or violate any of the Terms; (s) provide to us any content which is unlawful for you to possess, post or upload in the country in which you are resident, or which it would be unlawful for GateGuard to use or possess in connection with the Site (including but not limited to any content which is defamatory, libelous, pornographic, indecent, harassing, threatening, abusive or fraudulent or any content which infringes upon third party privacy rights); (t) Use the Site to infringe the rights of any person or entity, including without limitation, their intellectual property, privacy, publicity or contractual rights; (u) use the Site to transmit, distribute, post or submit any information concerning any other person or entity, including without limitation, photographs of others without their permission, personal contact information or credit, debit, calling card or account numbers; (v) impersonate any person or entity, or falsify or otherwise misrepresent yourself or your affiliation with any person or entity, including forging any TCP/IP packet header or any part of the header information in any email or newsgroup posting, or in any way use the Site or to send altered, deceptive or false source-identifying information; (w) provide any information we give you to any third party without our written consent; (x) share any information provided to you by us or otherwise in connection with the Site or Service with any site that provides listings of, including by not limited to: shared housing, sublets, real estate, "bed and breakfasts", hotels, apartments, housing, dorms, couch surfing, emergency housing, shelter, law enforcement, real estate news, without prior written consent from us; (y) to the extent permitted by law, share any information provided to you with any law enforcement or government or court entity of any kind in any jurisdiction without prior written consent from us; or (z) advocate, encourage, or assist any third party in doing any of the foregoing.

Without derogating from the forgoing you acknowledge and agree that you will not share Content or any other information provided to you by us or otherwise made available in connection with the Site with any employee, contractor, agent, partner, vendor, investor, affiliate, attorney or law firm, investigator, or anyone with any relationship with any listing website or service, including, without limitation, Airbnb (including any company owned or affiliated with or operated by Airbnb, Inc., including but not limited to: Airbnb Payments, Inc., Airbnb Ireland, Airbnb Payments UK Ltd), VRBO, Homeaway, Craigslist, booking.com, or any other site where short term rentals or rentals of any kind are available or. If you violate this provision, you agree to pay $10,000 per host or listing or results page or table shared, and any and all legal fees to recover from you, successfully or not, and any damages claimed by them against us, and any legal fees we are required to pay to defend such claim. You further agree that you will not share Content or any other information provided to you by us or otherwise in connection with the Site with any employee, contractor, agent, partner, vendor, investor, affiliate, attorney or law firm, investigator, or anyone with any relationship with any law enforcement agencies, any press, any violators of housing law, any government officer, any government employees or contractors or any politician, without our consent. GateGuard has the right

to investigate and prosecute violations of any of the above to the fullest extent permitted by the law.

**5.    Orders and Fees ("Pricing")**

You may purchase subscriptions to Services by submitting orders via the Site. All orders are subject to acceptance by GateGuard. The applicable fees shall be as stipulated in the price list made available by GateGuard on the Site from time to time, and subject to the additional payment terms stipulated at: http://GateGuard.xyz/legal/payment.php (aka "Pricing"), from time to time. GateGuard reserves the right to reasonably amend the price list and payment terms from time to time in its sole discretion, in which case any further purchase of additional Services or renewal of Services shall be subject to the price list and payment terms in effect at the time of additional purchase or renewal. We'd love to keep things cheap (or even free), but life sometimes throws surprises. GateGuard may modify pricing for any reason, such as but not limited to increased government fees, taxes, regulations, supplier costs, labor costs, etc.. We may raise pricing on monthly fees at a rate of up to 100% per year, but no more than a 350% increase over 3 years (that is, as an example only: for every one dollar ($1) at the start, that $1 cannot be raised to more than $3.50 every 3 years, but can again be raised after in the same cycle). Increases within  this limit do not allow for cancellation and you accept that they may incur.

GateGuard may and will pass-on any government fees, taxes, fines, penalties, registration costs, and other government issued fees directly to you. In the event GateGuard is issued any type of government fee or tax of any kind as a general item and not specific to a customer, we may device it by customers or devices and add it to a "Government Taxes & Fees" line item on your invoice.

5.B.    Amenities and Services

You agree that GateGuard may sell through the site, apps, panels, wifi, and any other contact method or platform additional services directly to your tenants. These may include, but are not limited to, such things as insurance, rent payment services , internet connectivity, delivery services, cleaning services, online platforms, etc. GateGuard is not responsible to share any revenue from these services. The Client has no veto rights over such services.

GateGuard will not revenue share with you in any way in any area for any service, item, product, device, or anything anything from which we earn revenue at any time.

5.D.    Internet Connectivity & Permission to Install Connectivity Devices

You agree that GateGuard's entry system requires broadband internet access capable of uploading video clips at high speed. You agree GateGuard may take actions and install devices to provide connectivity in the area, and/or to strengthen the connectivity in the area.

GateGuard, its partners or affiliates shall have the right to install ancillary equipment and antennas on the rooftop of the facility for the transmission and reception of communications signals, in support of GateGuard's services and general security at or around the Building, and the installation, construction, maintenance, operation, repair, replacement of its communications fixtures and related equipment, cables, accessories and improvements, as well as the right to test, survey and review title on the Property.  Recipients hereby grants to any utility company providing utility services to GateGuard, its partners or affiliates, a non-exclusive easement over the Property, from an open and improved public road to the Premises, and upon the Premises and upon

A-1802

GateGuard's or a utility company's request, Recipients will execute a separate recordable easement evidencing this grant, at no cost to Gateguard, its agents or the public utility.

You agree to provide internet access and bring a CAT5 Ethernet cable and power supply (grounded outlet, and UPS, ot 12V 5AMP) to any door to which you will have us install GateGuard if asked, at your expense. You agree that if you ask us to handle such installation you will be billed at our Rates (see Pricing).

You agree to have redundant power (UPS, Uninterrupted Power Supply) and that any internet or power failures and any damaging resulting from such are not the responsibility of GateGuard. You may order an Uninterrupted Power Supply to be installed with GateGuard.

You agree that GateGuard may install WiFi routers, repeaters, and has the right to install any equipment necessary to provide such connectivity, and necessary wiring, throughout your building to provide connectivity to remote panels (such as for Rent Regulated tenants who demand an in-apartment door monitor (not included in price)). You agree that GateGuard may bring internet to the building and sell or resell connectivity to the tenants from this network. You agree not to restrict or limit in any way GateGuard's ability to connect internet to the building. GateGuard may bring internet to the building via: Fiber Optic line, DSL, Cable, Cellular, Satellite, or any other method and install any devices, equipment, wiring, cameras, or other such technology as required to provide connectivity, monitoring, and security for GateGuard equipment as GateGuard sees fit. In the event any device we give or sell you exceeds 200MB of data transferred over a SIM card installed you will be billed at a rate of $15 per GB (gigabyte), rounded up to the nearest half gigabyte (500 MB), regardless of if this is caused by you, a tenant, a stranger, us, a contractor, or anyone.

GateGuard may give or sell bandwidth and/or other usage of connectivity devices we install or have installed or our affiliates install as we choose and we are not required to share in any revenues, fees, or other profits or gains, from the above.

You agree that GateGuard may drill, cut, screw, cement, anchor, bolt, glue, fasten, place, stick and otherwise modify and/or attach to your building in any way it sees fit to install its system and services and connectivity devices. You assume any and all liability for this.

You agree to never interfere, move, adjust, touch, paint, modify, block, occlude, cover, or otherwise change or impact or harm our connectivity equipment and antennae. You agree not to place any antenna(e) or connectivity devices on your roof or building exterior without our written permission. You agree we may plug into and use the nearest electric source at your building at your expense for any devices or connectivity devices or antennae. You agree we may transfer the rights of any devices we place for connectivity to anyone at our sole discretion.

You agree we may access your properties 24/7/365.5 (always, at any time), and that you will provide access on request within 30 minutes at any time. You agree we may install, break, drill, replace, and/or modify locks which provide access to any area of your property where we have placed or wish to place equipment or items of any kind. You agree to provide GateGuard access to any room, section, floor, hallway, elevator, shaft, or area of your building at any time we demand, and within 90 minutes notice. You agree that any time over 90 minutes will be billed to you at our hourly rates.

In the event of a loss of 4G or cellular service availability for any reason you agree to provide WiFi connectivity at your cost. If you do not provide it, GG may enter the building and provide it, at the Standard Labor Rates at the time of services.

SDNY_000524

A-1803

5.D.    PropertyPanel.xyz Requirement

You agree that GateGuard will run on the PropertyPanel.xyz (by PropertyPanel, Inc., a DELAWARE corporation) platform and an account at PropertyPanel.xyz may be required to use the service at the time PropertyPanel.xyz goes live. You understand that the monthly subscription fees for PropertyPanel.xyz are not included in any payments for GateGuard.xyz. You understand that failure to maintain a PropertyPanel.xyz login may prohibit you from accessing and using GateGuard's dashboard as it runs on PropertyPanel.xyz.

5.E.    Panel & Equipment Ownership
You agree that you are purchasing only a license to use a GateGuard panel and equipment and that should you stop paying for monitoring services, GateGuard has the right to remove any and all GateGuard equipment and/or shut of any and all GateGuard services and other services provided by GateGuard.

GateGuard reserves the right to terminate service and remove equipment at its own discretion, for any reason. This is primarily disclaimed for the potential case where the rate of abuse or failure, such as due to vandalism by tenants or unreliable power or internet sources, makes supporting that installation too costly, burdensome, or unreliable to GateGuard to provide excellent service.

5.F. Insurance & Repair

In the event someone or something damages a GateGuard Panel so that is inoperable GateGuard will replace the panel, with a deductible. GateGuard will do this up to 2 times, after which the deductible raises to twice its cost (if the deductible is $699 it goes to $1299). Should the panel fail on its own, due to an internal fault, GateGuard will replace it within the first year at no cost, and for $699 after 2 years and and onward.

GateGuard will make every effort to replace panels within 1 business day, but cannot guarantee replacement time due to the many variables involved withy a why a replacement may be needed, location, and installation requirements.
In the event someone damages a LookLock, we will replace it for $199 plus shipping. Installation and labor are  not included in any LookLock purchase.
Labor is never insured or warranteed in any way.
5.G. Installation only included in price in NYC
As of now, GateGuard installation is only available from us in New York City. We may make an effort to locate licensed, experienced installers in other cities for you, and help them in understanding the installation process but we cannot guarantee this or their work. Should you need installation in other cities, please ask and let us know how we can be helpful.
5.H. Software Changes
You understand we may change, update, modify, reduce, increase, or otherwise alter the software on the Panels and Site and Apps and Services and any software. This includes but is not limited to: remove or add services, change the interface, add or remove buttons and options, change the method of access, change the methods of storage, encryption, and usage. All software changes will be notified to client in advance of implementation on the Gate Guard units.
5.I. Hardware Changes
You understand we may change, update, modify, reduce, increase, or otherwise alter the hardware. You agree that renderings of the hardware on the website may be differ slightly or drastically what is installed. You agree that we may, at any time, replace hardware installed, or add any hardware

we wish, such as but not including: replacing panels, cameras, wiring, components, power sources, internet connectivity hardware, antennas, kiosks, screens, lighting, etc. You agree that GateGuard may do so at any time and does not require prior permission to enter a property and replace, add, remove, or alter hardware and/or software.

5.H. Insurance

You agree to carry insurance against ~~cyber attacks ("cyber insurance"),~~ property damage, and other damage to the devices. You agree that should anyone damage a GateGuard panel or other equipment, GateGuard may place a claim with your insurance company to recoup the costs incurred in replacing and/or repairing any devices or equipment, including but not limited to hardware costs and hourly staff costs at our Hourly Installation Rate. Why is GateGuard placing a claim if We own the unit?

5.J. Shipment & Installation

You agree that this service is in development and while every effort will be made to ship near 90 days of your order, delays from our suppliers and developers may occur, as well as delays in scheduling installation and in internet access and power being brought to the door. We cannot and do not guarantee any shipping date. Orders could be delayed up to 200 days from the estimated delivery date due to supply chain issues, customs issues, insurance, code issues, legal issues, etc. You agree and represent you will not suffer any loss or damage because of this, and will not seek any damages.

In the event you elect for us or a third party working for us to install any services: We will not patch any hole caused by removal of existing intercom; We will remove existing intercom panel and discard it. We will not replace or return the intercom for any reason. You accept at the moment of agreeing to these terms that your existing intercom is valueless and you suffer no loss from its removal. We do not wire tablets or panels into apartment units. We will not enter apartment units unless otherwise agreed to in writing by you, the tenant, and us. We do not integrate or connect in any way to existing intercom parts.

Rent Stabilized tenants may be required by law (such as NYC's DHCR) to be given a tablet or mobile device to use as their buzzer to avoid a Reduction in Services. You may purchase our TAB 700 in sets of 10, or use any Android 6.0+ or iOS 10+ device. Wall mounting and installing are not included or guaranteed. You agree that finding a tablet for tenants to use is your responsibility and we are not required to provide or have available any TAB 700 or any other tablets

5.K.    Security Deposit(s)

We will take security deposits for devices which are given free. This is to protect us against folks who fail to pay service fees, and folks who fail to install the devices. Security Deposits for GateGuard.xyz devices given for free at $849. The security deposit will be returned in 10 years if full payment of fees has been made.

Any payment later than 30 days, or any failure to pay any bill for more than 30 days forfeits the security deposit.

The following will forfeit the security deposit: Breaking or replacing the device (even with insurance, as we give it at a loss); Failing to make a monthly payment for more than 30 days; Engaging in any litigation; Posting negative reviews; Removing or disabling or interfering with the devices or service at any time; Breaching the contract in any way; Harassing or cursing at staff or contractors; Personally moving or opening a device without permission; Creating, investing in, supporting, or helping in any way a competitive or similar product or service; Vandalizing the product or services or any of our property; Causing us to incur costs greater than the security deposit;

~~5.L.    10 Year Contract on Service; 15 years on Connectivity Devices~~

~~You agree this is a ten year (10 year) contract, meaning you agree to keep our devices installed and services operating for 10 years, and that monthly fees are due for all 12 months of all 10 years.~~
~~Penalty for vandalizing or damaging devices or services intentionally: Breaching this contract by vandalizing any device or intentionally causing any device or antennae to not operate costs $50,000,~~

SDNY_000526

A-1805

~~or the highest yearly revenue of any year for that device (or devices) per year, if this is greater, for the remaining time, plus legal fees.~~

~~Because we may place an antennae used by other services, antennae and any connectivity devices, must stay in place for 15 years from the date of installation, even in the event of service cancellation, building sales, renovation, and even demolition. In the event the building is sold it can only be sold on condition this entire contract remain fully binding on the purchaser.~~

6. Privacy Policy

We respect your privacy and are committed to protect the information you share with us. We believe that you have a right to know our practices regarding the information we collect when you connect to, access or use the Site.Our policy and practices and the type of information collected are described in our Privacy Policy available at http://GateGuard.xyz which is incorporated herein by reference. You agree that GateGuard may use personal information that you provide or make available to GateGuard in accordance with the Privacy Policy. If you intend to connect to, access or use the Site you must first read and agree to the Privacy Policy.

The Site may allow you to upload or otherwise make available to GateGuard your own information, including materials such as text, images, photos or videos. Please be sure that while sharing information you respect the intellectual property and privacy rights of third parties who have any rights with respect to information you make available to GateGuard. GateGuard will not bear any liability for any loss, damage, cost or expense that you may suffer or incur as a result of or in connection with any such receipt of such information or materials.

To the extent that you share with us any information pertaining to third parties, whether general information or personnel information: (i) you hereby represent that you have received from the applicable data subjects any required consent under any applicable privacy laws, for use of such information for the purpose for which you share such information with us, in accordance with the Privacy Policy, as may be amended from time to time; and (ii)you grant GateGuard a perpetual, non-exclusive, royalty-free, and worldwide license to use, publicly display, communicate, distribute, host, publish, reproduce, make modifications or derivatives work of and store, any such information, as may be required in connection with the operation of the Site or provision of Services by GateGuard.

6.B.   Monitored Information.

You acknowledge that GateGuard collects and monitors, automatically and/or manually people, property, and objects entering and approaching your property. You agree that all data collected by GateGuard and its devices and services becomes property of GateGuard.

7. Confidential Information.

You shall not disclose to third parties nor use for any purpose other than for the proper use of the Site any Confidential Information received from GateGuard in whatever form under these Terms or in connection with the Services without the prior written permission of GateGuard. "Confidential Information" shall mean all data and information, not made available to the general public, oral or written, that relates to GateGuard, the Site and/or the Services, including without limitation these Terms and any agreement between you and GateGuard or the identity of individuals involved in the making, ownership, investment in, or operation of GateGuard. You shall limit access to Confidential Information to those of your personnel for whom such access is reasonably necessary for the proper use of the Services under these Terms. Such personnel shall be bound by written confidentiality obligations not less restrictive than those provided for herein. You shall be responsible for any breach of these Terms by any of your personnel.

You shall protect the Confidential Information with the same degree of care, but no less than a reasonable degree of care, to prevent unauthorized disclosure or use of Confidential Information, as you exercise in protecting your own proprietary information. The aforementioned limitations shall not apply to Confidential Information which you can demonstrate: (i) was in your possession prior to disclosure hereunder provided that, immediately upon disclosure, you have brought this fact to the attention of GateGuard; or (ii) was in the public domain at the time of disclosure or later

SDNY_000527

A-1806

became part of the public domain without breach of the confidentiality obligations herein contained; or (iii) was disclosed by a third party without breach of any obligation of confidentiality; or (iv) is disclosed pursuant to administrative or judicial action, provided that you shall use your best efforts to maintain the confidentiality of the Confidential Information. If only a portion of the Confidential Information falls under any of the above alternatives, then only that portion of the Confidential Information shall be excluded from the use and disclosure restrictions of these Terms.

8. Intellectual Property Rights

The Site, the Services the Content, and any other proprietary assets of GateGuard and any and all intellectual property rights pertaining thereto, including, but not limited to, inventions, patents and patent applications, trademarks, trade names, service marks, copyrightable materials and trade secrets, whether or not registered or capable of being registered (collectively, "Intellectual Property"), are owned by and/or licensed to GateGuard and are protected by applicable copyright and other intellectual property laws and international conventions and treaties. All rights not expressly granted to you hereunder are reserved by GateGuard and its licensors. The Terms do not convey to you an interest in or to GateGuard Intellectual Property but only a limited, revocable right of use in accordance with the Terms. Nothing in the Terms constitutes a waiver of GateGuard's Intellectual Property under any law. No licenses is granted to you by implication or otherwise under any Intellectual Property rights owned or controlled by GateGuard or its licensors, except for the licenses and rights expressly granted under these Terms. You will not use, copy, adapt, modify, prepare derivative works based upon, distribute, license, sell, transfer, publicly display, publicly perform, transmit, broadcast or otherwise exploit the Site and/or Content, except as expressly permitted in these Terms.

To the extent you provide any feedback, comments or suggestions to GateGuard ("Feedback"), GateGuard shall have an exclusive, royalty-free, fully paid up, worldwide, perpetual and irrevocable license to incorporate the Feedback into any GateGuard current or future products, technologies or services and use same for any purpose all without further compensation to you and without your approval. You agree that all such Feedback shall be deemed to be non-confidential. Furthermore, you warrant that your Feedback is not subject to any license terms that would purport to require GateGuard to comply with any additional obligations with respect to any GateGuard current or future products, technologies or services that incorporate any Feedback.

9. Trademarks and Trade names

GateGuard's marks and logos and all other proprietary identifiers used by GateGuard in connection with the Site ("GateGuard Trademarks") are all trademarks and/or trade names of GateGuard, whether or not registered. All other trademarks, service marks, trade names and logos which may appear on the Site belong to their respective owners ("Third Party Marks"). No right, license, or interest to GateGuard Trademarks and the Third Party Marks is granted hereunder, and you agree that no such right, license, or interest may be asserted by you with respect thereto and therefore you will avoid using any of those marks, except as permitted herein.

You hereby agree that we may use your logos, brands, name, and intellectual property in any way we wish, including for marketing, investigation, promotional, and any other purpose.

10. Changes to the Site

GateGuard reserves the right to modify, correct, amend, enhance, improve, make any other changes to, or discontinue, temporarily or permanently this Site (or any part thereof, including but not limited to the Services or Content) without notice, at any time. In addition, you hereby acknowledge that the Content provided via this Site may be changed, extended in terms of content and form or removed at any time without any notice to you. You agree that GateGuard shall not be liable to you or to any third party for any modification, suspension, or discontinuance of this Site or the Content included therein.

11. Links to Third Party Sites

SDNY_000528

A-1807

The Site may contain links to third-party websites or resources or embed third-party services. Those linked sites and services are provided solely as a convenience to you. These linked sites and services are not under the control of GateGuard and it is not responsible for the availability of such external sites or services, and does not endorse and is not responsible or liable for any content including but not limited to content advertising, products or other information on or available from such linked sites and services or any link contained in linked sites or service. You acknowledge and agree that GateGuard is not responsible or liable for: (i) the availability or accuracy of such websites or resources; or (ii) the content, products, or services on or available from such websites or resources. Links to such websites or resources do not imply any endorsement by GateGuard of such websites or resources or the content, products, or services available from such websites or resources.

You acknowledge sole responsibility for and assume all risk arising from your use of any such websites or resources or the content, products or services on or available from such websites or resources. Most of such linked sites and services provide legal documents, including terms of use and privacy policy, governing the use thereof. It is always advisable and we encourage you to read such documents carefully before using those sites and services, inter alia, in order to know what kind of information about you is being collecting.

12. Disclaimer of Warranties

TO THE FULLEST EXTENT LEGALLY PERMISSIBLE, THE SITE, CONTENT ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS, WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED. WITHOUT LIMITING THE FOREGOING, GateGuard, INCLUDING ITS VENDORS, OFFICERS, DIRECTORS, EMPLOYEES, AFFILIATES, SUBSIDIARIES, LICENSORS, AGENTS AND SUPPLIERS ("GateGuard REPRESENTATIVES") EXPLICITLY DISCLAIMS ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, QUIET ENJOYMENT OR NON-INFRINGEMENT, AND ANY WARRANTIES ARISING OUT OF COURSE OF DEALING OR USAGE OF GateGuard. THE SITE'S AVAILABILITY AND FUNCTIONALITY DEPENDS ON VARIOUS FACTORS, SUCH AS COMMUNICATION NETWORKS, HARDWARE, SOFTWARE AND GateGuard's SERVICE PROVIDERS AND CONTRACTORS. WE DO NOT WARRANT OR GUARANTEE (I) THAT THE SITE OR IS OR WILL BE SECURE, TIMELY, ACCURATE, COMPLETE, UNINTERRUPTED, WITHOUT ERRORS, OR FREE OF VIRUSES, DEFECTS, WORMS, OTHER HARMFUL COMPONENTS OR OTHER PROGRAM LIMITATIONS, (II) THAT WE WILL CORRECT ANY ERRORS OR DEFECTS IN THE SITE, (III) AND/OR MAKE ANY REPRESENTATION REGARDING THE USE, INABILITY TO USE OR OPERATE, OR THE RESULTS OF THE USE OF THE SITE AND/OR CONTENT AVAILABLE THEREON OR THROUGH THE SITE (INCLUDING THAT THE RESULTS OF USING THE SITE WILL MEET YOUR REQUIREMENTS). GateGuard MAKES NO WARRANTY THAT THE SITE OR CONTENT, INCLUDING, BUT NOT LIMITED TO, REPORTS, ALERTS OR DATA WILL MEET YOUR REQUIREMENTS OR BE AVAILABLE ON AN UNINTERRUPTED, SECURE, OR ERROR-FREE BASIS. GateGuard MAKES NO WARRANTY REGARDING THE QUALITY OF ANY INFORMATION OR CONTENT OR THE ACCURACY, TIMELINESS, TRUTHFULNESS, COMPLETENESS OR RELIABILITY OF ANY INFORMATION OR CONTENT OBTAINED THROUGH THE SITE OR IN CONNECTION WITH THE SERVICES.

WE ARE NOT RESPONSIBLE AND HAVE NO LIABILITY FOR ANY ITEM OR SERVICE PROVIDED BY ANY PERSON OR ENTITY OTHER THAN GateGuard. WE ARE NOT RESPONSIBLE FOR ANY CONSEQUENCES TO YOU OR OTHERS THAT MAY RESULT FROM TECHNICAL PROBLEMS (INCLUDING WITHOUT LIMITATION IN CONNECTION WITH THE INTERNET SUCH AS SLOW CONNECTIONS, TRAFFIC CONGESTION, OVERLOAD OF SERVERS, DELAYS OR INTERRUPTIONS) OR ANY TELECOMMUNICATIONS OR INTERNET PROVIDERS.

SDNY_000529

A-1808

YOU AGREE THAT USE OF THE SITE, THE SERVICES AND/OR THE CONTENT IS ENTIRELY AT YOUR OWN RISK. YOU FURTHER AGREE THAT GateGuard AND THE GateGuard REPRESENTATIVES ARE NOT RESPONSIBLE FOR ANY DAMAGE CAUSED BY YOUR OR ANYONE'S USE OF THE GateGuard SERVICES, SITE, INFORMATION, ALERTS, OR REPORTS.

INASMUCH AS SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSIONS OR LIMITATIONS AS SET FORTH HEREIN, THE FULL EXTENT OF THE ABOVE EXCLUSIONS AND LIMITATIONS MAY NOT APPLY.

13. Limitation of Liability

YOU ACKNOWLEDGE AND AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY LAW, THE ENTIRE RISK ARISING OUT OF YOUR ACCESS TO AND USE OF THE SITE AND CONTENT REMAINS WITH YOU. NEITHER GateGuard NOR ANY OTHER PARTY INVOLVED IN CREATING, PRODUCING, OR DELIVERING THE SITE, OR SERVICES WILL BE LIABLE FOR ANY INCIDENTAL, SPECIAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES, INCLUDING LOST PROFITS, LOSS OF DATA OR LOSS OF GOODWILL, SERVICE INTERRUPTION, COMPUTER DAMAGE OR SYSTEM FAILURE OR THE COST OF SUBSTITUTE PRODUCTS OR SERVICES, OR FOR ANY DAMAGES FOR PERSONAL OR BODILY INJURY OR EMOTIONAL DISTRESS ARISING OUT OF OR IN CONNECTION WITH THESE TERMS, FROM THE USE OF OR INABILITY TO USE THE SITE, OR CONTENT, WHETHER BASED ON WARRANTY, CONTRACT, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT GateGuard HAS BEEN INFORMED OF THE POSSIBILITY OF SUCH DAMAGE, EVEN IF A LIMITED REMEDY SET FORTH HEREIN IS FOUND TO HAVE FAILED OF ITS ESSENTIAL PURPOSE.

IN NO EVENT WILL GateGuard'S AGGREGATE LIABILITY ARISING OUT OF OR IN CONNECTION WITH THESE TERMS AND YOUR USE OF THE SITE EXCEED THE AMOUNTS YOU HAVE PAID IN THE ONE (1) MONTH PERIOD PRIOR TO THE EVENT GIVING RISE TO THE LIABILITY. YOU AGREE, REGARDLESS OF PAYMENTS, OUR MAXIMUM LIABILITY IS $10,000 OR YOUR LATEST MONTHLY FEE, WHICHEVER IS LOWER. THE LIMITATIONS OF DAMAGES SET FORTH ABOVE ARE FUNDAMENTAL ELEMENTS OF THE BASIS OF THE BARGAIN BETWEEN GateGuard AND YOU. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

14. Indemnification

You agree to release, defend, indemnify, and hold GateGuard and its affiliates, including all GateGuard Representatives, harmless from and against any claims, liabilities, damages, losses, and expenses, including, without limitation, reasonable legal and accounting fees, arising out of or in any way connected with (a) your access to or use of the Site or Content; (b) your violation of any provision of these Terms, (c) your violation of any third party rights, including without limitation any intellectual property rights or privacy right of such third party with respect to your use of the Site, or (d) any damage of any sort, whether direct, indirect, special or consequential, you may cause to any third party with relation to the Service or the Site or the Content.

You agree GateGuard is not responsible for breaches, real or digital, that result in damage to your property or business. Always have redundant systems, insurance, and emergency plans.

You understand that GateGuard may use contractors and third-parties to provide services and that you hold these third parties, their affiliates and subsidiaries and contractors and their officers, directors, employees and agents, harmless from and against any claims, liabilities, damages, losses, and expenses, including, without limitation, reasonable legal and accounting fees, arising out of or in any way connected with (a) your access to or use of the Site or Content; (b) your violation of any provision of these Terms, (c) your violation of any third party rights, including without

A-1809

limitation any intellectual property rights or privacy right of such third party with respect to your use of the Site, or (d) any damage of any sort, whether direct, indirect, special or consequential, you may cause to any third party with relation to the Site or the Content.

You understand and accept that Friend or Fraud (Friend or Fraud INC in the USA, and Friend or Fraud LTD in Israel) is a provider of technical assistance and expertise and is not responsible in any way for the Services, Site, or Content of GateGuard. You agree to hold Friend or Fraud, its affiliates and subsidiaries and contractors and its officers, directors, employees and agents, harmless from and against any claims, liabilities, damages, losses, and expenses, including, without limitation, reasonable legal and accounting fees, arising out of or in any way connected with (a) your access to or use of the Site or Content; (b) your violation of any provision of these Terms, (c) your violation of any third party rights, including without limitation any intellectual property rights or privacy right of such third party with respect to your use of the Site, or (d) any damage of any sort, whether direct, indirect, special or consequential, you may cause to any third party with relation to the Site or the Content.

Without derogating from the foregoing, we reserve the right to assume the exclusive defense and control of any matter which is subject to indemnification by you, which will not excuse your indemnity obligations hereunder and in which event you will fully cooperate with us in asserting any available defense. You agree not to settle any matter subject to an indemnification by you without first obtaining our prior express written approval. It is hereby clarified that the defense and indemnification obligations set forth herein will survive these Terms.

15. Amendments to the Terms

GateGuard may, at its sole discretion, at any time and without prior notice, change the Terms from time to time, including any other policies incorporated thereto, and including any pricing and fees, so please re-visit this page frequently. In case of any material change, we will make reasonable efforts to post a clear notice on the Site and/or will send you an e-mail (to the extent that you provided us with such e-mail address) regarding such change. Such material changes will take effect after such notice was provided on our Site or sent via e-mail, whichever is the earlier. Otherwise, all other changes to these Terms are effective as of the stated "Last Revised" date and your continued use of the Site on or after the Last Revised date will constitute acceptance of, and agreement to be bound by, those changes. In the event that the Terms should be amended to comply with any legal requirements, the amendments may take effect immediately, or as required by the law and without any prior notice. By continuing to access or use the Site after we have posted a modification on the Site or have provided you with notice of a modification, you are indicating that you agree to be bound by the modified Terms. If the modified Terms are not acceptable to you, your only recourse is to cease using the Site.

16. ~~Termination of the Services' operation~~

~~At any time, GateGuard may discontinue your use of the Service in its sole discretion with or without any reason or prior notice, in addition to any other remedies that may be available to GateGuard under any applicable law. Additionally, GateGuard may at any time, at its sole discretion, cease the operation of the Site or any part thereof, temporarily or permanently, without giving any prior notice. You agree and acknowledge that GateGuard does not assume any responsibility with respect to, or in connection with the termination of the Site's operation and loss of any data. The provisions of these Terms that, by their nature and content, must survive the termination of these Terms in order to achieve the fundamental purposes of these Terms shall so survive. Without limiting the generality of the forgoing, the Intellectual Property Rights, Disclaimers of Warranties, Limitation of Liability, Indemnification and General sections will survive the termination of the Terms.~~

Formatted: Indent: Hanging: 0.25"

17. Minors

A-1810

To use the Site you must be over the age of eighteen (18). We reserve the right to request proof of age at any stage so that we can verify that minors under the age of eighteen (18) are not using the Site. In the event that it comes to our knowledge that a person under the age of eighteen (18) is using the Site, we will prohibit and block such User from accessing the Site and will make all efforts to promptly delete any Personal Information (as such term is defined in our Privacy Policy) with regard to such User.

18. Governing Law; Jurisdiction; Dispute Resolution

Certain additional legal terms, related to interpretation of these Terms, their governing law and other terms and restrictions related to the resolution of any dispute, claim or controversy between you and GateGuard, shall be as stipulated at: http://GateGuard.xyz/legal/dispute.php from time to time (the "Dispute Resolution Terms"). By accepting these Terms or otherwise entering, connecting to, accessing or using the Site, you acknowledge that you have read and understood the Dispute Resolution Terms, which are incorporated herein by reference, and you agree to be bound by and to comply with such Dispute Resolution Terms, and any provision thereof.

19. General

Entire Agreement - These Terms constitute the entire and exclusive understanding and agreement between GateGuard and you regarding the Site, Content, and these Terms supersede and replace any and all prior oral or written understandings or agreements between GateGuard and you regarding the Site, and/or Content.

Assignment - You may not assign or transfer these Terms, by operation of law or otherwise, without GateGuard's prior written consent. Any attempt by you to assign or transfer these Terms, without such consent, will be null and of no effect. GateGuard may assign or transfer these Terms, at its sole discretion, without restriction. Subject to the foregoing, these Terms will bind and inure to the benefit of the parties, their successors and permitted assigns.

Notices - Any notices or other communications permitted or required hereunder, including those regarding modifications to these Terms, will be in writing and given by GateGuard (i) via email (in each case to the address that you provide) or (ii) by posting to the Site. For notices made by e-mail, the date of receipt will be deemed the date on which such notice is transmitted and for notices made by posting to the Site the date of receipt will be deemed the date on which such notice is posted.

Interpretation - Any heading, caption or section title contained herein is inserted only as a matter of convenience, and in no way defines or explains any section or provision hereof.

No Waiver; Cumulative Remedies; Severability - The failure of GateGuard to enforce any right or provision of these Terms will not constitute a waiver of future enforcement of that right or provision. The waiver of any such right or provision will be effective only if in writing and signed by a duly authorized representative of GateGuard. Except as expressly set forth in these Terms, the exercise by either party of any of its remedies under these Terms will be without prejudice to its other remedies under these Terms or otherwise. If for any reason an arbitrator or a court of competent jurisdiction finds any provision of these Terms invalid or unenforceable, that provision will be enforced to the maximum extent permissible and the other provisions of these Terms will remain in full force and effect.

Third Party Beneficiaries - These Terms do not and are not intended to confer any rights or remedies upon any person other than the parties. Notwithstanding the foregoing, the parties agree that the third party payment service providers and payment card networks are third party beneficiaries of these Terms for purposes of enforcing provisions related to payments, but that their consent or agreement is not necessary for any changes or modifications to these Terms.

20. Exclusivity

You agree and accept that you will not put any lock or acted controlled controlled  remotely, or any lock or access device opened by code or touch or biometrics or pattern, or any keyless access control device or system on any property where you have ordered GateGuard or LookLock.xyz. You will remove and/or give us permission to remove any such systems already in place or placed during the life of this contract.

SDNY_000532

You agree to place into all leases & sub-lease documents and "house rules", and enforce, a complete ban on Amazon Key, Latch, Jet.com access control products, Amazon access control products, Google Access control products, Target Access control products, UPS access control products, FedEx access control products, DHL access control products, and other similar services and devices from any other provider or service. This is because of a loss of safety and security when third party services can open doors (We can't always monitor what other services do).

You agree that tenants and staff and you may not give Visitor Codes to courier or task services services. Couriers & Task Services may only get Visitor Codes or other long-standing or ongoing access from us. Couriers & Task Services include, but are not limited to: UPS, USPS, FEDEX, AMAZON, RDS, DHL, LAZERSHIP, UBER (UBER RUSH, UBER EATS), LYFT, GETT, JUMO, HOMER, HANDY, HOME DEPOT, IKEA, LOWES, TASKRABBIT, TARGET, KMART, Seamless, Grubhub, Foodler, Eat24, Yelp, CLEANLY, FLYCLEANERS, DOLAUNDRYFORME, MYCLEAN, and any similar services.

You agree tenants, occupants, and shareholders may only purchase access control products for your properties from us on our website.

GateGuard will be the exclusive provider of Package Management Services to you and your PROPERTIES(S) for ten (10) years.

21. Equipment and Tenant Information Services

GateGuard may place a kiosk, or kiosks, on walls, floor stands, doorman areas, concierge areas, elevators, elevator banks, and/or the storage areas (lockers, doors, or other surface) where tenants can see updates on packages and other services. These kiosks may also display information such as weather, promotions, discounts, events, partner notices, building information, and other items at GateGuard's discretion. The kiosks may or may not be interactive. They may or may not include printers, shipping supplies, and other items for use, or sale. They may have sensors and cameras to prevent vandalism and gather usage information.

For unattended buildings, and for attended buildings where the door person may step away or not be there 24/7/365, or for attended buildings, Teman may place a GateGuard Panel that enables couriers to enter the building.

22. Safety & Efficiency:

OVERVIEW:

The goal of this system is to remove the burden and liability of package management from the management company, building officers, and staff, and to remove risks associated with package management. As such, GateGuard will have control over all aspects package delivery, from who can deliver into the system, to when, and what. For example, GateGuard may require certain packages to be brought to a holding facility to be delivered overnight (12am to 6am) instead of during peak traffic where they pose a nuisance and/or risk to tenants. The preceding is only intended as one example.

GateGuard may allow or disallow any delivery service, courier, or other organization or individual from accessing the service, or placing items into any package area . GateGuard may disallow any product or item into package area, such as but not limited to hazardous, oversized, or overweight items that may pose a risk to equipment and humans.

GateGuard may require any or all Services to deliver to Holding Locations. This is for logistical reasons, such as to avoid overload, or traffic, or annoying residents at peak times, or excessive burden on the system or financials of the system. GateGuard may charge services a fee for usage of holding services. (Services will be able to deny this charge if they choose to hold the package themselves and re-deliver it at an approved time or return the package to its source).

GateGuard may deliver to the building between the hours of 12am and 6am. To maintain order, GateGuard has exclusive rights to serve as courier during these hours. GateGuard may charge services a fee for deliveries during this time. (Services will be able to deny this charge if they choose to hold the package themselves and re-deliver it at an approved time).

Packages left in lockers for a long period of time, which shall be at GateGuard's discretion, may be moved to a holding facility and/or charged fees for longer storage, retrieval, or re-delivery. The fees will be disclosed at the location and the tenant notified of the impending fees should they fail to retrieve their package.

Management will give GateGuard a list of tenants and others allowed to access the system. GateGuard may also give access to the system at its discretion. GateGuard may integrate with management's computer systems so as to sync tenant information.

GateGuard may remove and/or replace and/or modify any other package receptacles and storage systems and package management systems in-place.

Liability for packages remains with the courier unless the package is in the GateGuard locker and it is stolen or damaged through technical fault of GateGuard.

GateGuard may access these devices and the floors they are in at any time. GateGuard may access the stairs, elevators, lobbies, loading areas, trash areas, laundry areas, storage areas, hallways, roofs, and other areas at any time.

Where a building is physically or legally impossible to install into, for GateGuard, or where GateGuard decides they cannot install into, it shall not nullify the rest of the agreement.

To prevent the "smuggling" of illegal objects, from packages to suitcases, GateGuard shall be the exclusive provider of guest management and tracking, access management, and surveillance services. Management company staff must ask guests to check-in with the GateGuard system. Management company must require the use of GateGuard systems for access control and surveillance and replace existing systems with GateGuard-enabled systems when required by GateGuard.

**23.** Redundant Connectivity Among GateGuard and other Devices & Additional Connectivity Terms

As these devices are internet-enabled and serves may be internet-dependent: GateGuard may place antennae and related equipment on the roofs and sides of buildings to provide connectivity for GateGuard and other services, and plug into and use the building's power. GateGuard may enable third parties at its sole discretion to connect and/or otherwise use or interact with these antennas for any purpose. "Antenna" shall include equipment needed to support the functionality of the antennae such as battery backup, power, cooling, poles, etc. GateGuard may connect to the building's existing internet used for any surveillance or data services or connect an internet source.

GateGuard, its partners or affiliates shall have the right to install ancillary equipment and antennas on the rooftop and/or sides or other surfaces interior or exterior of the facility for the transmission and reception of communications signals, in support of GateGuard's services and general security at or around the Building, and the installation, construction, maintenance, operation, repair, replacement of its communications fixtures and related equipment, cables, accessories and improvements, as well as the right to test, survey and review title on the Property. Recipients hereby grants to any utility company providing utility services to GateGuard, its partners or affiliates, a non-exclusive easement over the Property, from an open and improved public road to the Premises, and upon the Premises and upon GateGuard's or a utility company's request, Recipients will execute a separate recordable easement evidencing this grant, at no cost to Gateguard, its agents or the public utility.

In the event an existing building agreement prevents the placement of antennae on the roof and/or sides of the building, the Recipient agrees to condo-out a 80"x80" rooftop section to be made a separate entity not subject to the exclusivity agreement in any fashion specified by GateGuard. GateGuard may place internet connectivity equipment & wiring in the basement, utility room(s), network equipment rooms, reception desk, inside walls, floors, ceilings, at its discretion.

**24.** Exclusivity 2:

~~Recipients may not sign an exclusive or discount courier agreement with anyone else. Recipients may not place another package management system in their building or operations. GateGuard may remove any package system. GateGuard may remove shelving and other package storing apparatus to make room for GateGuard systems or any other reason.~~

25. Transferability
   GateGuard may sell or transfer all or part of this contract.
   In the event the building changes management, ownership, or other forms of control this agreement remains in effect.
   In the event any part of this contract is void for any reason the rest of the contract remains.
   In the event Management Company takes on a new building as a client, these terms will apply to the new building(s).
26. Extended Timing
   GateGuard has 465 business days to deliver and systems to each building. This shall start from the date of signing of this agreement. If the building, its staff, lobby, tenants, or outside factors such as street or building construction, or supplier delays, delay the delivery, the clock on these 465 days shall restart at the end of that delay. GateGuard may cancel, reject, deny or otherwise remove service to one or all buildings at any time.
27. Confidentiality
   The terms of this agreement are confidential. You will not publish, share, or post these terms.
   GateGuard may use the Recipients names and logos for branding the devices, marketing, and other purposes.
28. Name & Assignment:
   GateGuard may refer to this program under another brand name or licensee name.
   GateGuard may license all or parts of the contract to another party or parties.
   GateGuard may assign all or parts of the contract to another party or parties.
30. Not a Security System or Security Guard Replacement
   This is not a security device and will not keep bad actors out of your property. This is not a replacement for a security system, or security guard service.
31. No Representation as to Laws. We do not recommend anything.
   Regardless of what may be stated by us here or anywhere, you agree and accept it is entirely your responsibility to check and comply with the applicable laws, and we cannot and do not give legal advice, legal recommendations, recommendations of attorneys, or recommendations of any action of any kind..
32. INDEMNIFICATION AGAINST HACKING AND MALICIOUS ACTS BY INDIVIDUALS, ORGANIZATIONS, GOVERNMENTS, ETC
   You acknowledge and agree that while we may make an intense effort to protect our devices, networks, connections, and data, you accept there is no possible way to ensure the security, trustworthiness, and reliability of any device, service provider, connection, ISP, chip maker, chip, code, component, or any item, individual, organization, country, or entity involved in any way or used in any way in the creation of any technology product. Therefore, you agree we are in no way responsible if any malicious or unintentional act or omission of any third party causes any damage to the device, your property, you, anyone at or near your property, your business, or in any other way that you may feel harms you. You accept that despite any and all efforts made, this technology is in constant "beta" state and subject to error, updates, hacking, and other failures, partial or complete. You acknowledge and agree that any information you send or receive during your use of the device may not be secure and may be intercepted or later acquired by unauthorized third parties.
33. NO COPYING. NON COMPETE
   You agree not to enter into, partner with, invest in, purchase, fund, or otherwise engage in any access control business (smart locks, intercoms, door locks). You agree that if you do, personally, by any entity in which you hold shares or any control, by any entity which you advise or otherwise engage with, the full capital (all shares) of that entity and the intellectual property related to any access control systems or products becomes ours immediately.
   You agree not to open, modify, photograph, publish, post, and/or share in any way the designs and/or details of any of our products.

SDNY_000535

A-1814

You agree that any and all designs, technology, systems, methods, algorithms, brands, logos, molds, code that we represent as ours is in-fact ours and that you do not and will not make any intellectual property claims against us. You agree that you give us full and completely unlimited license to use, transfer, and gift your intellectual property to anyone.

~~34. NO STEVIE NICKS~~
~~You agree to never play any Stevie Nicks song in, near, for, or around any member of our team, or on any of our devices or networks. She really ruined that band.~~

32. ADDITIONAL DEFINITIONS

courier : Any delivery service or individual. Examples, but not limited to: UPS, FedEx, DHL, RDS, Lasership, Amazon (all), Walmart, Jet, Uber, takeout food delivery persons (independent contractors, restaurants, Seamless, UberEats, etc.), process servers, TaskRabbit, Homer, and anyone paid or compensated by salary, per-task fee, per-package, tip, gratuity, and/or combination of these.

Package Management: Any action, service, device, process, team, method required to manage the delivery, pickup, inventorying, tracking, and handling of packages.

Tenant: Includes, but is not limited to: Resident, Shareholder, Subtenant, Roommate, Guest, Visitor, Office Worker, Lease Holder, Staff.

Building: Includes but is not limited any structure on the Property, or the property itself.

Locker: A locker, cabinet, shelving system, closet, cage, box, monitored area (by placement of cameras), or any system deemed fit to store packages by GateGuard.

GateGuard Panel: A panel by GateGuard which can control building locks, which may (or may not) also include some or all of: face recognition, a screen, internet connectivity, a menu of tenants and ability to buzz them.

33. For information, questions or notification of errors, please contact:

If you have any questions (or comments) concerning the Terms, you are most welcome to send us an e-mail and we will make an effort to reply within a reasonable timeframe: support.team@GateGuard.xyz or http://GateGuard.xyz

SDNY_000536

A-1815

| | |
|---|---|
| **From:** | Elie Gabay |
| **To:** | Ari Teman |
| **Subject:** | RE: Invoice for 20 buildings + Convertible Note |
| **Date:** | Monday, March 26, 2018 5:18:00 PM |

Updated feedback on my end below.

"Given all of the issues we are having with Tieman's system, I am very hesitant to move forward with him. I think we need to put this entire project on hold. And wait."


Elie Gabay
**Coney Realty & Management**
Tel: 718-338-2010
Email: elie@coneyrealty.com


**From:** Ari Teman <ari@teman.com>
**Sent:** Monday, March 26, 2018 10:24 AM
**To:** Elie Gabay <elie@coneyrealty.com>
**Subject:** Re: Invoice for 20 buildings + Convertible Note


Updated with tracking. Most changes made as requested.



**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com



Services:

| | | |
|---|---|---|
| GateGuard.xyz | | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| LookLock.xyz | | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | | Catch & Evict Illegal Airbnb-type sublets |

**Featured in:**
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

**Visit us for a demo:**
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-**E** / 6

10 SECOND VIDEO:

GateGuard.xyz Face Recognition in Action

https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.


GOVERNMENT
EXHIBIT
416
19 Cr. 696 (PAE)

SDNY_000537

A-1816

Terms cannot be changed via email or oral agreement.

On Sun, Mar 25, 2018 at 1:26 PM, Ari Teman <ari@teman.com> wrote:

> Mostly workable.
>
> Here are thoughts to them:
>
> 1. We need the ability to update the code without updating 1000 landlords. We are rolling out changes slowly, and we test internally, and then on a few devices, and then more and more, but if we discover a critical bug or security flaw, we need to be able to fix it without any delay. We do not make drastic changes -- it's an intercom, not a mobile phone... not much change happening.
>
> 2. We need to be able to raise prices -- it's not relevant to these 20 devices since you're paying for the Gold Plan upfront for 10 years. I do not foresee us getting more expensive though. Probably we'll get cheaper and cheaper as time goes on and more folks try to compete (and fail!).
>
> 3. Ditto on the 10 year contract -- you're paying for 10 years of service upfront, at a discount. We need the 10 year agreement in place to secure agreements with telecos etc for discounts on SIM card data, etc (they're ok making $5 a month if it's for 120 month, not if it's for 4 months). They require that language. (Obviously if you rip the device out they're unlikely to do anything.)
>
> 4. We include 1 free PropertyPanel Basic Account with each device, so you get 20 accounts for the 20 buildings. You are covered for 20 users.
>
> 5. We need the ability to remove a panel in the case of ongoing vandalism or network intrusion, but OK, I'm OK nixing this. Obviously if someone is using a device to hack the network, etc., we'll have to take it offline.
>
> 6. 5H: We self-insure the devices (you pay just $689 to replace a unit if someone breaks it), so just any insurance company would try to get the claim paid by the responsible party or any insurance company covering that damage, we may attempt. For example, if a truck driver backs into the building or the facade collapses. Really, we likely won't bother... we don't lose much replacing one and filling out the claim won't be worth the time unless someone goes around and smashes 100 of our devices in one shot. Technically you are "licensing" the service from us for 10 years, for tax purposes, so we own the device for insurance purposes.
>
> 7. 5L: This is important to stay  on -- if we put an antenna across the street on some guy's building who has GateGuard so your building gets good reception, then we need him to keep it on even if he removes the main device, and vice versa. You will not see or notice these devices from the street unless you look for them -- they're like shoebox size or thereabout... like wifi antennae. They help us ensure full signal to devices that are caught

SDNY_000538

between bricks and glass. Obviously if someone rips one of their building it's more-likely we'll just put an antenna on a roof, etc., but we need to deter this.

8. Ok, you don't have to ban Key or Latch, but if they are on the building people will be able to sneak in through them and we won't have a record of the entry. We recommend 1 device for access control so you force everyone's face into it.

9. On that note, the terms to not accept an exclusive agreement prevents a manager from accidentally signing a bad contract that forces your intercom (us) off the wall.

10. The "Kiosk" we want to build is about 24"x24" with a tiny label printer so when tenants go to return a package, they print the label and stick it on the box and UPS, etc can identify it. Right now the biggest growing problem is packages stay in the hallway and are stolen, and then they complain to you. This Kiosk, we are checking, can also display the DOB/HPD info so you never get a fine for not putting up their latest required sign.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com
Services:



| | |
|---|---|
| GateGuard.xyz | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| LookLock.xyz | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | Catch & Evict Illegal Airbnb-type sublets |

**Featured in:**
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

**Visit us for a demo:**
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

> 10 SECOND VIDEO:
>
> GateGuard.xyz Face Recognition in Action
>
> https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Sun, Mar 25, 2018 at 1:42 AM, Elie Gabay <elie@coneyrealty.com> wrote:

A-1818

Didn't mean to send it to your attorney. I just hit reply to all.

Elie Gabay
Coney Realty & Management
Tel: (718) 338-2010
Fax: (718) 338-7900

**From:** Elie Gabay
**Sent:** Sunday, March 25, 2018 1:42 AM
**To:** 'Ari Teman' <ari@teman.com>
**Cc:** Yoni (Jonathan) Irom <jonathani@gkh-law.com>
**Subject:** RE: Invoice for 20 buildings + Convertible Note

Proposed changes to terms and conditions attached.
Lets discuss once you've had a chance to review.

Thanks,

Elie Gabay
Coney Realty & Management
Tel: (718) 338-2010
Fax: (718) 338-7900

**From:** Ari Teman <ari@teman.com>
**Sent:** Tuesday, March 13, 2018 6:28 PM
**To:** Elie Gabay <elie@coneyrealty.com>
**Cc:** Yoni (Jonathan) Irom <jonathani@gkh-law.com>
**Subject:** Invoice for 20 buildings + Convertible Note

Hi Elie,

Great chatting and thanks again. I'm excited to work together on this and appreciate your faith in me and the team.

Here is:

1. a template you can use for the 20 buildings. We can batch it for you if you need. If your office can send the 20 checks or wire this week that'll be helpful so I can make the wire to China and fly there next week to oversee final production steps.

2. the $40k convertible note to FRIEND OR FRAUD INC (which holds Property Panel INC, GateGuard INC, and LookLock.xyz, but not SubletSpy, as mentioned). This is the same note **and terms Kerry Miller (Goldman Sachs, now a VC) did** -- based on the Y Combinator SAFE note. Copied is Yoni Irom of GKH law (they were Waze's law firm) with any questions.

A-1819

Here is the wiring for the note:

**WIRE INSTRUCTIONS FOR THE NOTE:**
Bank name: Bank of America
Address: 100 North Tryon Street, Charlotte, North Carolina 28255
Phone number: +17043865681
Website: http://www.bankofamerica.com/
SWIFT code: BOFAUS3N

Friend or Fraud  INC
ACCOUNT: 483056100351
ROUTING: 021000322

Let me know how I can be helpful.

Ari



**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

Services:

| | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierge |
| | | (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
**The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer**

Visit us for a demo:
**We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6**

**10 SECOND VIDEO:**

GateGuard.xyz Face Recognition in Action

https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

A-1820

| | |
|---|---|
| **From:** | Ari Teman |
| **To:** | Elie Gabay |
| **Cc:** | Yoni (Jonathan) Irom |
| **Subject:** | Re: Invoice for 20 buildings + Convertible Note |
| **Date:** | Monday, March 26, 2018 5:35:19 PM |
| **Attachments:** | Invoice-0026.pdf |

Please pay the full invoice for the GateGuard device you got in 100% bad faith immediately before we discuss anything further. This is past-due since January 19th. I will send it to collections and place a lien on your building on Pessach.

You **promised** to not judge us based on the old device, which I didn't want to install for you because it relies on internet and you have Spectrum that always goes offline. You insisted and asked that we credit it toward the payment for the 10 device you ordered online (in which you entered our contract). I agreed based on your 10 building order (for which the contract is binding).

Now you're taking months of my time, making me look like a liar to other investors.

I DID mean to copy my attorney.

Your manager is an idiot and your internet has been off for days, as I said, and as your super told him. I cannot fix your manager being an idiot, but that's not my problem. My problem is you do not keep your end of contracts, you waste my time, and you make false promises. This is why they invented attorneys. I'm done with you. Pay the bill BEFORE you try to talk or it goes to the attorneys. I'm also going to sue you for interupting my business for the last 2 months with your lies.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

Services:
| | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer



GOVERNMENT
EXHIBIT
417
19 Cr. 696 (PAE)

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**10 SECOND VIDEO:**
GateGuard.xyz Face Recognition in Action
https://www.youtube.com/watch?v=1kxz8kbTB5o

SDNY_000551

A-1821

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Mon, Mar 26, 2018 at 5:24 PM, Ari Teman <ari@teman.com> wrote:

There's no issue with our system. Your internet box is offline. You could plug any computer into that box now and it won't go online.

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

Services:

| | |
|---|---|
| GateGuard.xyz | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| LookLock.xyz | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**10 SECOND VIDEO:**

GateGuard.xyz Face Recognition in Action
https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Mon, Mar 26, 2018 at 5:19 PM, Elie Gabay <elie@coneyrealty.com> wrote:

Updated feedback on my end below.

"Given all of the issues we are having with Tieman's system, I am very hesitant to move forward with him. I think we need to put this entire project on hold. And wait."

Elie Gabay

Coney Realty & Management
Tel: 718-338-2010
Email: elie@coneyrealty.com

A-1822

**From:** Ari Teman <ari@teman.com>
**Sent:** Monday, March 26, 2018 10:24 AM
**To:** Elie Gabay <elie@coneyrealty.com>
**Subject:** Re: Invoice for 20 buildings + Convertible Note

Updated with tracking. Most changes made as requested.



**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

Services:
| | |
|---|---|
| GateGuard.xyz | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| LookLock.xyz | Smart Lock w/Video Doorbell + Security Camera + Concierge |
| | (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

10 SECOND VIDEO:

GateGuard.xyz Face Recognition in Action

https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Sun, Mar 25, 2018 at 1:26 PM, Ari Teman <ari@teman.com> wrote:

Mostly workable.

Here are thoughts to them:

1. We need the ability to update the code without updating 1000 landlords. We are
   rolling out changes slowly, and we test internally, and then on a few devices, and

SDNY_000553

Case 21-1920, Document 86, 05/25/2022, 3321502, Page159 of 256

A-1823

then more and more, but if we discover a critical bug or security flaw, we need to be able to fix it without any delay. We do not make drastic changes -- it's an intercom, not a mobile phone... not much change happening.

2. We need to be able to raise prices -- it's not relevant to these 20 devices since you're paying for the Gold Plan upfront for 10 years. I do not foresee us getting more expensive though. Probably we'll get cheaper and cheaper as time goes on and more folks try to compete (and fail!).

3. Ditto on the 10 year contract -- you're paying for 10 years of service upfront, at a discount. We need the 10 year agreement in place to secure agreements with telecos etc for discounts on SIM card data, etc (they're ok making $5 a month if it's for 120 month, not if it's for 4 months). They require that language. (Obviously if you rip the device out they're unlikely to do anything.)

4. We include 1 free PropertyPanel Basic Account with each device, so you get 20 accounts for the 20 buildings. You are covered for 20 users.

5. We need the ability to remove a panel in the case of ongoing vandalism or network intrusion, but OK, I'm OK nixing this. Obviously if someone is using a device to hack the network, etc., we'll have to take it offline.

6. 5H: We self-insure the devices (you pay just $689 to replace a unit if someone breaks it), so just any insurance company would try to get the claim paid by the responsible party or any insurance company covering that damage, we may attempt. For example, if a truck driver backs into the building or the facade collapses. Really, we likely won't bother... we don't lose much replacing one and filling out the claim won't be worth the time unless someone goes around and smashes 100 of our devices in one shot. Technically you are "licensing" the service from us for 10 years, for tax purposes, so we own the device for insurance purposes.

7. 5L: This is important to stay on -- if we put an antenna across the street on some guy's building who has GateGuard so your building gets good reception, then we need him to keep it on even if he removes the main device, and vice versa. You will not see or notice these devices from the street unless you look for them -- they're like shoebox size or thereabout... like wifi antennae. They help us ensure full signal to devices that are caught between bricks and glass. Obviously if someone rips one of their building it's more-likely we'll just put an antenna on a roof, etc., but we need to deter this.

8. Ok, you don't have to ban Key or Latch, but if they are on the building people will be able to sneak in through them and we won't have a record of the entry. We recommend 1 device for access control so you force everyone's face into it.

9. On that note, the terms to not accept an exclusive agreement prevents a manager from accidentally signing a bad contract that forces your intercom (us) off the wall.

10. The "Kiosk" we want to build is about 24"x24" with a tiny label printer so when tenants go to return a package, they print the label and stick it on the box and

UPS, etc can identify it. Right now the biggest growing problem is packages stay in the hallway and are stolen, and then they complain to you. This Kiosk, we are checking, can also display the DOB/HPD info so you never get a fine for not putting up their latest required sign.

Ari



**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

Services:
| | | |
|---|---|---|
| GateGuard.xyz | | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| LookLock.xyz | | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**10 SECOND VIDEO:**

GateGuard.xyz Face Recognition in Action

https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Sun, Mar 25, 2018 at 1:42 AM, Elie Gabay <elie@coneyrealty.com> wrote:

Didn't mean to send it to your attorney. I just hit reply to all.

Elie Gabay
Coney Realty & Management
Tel: (718) 338-2010
Fax: (718) 338-7900

A-1825

**From:** Elie Gabay
**Sent:** Sunday, March 25, 2018 1:42 AM
**To:** 'Ari Teman' <ari@teman.com>
**Cc:** Yoni (Jonathan) Irom <jonathani@gkh-law.com>
**Subject:** RE: Invoice for 20 buildings + Convertible Note

Proposed changes to terms and conditions attached.

Lets discuss once you've had a chance to review.

Thanks,

Elie Gabay
Coney Realty & Management
Tel: (718) 338-2010
Fax: (718) 338-7900

**From:** Ari Teman <ari@teman.com>
**Sent:** Tuesday, March 13, 2018 6:28 PM
**To:** Elie Gabay <elie@coneyrealty.com>
**Cc:** Yoni (Jonathan) Irom <jonathani@gkh-law.com>
**Subject:** Invoice for 20 buildings + Convertible Note

Hi Elie,

Great chatting and thanks again. I'm excited to work together on this and appreciate your faith in me and the team.

Here is:

1. a template you can use for the 20 buildings. We can batch it for you if you need. If your office can send the 20 checks or wire this week that'll be helpful so I can make

A-1826

the wire to China and fly there next week to oversee final production steps.

2.  the $40k convertible note to FRIEND OR FRAUD INC (which holds Property Panel INC, GateGuard INC, and LookLock.xyz, but not SubletSpy, as mentioned). This is the same note and terms Kerry Miller (Goldman Sachs, now a VC) did -- based on the Y Combinator SAFE note. Copied is Yoni Irom of GKH law (they were Waze's law firm) with any questions.

Here is the wiring for the note:

**WIRE INSTRUCTIONS FOR THE NOTE:**

Bank name: Bank of America

Address: 100 North Tryon Street, Charlotte, North Carolina 28255

Phone number: +17043865681

Website: http://www.bankofamerica.com/

SWIFT code: BOFAUS3N

Friend or Fraud  INC

ACCOUNT: 483056100351

ROUTING: 021000322

Let me know how I can be helpful.

Ari



**Ari Teman | Founder |** teman™
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

Services:
GateGuard.xyz          | Face-recognition entry panel, intercom, AI virtual doorman + camera system

A-1827

 LookLock.xyz | Smart Lock w/Video Doorbell + Security Camera + Concierge
(Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key)
PropertyPanel.xyz | NYC's #1 property platform: Find, Analyze, Comply, News, more.
SubletSpy.com | Catch & Evict Illegal Airbnb-type sublets

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**10 SECOND VIDEO:**

GateGuard.xyz Face Recognition in Action

https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

A-1828



**GateGuard INC (a Division of Teman)**
Teman.com
support.team@teman.com
212-203-3714

106 W 32nd St
FL 2
New York, NY 10001

## INVOICE

| | | | |
|---|---|---|---|
| Invoice Number | 0026 | **Elie Gabbay** | |
| Invoice Date | 03/21/2018 | elie@coneyrealty.com | |
| Due Date | 03/21/2018 | Building Address: 518 W 204 ST | |
| Balance Due | $18,286.00 | Building Owner LLC: HILLCREST POST ACQUISITIONS LLC | |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| GateGuard V1 Panel | | $14,999.00 | 1 | $14,999.00 |
| Paid | | $-3,600.00 | | $0.00 |
| Installation (Wired, basement, v1) | Included | $1,499.00 | 1 | $1,499.00 |
| Monthly Service | 1st Year Upfront | $149.00 | 12 | $1,788.00 |

Client failed to keep their end of the deal ordering 10 devices (then increased to 20). That pre-sale period is now over. Therefore, full price for GateGuard v1 and installation is as stated here and payment is due immediately. Any further discussion will only be had after full payment for our product and services is made. Device is disabled until payment is made. (Note: Payment will be due plus penalty for removal if removed.) - Ari

| | |
|---|---|
| Subtotal | $18,286.00 |
| Paid To Date | $0.00 |
| **Balance Due** | $18,286.00 |

Terms
Buyer accepts terms & conditions at https://gateguard.xyz

Please make checks payable to GateGuard INC.

A-1829

| | |
|---|---|
| **From:** | Ari Teman |
| **To:** | Elie Gabay |
| **Cc:** | Sheldon Rubin; Ariel Reinitz; Yoni (Jonathan) Irom |
| **Subject:** | Re: Proof it"s your internet box |
| **Date:** | Tuesday, March 27, 2018 2:41:12 PM |

The Super, Oscar, called.

1. He told me Spectrum came to repair the cable providing your building internet. Again, it wasn't us, as I said.

2. The device was immediately online once Spectrum fixed their issue ( screenshot ).

3. I was able to unlock the door remotely and Oscare was able to buzz a tenant ( screenshot of log , log (login required)).
Here is where we are:

1. You entered into a contract to purchase 10 devices, and you are over 60 days late on payment, at great cost to my company and great stress to me.

2. You blame your inability to maintain your internet or power on me, and when I told Sheldon 3 days ago the internet was down, he denied it. You then attempted to breach an agreement.

3. You then stated you'd kill the 10 unit contract for which payment is due regardless per the terms.

That brings the total you owe us to 10 devices at $18000 per device. You've read and marked-up the contract, and that's the one we're sticking with because any other offers you make are clearly bullshit.

Take this to your father in law or whoever is the adult supervision and explain that if your end of the contract isn't upheld we're putting a lien on your building tomorrow. You will *never* get the opportunity to invest in our company, but you sure as hell will pay you bill.

If you need the copied attorneys to confirm we're going to enforce this, I'm sure Ariel will have fun drafting a letter, but you'll pay for that, too. Don't lie to people you hire to spy. It's a dumb move. Go to daddy, Elie, and ask him to call me or I'm going to town on all 10 buildings tomorrow. You and me are done.

Thanks.
Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

Services:
GateGuard.xyz    |    Face-recognition entry panel, intercom, AI virtual doorman + camera system
LookLock.xyz    |    Smart Lock w/Video Doorbell + Security Camera + Concierge



GOVERNMENT
EXHIBIT
418
19 Cr. 696 (PAE)

SDNY_000584

A-1830

|  | (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**10 SECOND VIDEO:**
GateGuard.xyz Face Recognition in Action
https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Mon, Mar 26, 2018 at 5:38 PM, Ari Teman <ari@teman.com> wrote:

Here's a screenshot of the whatsapp chat with your super.

Pay your bill.

We'll discuss you wasting months of my time with outright lies after that. All my calls are recorded, too.

**A-1831**

| | |
|---|---|
| **From:** | Gina Hom |
| **To:** | Jackie Monzon |
| **Subject:** | FW: Invoice for New Intercom System |
| **Date:** | Tuesday, January 14, 2020 3:10:35 PM |
| **Attachments:** | image001.png |
| | Invoice.mht |

*Thank you.*

*Gina Hom*

*Vice-President*

*1441 Broadway Suite 5047*

*New York, NY 10018*

*(646) 569-5574*



Gina@crystalrmi.com

www.crystalrmi.com

NOTICE: The information contained in this message may be privileged, confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email and delete this message from your computer. Thank you for your cooperation.

**From:** Bonnie Soon-Osberger <bsoon-osberger@metisource.com>

**Sent:** Wednesday, April 4, 2018 11:24 AM

**To:** Board <bsoon-osberger@metisource.com>

**Cc:** Caroline Cabrera <caroline@crystalrmi.com>; Gina Hom <Gina@crystalrmi.com>; Jackie Monzon <jackie@crystalrmi.com>

**Subject:** Invoice for New Intercom System

Board,

Please see enclosed the invoice for $3,947.88:

Panel = 2,499

Install = 849

1 year annual monitor/internet line service = 599.88 (49/month)

I spoke to the company regarding several inquiries from board members:

- Intercom panel or electrical outage:

  The panel has a 2 hour battery backup system.

  In an event that electrical outage lasts for more than 2 hours, we can use a physical key for backup (Intercom company suggests that we change our cylinder so that we have one key with our management or in our lockbox for emergency access in event of outages)

- Visitor/Guests,

  Under the $25 monthly maintenance fee, it includes an internet line and basic monitoring service.

  For $49/monthly maintenance fee, it gives us additional capability of providing each visitor/guest with his/her unique access code. Also, each visitor/guest's access code can be



GOVERNMENT EXHIBIT 431

19 Cr. 696 (PAE)

A-1832

assigned with length of visit.

The enclosed invoice is billed for the $49 monthly service. Having capability to assign guest/visitor with his/her unique code avoids shareholders giving their access codes to visits and guests. Please let me know if you have questions. The enclosed invoice will be submitted to our management for payment so that we can initiate the order with the intercom company.

Regards,

Bonnie

SDNY_003194

Case 21-1920, Document 86, 05/25/2022, 3321502, Page169 of 256

# teman

GateGuard INC (a Division of Teman)
Teman.com
support.team@teman.com
212-203-3714

106 W 32nd St
FL 2
New York, NY 10001

## INVOICE

| | |
|---|---|
| Invoice Number | 0027 |
| Invoice Date | 03/26/2018 |
| Due Date | 03/26/2018 |
| Balance Due | $3,947.88 |

18 Mercer Equities
bsoonosberger@gmail.com

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| GateGuard 2.0 Face Condensation Snow Fence | | $2,499.00 | 1 | $2,499.00 |
| GateGuard NYZ Panel Installation Surface | Surface Installation | $849.00 | 1 | $849.00 |
| Gold Plan Monitoring | GGxyz Monitoring - Gold Plan (1st year Paid Upfront) | $49.99 | 12 | $599.88 |

| | |
|---|---|
| Subtotal | $3,947.86 |
| Paid To Date | $0.00 |
| Balance Due | $3,947.88 |

Delivery in 120-150 days from invoice. We can install Version 1 of the device temporarily until then if there delay is two long (2nd Installation fee may apply).

Terms

Buyer accepts terms & conditions at https://gateguard.xyz

TERMS & CONDITIONS

# GateGuard INC

Last Revised: November 30, 2017,3:30PM

**HI THERE!**
**PLEASE READ THESE TERMS CAREFULLY AS THEY CONTAIN IMPORTANT INFORMATION REGARDING YOUR LEGAL RIGHTS, REMEDIES AND OBLIGATIONS.**

GateGuard INC, a Delaware Corporation (hereinafter referred to as "GateGuard", "we", "us", or "our") welcomes you ("User(s)" or "you") to our website at: http://GateGuard.xyz or https://teman.com (the "Site") which can be used to acquire a facial-recognition and amenities building entry system (the "Service(s)"). You may use the Site and any Services acquired by you from GateGuard in accordance with the terms and conditions hereunder. It is hereby made clear that the term "Site" shall also include any "Services" provided by GateGuard, whether subscribed for through the Site or offline. You may use the Site in accordance with the terms and conditions hereunder.

## 1. Acceptance of the Terms

By using the Site and/or the Services, you agree to comply with and be legally bound by the terms and conditions of these Terms of Service ("Terms"), whether or not you become a registered user of the Services. These Terms govern your access to and use of the Site and/or the Services and constitute a binding legal agreement between you and GateGuard.

By entering, connecting to, accessing or using the Site, you also acknowledge that you have read and understood the terms of our Privacy Policy which is available at: http://GateGuard.xyz/legal/privacy.php and you agree to be bound by it and to comply with all applicable laws and regulations regarding your use of the Site.

**VIOLATING THESE TERMS MAY SUBJECT YOU TO CIVIL AND CRIMINAL PENALTIES. IF YOU DO NOT AGREE TO THESE TERMS, YOU HAVE NO RIGHT TO OBTAIN INFORMATION FROM OR OTHERWISE CONTINUE USING THE SITE AND/OR THE SERVICES AND YOU ARE REQUESTED NOT ENTER INTO, CONNECT TO, ACCESS OR USE THE SITE AND/OR THE SERVICES IN ANY MANNER.**

The Site is available only to individuals who (a) are at least eighteen (18) years old (see section 17 below); and (b) possess the legal authority to enter into these Terms and to form a binding agreement under any applicable law.

## 2. The Service



GOVERNMENT
EXHIBIT
441
19 Cr. 696 (PAE)

A-1835

The Service can be used to facilitate the monitoring of building entry, including but not limited to tenants, staff, guests, vendors, government officials, enforcement agents, trespassers, and illegal subletters. The service may also provide amenities such as remove unlock, package scanning, and more.

GateGuard's responsibilities for the Services offered are limited to: (i) enabling people to enter the building by selecting a unit and entering a code, (ii) enabling people to enter the building by having someone remotely unlock the door via mobile device or apartment panel (optional, not included), (iii) enabling the Client to see a log of building entries, and filter by unit, face, person, and time. All services may be modified, updated, added, or removed at any time.

This Site provides comprehensive information regarding GateGuard and may include additional content related thereto such as contact information, videos, text, logos, button icons, images, data compilations, links, other specialized content, documentation, data, related graphics, know-how, specifications materials, designs, data, the "look and feel" of the Site, GUI, interactive features and other features obtained from or through the Site (collectively, the "Content").

ALL RIGHTS IN AND TO THE CONTENT AVAILABLE ON THE SITE ARE RESERVED TO GateGuard. TO THE EXTENT LEGALLY PERMISSIBLE, THE SITE AND THE CONTENT AVAILABLE THEREIN AND THE CONTENT (AS SUCH TERM IS DEFINED BELOW) ARE PROVIDED ON AN "AS IS" BASIS. GateGuard WILL NOT BE LIABLE FOR ANY DAMAGES OR LOSS, INCURRED BY YOU OR ANY OTHER PERSON AS A RESULT OF OR IN CONNECTION WITH SERVICES PROVIDED.

YOU ACKNOWLEDGE, UNDERSTAND AND AGREE THAT GateGuard MAKES NO RECOMMENDATIONS AND SUGGESTS NO ACTION. YOU UNDERSTAND GateGuard IS NOT AN ATTORNEY, LAW FIRM, LAW ENFORCEMENT, OR GOVERNMENT AGENCY. YOU AGREE AND ACKNOWLEDGE YOU WILL NOT TAKE ACTION BASED ON GateGuard INFORMATION. INFORMATION WE PRESENT ON OUR SITE OR OTHERWISE MAKE AVAILABLE TO YOU IS MERELY OPINION AND NOT REPRESENTED AS FACT AND WE ENCOURAGE YOU NOT TO ACT UPON IT WITHOUT DOING YOUR OWN INVESTIGATION AND DUE DILIGENCE.

GateGuard IS NOT RESPONSIBLE FOR AND DISCLAIMS ANY AND ALL LIABILITY RELATED TO ANY AND ALL INFORMATION AND ANY ACTIONS TAKEN ARE AT THE USER'S OWN RISK.
GateGuard may need access to update, repair, replace, or test devices. BY USING THIS SITE YOU GIVE GateGuard FULL PERMISSION TO ACCESS ANY PROPERTY OF YOURS, DIGITAL OR REAL WORLD, IN ANY METHOD, FOR ANY PURPOSE. BY CLICKING ANY LINK OR BUTTON, YOU REITERATE YOUR AGREEMENT.

3.   **Account Registration**

In order to access certain features of the Service you must register and create

Case 1:19-cr-00696-PAE   Document 128-55   Filed 05/01/20   Page 3 of 22

an account ("Account"). Registration can be done by completing the registration form available on the Site.

Your Account is password protected. In order to protect the security of your personal information available on your Account to the greatest extent possible, you must safeguard and not disclose your Account log-in details and you must supervise the use of such Account. You are fully and solely responsible for the security of your computer system and all activity on your Account, even if such activities were not committed by you. You must provide accurate and complete information when creating an Account and you agree not to misrepresent your identity or your Account information.

You agree to keep your Account information up to date and accurate. GateGuard reserves the right to suspend or terminate your Account and your access to the Site without refund if you create more than one (1) Account, or if any information provided during the registration process or thereafter proves to be inaccurate, fraudulent, not current or incomplete. GateGuard also reserves the right, at its sole discretion, to remove or reclaim any username at any time, for any other reason. If you wish to either change your user name or password to log-in to the Site, you may use Site menus or you can send us an e-mail of your request to: support.team@GateGuard.xyz. Your Account will terminate within reasonable time following termination of your subscription to the Services, in accordance with terms set forth herein, and from that date of termination you will no longer be able to access your Account (see further details with respect thereto in the Privacy Policy).

CANCELLING YOUR ACCOUNT MAY CAUSE THE LOSS OF CERTAIN INFORMATION YOU PROVIDED TO US AND/OR THE CAPACITY OF YOUR ACCOUNT. WE DO NOT ACCEPT ANY LIABILITY FOR SUCH LOSS.

4.    **Use Conditions and Restrictions**

There are certain conditions which are strictly required and certain conducts which are strictly prohibited, when using the Site. Please read the following conditions and restrictions carefully. Failure to comply with any of the provisions set forth herein may also expose a User to civil and/or criminal liability.

You may not (and you may not permit any third party to) unless otherwise explicitly permitted under these Terms: (a) use the Site and/or the Content for any illegal, immoral, unlawful and/or unauthorized purposes; (b) use the Site and/or Content for non-personal or commercial purposes without GateGuard's express prior written consent; (c) remove or disassociate, from the Content and/or the Site any restrictions and signs indicating proprietary rights of GateGuard or its licensors, including but not limited to any proprietary notices contained in such materials (such as ",", or "), and you represent and warrant that you will abide by all applicable laws in this respect; (d) interfere with or violate Users' rights to privacy and other rights, or harvest or collect personally identifiable information about Users without their express consent, whether manually or with the use of any robot, spider, crawler, any search or retrieval application, or use other manual or automatic device, process or method to access the Site and retrieve, index and/or data-mine information; (e) interfere with or disrupt the operation of the Site or the servers or networks that host the Site, or disobey any laws, regulations, requirements, procedures, or policies of

SDNY_003127

Case 21-1920, Document 86, 05/25/2022, 3321502, Page173 of 256

A-1837

such servers or networks; (f) falsely state or otherwise misrepresent your affiliation with any person or entity, or express or imply that GateGuard endorses you, your site, your business or any statement you make, or present false or inaccurate information about the Site; (g) take any action that imposes, or may impose, an unreasonable or disproportionately large load on our platform infrastructure, as determined by us; (h) bypass any measures we may use to prevent or restrict access to the Site; (i) copy, modify, alter, adapt, replicate, make available, translate, port, reverse engineer, decompile, or disassemble any portion of the Content made available by GateGuard on or through the Site, or publicly display, reproduce, create derivative works from, perform, distribute, or otherwise use such Content; (j) copy, distribute, display, execute publicly, make available to the public, reduce to human readable form, decompile, disassemble, adapt, sublicense, make any commercial use, sell, rent, transfer, lend, process, compile, reverse engineer, combine with other software, translate, modify or create derivative works of any material that is subject to GateGuard's proprietary rights, including GateGuard's Intellectual Property (as defined below), in any way or by any means, unless expressly permitted in the Terms and/or under any applicable laws which expressly permits such actions; (k) make any use of the Content on any other site or networked computer environment for any purpose, without GateGuard's prior written consent; (l) create a browser or border environment around GateGuard Content (no frames or inline linking is allowed); (m) sell, license, or exploit for any commercial purposes any use of or access to the Site and/or Content; (n) frame or mirror any part of the Site without GateGuard's prior express written authorization; (o) create a database by systematically downloading and storing all or any of the Content from the Site; (p) interfere with or damage the Site, including, without limitation by transmitting or otherwise making available in connection with the Site any virus, worm, trojan horse, time bomb, web bug, spyware, or any other computer code, file, or program that may or is intended to damage or hijack the operation of any hardware, software, or telecommunications equipment, or any other actually or potentially harmful, disruptive, or invasive code or component; (q) use the Site for any purpose for which the Site is not intended; (r) infringe and/or violate any of the Terms; (s) provide to us any content which is unlawful for you to possess, post or upload in the country in which you are resident, or which it would be unlawful for GateGuard to use or possess in connection with the Site (including but not limited to any content which is defamatory, libelous, pornographic, indecent, harassing, threatening, abusive or fraudulent or any content which infringes upon third party privacy rights); (t) Use the Site to infringe the rights of any person or entity, including without limitation, their intellectual property, privacy, publicity or contractual rights; (u) use the Site to transmit, distribute, post or submit any information concerning any other person or entity, including without limitation, photographs of others without their permission, personal contact information or credit, debit, calling card or account numbers; (v) impersonate any person or entity, or falsify or otherwise misrepresent yourself or your affiliation with any person or entity, including forging any TCP/IP packet header or any part of the header information in any email or newsgroup posting, or in any way use the Site or to send altered, deceptive or false source-identifying information; (w) provide any information we give you to any third party without our written consent; (x) share any information provided to you by us or otherwise in connection with the Site or Service with any site that provides listings of, including by not limited to: shared housing, sublets, real estate, "bed and breakfasts", hotels, apartments, housing, dorms, couch surfing, emergency housing, shelter, law enforcement, real estate news, without prior

https://gateguard.xyz/legal/terms.php                                                   3/23/2018

written consent from us; (y) to the extent permitted by law, share any information provided to you with any law enforcement or government or court entity of any kind in any jurisdiction without prior written consent from us; or (z) advocate, encourage, or assist any third party in doing any of the foregoing.

Without derogating from the forgoing you acknowledge and agree that you will not share Content or any other information provided to you by us or otherwise made available in connection with the Site with any employee, contractor, agent, partner, vendor, investor, affiliate, attorney or law firm, investigator, or anyone with any relationship with any listing website or service, including, without limitation, Airbnb (including any company owned or affiliated with or operated by Airbnb, Inc., including but not limited to: Airbnb Payments, Inc., Airbnb Ireland, Airbnb Payments UK Ltd), VRBO, Homeaway, Craigslist, booking.com, or any other site where short term rentals or rentals of any kind are available or. If you violate this provision, you agree to pay $10,000 per host or listing or results page or table shared, and any and all legal fees to recover from you, successfully or not, and any damages claimed by them against us, and any legal fees we are required to pay to defend such claim. You further agree that you will not share Content or any other information provided to you by us or otherwise in connection with the Site with any employee, contractor, agent, partner, vendor, investor, affiliate, attorney or law firm, investigator, or anyone with any relationship with any law enforcement agencies, any press, any violators of housing law, any government officer, any government employees or contractors or any politician, without our consent. GateGuard has the right to investigate and prosecute violations of any of the above to the fullest extent permitted by the law.

## 5.   Orders and Fees ("Pricing")

You may purchase subscriptions to Services by submitting orders via the Site. All orders are subject to acceptance by GateGuard. The applicable fees shall be as stipulated in the price list made available by GateGuard on the Site from time to time, and subject to the additional payment terms stipulated at: http://GateGuard.xyz/legal/payment.php (aka "Pricing"), from time to time. GateGuard reserves the right to amend the price list and payment terms from time to time in its sole discretion, in which case any further purchase of additional Services or renewal of Services shall be subject to the price list and payment terms in effect at the time of additional purchase or renewal.

We'd love to keep things cheap (or even free), but life sometimes throws surprises. GateGuard may modify pricing for any reason, such as but not limited to increased government fees, taxes, regulations, supplier costs, labor costs, etc.. We may raise pricing on monthly fees at a rate of up to 100% per year, but no more than a 350% increase over 3 years (that is, as an example only: for every one dollar ($1) at the start, that $1 cannot be raised to more than $3.50 every 3 years, but can again be raised after in the same cycle). Increases within  this limit do not allow for cancellation and you accept that they may incur.

GateGuard may and will pass-on any government fees, taxes, fines, penalties, registration costs, and other government issued fees directly to you. In the event GateGuard is issued any type of government fee or tax of any kind as a general item and not specific to a customer, we may device it by customers or devices and add it to a "Government Taxes & Fees" line item on your invoice.

Case 21-1920, Document 86, 05/25/2022, 3321502, Page175 of 256

5.B.     Amenities and Services
You agree that GateGuard may sell through the site, apps, panels, wifi, and any other contact method or platform additional services directly to your tenants. These may include, but are not limited to, such things as insurance, rent payment services, internet connectivity, delivery services, cleaning services, online platforms, etc. GateGuard is not responsible to share any revenue from these services. The Client has no veto rights over such services.

GateGuard will not revenue share with you in any way in any area for any service, item, product, device, or anyting from which we earn revenue at any time.

5.D.     Internet Connectivity & Permission to Install Connectivity Devices
You agree that GateGuard's entry system requires broadband internet access capable of uploading video clips at high speed. You agree GateGuard may take actions and install devices to provide connectivity in the area, and/or to strengthen the connectivity in the area.

GateGuard, its partners or affiliates shall have the right to install ancillary equipment and antennas on the rooftop of the facility for the transmission and reception of communications signals, in support of GateGuard's services and general security at or around the Building, and the installation, construction, maintenance, operation, repair, replacement of its communications fixtures and related equipment, cables, accessories and improvements, as well as the right to test, survey and review title on the Property.  Recipients hereby grants to any utility company providing utility services to GateGuard, its partners or affiliates, a non-exclusive easement over the Property, from an open and improved public road to the Premises, and upon the Premises and upon GateGuard's or a utility company's request, Recipients will execute a separate recordable easement evidencing this grant, at no cost to Gateguard, its agents or the public utility.

You agree to provide internet access and bring a CAT5 Ethernet cable and power supply (grounded outlet, and UPS, ot 12V 5AMP) to any door to which you will have us install GateGuard if asked, at your expense. You agree that if you ask us to handle such installation you will be billed at our Rates (see Pricing).

You agree to have redundant power (UPS, Uninterrupted Power Supply) and that any internet or power failures and any damaging resulting from such are not the responsibility of GateGuard. You may order an Uninterrupted Power Supply to be installed with GateGuard.

You agree that GateGuard may install WiFi routers, repeaters, and has the right to install any equipment necessary to provide such connectivity, and necessary wiring, throughout your building to provide connectivity to remote panels (such as for Rent Regulated tenants who demand an in-apartment door monitor (not included in price)). You agree that GateGuard may bring internet to the building and sell or resell connectivity to the tenants from this network. You agree not to restrict or limit in any way GateGuard's ability to connect internet to the building. GateGuard may bring internet to the building via: Fiber Optic line, DSL, Cable, Cellular, Satellite, or any other method and install any devices, equipment, wiring, cameras, or other such technology as required to

provide connectivity, monitoring, and security for GateGuard equipment as GateGuard sees fit.

In the event any device we give or sell you exceeds 200MB of data transferred over a SIM card installed you will be billed at a rate of $15 per GB (gigabyte), rounded up to the nearest half gigabyte (500 MB), regardless of if this is caused by you, a tenant, a stranger, us, a contractor, or anyone.

GateGuard may give or sell bandwidth and/or other usage of connectivity devices we install or have installed or our affiliates install as we choose and we are not required to share in any revenues, fees, or other profits or gains, from the above.

You agree that GateGuard may drill, cut, screw, cement, anchor, bolt, glue, fasten, place, stick and otherwise modify and/or attach to your building in any way it sees fit to install its system and services and connectivity devices. You assume any and all liability for this.

You agree to never interfere, move, adjust, touch, paint, modify, block, occlude, cover, or otherwise change or impact or harm our connectivity equipment and antennae. You agree not to place any antenna(e) or connectivity devices on your roof or building exterior without our written permission. You agree we may plug into and use the nearest electric source at your building at your expense for any devices or connectivity devices or antennae. You agree we may transfer the rights of any devices we place for connectivity to anyone at our sole discretion.

You agree we may access your properties 24/7/365.5 (always, at any time), and that you will provide access on request within 30 minutes at any time. You agree we may install, break, drill, replace, and/or modify locks which provide access to any area of your property where we have placed or wish to place equipment or items of any kind. You agree to provide GateGuard access to any room, section, floor, hallway, elevator, shaft, or area of your building at any time we demand, and within 90 minutes notice. You agree that any time over 90 minutes will be billed to you at our hourly rates.

In the event of a loss of 4G or cellular service availability for any reason you agree to provide WiFi connectivity at your cost. If you do not provide it, GG may enter the building and provide it, at the Standard Labor Rates at the time of services.

5.D.    PropertyPanel.xyz Requirement

You agree that GateGuard will run on the PropertyPanel.xyz (by PropertyPanel, Inc., a DELAWARE corporation) platform and an account at PropertyPanel.xyz may be required to use the service at the time PropertyPanel.xyz goes live. You understand that the monthly subscription fees for PropertyPanel.xyz are not included in any payments for GateGuard.xyz. You understand that failure to maintain a PropertyPanel.xyz login may prohibit you from accessing and using GateGuard's dashboard as it runs on PropertyPanel.xyz.

5.E.    Panel & Equipment Ownership

A-1841

You agree that you are purchasing only a license to use a GateGuard panel and equipment and that should you stop paying for monitoring services, GateGuard has the right to remove any and all GateGuard equipment and/or shut of any and all GateGuard services and other services provided by GateGuard.

GateGuard reserves the right to terminate service and remove equipment at its own discretion, for any reason. This is primarily disclaimed for the potential case where the rate of abuse or failure, such as due to vandalism by tenants or unreliable power or internet sources, makes supporting that installation too costly, burdensome, or unreliable to GateGuard to provide excellent service.

5.F. Insurance & Repair

In the event someone or something damages a GateGuard Panel so that is inoperable GateGuard will replace the panel, with a deductible. GateGuard will do this up to 2 times, after which the deductible raises to twice its cost (if the deductible is $699 it goes to $1299). Should the panel fail on its own, due to an internal fault, GateGuard will replace it within the first year at no cost, and for $699 after 2 years and and onward.

GateGuard will make every effort to replace panels within 1 business day, but cannot guarantee replacement time due to the many variables involved withy why a replacement may be needed, location, and installation requirements.

In the event someone damages a LookLock, we will replace it for $199 plus shipping. Installation and labor are  not included in any LookLock purchase.

Labor is never insured or warranteed in any way.

5.G. Installation only included in price in NYC

As of now, GateGuard installation is only available from us in New York City. We may make an effort to locate licensed, experienced installers in other cities for you, and help them in understanding the installation process but we cannot guarantee this or their work. Should you need installation in other cities, please ask and let us know how we can be helpful.

5.H. Software Changes

You understand we may change, update, modify, reduce, increase, or otherwise alter the software on the Panels and Site and Apps and Services and any software. This includes but is not limited to: remove or add services, change the interface, add or remove buttons and options, change the method of access, change the methods of storage, encryption, and usage.

5.I. Hardware Changes

You understand we may change, update, modify, reduce, increase, or otherwise alter the hardware. You agree that renderings of the hardware on the website may be differ slightly or drastically what is installed. You agree that we may, at any time, replace hardware installed, or add any hardware we wish, such as but not including: replacing panels, cameras, wiring, components, power sources, internet connectivity hardware, antennas, kiosks, screens,  lighting, etc. You agree that GateGuard may do so at any

SDNY_003132

time and does not require prior permission to enter a property and replace, add, remove, or alter hardware and/or software.

5.H. Insurance

You agree to carry insurance against cyber attacks ("cyber insurance"), property damage, and other damage to the devices. You agree that should anyone damage a GateGuard panel or other equipment, GateGuard may place a claim with your insurance company to recoup the costs incurred in replacing and/or repairing any devices or equipment, including but not limited to hardware costs and hourly staff costs at our Hourly Installation Rate.

5.J. Shipment & Installation

You agree that this service is in development and while every effort will be made to ship near 90 days of your order, delays from our suppliers and developers may occur, as well as delays in scheduling installation and in internet access and power being brought to the door. We cannot and do not guarantee any shipping date. Orders could be delayed up to 200 days from the estimated delivery date due to supply chain issues, customs issues, insurance, code issues, legal issues, etc. You agree and represent you will not suffer any loss or damage because of this, and will not seek any damages.

In the event you elect for us or a third party working for us to install any services:
We will not patch any hole caused by removal of existing intercom; We will remove existing intercom panel and discard it. We will not replace or return the intercom for any reason. You accept at the moment of agreeing to these terms that your existing intercom is valueless and you suffer no loss from its removal. We do not wire tablets or panels into apartment units. We will not enter apartment units unless otherwise agreed to in writing by you, the tenant, and us. We do not integrate or connect in any way to existing intercom parts.

Rent Stabilized tenants may be required by law (such as NYC's DHCR) to be given a tablet or mobile device to use as their buzzer to avoid a Reduction in Services. You may purchase our TAB 700 in sets of 10, or use any Android 6.0+ or iOS 10+ device. Wall mounting and installing are not included or guaranteed. You agree that finding a tablet for tenants to use is your responsibility and we are not required to provide or have available any TAB 700 or any other tablets

5.K.      Security Deposit(s)

We will take security deposits for devices which are given free. This is to protect us against folks who fail to pay service fees, and folks who fail to install the devices. Security Deposits for GateGuard.xyz devices given for free at $849. The security deposit will be returned in 10 years if full payment of fees has been made.

Any payment later than 30 days, or any failure to pay any bill for more than 30 days forfeits the security deposit.

The following will forfeit the security deposit: Breaking or replacing the device (even with insurance, as we give it at a loss);  Failing to make a monthly payment for more than 30 days; Engaging in any litigation; Posting negative reviews; Removing or disabling or interfering with the devices or service at any time; Breaching the contract in any way; Harassing or cursing at staff or contractors; Personally moving or opening a device without permission; Creating, investing in, supporting, or helping in any way a competitive or similar product or service; Vandalizing the product or services or any of our property; Causing us to incur costs greater than the security deposit;

5.L      10 Year Contract on Service; 15 years on Connectivity Devices
You agree this is a ten year (10 year) contract, meaning you agree to keep our devices installed and services operating for 10 years, and that monthly fees are due for all 12 months of all 10 years.

Penalty for vandalizing or damaging devices or services intentionally: Breaching this contract by vandalizing any device or intentionally causing any device or antennae to not operate costs $50,000, or the highest yearly revenue of any year for that device (or devices) per year, if this is greater, for the remaining time, plus legal fees.

Because we may place an antennae used by other services, antennae and any connectivity devices, must stay in place for 15 years from the date of installation, even in the event of service cancellation, building sales, renovation, and even demolition. In the event the building is sold it can only be sold on condition this entire contract remain fully binding on the purchaser.

6.  Privacy Policy

We respect your privacy and are committed to protect the information you share with us. We believe that you have a right to know our practices regarding the information we collect when you connect to, access or use the Site.Our policy and practices and the type of information collected are described in our Privacy Policy available at http://GateGuard.xyz which is incorporated herein by reference. You agree that GateGuard may use personal information that you provide or make available to GateGuard in accordance with the Privacy Policy. If you intend to connect to, access or use the Site you must first read and agree to the Privacy Policy.

The Site may allow you to upload or otherwise make available to GateGuard your own information, including materials such as text, images, photos or videos. Please be sure that while sharing information you respect the intellectual property and privacy rights of third parties who have any rights with respect to information you make available to GateGuard. GateGuard will not bear any liability for any loss, damage, cost or expense that you may suffer or incur as a result of or in connection with any such receipt of such information or materials.

To the extent that you share with us any information pertaining to third parties, whether general information or personnel information: (i) you hereby represent that you have received from the applicable data subjects any required consent under any applicable privacy laws, for use of such information for the purpose for which you share such information with us, in accordance with the Privacy Policy, as may be amended from time to time; and (ii)you grant GateGuard a perpetual, non-exclusive, royalty-free, and worldwide license to use, publicly display, communicate, distribute, host, publish, reproduce, make modifications or derivatives work of and store, any such information, as may be required in connection with the operation of the Site or provision of Services by GateGuard.

6.B.  Monitored Information.

You acknowledge that GateGuard collects and monitors, automatically and/or manually people, property, and objects entering and approaching your property. You

SDNY_003134

Case 21-1920, Document 86, 05/25/2022, 3321502, Page180 of 256

**A-1844**

agree that all data collected by GateGuard and its devices and services becomes property of GateGuard.

7.  Confidential Information.

You shall not disclose to third parties nor use for any purpose other than for the proper use of the Site any Confidential Information received from GateGuard in whatever form under these Terms or in connection with the Services without the prior written permission of GateGuard. "Confidential Information" shall mean all data and information, not made available to the general public, oral or written, that relates to GateGuard, the Site and/or the Services, including without limitation these Terms and any agreement between you and GateGuard or the identity of individuals involved in the making, ownership, investment in, or operation of GateGuard. You shall limit access to Confidential Information to those of your personnel for whom such access is reasonably necessary for the proper use of the Services under these Terms. Such personnel shall be bound by written confidentiality obligations not less restrictive than those provided for herein. You shall be responsible for any breach of these Terms by any of your personnel.

You shall protect the Confidential Information with the same degree of care, but no less than a reasonable degree of care, to prevent unauthorized disclosure or use of Confidential Information, as you exercise in protecting your own proprietary information. The aforementioned limitations shall not apply to Confidential Information which you can demonstrate: (i) was in your possession prior to disclosure hereunder provided that, immediately upon disclosure, you have brought this fact to the attention of GateGuard; or (ii) was in the public domain at the time of disclosure or later became part of the public domain without breach of the confidentiality obligations herein contained; or (iii) was disclosed by a third party without breach of any obligation of confidentiality; or (iv) is disclosed pursuant to administrative or judicial action, provided that you shall use your best efforts to maintain the confidentiality of the Confidential Information. If only a portion of the Confidential Information falls under any of the above alternatives, then only that portion of the Confidential Information shall be excluded from the use and disclosure restrictions of these Terms.

8.  Intellectual Property Rights

The Site, the Services the Content, and any other proprietary assets of GateGuard and any and all intellectual property rights pertaining thereto, including, but not limited to, inventions, patents and patent applications, trademarks, trade names, service marks, copyrightable materials and trade secrets, whether or not registered or capable of being registered (collectively, "Intellectual Property"), are owned by and/or licensed to GateGuard and are protected by applicable copyright and other intellectual property laws and international conventions and treaties. All rights not expressly granted to you hereunder are reserved by GateGuard and its licensors. The Terms do not convey to you an interest in or to GateGuard Intellectual Property but only a limited, revocable right of use in accordance with the Terms. Nothing in the Terms constitutes a waiver of GateGuard's Intellectual Property under any law. No licenses is granted to you by implication or otherwise under any Intellectual Property rights owned or controlled by GateGuard or its licensors, except for the licenses and rights expressly granted under these Terms. You will not use, copy, adapt, modify, prepare derivative works based upon, distribute, license, sell, transfer, publicly display, publicly perform, transmit, broadcast or otherwise exploit the Site and/or Content, except as expressly permitted in these Terms.

SDNY_003135

Case 1:19-cr-00696-PAE   Document 128-55   Filed 05/01/20   Page 12 of 22

To the extent you provide any feedback, comments or suggestions to GateGuard ("Feedback"), GateGuard shall have an exclusive, royalty-free, fully paid up, worldwide, perpetual and irrevocable license to incorporate the Feedback into any GateGuard current or future products, technologies or services and use same for any purpose all without further compensation to you and without your approval. You agree that all such Feedback shall be deemed to be non-confidential. Furthermore, you warrant that your Feedback is not subject to any license terms that would purport to require GateGuard to comply with any additional obligations with respect to any GateGuard current or future products, technologies or services that incorporate any Feedback.

9. Trademarks and Trade names

GateGuard's marks and logos and all other proprietary identifiers used by GateGuard in connection with the Site ("GateGuard Trademarks") are all trademarks and/or trade names of GateGuard, whether or not registered. All other trademarks, service marks, trade names and logos which may appear on the Site belong to their respective owners ("Third Party Marks"). No right, license, or interest to GateGuard Trademarks and the Third Party Marks is granted hereunder, and you agree that no such right, license, or interest may be asserted by you with respect thereto and therefore you will avoid using any of those marks, except as permitted herein.

You hereby agree that we may use your logos, brands, name, and intellectual property in any way we wish, including for marketing, investigation, promotional, and any other purpose.

10. Changes to the Site

GateGuard reserves the right to modify, correct, amend, enhance, improve, make any other changes to, or discontinue, temporarily or permanently this Site (or any part thereof, including but not limited to the Services or Content) without notice, at any time. In addition, you hereby acknowledge that the Content provided via this Site may be changed, extended in terms of content and form or removed at any time without any notice to you. You agree that GateGuard shall not be liable to you or to any third party for any modification, suspension, or discontinuance of this Site or the Content included therein.

11. Links to Third Party Sites

The Site may contain links to third-party websites or resources or embed third-party services. Those linked sites and services are provided solely as a convenience to you. These linked sites and services are not under the control of GateGuard and it is not responsible for the availability of such external sites or services, and does not endorse and is not responsible or liable for any content including but not limited to content advertising, products or other information on or available from such linked sites and services or any link contained in linked sites or service. You acknowledge and agree that GateGuard is not responsible or liable for: (i) the availability or accuracy of such websites or resources; or (ii) the content, products, or services on or available from such websites or resources. Links to such websites or resources do not imply any endorsement by GateGuard of such websites or resources or the content, products, or services available from such websites or resources.

You acknowledge sole responsibility for and assume all risk arising from your use of any such websites or resources or the content, products or services on or available from such websites or resources. Most of such linked sites and services provide legal

SDNY_003136

A-1846

documents, including terms of use and privacy policy, governing the use thereof. It is always advisable and we encourage you to read such documents carefully before using those sites and services, inter alia, in order to know what kind of information about you is being collecting.

12. Disclaimer of Warranties
TO THE FULLEST EXTENT LEGALLY PERMISSIBLE, THE SITE, CONTENT ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS, WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED. WITHOUT LIMITING THE FOREGOING, GateGuard, INCLUDING ITS VENDORS, OFFICERS, DIRECTORS, EMPLOYEES, AFFILIATES, SUBSIDIARIES, LICENSORS, AGENTS AND SUPPLIERS ("GateGuard REPRESENTATIVES") EXPLICITLY DISCLAIMS ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, QUIET ENJOYMENT OR NON-INFRINGEMENT, AND ANY WARRANTIES ARISING OUT OF COURSE OF DEALING OR USAGE OF GateGuard. THE SITE'S AVAILABILITY AND FUNCTIONALITY DEPENDS ON VARIOUS FACTORS, SUCH AS COMMUNICATION NETWORKS, HARDWARE, SOFTWARE AND GateGuard's SERVICE PROVIDERS AND CONTRACTORS. WE DO NOT WARRANT OR GUARANTEE (I) THAT THE SITE OR IS OR WILL BE SECURE, TIMELY, ACCURATE, COMPLETE, UNINTERRUPTED, WITHOUT ERRORS, OR FREE OF VIRUSES, DEFECTS, WORMS, OTHER HARMFUL COMPONENTS OR OTHER PROGRAM LIMITATIONS, (II) THAT WE WILL CORRECT ANY ERRORS OR DEFECTS IN THE SITE, (III) AND/OR MAKE ANY REPRESENTATION REGARDING THE USE, INABILITY TO USE OR OPERATE, OR THE RESULTS OF THE USE OF THE SITE AND/OR CONTENT AVAILABLE THEREON OR THROUGH THE SITE (INCLUDING THAT THE RESULTS OF USING THE SITE WILL MEET YOUR REQUIREMENTS). GateGuard MAKES NO WARRANTY THAT THE SITE OR CONTENT, INCLUDING, BUT NOT LIMITED TO, REPORTS, ALERTS OR DATA WILL MEET YOUR REQUIREMENTS OR BE AVAILABLE ON AN UNINTERRUPTED, SECURE, OR ERROR-FREE BASIS. GateGuard MAKES NO WARRANTY REGARDING THE QUALITY OF ANY INFORMATION OR CONTENT OR THE ACCURACY, TIMELINESS, TRUTHFULNESS, COMPLETENESS OR RELIABILITY OF ANY INFORMATION OR CONTENT OBTAINED THROUGH THE SITE OR IN CONNECTION WITH THE SERVICES.

WE ARE NOT RESPONSIBLE AND HAVE NO LIABILITY FOR ANY ITEM OR SERVICE PROVIDED BY ANY PERSON OR ENTITY OTHER THAN GateGuard. WE ARE NOT RESPONSIBLE FOR ANY CONSEQUENCES TO YOU OR OTHERS THAT MAY RESULT FROM TECHNICAL PROBLEMS (INCLUDING WITHOUT LIMITATION IN CONNECTION WITH THE INTERNET SUCH AS SLOW CONNECTIONS, TRAFFIC CONGESTION, OVERLOAD OF SERVERS, DELAYS OR INTERRUPTIONS) OR ANY TELECOMMUNICATIONS OR INTERNET PROVIDERS.

YOU AGREE THAT USE OF THE SITE, THE SERVICES AND/OR THE CONTENT IS ENTIRELY AT YOUR OWN RISK. YOU FURTHER AGREE THAT GateGuard AND THE GateGuard REPRESENTATIVES ARE NOT RESPONSIBLE FOR ANY DAMAGE CAUSED BY YOUR OR ANYONE"S USE OF THE GateGuard SERVICES, SITE, INFORMATION, ALERTS, OR REPORTS.
INASMUCH AS SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSIONS OR LIMITATIONS AS SET FORTH HEREIN, THE FULL EXTENT OF THE ABOVE EXCLUSIONS AND LIMITATIONS MAY NOT APPLY.

SDNY_003137

A-1847

13. Limitation of Liability

YOU ACKNOWLEDGE AND AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY LAW, THE ENTIRE RISK ARISING OUT OF YOUR ACCESS TO AND USE OF THE SITE AND CONTENT REMAINS WITH YOU. NEITHER GateGuard NOR ANY OTHER PARTY INVOLVED IN CREATING, PRODUCING, OR DELIVERING THE SITE, OR SERVICES WILL BE LIABLE FOR ANY INCIDENTAL, SPECIAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES, INCLUDING LOST PROFITS, LOSS OF DATA OR LOSS OF GOODWILL, SERVICE INTERRUPTION, COMPUTER DAMAGE OR SYSTEM FAILURE OR THE COST OF SUBSTITUTE PRODUCTS OR SERVICES, OR FOR ANY DAMAGES FOR PERSONAL OR BODILY INJURY OR EMOTIONAL DISTRESS ARISING OUT OF OR IN CONNECTION WITH THESE TERMS, FROM THE USE OF OR INABILITY TO USE THE SITE, OR CONTENT, WHETHER BASED ON WARRANTY, CONTRACT, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT GateGuard HAS BEEN INFORMED OF THE POSSIBILITY OF SUCH DAMAGE, EVEN IF A LIMITED REMEDY SET FORTH HEREIN IS FOUND TO HAVE FAILED OF ITS ESSENTIAL PURPOSE.

IN NO EVENT WILL GateGuard'S AGGREGATE LIABILITY ARISING OUT OF OR IN CONNECTION WITH THESE TERMS AND YOUR USE OF THE SITE EXCEED THE AMOUNTS YOU HAVE PAID IN THE ONE (1) MONTH PERIOD PRIOR TO THE EVENT GIVING RISE TO THE LIABILITY. YOU AGREE, REGARDLESS OF PAYMENTS, OUR MAXIMUM LIABILITY IS $10,000 OR YOUR LATEST MONTHLY FEE, WHICHEVER IS LOWER. THE LIMITATIONS OF DAMAGES SET FORTH ABOVE ARE FUNDAMENTAL ELEMENTS OF THE BASIS OF THE BARGAIN BETWEEN GateGuard AND YOU. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

14. Indemnification

You agree to release, defend, indemnify, and hold GateGuard and its affiliates, including all GateGuard Representatives, harmless from and against any claims, liabilities, damages, losses, and expenses, including, without limitation, reasonable legal and accounting fees, arising out of or in any way connected with (a) your access to or use of the Site or Content; (b) your violation of any provision of these Terms, (c) your violation of any third party rights, including without limitation any intellectual property rights or privacy right of such third party with respect to your use of the Site, or (d) any damage of any sort, whether direct, indirect, special or consequential, you may cause to any third party with relation to the Service or the Site or the Content.

You agree GateGuard is not responsible for breaches, real or digital, that result in damage to your property or business. Always have redundant systems, insurance, and emergency plans.

You understand that GateGuard may use contractors and third-parties to provide services and that you hold these third parties, their affiliates and subsidiaries and contractors and their officers, directors, employees and agents, harmless from and against any claims, liabilities, damages, losses, and expenses, including, without limitation, reasonable legal and accounting fees, arising out of or in any way connected with (a) your access to or use of the Site or Content; (b) your violation of any provision of these Terms, (c) your violation of any third party rights, including without

SDNY_003138

limitation any intellectual property rights or privacy right of such third party with respect to your use of the Site, or (d) any damage of any sort, whether direct, indirect, special or consequential, you may cause to any third party with relation to the Site or the Content.

You understand and accept that Friend or Fraud (Friend or Fraud INC in the USA, and Friend or Fraud LTD in Israel) is a provider of technical knowledge and expertise and is not responsible in any way for the Services, Site, or Content of GateGuard. You agree to hold Friend or Fraud, its affiliates and subsidiaries and contractors and its officers, directors, employees and agents, harmless from and against any claims, liabilities, damages, losses, and expenses, including, without limitation, reasonable legal and accounting fees, arising out of or in any way connected with (a) your access to or use of the Site or Content; (b) your violation of any provision of these Terms, (c) your violation of any third party rights, including without limitation any intellectual property rights or privacy right of such third party with respect to your use of the Site, or (d) any damage of any sort, whether direct, indirect, special or consequential, you may cause to any third party with relation to the Site or the Content.


Without derogating from the foregoing, we reserve the right to assume the exclusive defense and control of any matter which is subject to indemnification by you, which will not excuse your indemnity obligations hereunder and in which event you will fully cooperate with us in asserting any available defense. You agree not to settle any matter subject to an indemnification by you without first obtaining our prior express written approval. It is hereby clarified that the defense and indemnification obligations set forth herein will survive these Terms.

15. Amendments to the Terms
GateGuard may, at its sole discretion, at any time and without prior notice, change the Terms from time to time, including any other policies incorporated thereto, and including any pricing and fees, so please re-visit this page frequently. In case of any material change, we will make reasonable efforts to post a clear notice on the Site and/or will send you an e-mail (to the extent that you provided us with such e-mail address) regarding such change. Such material changes will take effect after such notice was provided on our Site or sent via e-mail, whichever is the earlier. Otherwise, all other changes to these Terms are effective as of the stated "Last Revised" date and your continued use of the Site on or after the Last Revised date will constitute acceptance of, and agreement to be bound by, those changes. In the event that the Terms should be amended to comply with any legal requirements, the amendments may take effect immediately, or as required by the law and without any prior notice. By continuing to access or use the Site after we have posted a modification on the Site or have provided you with notice of a modification, you are indicating that you agree to be bound by the modified Terms. If the modified Terms are not acceptable to you, your only recourse is to cease using the Site.

16. Termination of the Services' operation
At any time, GateGuard may discontinue your use of the Service in its sole discretion with or without any reason or prior notice, in addition to any other remedies that may be available to GateGuard under any applicable law. Additionally, GateGuard may at any time, at its sole discretion, cease the operation of the Site or any part thereof, temporarily or permanently, without giving any prior notice. You agree and acknowledge that GateGuard does not assume any responsibility with respect to, or in connection with the termination of the Site's operation and loss of any data. The provisions of these Terms that, by their nature and content, must survive the

termination of these Terms in order to achieve the fundamental purposes of these Terms shall so survive. Without limiting the generality of the forgoing, the Intellectual Property Rights, Disclaimers of Warranties, Limitation of Liability, Indemnification and General sections will survive the termination of the Terms.

17. Minors
To use the Site you must be over the age of eighteen (18). We reserve the right to request proof of age at any stage so that we can verify that minors under the age of eighteen (18) are not using the Site. In the event that it comes to our knowledge that a person under the age of eighteen (18) is using the Site, we will prohibit and block such User from accessing the Site and will make all efforts to promptly delete any Personal Information (as such term is defined in our Privacy Policy) with regard to such User.

18. Governing Law; Jurisdiction; Dispute Resolution
Certain additional legal terms, related to interpretation of these Terms, their governing law and other terms and restrictions related to the resolution of any dispute, claim or controversy between you and GateGuard, shall be as stipulated at: http://GateGuard.xyz/legal/dispute.php from time to time (the "Dispute Resolution Terms"). By accepting these Terms or otherwise entering, connecting to, accessing or using the Site, you acknowledge that you have read and understood the Dispute Resolution Terms, which are incorporated herein by reference, and you agree to be bound by and to comply with such Dispute Resolution Terms, and any provision thereof.

19. General
Entire Agreement - These Terms constitute the entire and exclusive understanding and agreement between GateGuard and you regarding the Site, Content, and these Terms supersede and replace any and all prior oral or written understandings or agreements between GateGuard and you regarding the Site, and/or Content.

Assignment - You may not assign or transfer these Terms, by operation of law or otherwise, without GateGuard's prior written consent. Any attempt by you to assign or transfer these Terms, without such consent, will be null and of no effect. GateGuard may assign or transfer these Terms, at its sole discretion, without restriction. Subject to the foregoing, these Terms will bind and inure to the benefit of the parties, their successors and permitted assigns.

Notices - Any notices or other communications permitted or required hereunder, including those regarding modifications to these Terms, will be in writing and given by GateGuard (i) via email (in each case to the address that you provide) or (ii) by posting to the Site. For notices made by e-mail, the date of receipt will be deemed the date on which such notice is transmitted and for notices made by posting to the Site the date of receipt will be deemed the date on which such notice is posted.

Interpretation - Any heading, caption or section title contained herein is inserted only as a matter of convenience, and in no way defines or explains any section or provision hereof.

No Waiver; Cumulative Remedies; Severability - The failure of GateGuard to enforce any right or provision of these Terms will not constitute a waiver of future enforcement of that right or provision. The waiver of any such right or provision will be effective only if in writing and signed by a duly authorized representative of GateGuard. Except as expressly set forth in these Terms, the exercise by either party of

Case 21-1920, Document 86, 05/25/2022, 3321502, Page186 of 256

**A-1850**

any of its remedies under these Terms will be without prejudice to its other remedies under these Terms or otherwise. If for any reason an arbitrator or a court of competent jurisdiction finds any provision of these Terms invalid or unenforceable, that provision will be enforced to the maximum extent permissible and the other provisions of these Terms will remain in full force and effect.

Third Party Beneficiaries - These Terms do not and are not intended to confer any rights or remedies upon any person other than the parties. Notwithstanding the foregoing, the parties agree that the third party payment service providers and payment card networks are third party beneficiaries of these Terms for purposes of enforcing provisions related to payments, but that their consent or agreement is not necessary for any changes or modifications to these Terms.

20. Exclusivity

You agree and accept that you will not put any lock or acted controlled controlled remotely, or any lock or access device opened by code or touch or biometrics or pattern, or any keyless access control device or system on any property where you have ordered GateGuard or LookLock.xyz. You will remove and/or give us permission to remove any such systems already in place or placed during the life of this contract.

You agree to place into all leases & sub-lease documents and "house rules", and enforce, a complete ban on Amazon Key, Latch, Jet.com access control products, Amazon access control products, Google Access control products, Target Access control products, UPS access control products, FedEx access control products, DHL access control products, and other similar services and devices from any other provider or service. This is because of a loss of safety and security when third party services can open doors (We can't always monitor what other services do).

You agree that tenants and staff and you may not give Visitor Codes to courier or task services services. Couriers & Task Services may only get Visitor Codes or other long-standing or ongoing access from us. Couriers & Task Services include, but are not limited to: UPS, USPS, FEDEX, AMAZON, RDS, DHL, LAZERSHIP, UBER (UBER RUSH, UBER EATS), LYFT, GETT, JUMO. HOMER, HANDY, HOME DEPOT, IKEA, LOWES, TASKRABBIT, TARGET, KMART, Seamless, Grubhub, Foodler, Eat24, Yelp, CLEANLY, FLYCLEANERS, DOLAUNDRYFORME, MYCLEAN, and any similar services.

You agree tenants, occupants, and shareholders may only purchase access control products for your properties from us on our website.

GateGuard will be the exclusive provider of Package Management Services to you and your PROPERTIES(S) for ten (10) years.

21. Equipment and Tenant Information Services

GateGuard may place a kiosk, or kiosks, on walls, floor stands, doorman areas, concierge areas, elevators, elevator banks, and/or the storage areas (lockers, doors, or other surface) where tenants can see updates on packages and other services. These kiosks may also display information such as weather, promotions, discounts, events, partner notices, building information, and other items at GateGuard's discretion. The kiosks may or may not be interactive. They may or may not include printers, shipping supplies, and other items for use, or sale. They may have sensors and cameras to prevent vandalism and gather usage information.

SDNY_003141

A-1851

For unattended buildings, and for attended buildings where the door-person may step away or not be there 24/7/365, or for attended buildings, Teman may place a GateGuard Panel that enables couriers to enter the building.

22. Safety & Efficiency:

OVERVIEW:

The goal of this system is to remove the burden and liability of package management from the management company, building officers, and staff, and to remove risks associated with package management. As such, GateGuard will have control over all aspects package delivery, from who can deliver into the system, to when, and what. For example, GateGuard may require certain packages to be brought to a holding facility to be delivered overnight (12am to 6am) instead of during peak traffic where they pose a nuisance and/or risk to tenants. The preceding is only intended as one example.

GateGuard may allow or disallow any delivery service, courier, or other organization or individual from accessing the service, or placing items into any package area . GateGuard may disallow any product or item into package area, such as but not limited to hazardous, oversized, or overweight items that may pose a risk to equipment and humans.

GateGuard may require any or all Services to deliver to Holding Locations. This is for logistical reasons, such as to avoid overload, or traffic, or annoying residents at peak times, or excessive burden on the system or financials of the system. GateGuard may charge services a fee for usage of holding services. (Services will be able to deny this charge if they choose to hold the package themselves and re-deliver it at an approved time or return the package to its source).

GateGuard may deliver to the building between the hours of 12am and 6am. To maintain order, GateGuard has exclusive rights to serve as courier during these hours. GateGuard may charge services a fee for deliveries during this time. (Services will be able to deny this charge if they choose to hold the package themselves and re-deliver it at an approved time).

Packages left in lockers for a long period of time, which shall be at GateGuard's discretion, may be moved to a holding facility and/or charged fees for longer storage, retrieval, or re-delivery. The fees will be disclosed at the location and the tenant notified of the impending fees should they fail to retrieve their package.

Management will give GateGuard a list of tenants and others allowed to access the system. GateGuard may also give access to the system at its discretion. GateGuard may integrate with management's computer systems so as to sync tenant information.

GateGuard may remove and/or replace and/or modify any other package receptacles and storage systems and package management systems in-place.

Liability for packages remains with the  courier unless the package is in the GateGuard locker and it is stolen or damaged through technical fault of GateGuard.

GateGuard may access these devices and the floors they are in at any time. GateGuard may access the stairs, elevators, lobbies, loading areas, trash areas, laundry areas, storage areas, hallways, roofs, and other areas at any time.

SDNY_003142

Case 21-1920, Document 86, 05/25/2022, 3321502, Page188 of 256

A-1852

Case 1:19-cr-00696-PAE   Document 128-55   Filed 05/01/20   Page 19 of 22

Where a building is physically or legally impossible to install into, for GateGuard, or where GateGuard decides they cannot install into, it shall not nullify the rest of the agreement.

To prevent the "smuggling" of illegal objects, from packages to suitcases, GateGuard shall be the exclusive provider of guest management and tracking, access management, and surveillance services. Management company staff must ask guests to check-in with the GateGuard system. Management company must require the use of GateGuard systems for access control and surveillance and replace existing systems with GateGuard-enabled systems when required by GateGuard.

**23.** Redundant Connectivity Among GateGuard and other Devices & Additional Connectivity Terms

As these devices are internet-enabled and serves may be internet-dependent: GateGuard may place antennae and related equipment on the roofs and sides of buildings to provide connectivity for GateGuard and other services, and plug into and use the building's power. GateGuard may enable third parties at its sole discretion to connect and/or otherwise use or interact with these antennas for any purpose. "Antenna" shall include equipment needed to support the functionality of the antennae such as battery backup, power, cooling, poles, etc. GateGuard may connect to the building's existing internet used for any surveillance or data services or connect an internet source.

GateGuard, its partners or affiliates shall have the right to install ancillary equipment and antennas on the rooftop and/or sides or other surfaces interior or exterior of the facility for the transmission and reception of communications signals, in support of GateGuard's services and general security at or around the Building, and the installation, construction, maintenance, operation, repair, replacement of its communications fixtures and related equipment, cables, accessories and improvements, as well as the right to test, survey and review title on the Property. Recipients hereby grants to any utility company providing utility services to GateGuard, its partners or affiliates, a non-exclusive easement over the Property, from an open and improved public road to the Premises, and upon the Premises and upon GateGuard's or a utility company's request, Recipients will execute a separate recordable easement evidencing this grant, at no cost to Gateguard, its agents or the public utility.

In the event an existing building agreement prevents the placement of antennae on the roof and/or sides of the building, the Recipient agrees to condo-out a 80"x80" rooftop section to be made a separate entity not subject to the exclusivity agreement in any fashion specified by GateGuard. GateGuard may place internet connectivity equipment & wiring in the basement, utility room(s), network equipment rooms, reception desk, inside walls, floors, ceilings, at its discretion.

24. Exclusivity 2:

Recipients may not sign an exclusive or discount courier agreement with anyone else. Recipients may not place another package management system in their building or operations. GateGuard may remove any package system. GateGuard may remove shelving and other package storing apparatus to make room for GateGuard systems or any other reason.

25. Transferability

SDNY_003143

GateGuard may sell or transfer all or part of this contract.

In the event the building changes management, ownership, or other forms of control this agreement remains in effect.

In the event any part of this contract is void for any reason the rest of the contract remains.

In the event Management Company takes-on a new building as a client, these terms will apply to the new building(s).

26. Extended Timing

GateGuard has 465 business days to deliver and systems to each building. This shall start from the date of signing of this agreement. If the building, its staff, lobby, tenants, or outside factors such as street or building construction, or supplier delays, delay the delivery, the clock on these 465 days shall restart at the end of that delay. GateGuard may cancel, reject, deny or otherwise remove service to one or all buildings at any time.

27. Confidentiality

The terms of this agreement are confidential. You will not publish, share, or post these terms.

GateGuard may use the Recipients names and logos for branding the devices, marketing, and other purposes.

28. Name & Assignment:

GateGuard may refer to this program under another brand name or licensee name.
GateGuard may license all or parts of the contract to another party or parties.
GateGuard may assign all or parts of the contract to another party or parties.

30. Not a Security System or Security Guard Replacement

This is not a security device and will not keep bad actors out of your property. This is not a replacement for a security system, or security guard service.

31. No Representation as to Laws. We do not recommend anything.

Regardless of what may be stated by us here or anywhere, you agree and accept it is entirely your responsibility to check and comply with the applicable laws, and we cannot and do not give legal advice, legal recommendations, recommendations of attorneys, or recommendations of any action of any kind..

32. INDEMNIFICATION AGAINST HACKING AND MALICIOUS ACTS BY INDIVIDUALS, ORGANIZATIONS, GOVERNMENTS, ETC

You acknowledge and agree that while we may make an intense effort to protect our devices, networks, connections, and data, you accept there is no possible way to ensure the security, trustworthiness, and reliability of any device, service provider, connection, ISP, chip maker, chip, code, component, or any item, individual, organization, country, or entity involved in any way or used in any way in the creation of any technology product. Therefore, you agree we are in no way responsible if any malicious or unintentional act or omission of any third party causes any damage to the device, your property, you, anyone at or near your property, your business, or in any

SDNY_003144

https://gateguard.xyz/legal/terms.php                                              3/23/2018

other way that you may feel harms you. You accept that despite any and all efforts made, this technology is in constant "beta" state and subject to error, updates, hacking, and other failures, partial or complete. You acknowledge and agree that any information you send or receive during your use of the device may not be secure and may be intercepted or later acquired by unauthorized third parties.

### 33. NO COPYING. NON COMPETE

You agree not to enter into, partner with, invest in, purchase, fund, or otherwise engage in any access control business (smart locks, intercoms, door locks). You agree that if you do, personally, by any entity in which you hold shares or any control, by any entity which you advise or otherwise engage with, the full capital (all shares) of that entity and the intellectual property related to any access control systems or products becomes ours immediately.

You agree not to open, modify, photograph, publish, post, and/or share in any way the designs and/or details of any of our products.

You agree that any and all designs, technology, systems, methods, algorithms, brands, logos, molds, code that we represent as ours is in-fact ours and that you do not and will not make any intellectual property claims against us. You agree that you give us full and completely unlimited license to use, transfer, and gift your intellectual property to anyone.

### 34. NO STEVIE NICKS

You agree to never play any Stevie Nicks song in, near, for, or around any member of our team, or on any of our devices or networks. She really ruined that band.

### 32. ADDITIONAL DEFINITIONS

courier : Any delivery service or individual. Examples, but not limited to: UPS, FedEx, DHL, RDS, Lasership, Amazon (all), Walmart, Jet, Uber, takeout food delivery persons (independent contractors, restaurants, Seamless, UberEats, etc.), process servers, TaskRabbit, Homer, and anyone paid or compensated by salary, per-task fee, per-package, tip, gratuity, and/or combination of these.

Package Management: Any action, service, device, process, team, method required to manage the delivery, pickup, inventorying, tracking, and handling of packages.

Tenant: Includes, but is not limited to: Resident, Shareholder, Subtenant, Roommate, Guest, Visitor, Office Worker, Lease Holder, Staff.

Building: Includes but is not limited any structure on the Property, or the property itself.

Locker: A locker, cabinet, shelving system, closet, cage, box, monitored area (by placement of cameras), or any system deemed fit to store packages by GateGuard.

GateGuard Panel: A panel by GateGuard which can control building locks, which may (or may not) also include some or all of: face recognition, a screen, internet connectivity, a menu of tenants and ability to buzz them.

### 33. For information, questions or notification of errors, please contact:

SDNY_003145

A-1855

If you have any questions (or comments) concerning the Terms, you are most welcome to send us an e-mail and we will make an effort to reply within a reasonable timeframe: support.team@GateGuard.xyz or http://GateGuard.xyz

SDNY_003146

https://gateguard.xyz/legal/terms.php                                                    3/23/2018

---------- Forwarded message ---------
From: **Ari Teman** < ari@teman.com >
Date: Mon, Apr 2, 2018 at 1:40 PM
Subject: Re: Terms and Condition
To: bonnie soonosberger <bsoonosberger@gmail.com>

Hi Bonnie,

BTW, Michelle is an L&T law partner who represents a bunch of our clients. As a practice we do not give out the names of clients. A lot of owners want to keep their confidentiality and are busy. Michelle also recommends our tech in her writing ( itkowitz.com ).

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

| Services: | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**10 SECOND VIDEO:**
GateGuard.xyz Face Recognition in Action
https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.



GOVERNMENT EXHIBIT
442
19 Cr. 696 (PAE)

On Mon, Apr 2, 2018 at 2:27 PM, <bsoonosberger@gmail.com> wrote:
    Ari,

SDNY_003286

Thank you!

Regards,

Bonnie

Sent from my iPhone

On Apr 2, 2018, at 9:33 AM, Ari Teman <ari@teman.com> wrote:

Michelle Maratto Itkowitz <mmaratto@itkowitz.com>

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

Services:

| | |
|---|---|
| GateGuard.xyz | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| LookLock.xyz | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**10 SECOND VIDEO:**
GateGuard.xyz Face Recognition in Action
https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Mon, Apr 2, 2018 at 11:41 AM, bonnie soonosberger < bsoonosberger@gmail.com> wrote:

> Ari,
>
> Can you please send me one more reference contact?
>
> many thanks,
>
> Bonnie

On Thu, Mar 29, 2018 at 2:58 PM, Ari Teman < ari@teman.com> wrote:

SDNY_003287

Hi Bonnie,

Ask Joe at ABJ, but maybe wait until after Passover. They have our stuff in a few buildings: joe@abjny.com

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

Services:

| | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

10 SECOND VIDEO:
GateGuard.xyz Face Recognition in Action
https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Thu, Mar 29, 2018 at 2:39 PM, bonnie soonosberger < bsoonosberger@gmail.com> wrote:

Ari,

Thank you so much for your replies and you have addressed our concerns related to the terms and condition.

Can you please provide couple contact names and phone numbers of buildings who have the Teman system.  Our board members requested for couple reference.

This should be our last request

Regards,

Bonnie

On Thu, Mar 29, 2018 at 2:12 PM, Ari Teman < ari@teman.com> wrote:
Hi Bonnie,

1. We will not raise your prices more than 10% every 2 years. It is unlikely we'll raise them at all, but we need to protect against increased data fees for the cell data, etc. (Those percentages are in there for guys paying bulk pricing for 20+ buildings, not for you.)

2. We need to put 4 screws into the wall or otherwise mount the intercom if you have us do the install. We will of course check with your on-site person first before drilling.

3. You get a free PropertyPanel.xyz account (and your management company will likely have an account anyway). PropertyPanel.xyz is the online dashboard for our services and enables you to view the logs and add/edit tenants from a browser.

4. This is a tax loophole. There are different taxes for saying the equipment is leased versus purchased, but we can waive this if it's an issue for your board. We have never removed a device, but we have this clause in for buildings in bad areas where if we have to come up every day for weeks to repair vandalism we'd be allowed to terminate the agreement (otherwise we'd go broke!).

Does that help?
Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

| Services: | | |
|---|---|---|
| GateGuard.xyz | | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| LookLock.xyz | | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**10 SECOND VIDEO:**
GateGuard.xyz Face Recognition in Action
https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Thu, Mar 29, 2018 at 11:26 AM, bonnie soonosberger < bsoonosberger@gmail.com> wrote:

Ari,

We were reviewing your Terms & Condition and have inquiries regarding the followings:

"We may raise pricing on monthly fees at a rate of up to 100% per year, but no more than a 350% increase over 3 years "

"You agree that GateGuard may drill, cut, screw, cement, anchor, bolt, glue, fasten, place, stick and otherwise modify and/or attach to your building in any way it sees fit to install its system and services and connectivity devices. You assume any and all liability for this."

"You agree that GateGuard will run on the PropertyPanel.xyz (by PropertyPanel, Inc., a DELAWARE corporation) platform and an account at PropertyPanel.xyz may be required to use the service at the time PropertyPanel.xyz goes live. You understand that the monthly subscription fees for PropertyPanel.xyz are not included in any payments for GateGuard.xyz. You understand that failure to maintain a PropertyPanel.xyz login may prohibit you from accessing and using GateGuard's dashboard as it runs on PropertyPanel.xyz"

"You agree that you are purchasing only a license to use a GateGuard panel and equipment and that should you stop paying for monitoring services, GateGuard has the right to remove any and all GateGuard equipment and/or shut of any and all GateGuard services and other services provided by GateGuard. GateGuard reserves the right to terminate service and remove equipment at its own discretion, for any reason. This is primarily disclaimed for the potential case where the rate of abuse or failure, such as due to vandalism by tenants or unreliable power or internet sources, makes supporting that installation too costly, burdensome, or unreliable to GateGuard to provide excellent service."

can we get on a call to discuss?


regards

Bonnie


--

Bonnie Soon-Osberger, PMP
646-279-3935
bsoonosberger@gmail.com


--

Bonnie Soon-Osberger, PMP
646-279-3935
bsoonosberger@gmail.com

A-1861

--
Bonnie Soon-Osberger, PMP
646-279-3935
bsoonosberger@gmail.com

--
Bonnie Soon-Osberger, PMP
646-279-3935
bsoonosberger@gmail.com

SDNY_003291



**From:** Bonnie Soon-Osberger <bsoon-osberger@metisource.com>
**Sent:** Monday, January 7, 2019 10:35 AM
**To:** 'Jackie Monzon' <jackie@crystalrmi.com>
**Subject:** RE: FW: Someone just called saying they don't know how to open our device at 18 Mercer

Jackie,

I am not sure how to do that so let me know what we need to do,

Previously, went the management was sue, the insurance company took care of the case.  But since we changed insurance company I really have no idea what they would or would not cover.

Please contact the insurance company

Thanks,

Bonnie

**From:** Jackie Monzon <jackie@crystalrmi.com>
**Sent:** Monday, January 7, 2019 9:06 AM
**To:** Bonnie Soon-Osberger <bsoon-osberger@metisource.com>
**Subject:** FW: FW: Someone just called saying they don't know how to open our device at 18 Mercer

This is Academy stand.

I will need an email from you indemnifying management and Academy.

**GOVERNMENT
EXHIBIT
443
19 Cr. 696 (PAE)**

SDNY_003263



**Jackie Monzon**
**President**
**1441 Broadway, Suite 5047**
**New York, NY 10018**
**646 569-5574**



Jackie@crystalrmi.com
www.crystalrmi.com

**NOTICE:** The information contained in this message may be privileged, confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email and delete this message from your computer. Thank you for your cooperation.

**From:** Daniel Arnold <darnold@academymailbox.com>
**Sent:** Monday, January 7, 2019 12:03 PM
**To:** Jackie Monzon <jackie@crystalrmi.com>
**Subject:** Re: FW: Someone just called saying they don't know how to open our device at 18 Mercer

Hi Jackie-
After reading through 1/2 of this, I don't know what to make of it.
To be honest, I want to help you guys here, but I don't want to get sued for removing this guys panel.
If the building is willing to take this risk, thats is fine with me, but please understand that this is too small of a job for me to get involved in a law suite over.

SDNY_003264

If you guys want Academy to install the new ButterflyMX system, you will need your super (or someone else not affiliated with Academy) to remove this panel first.
I still have someone available to do this today/this week if you can make this work.
Please let me know-
Thank you-
Dan
--
Dan Arnold, Vice President
Academy Mail Box Co., Inc.
Academy Intercom Co., Inc.
Academy Engravers LLC
1948 to 2019. Our 71st year of service.
p.718/212-539-1000 x126
f. 718-247-6019
DArnold@academymailbox.com
www.academymailbox.com


On Mon, Jan 7, 2019 at 11:44 AM Jackie Monzon <jackie@crystalrmi.com> wrote:

Here is the contract.



**Jackie Monzon**
**President**
**1441 Broadway, Suite 5047**
**New York, NY 10018**
**646 569-5574**



SDNY_003265

Jackie@crystalrmi.com
www.crystalrmi.com

**NOTICE:** The information contained in this message may be privileged, confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email and delete this message from your computer. Thank you for your cooperation.

**From:** Bonnie Soon-Osberger <bsoon-osberger@metisource.com>
**Sent:** Monday, January 7, 2019 11:40 AM
**To:** Jackie Monzon <jackie@crystalrmi.com>
**Subject:** RE: Someone just called saying they don't know how to open our device at 18 Mercer

Jackie,

Please proceed with the work.

Enclosed is the contract.

Regards,


Bonnie


**From:** Jackie Monzon <jackie@crystalrmi.com>
**Sent:** Monday, January 7, 2019 7:23 AM
**To:** Bonnie Soon-Osberger <bsoon-osberger@metisource.com>
**Subject:** FW: Someone just called saying they don't know how to open our device at 18 Mercer

I need to see Ari contract can you please send it to me.

SDNY_003266



**Jackie Monzon**
**President**
**1441 Broadway, Suite 5047**
**New York, NY 10018**
**646 569-5574**



Jackie@crystalrmi.com
www.crystalrmi.com

**NOTICE:** The information contained in this message may be privileged, confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email and delete this message from your computer. Thank you for your cooperation.

**From:** Ari Teman <ari@teman.com>
**Sent:** Monday, January 7, 2019 10:11 AM
**To:** Jackie Monzon <jackie@crystalrmi.com>
**Cc:** shelly pecot <shelly.pecot@gmail.com>; bonnie soonosberger <bsoonosberger@gmail.com>
**Subject:** Someone just called saying they don't know how to open our device at 18 Mercer

As a reminder, you are not allowed to touch or move our device and there's an $18,000 fine for removing it. We will enforce the contract and we will remove anything placed on the building against it and restore service.

If you would like us to move our device to the proper height, we will do that, but you need to confirm we have permission to bill you for all work and materials since you moved it without permission.

Consider any other device you put on that wall thrown in the trash, per our contract.

Ari

A-1868

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

      - v. -                :          **BANK RECORDS**
                                  :          **STIPULATION**

ARI TEMAN,                        :          19 Cr. 696 (PAE)

          Defendant.    :

- - - - - - - - - - - - - - - - x

      IT IS HEREBY STIPULATED AND AGREED by and between the
United States of America, by Geoffrey S. Berman, United States
Attorney, Kedar S. Bhatia and Edward Imperatore, Assistant United
States Attorneys, of counsel, and Ari Teman, the defendant, by
and through his counsel, Justin Gelfand, Esq., and Joseph
DiRuzzo, Esq., that:

      1.   Government Exhibits 101, 102, 201, 202, 203, 204, 205,
and 206 and Defense Exhibits 17, 34, and 52 are true and correct
copies of bank records from bank accounts at Bank of America
N.A., in the name of GateGuard, Inc., with account number ending
in 8085.

      2.   Government Exhibits 103 and 104 are true and correct
copies of bank records from a bank account at Bank of America
N.A., in the name of Friend or Fraud, Inc., with account number
ending in 0351.

      3.   Government Exhibits 105 and 106 are true and correct
copies of bank records from a bank account at Bank of America



GOVERNMENT
EXHIBIT
501
19 Cr. 696 (PAE)

A-1869

N.A., in the name of Touchless Labs LLC, with account number
ending in 1046.

4.    Government Exhibits 107 and 108 are true and correct
copies of bank records from a bank account at Bank of America
N.A., in the name of Ari Teman, with account number ending in
5580.

5.    Government Exhibit 113 is a true and correct copy of
bank records from bank accounts at Bank of America N.A., in the
name of GateGuard, Inc., with account number ending in 8085, in
the name of Friend or Fraud Inc., with account number ending in
0351, in the name of Touchless Labs LLC, with account number
ending in 1046, and in the name of Ari Teman, with account
numbers ending in 7673 and 5580.

6.    Government Exhibits 121, 122, 126, 127, and 130 and
Defense Exhibits 50 are true and correct copies of bank records
from bank accounts at JPMorgan Chase Bank N.A., in the name of
ABJ Lenox LLC, with account number ending in 9100.

7.    Government Exhibits 123, 124, 128, 129, and 131 and
Defense Exhibits 49 and 51 are true and correct copies of bank
records from bank accounts at JPMorgan Chase Bank N.A., in the
name of ABJ Milano LLC, with account number ending in 1672.

8.    Government Exhibits 141, 142, and 143 and Defense
Exhibit 29 are true and correct copies of bank records from bank
accounts at Signature Bank, N.A., in the name of 18 Mercer Equity

2

A-1870

Inc., with account number ending in 8293.

9.   Government Exhibits 144, 145, 146, and 150 and Defense Exhibit 29 are true and correct copies of bank records from bank accounts at Signature Bank, N.A., in the name of 518 West 204 LLC, with account number ending in 6525.

10.   The records described in paragraphs 1 through 9 above were:

   a.   made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

   b.   kept in the course of regularly conducted business activity; and

   c.   made by the regularly conducted business activity as a regular practice.

   IT IS FURTHER STIPULATED AND AGREED that Government Exhibits 101 through 108, 114, 121 through 124, 126 through 131, 141 through 146, 150, and 201 through 206 and Defense Exhibits 17, 29, 34, 52, 49, 50, and 51 consist of records that constitute business records pursuant to Rule 803(6) of the Federal Rules of Evidence. The defendant reserves any Rule 801(c) objection to the

3

A-1871

admission, for the truth of the matter asserted, of any statement
contained within Government Exhibits 126 and 128.

Dated:      New York, New York
            January 22, 2020

                              GEOFFREY S. BERMAN
                              United States Attorney for the
                              Southern District of New York

                       By:   _____
                              Kedar S. Bhatia/Edward Imperatore
                              Assistant United States Attorneys

                              _____
                              Justin Gelfand/Joseph DiRuzzo
                              Attorneys for Ari Teman

4



Ari Teman

1/2/2019

I have ABJ checks (photos). Our contract allows me to draw their account. I should just deposit checks from them (totally legal i think)    2:22 PM

No    3:12 PM

?    3:12 PM

Bad idea    3:12 PM

I have ABJ checks (photos). Our contract allows me to draw their account. I should just deposit checks from them (totally legal i think)

Bad idea    3:12 PM

Why? They entered into a contract allowing us to draw from their accounts    3:14 PM

so we're not breaking any law    3:14 PM

What can they say? "We owed this guy money, he took it, and he had permission to do so, but we want it back so... ?"    3:19 PM

there's nothing to say    3:19 PM

Because they are likely to call police. And you will be arrested. And have a criminal case to deal with. And then you can start explaining about your contract and 'not breaking any laws'    3:52 PM

I don't think they will    3:53 PM

They owe the money    3:53 PM

And I'll put on the memo "Payment drawn per contract: gateguard.xyz/legal/terms.php    3:54 PM

And the police have no basis to arrest. It's a civil contract    3:54 PM

They'll show the police a cleared check with a memo saying we're drawing the money per a contract and the police will tell them to sue    3:55 PM

And then what? They lose if they sue    3:55 PM

You asked my opinion. I gave it. Maybe you're right. Maybe they'll just throw up their hands and

GOVERNMENT
EXHIBIT
702
19 Cr. 696 (PAE)



Ari Teman

contract
1/2/2019 4 PM

They'll show the police a cleared check with a memo saying we're drawing the money per a contract and the police will tell them to sue
3:55 PM

And then what? They lose if they sue 3:55 PM

You asked my opinion. I gave it. Maybe you're right. Maybe they'll just throw up their hands and say "oh well, we tried to stiff him but Teman outsmarted us. Too bad. Have fun ari, don't spend it all in one place!" 3:58 PM

Yes 3:58 PM

Or they'll just accept they lost and ask for the intercoms 3:58 PM

Like "OK, we'd at least like to get the intercoms for that money" 3:59 PM

Plus they stole from SubletSpy so they don't want the courts looking at them 4:00 PM

"Your honor, these guys stole outright over $12000, lied repeatedly, etc"... They can't go in front of a court. I can 4:00 PM

My opinion is that you are >50% likely to be arrested for the activities you propose. How you choose to proceed is up to you 4:00 PM

[redacted]

A-1874

Ari Teman

4/2/2019

> Meanwhile Bank of America put a hold on the two $18,000 checks we we drew from people's accounts who remove devices (as our contract ...

Not sure I follow but this sounds bad 6:42 PM

yes 6:43 PM

very 6:43 PM

Our contract states explicitly if you remove devices there's an $18K fee, and we can draw your account, again outright saying we can print a check and draw your account (a bank draw -- very common in real estate). Bank of America put a hold on 2 checks. It's legal, sketchy but legal, but I'm more concerned about getting the cash since we need to operate 6:44 PM

we have that amount due to use from installs -- we'll survive, but it's not great. we run so tight. 6:44 PM

Understood. I don't know all the ins and outs of this but sounds like a bad idea. I suggest you provide them with advanced, explicit notification of the charge, amout, and specific basis in the agreement for doing so. 7:01 PM

we do, in very not nice language 7:02 PM

we tell them if they remove the device we'll draw their account for the fee 7:02 PM

in writing, in email to the board 7:02 PM

If you are hitting their accounts out of the blue, I expect this will become a criminal matter sooner or later 7:03 PM

it's not a criminal matter because we tell them, "If you remove the device without permission you owe us $18K and if you do not send the check we have the legal right to draw your account." it's explicit in the contract 7:03 PM

includes a number of ways by which we can collect against [illegible] who do not pay their dues and ways we can draw payment without needing the actions of even well-meaning but slow and disorganized operators who might otherwise pay late. (We wish we didn't have to do this but such is the industry) You understand and accept these terms and will not argue later that they are unduly harsh as they are required for us the give you the consideration of free devices and low monthly fees. We appreciate your understanding

You agree to provide both an ACH (checking account number, routing number, name on account, account name, address, etc.) and Debit (or Credit) Card (number, expiration, security code, address, etc.) for each property. You may also provide a checking account for a management company responsible for all the properties under your management, but you must still provide the checking account for each property if asked

We may charge your ACH or DEBIT or other account for any labor, deductibles, monthly fees.
In the event one of your entities or accounts fails to make a payment, we may take payment from another account or entity of yours signed up for our service. That is every building you sign up acts as a guarantor for each other

Payments for late fees later than 30 days late are charged a $50 late fee per late payment. Later than 60 days the fee is $500

Late payments for amounts greater than $1000 are charged an additional $1000 late fee.
After 75 days we send payments to collections, and there is an additional $10,000 fee for any collection efforts, and our legal fees are your responsibility regardless of outcome

In the event you have us (or cause us to) speak to an attorney for any reason, the fee is $2000 per case and $1000 per hour for our executive staff, and $500/hour for other staff. If we decide upon you introducing legal counsel into a conversation, or suggest the introduction of any legal proceeding or counsel, that we should retain or engage our own counsel, you are responsible for any and all fees

You are responsible for any and all wire fees, currency exchange fees, bank fees, returned check fees, and the like. We will add these to your bill and adjust future bills to include these fees. For example if you pay by wire and your and/or our bank charges a total of 10% and $45 for the wire, we will add the different to level-up the payment to the full total due when fees are subtracted. You may (and are encouraged) to provide payment accounts which do not incur such fees

GOVERNMENT EXHIBIT 704
19 Cr. 696 (PAE)



A-1875



GOVERNMENT
EXHIBIT
727
19 Cr. 696 (PAE)

4/3/2019

I think maybe we invoice ABJ the device removal fees, they have like 7 buildings at $18K each and then draw their accounts. We can put into the invoice a reminder link to the terms and a reminder that collections cases add additional fees as outlined at _.
5:56 AM

I think we ALSO send a lawyer letter to Signature Bank and their other bank saying these assets owe us hundreds of thousands of dollars in fees and were, we believe, knowingly involved in fraud and federal perjury and trade secret theft
5:58 AM

Signature loans to them   5:58 AM

They'll want to be sure to mitigate the damage I think
5:58 AM

And Aryeh. 5 devices   6:43 AM

I've already told you I think it's a bad idea. You've been back and forth with abj several times now. Your 'threats' carry little weight at this point and they have indicated they don't believe they owe you $. If you hit their accounts I think 50/50 they call cops. If I was advising them that's probably what I would tell them to do
7:17 AM

I'm not going to hit their accounts   7:17 AM

I'm going to invoice so there's a record   7:18 AM

And same with Aryeh   7:18 AM

Then just send it to collections   7:18 AM

Aryeh is different   7:18 AM

He'll pay to avoid a fight   7:18 AM

And honestly something is up there   7:18 AM

Ok. Invoicing them and collections is fine
7:19 AM

**GOVERNMENT EXHIBIT
728**
19 Cr. 696 (PAE)

A-1877

The banking stuff is not a joke    6:59 AM

There are federal regulations on this stuff. You can't just hit someone's bank account if you know they dispute the charge    7:00 AM

GOVERNMENT
EXHIBIT
729
19 Cr. 696 (PAE)

Honestly, I don't know anything about this stuff.
But there are serious state and fed. regulations
on this. You claim that your contract allows you
to debit their accounts even after they explicitly
protest, I'm just not sure it's that simple

7:09 AM

The reason I did that, and I do actually have
reasons for some of these things I do, is that I
have negotiated with Isaac before when he's
been hesitant to pay. I know that he is averse to
any public fight, litigation, or press. That is
because they are playing Pretty exclusively with
other people's money. They run a two-and-
twenty fund

7:10 AM

So right now Isaac and Michael are saying that
this batshit ashkenaz kid doesn't respect their
attorney, is pissed that they tried to get him to
enter a legal agreement while he was coming off
of anesthesia, and is ready to fight them, and has
made it so they've documented they have a
contract with me

7:11 AM

They're going to pay to avoid that ugly fight.

7:11 AM

And it also may be (again... speaking out of
ignorance...) a clear violation of some federal
banking regulation. In which case your 'simple,
can't miss idea' is now a federal crime

7:11 AM

A-1879

There are regulations around automatic debit agreements. Including, if the payer tells you to stop, you must stop

7:14 AM

A-1880

EXHIBIT

D-2

**GateGuard INC**
**Payment Terms**
*Last Revised: Jan 27, 2019, 10:00 PM EST*

Below are payment terms which apply to your purchase and use of the Services offered by GateGuard INC, a Delaware Corporation (hereinafter referred to as "GateGuard", "we", "us", or "our") including through our website at: https://gateguard.xyz (or teman.com) (the "Site"). These payment terms will apply to your use of the Site and any Services acquired by you from us, whether subscribed to through the Site or offline, unless otherwise agreed in writing between GateGuard and you.

This document is an integral part of our Terms of Service, which are available at: https://gateguard.xyz/legal/terms.php ("Terms"), and is incorporated into the Terms by reference. Capitalized terms which are used but are not defined herein, shall have the meaning ascribed to them in the Terms.
You may purchase subscriptions to Services by contacting us or by submitting an order via the Site. All orders are subject to acceptance by GateGuard. Certain applicable fees and the payment terms for the Services shall be as follows:

**Monthly Fees -** you will be required to pay a monthly fee, per each month during a period of 360 months, for us to maintain our Service. There are no actions or results guaranteed and there may be months without action on a unit. The 360 months payment are due even if you remove a device or fail to place the device onto your wall.

Subscriptions will be automatically renewed every 360 months. You must give 6 months notice of cancellation and enable GateGuard to collect its equipment at the end of the contract. Failure to return the equipment at the end of the 360 month period shall incur a $50,000 fee as we could earn that amount of the device otherwise.

**Government Fees** - In the event the government fines us, penalizes or issues any fee to us (all of which we'll call a "fee" in this paragraph), related your usage of our service or products, you agree to immediately pay us 100% of the fee, regardless of whether it is we or you responsible (in the eyes of the government or anyone) for receiving that fee. You give us permission to ACH or charge your card for said fee.

**MCI / Capital Improvement / DHCR / Other Agencies -** While you may apply for a capital improvement (MCI, Master Capital Improvement) rent increase in NYC, and may be able to make such similar applications in other cities, we do not recommend or not recommend doing so. You understand there are no guaranteed any city agency will approve or deny the use of our devices and that the full contract fees (360 months) are still due regardless. You understand that each building and jurisdiction and agency and inspector and judge and court and the like are different and previous outcomes do not guarantee future results. We do not guarantee results with any agency, court, service, or the like.

We do not guarantee results or uptime or satisfaction at all. You accept this is a beta product that will be upgraded (software) at-will over time and no warranty or guarantee as to the efficacy, legality, or results are made to you.

**Insurance & Liabilities -** You accept full responsibility for use of the device and any positive or negative outcomes that may come from your choice. You accept that our maximum liability for damage or harm caused to you from our service(s), installation(s), device(s), and anything we do is one month's fee, up to $350, and no more. You accept and agree that is your responsibility to carry insurance for your buildings to protect yourself financially against any negative events, such as violence, fires, assaults, thefts, burglaries, breaking-and-entering, tresspass, fines, gas leaks, humans, animals, rodents, tenants, staff, weather, storms, vehicles, laboros, vendors, and other people, property, and events that may cause harm to your property, tenants, or other humans. We are not responsible for any damage.

**Court Appearance Fees -** you will be required to pay for us appearing in court. You agree to pay us a flat fee of $2,000 for each court appearance plus a variable fee of $500 an hour, and, if outside NYC, all travel and accommodation expenses. Outside NYC, that includes: business class airfare four-star-or-greater chain hotel, and three daily meals, in the event we are required to appear by you, the court, or opposing counsel. Notwithstanding the forgoing, any appearance over 4 hours is charged our flat day rate of $5,000 for staff, $20,000 for executives. International travel requires a minimum of 4 days of Court Appearance Fees paid in advance. Fees and charges are per-person. Depositions, time spent on discovery requests, time spent discussing with attorneys shall also cost $500/hour ($900/hour for executives) plus $2000 per

Case 21-1920, Document 86, 05/25/2022, 3321502, Page217 of 256

A-1881

day ($5000 for executives) on account of the expensive distraction such cases are. Payment is due at the end of the day, and you agree to stay any and all proceedings until payment is made in full to us.

**Chargeback, refund, & non-payment fees** -- if at any time you file a credit or debit card chargeback, or other refund request via your financial services provider, including any fraud claims, after placing an order, you agree to pay a $10,000 USD fine for violating the no-refund and no-cancellation clauses. You agree also to pay for any and all expenses incurred in collecting from you the full year's contract and any fees, such as success fees, due. You understand and accept that a chargeback or refund request via your bank or card provider is very costly and damaging to our reputation and ability to collect fees, and it is time consuming and wasteful to deal with, and you agree that $10,000 is the minimum cost you cause by filing a chargeback. You understand the fines may be more if we can demonstrate additional costs, but will never be less than $10,000. You understand and accept that if you file multiple chargebacks, or one chargeback but one multiple orders, you are responsible to pay $10,000 per each order or transactions charged back, even if you made only one request to your card or bank.

**Payments by Credit Card**  - You may pay for certain of the Services using a credit card on the Site. When registering for Services, you will be prompted to provide GateGuard with valid and updated card information. By providing such information and using the Services, you authorize GateGuard to charge such credit card for all Services purchased by you from time to time including all automatic renewal periods. You are responsible for providing complete and accurate billing and contact information to GateGuard and notifying GateGuard in writing of any changes to such information. Without derogating from any other remedy available to GateGuard, if any charge is not processed or is rejected, GateGuard may immediately discontinue your access to the Services. It is agreed that all past due amounts under these Terms shall bear interest at the maximum rate permitted by law, beginning with the date on which the applicable amount became due.

**Cancellations and Refunds**  - You may cancel by providing a written notice 180 business days prior to the lapse of the 360 month period. Day 1 is when you first submit your order. Business days do not include weekends, or National Holidays of the USA. Any notice of termination must be by notarized letter signed by you (or in case you are a company or another legal entity, signed by your Chief Executive) and sent certified mail to our primary business address: 106 West 32nd Street, 2D15, New York NY 10001. There are no cancellations of a year-contract whatsoever, under any circumstances. You are entering into a full year contract upon providing your payment information. There are no refunds whatsoever, under any circumstances.

**Escrow**  - As a precondition for us appearing in court on your matter or providing any of the Services in connection with any investigations or any court, arbitration or other litigation involving you as either plaintiff or defendant, we may require that you deposit any or all of the applicable government fees, court appearance fees or success fees, which may be due in accordance with the terms hereof, with an escrow agent designated by us. Any fees held in escrow shall be released to us by the escrow agent immediately upon their payment becoming due in accordance with the terms hereof. Any amount held in escrow, which exceeds the fees due as aforementioned, shall be returned to you by the escrow agent within a reasonable time after all applicable fees have been duly paid to us.

**Taxes -** All payments under these Terms are of net income. You understand and agree that you shall bear all value added, state, local, withholding, and other taxes or charges applicable to any goods or services purchased in connection with the Site and that GateGuard may deduct such taxes or charges from any payment made in connection with the Site at the applicable rate, as required by applicable law. You further understand and agree that you are solely responsible for determining your applicable tax reporting requirements. You are also solely responsible for remitting to the relevant authority any taxes information required. GateGuard cannot and does not offer tax-related advice to anyone .  You understand and acknowledge that appropriate governmental agencies, departments or authorities where your accommodation is located may require tax to be collected from you and to be remitted to the respective authority. The laws in jurisdictions may vary, but no taxes are included in your price or payments to us .
 Sales tax will be added where required and is not included in the price. We may collect sales tax after the fact, quarterly, yearly, or otherwise as required by applicable law.

**LABOR RATES:**
Standard Labor Rate:  (minimum 2 hours for all labor, plus travel time & expense)
      Low Voltage Technician : $189/hour
      Low Voltage Technician Helper : $90/hour
      Low Voltage Technician Supervisor : $240/hour
      Day Rate: 2 Low Voltage Installers: $1499; Each additional installer $750;
      Teman Executive Team (if required to be on-site or coach labor via phone or video): $900
      /hour

A-1882

Teman Associates : $250 / hour
Teman VPs & Directors : $500 / hour

**GATEGUARD PANEL (INTERCOM SERVICE) PRICING:**
GateGuard Panel (default pricing) : $14,999
GateGuard Panel current retail sales price: $5600
GateGuard Discount price for buildings not qualified for a free unit: $3600
GateGuard Security Deposit on free unis: $849 (see terms)
GateGuard Monthly Fees:
Gold Plan:
1-4 Units: $34.99;  (paid yearly)
5-99 Units: $49.99 ;  (paid yearly)
100+ Units: $149.99;  (paid yearly)

GateGuard Panel insurance deductible: $689;

Teman TAB 700 : $119, and available in sets of 10.

You are required to use only our SIM card on it. The device is locked to our app unless a tenant or you pays to unlock it on a monthly or yearly basis.

Teman TAB 700 Wall Mount : Plastic : $12.50 (sold in sets of 20)
Teman TAB 700 Wall Mount : Metal : $29.99 (sold in sets of 20)

UPS Battery Backup (400 KHH), not installed: $149
UPS Battery Backup (400 KWH), installed: $289
Battery backup required in NYC, Miami, LA, Chicago, if you do not already have one at time due to unreliable power in these cities. We may require the installation and use of one in other cities at our own discretion. This is important to protect the device, and to ensure uptime.
UPS replacement battery: $39;
UPS replacement battery with labor: $149; (required every 36 months)

45-degree angle bracket: $289. Installed by our discretion.
Sheet metal for covering existing holes: $180-2499. Installed at our discretion.

**LOOKLOCK PRICING:**
Pricing never includes taxes or shipping or labor.
LookLock V1 : $749 per lock
LookLock V1 presale price: $239 per lock
LookLock V1 presale price for 100 or more locks: $229 per lock;
LookLock Insurance : $30 per lock. $179 deductible. (Replacement price if uninsured: $749)

**HOTSPOT  & WIFI ROUTER, SWITCHES, ACCESS POINT PRICING:**
(service & installation not included on any)
4G Wifi Hotspot (Rugged): $449
4G Wifi Hotspot (Non-Rugged): $279
4G SIM CARD : $5.99  (service & installation not included)
4G DATA : $16/GB (pooled for all your devices) (rounded up to the nearest 500 MB);
In the event the service provider raises the data price, it will be that data rate plus 20%;
**NETWORK EQUIPMENT:**
SWITCH (16 PORT POE): $399
SWITCH (8 PORT POE): $299
SWITCH (32 PORT POE): $599
**WIRING:**

CAT5 1000 FEET BOX (RISER): $169
CAT5 1000 FEET BOX (PLENUM): $229
1000  FEET LOW VOLTAGE WIRE BOX: $419
CONDUIT (2" x 10ft): $24.50 / piece
CONDUIT (1.5" x 10ft): $15.50 / piece
CONDUIT (1" x 10ft): $9.50 / piece
CONDUIT (3/4" x 10ft): $9.20 / piece
CONDUIT (connectors, junction boxes, etc) :  Our cost plus 25%
All other wire our cost plus 20%;
ENCLOSURES: $249-849 (will depend on side & location)

Case 21-1920, Document 86, 05/25/2022, 3321502, Page219 of 256

A-1883

BATTERY BACKUP (UPS) : $289 (one required)
SHEET METAL COVERS FOR EXISTING INTERCOMS:
    STAINLESS: $550 and up.
        PLAIN STEEL UNPAINTED (YOU WILL  PAINT): $450 and up.

**Camera Kits:**
    $4200 includes 4 IP cameras, 16CH NVR, and cat5, 1 day labor, 2 men.
        Conduit requires additional material costs and often a 2nd day of labor.

**Shipping:**
    At current  courier (UPS, DHL, FEDEX, or other) Rates plus packing materials, plus 15% for handling.

    **Court Appearance & Legal Fees**
      We bill $500/hour ($900/hour for executives) for speaking to any attorney. We bill any and all attorneys fees if you decide to consult with an attorney based on your words or actions.
      We bill $2000 ($4000 for executives) plus $500 per hour ($900/hour for executives) for any court appearances requested by you or resulting from your actions.

    We charge $500 to review and sign any affidavits, and $500 an hour if we must edit or write them.

**Support & Service Call Limits**

Your monthly Gold service plan includes up to five (5) calls and/or emails or a total of three (3) hours of phone or email support per device per month, with every additional call costing $29.99 per call or email. Your monthly Platinum service plan  includes up to five (12) calls and/or emails or a total of three (5) hours of phone or email support per device per month, with every additional call costing $29.99 per call/email.

In the event you report a device is not functioning, but the issue turns out to be the result of your or someone else's actions (a Superintendent unplugging the device, another vendor damaging a lock or wire, someone moving the device, etc.) other than our own team, we will bill you at $149.99/hour for site visits, with a minimum of 2 hours. We strongly recommend and encourage you to have your super or manager instead do a video call with our support team.

**Late fees:**
    Paying more than 30 days late forfeits your security deposit;
    There is  20% monthly interest of any late fees after the first 30 days.
      There is a $10,000 fee for any collections efforts we must begin.
    You are responsible for any and all attorneys fees regardless of outcome.
    If you are late for more than 2 payments your monthly fee will increase by 50% for every 2 payments missed.

**Tax:**
    NY State, NY City, NJ, Delaware, your state, Federal, and Foreign (local, regional, customs, federal) taxes may apply and be added to your invoice or charged later if we are informed of them later by any party. It is your requirement to file an MCI or any other forms which may enable you to skip paying tax.

**Payment:**

Our payment terms are simple: If you pay us on time, the amount owed, and you leave our devices up and running, you do not incur penalties or fees. However, due to the nature of (unfortunately) many property owners who run on the assumption they will not pay vendors (in full or partially), we have instituted strict and harsh penalties to make up for the massive cost of these attempted non-payments. Folks who do not pay their bills hurt you, the customer, because we cannot pay staff to support you or engineers to improve and add to your services, when customers do not pay us. Because we finance against your monthly fees, failing to pay causes great damage and expense, harms our reputation with creditors and investors, and makes growth difficult and stressful, if not impossible. Therefore, we have included a number of ways by which we can collect against folks who do not pay their bills, and ways we can draw payment without needing the actions of even well-meaning but slow and disorganized operators who might otherwise pay late. (We wish we didn't have to do this, but such is the industry)

A-1884

You understand and accept these terms and will not argue later that they are unduly harsh as they are required for us the give you the consideration of free devices and low monthly fees. We appreciate your understanding.

You agree to provide both an ACH (checking account number, routing number, name on account, account name, address, etc.) and Debit (or Credit) Card (number, expiration, security code, address, etc.) for each property. You may also provide a checking account for a management company responsible for all the properties under your management, but you must still provide the checking account for each property if asked.

We may charge your ACH or DEBIT or other account for any labor, deductibles, monthly fees. In the event one of your entities or accounts fails to make a payment, we may take payment from another account or entity of yours signed up for our service. That is every building you sign up acts as a guarantor for each other.

Payments for late fees later than 30 days late are charged a $50 late fee, per late payment. Later than 60 days the fee is $500.

Late payments for amounts greater than $1000 are charged an additional $1000 late fee. After 75 days we send payments to collections, and there is an additional $10,000 fee for any collection efforts, and our legal fees are your responsibility regardless of outcome.

In the event you have us (or cause us to) speak to an attorney for any reason, the fee is $2000 per case and $1000 per hour for our executive staff, and $500/hour for other staff. If we decide upon you introducing legal counsel into a conversation, or suggest the introduction of any legal proceeding or counsel, that we should retain or engage our own counsel, you are responsible for any and all fees.

You are responsible for any and all wire fees, currency exchange fees, bank fees, returned check fees, and the like. We will add these to your bill, and adjust future bills to include these fees. For example if you pay by wire and your and/or our bank charges a total of 10% and $45 for the wire, we will add the different to level-up the payment to the full total due when fees are subtracted. You may (and are encouraged) to provide payment accounts which do not incur such fees.

**Permission to Make Bank Draws & Other Account Draws.**

You give us permission to write and sign checks with your checking and/or savings account(s) information to do a bank draw against your entity (or entities) for the amount it (or they) owe(s).

You agree that if you own multiple entities we may draw against one to collect the debt owed by another, and that you and only you are responsible for balancing the moneys owed between the entities. For example, if your Property A owes us $10,000 and we have the checking account information for your Property B, you agree that Property B is acting as a guarantor of Property A (and all your properties and personal accounts are also acting as a guarantor for all other properties and entities you own in full or partially. To put it in plain English: you agree that if anything you own owes us money, or if you owe us money, we may draw that amount from any bank account or savings or investment account you own in full or in part and it's 100% your responsibility to pay that other account back, not us.

You agree that we may request your account statements from any and all institutions and that they may and must provide them to us, and that we may request of them to pay your past-due bills and they must do so. For example, if you owe us $1, we may go to any and all banks, ask if you have an account, show them the bill, and collect the $1 plus the collections fees and attorneys and staff fees ($10,000 + $2000 + $500/hour minimum) for the collections process. (Tip: Do not not pay your bills!).

You agree we may seize property, real, personal, and digital and sell it to receive the money you owe us, and that we may choose the property at-will, sell it at any value we decide, and are only responsible to return to you any monies paid over the amount you owe plus fees and collections fees.

**Veto and Voiding of any sale of properties in debt to us:**

Because it is unfortunately common for property owners to skip-out on payments when they intend to sell or refinance or transfer ownership of a building, you agree no building can be sold while it owes money to us. You agree the decision as to whether it owes money to is is entirely up to GateGuard. You grant us the right to veto the sale of any asset which owes us money, or any asset you own when

A-1885

another asset you own or manage owes us money. For example, if Property A owes us $10, then you agree we can veto and void the sale of that property. In the event a property owes us money we have the right to reject or void its sale and purchase it for 10% less than the public (city) or private (we hire) appraised value, whichever is lower, regardless of competing bids or existing contracts. You agree that any sale made of a property which owes us money is a voided sale and did not have the right to be sold. (We understand these terms are harsh, but we are extending tremendous credit to you, expensive parts, labor, engineering, skills, support, time, and marketing: Do not not pay your bills -- we will collect.)

**Agreement to not file chargebacks or fraud claims:**

Unfortunately, some landlords (generally in certain parts of Brooklyn) like to take a service and then file bogus chargebacks to effectively get it for free, or hold vendors hostage, so this section is unfortunately necessary to protect us and all of our customers.

You agree to never file a chargeback or fraud claim with your bank, card provider, ACH or checking provider, bill pay service, online or digital payment solution, or similar to the above. You agree to bring any dispute to arbitration, per our agreement. You agree and accept there is a $10,000 fee paid by you to us for every chargeback or fraud claim you file (with your card provider, bank, ACH or checking service, payment service,, or the like), regardless of outcome. You understand chargebacks are not simply a way to request a refund, and that they severely damage our reputation with our payment processor(s), and distract us and harm our ability to do work. If you make one  chargeback request, but it is on three separate charges (for example monthly fees charged on 3 different months), that counts as three chargebacks. In the event your chargeback is successful, in that your card provider or bank pulls the funds from our account and returns them to you, three times the amount of the chargeback is due to us, plus the $10000 per chargeback fee.

In the event any chargeback or fraud claim you file with your card or bank causes them to, or motivates them in any amount, to discontinue serving us, an additional fee of $800,000 or our monthly revenue (whichever is greater), for every month until they reactivate us, is due so that we may continue to operate and serve our customers. Filing a chargeback is a break of our contract and additional penalties and fees may apply for that breach. You agree we may place a lien on any of your or your entity or entities' property and force a sale in the event you refuse to pay these fees.

**Guarantees & Liens**

You agree and accept that you are entering into this contract on behalf of an entity or entities for which you have or have been given permission, and that you personally guarantee this agreement, any and all debts and payments due, and any liabilities incurred. You agree we may place a lien on any and all property of you and/or your entity and/or entities and force the sale of properties at will, at our discretion to pay debts we claim are past-due. You agree that in the event you fraudulently or mistakenly entered into this agreement on behalf of an entity for which you do not have.

**Cancelling**
You may not cancel  this agreement for 10 years. You may not cancel or removal of antennae or connectivity hardware or device agreements of any kind for 15 years. GateGuard has the right to cancel your contract and services at any time for any reason. In the event it is because of poor behavior towards our team or vendors or device or equipment, or you haven't reached 10 years of service, your security deposit is voided. This contract will automatically renew for 15 years unless we received written notice via certified mail within five years of the end of your current contract period.

**Panel Leased if "Free"**
In the event you receive a free GateGuard, the GateGuard Panel may be considered leased to you and $10 of each of the monthly fees part of the payment towards its $14,999 value, and it shall remain under our control, but for your use as long as you keep to the terms or we allow it.

That is, when we say a panel is "free" what we mean is you pay nothing upfront for it, but we will bill you a monthly fee of $10, included in your existing monthly fee, to pay for it, and this payment, and the entire monthly fee is due until you reach $14,999.

We may also gift it to you, and the choice between giving it as a lease or gift shall be at our discretion. In the event we gift a panel to you the taxes are your responsibility ($14,999 value per device).

**5G and other Required Technology Upgrades**

A-1886

In the event we must upgrade technology such as the router, or PCBA board, we may bill you for these costs on one-time or monthly basis, at our discretion, up to $1299 one-time and up to $199 monthly. For example, but not limited to, if the telecom provider(s) require us to upgrade the router from 4G to 5G, or a board must be upgraded from its current specifications, we may bill you to cover the costs of the parts, labor, engineering, servers, hosting, and more, and we are allowed to make a profit doing this. This also applies in the event the government (any government) requires us to modify or replace the device.)

In addition to this, you agree we may charge you up to $1299 every 360 months to upgrade your device, and we may charge this one-time or monthly. (We will do our best to make it monthly.)

Of course, we do not like to raise prices and do not intend to do so, but we must protect the network from surprise increases in costs, which can happen in networking and publicly regulated industries.

**Locks**

LookLocks are your property, but can only be used with our monthly service. We do not support LookLocks if service is cancelled or unpaid. No refunds on LookLocks are ever given.

**PLEASE NOTE: GateGuard RESERVES THE RIGHT TO AMEND THESE PAYMENT TERMS FROM TIME TO TIME IN ITS SOLE DISCRETION, IN WHICH CASE ANY FURTHER PURCHASE OF ADDITIONAL SERVICES OR RENEWAL OF SERVICES SHALL BE SUBJECT TO THE PAYMENT TERMS IN EFFECT AT THE TIME OF ADDITIONAL PURCHASE OR RENEWAL.**

A-1887

| | |
|---|---|
| **From:** | Ariel Reinitz |
| **To:** | Joe@abjnv.com |
| **Subject:** | RE: ABJ Properties / GateGuard, Inc. |
| **Date:** | Thursday, October 11, 2018 11:58:49 AM |
| **Attachments:** | GateGuard.xyz - INVOICE FOR PANEL SYSTEM - ABJ - PRESALE PRICING - 342-346-LENOX-GATE.PDF |

Hi Joe – further to our discussion yesterday, attached is one of GateGuard's invoices for panels/services provided to you. The invoice indicates that your agreement with GateGuard is subject to the terms available here and here.

I'm reviewing the terms now and will circle back shortly re: your request to discontinue GateGuard service.

**Ariel Reinitz**

FisherBroyles, LLP

O: 646.494.6909 | M: 917.587.5520 | Email

**From:** Ariel Reinitz
**Sent:** Thursday, September 6, 2018 10:58 AM
**To:** 'Joe@abjny.com' <Joe@abjny.com>
**Subject:** ABJ Properties / GateGuard, Inc.

Dear Mr. Soleimani,

I am an attorney representing GateGuard, Inc.

I understand there are outstanding fees due under your service agreement with GateGuard. Please let me know who at ABJ I can coordinate with to ensure these fees are paid and resolve any other issues with your agreements with GateGuard.

Thanks,

**Ariel Reinitz**

*Partner*

# FISHERBROYLES®

A LIMITED LIABILITY PARTNERSHIP

445 Park Avenue | Ninth Floor | New York, NY 10022
O: 646.494.6909 | M: 917.587.5520

Email | Web | LinkedIn | Twitter

ATLANTA • AUSTIN • BOSTON • CHARLOTTE • CHICAGO • CINCINNATI • CLEVELAND • COLUMBUS • DALLAS • DENVER • DETROIT • HOUSTON • LOS ANGELES • NAPLES • NEW YORK • PALO ALTO • PHILADELPHIA • PRINCETON • SALT LAKE CITY • SEATTLE • WASHINGTON, D.C.

The information contained in this e-mail message is only for the personal and confidential use of the intended recipient(s). If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

A-1888

# GateGuard.xyz
...e helpful?                    **DUE**

**ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM**

**DATE:** Oct 18

**INVOICE #** GGXYZ_ABJ_1_6b

**RAISE RENTS + NO TAXES: You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.**

**Bill To:**  ABJ Properties
342 Lenox (ABJ Milano Inc)
Joseph Soleimani
joe@ABJny.com

**PAY TO:**

GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | TERMS |
|---|---|---|---|---|
| Ari Teman | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 1.743,00 | $1.743,00 |
| 1 | Installation | | |
| 6 | Monthly Service (6 months upfront) | | |
| | | SUBTOTAL | $1.743,00 |
| | | TAX RATE | EXEMPT |
| | | SALES TAX | |
| | | SHIPPING & HANDLING | |
| | | **TOTAL** | **$1.743,00** |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

A-1889

EXHIBIT

D-15

| | |
|---|---|
| **From:** | Joseph Soleimani |
| **To:** | Ariel Reinitz |
| **Subject:** | RE: SubletSpy hits for order fijj87wr (Sep 18, 2018) |
| **Date:** | Monday, October 22, 2018 10:03:56 AM |

Hi Ariel,

The subscription must have been activated after it was previously deactivated. I had sent him screenshots showing that it was deactivated. In any case, I would like detailed subscription dates for all my subletspy subcriptions. In addition, please have Ari provide details on the tablets including a guaranteed delivery date and features. He had mentioned some type of service which they will all have and I would like to confirm such. Also, please lay out the details of the new gateguard moving forward.

We will also require a general release for anything he is claiming and an agreement that he will no longer continue to file complaints through various government agencies as an act of retaliation.

Thank You and looking forward.



**Joseph Soleimani**
Vice President
**ABJ Properties, Inc.**
1652 Park Avenue, Suite LL
New York, NY 10035
T. 212.860.5560
F. 212.860.5570

**From:** Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com>
**Sent:** Wednesday, October 17, 2018 3:28 PM
**To:** Joseph Soleimani <joe@abjny.com>
**Subject:** FW: SubletSpy hits for order fijj87wr (Sep 18, 2018)

Hi Joe – I spoke to Ari and he indicated that your subscription to 'SubletSpy' remains active (see below report). You can log in using any of the below links (login is done via 'PropertyPanel'). Let me know if this does (or doesn't) work.

The tablets we discussed were delayed in China (needed FCC certification before being shipped).

They are currently on track to arrive in about 2 months (~December 15th). Ari is happy to maintain the order or apply your payment towards current GateGuard installation/service – let me know your preference.

Thanks,

**Ariel Reinitz**
FisherBroyles, LLP
O: 646.494.6909 | M: 917.587.5520 | Email

**From:** Ari Teman <ari@subletspy.com>
**Sent:** Wednesday, October 17, 2018 3:07 PM
**To:** Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com>
**Subject:** Fwd: SubletSpy hits for order fijj87wr (Sep 18, 2018)

A-1890

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Services:

| | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierge |
| | | (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

**10 SECOND VIDEO:**

GateGuard.xyz Face Recognition in Action

https://www.youtube.com/watch?v=1kx-8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

--------- Forwarded message ---------
From: <support.team@subletspy.com>
Date: Tue, Sep 18, 2018 at 8:29 AM
Subject: SubletSpy hits for order fijj87wr (Sep 18, 2018)
To: <joe@abjny.com>
Cc: <ari@subletspy.com>

## Order Update

Hi Joseph,

We have a hits for SubletSpy order **fijj87wr**.
(For security, you will be asked to log into PropertyPanel to view them.)

| Address | Host | Reviews | Last Review | Hit Type | PDF |
|---|---|---|---|---|---|
| 2267 Adam Clayton Powell Jr Blvd | Camille May Baker | 3 | Jul 2018 | Direct Hit | View |

A-1891

| 173 W 133rd St | Richard | 16 | Jan 2018 | Potential (Needs Confirmation) | View |
| 526 W 173rd St | Maurice | 15 | Nov 2017 | Direct Hit | View |
| 173 W 133rd St | David | 22 | Aug 2017 | Potential (Needs Confirmation) | View |
| 524 W 173rd St | Angela | 0 | No reviews | Potential (Needs Confirmation) | View |

We have a Rent Stabilized hits for SubletSpy order **fijj87wr**.

| Address | Host | Hit Type | PDF |
| --- | --- | --- | --- |
| 524 W 173rd St | Melissa Serluco | RS Direct Hit | View |
| 173 W 133rd St | Gombraogo Ouedraogo | RS Direct Hit | View |

Please let us know how we can be helpful.

SubletSpy Support:
support_team@subletspy.com
Ari's email (founder): ari@subletspy.com

You receiving this email because you are client of SubletSpy.

Copyright © 2017 Touchless Labs LLC, All rights reserved.

**A-1892**

**EXHIBIT**

**D-16**

# Notice
# of Hold

...unt(s) shown below.  Funds will be available for withdrawal on the
...ptions printed below are located on the back of this receipt. For further
...bankofamerica.com/depositholds or please call the telephone number

04/19/2019 Acct# *********8085 T00242
Hold Code      Total Dep.      $297,000.00
A              $4,800.00   avail 04/23/19 5PM
D              $292,000.00 avail 04/26/19 9AM

**A-1893**

**EXHIBIT**
**D-29**

*Signature* | **SIGNATURE BANK** | Affidavit Of Counterfeit or Stolen Check - Business

State of _NEW YORK_

ss:

County of _KINGS_

I, _MICHAEL HAAS_ ("Affiant"), being first duly sworn make this affidavit as follows:

1. I am the _OWNER_ f _518 WEST 204 LLC_ ("Company"), which maintains account number _1503226525_ ("Account") at Signature Bank ("Bank") and am authorized by the Company to make the statements made in this Affidavit and to provide the Company's agreement to indemnify, defend and hold harmless the Bank as provided below.

2. As part of my responsibilities at the Company, I issue checks drawn on the Account, and review the Account including checks paid against the Account.

3. On _04/01/2019_, I reviewed the Account and discovered that the following checks ("Checks") have been charged on the Account, which those Checks were not issued, authorized or approved by the Company:

| Date Paid | Check Number | Amount | Payee |
|-----------|--------------|--------|-------|
| 04/01/2019 | 001 | $18,000 | GATEGUARD INC |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

4. Neither I nor anyone else at the Company authorized, issued or approved the Checks.

5. These Checks were:
   ☐ Written on blank checks that were stolen from the Company
   ☒ Written on check forms that were not authorized by the Company

6. Neither I nor the Company knows the payees on these Checks or have any recollection or record of the Company ever owing these payees any money whatsoever.

7. Neither I nor the Company knows who authorized, issued or approved these checks.

In consideration of Signature relying on the statements made in this affidavit, the Company agrees to indemnify, defend, and hold Signature Bank and all of its affiliates, directors, officers, employees, agents, successors, and assigns harmless from and against any and all claims, liabilities, demands, actions, proceedings, judgments, executions, losses, damages, attorney's fees, payments, consequential damages, punitive damages, cost and expenses of any nature whatsoever, that any of them sustains or incurs by reason of having relied on these statements. The obligations under this paragraph shall commence immediately and shall continue in full force and effect indefinitely.

Affiant is aware that (i) this Affidavit is being provided to the Bank to obtain for the Company reimbursement of the amounts of these Checks, (ii) the Bank will rely on this Affidavit to recover the amounts paid with respect to these Checks and (iii) any false statement made in this Affidavit is a violation of the law. Affiant represents and warrants that all statements contained in this Affidavit are true and complete in all respects.

I make this affidavit on this _04_ day of _APRIL_, 20_19_.

Signed: _____

SUBSCRIBED AND SWORN TO before me this _04_ day of _APRIL_, 20_19_.

_____

Notary Public
SEAL

EPHRAIM NIERENBERG
Commissioner of Deeds
City of New York
No. 28183
Certified Filed in Kings County
Commission Expires October 1, 2019

Signature Bank 623

FOIA Confidential Treatment Requested by Signature Bank

200315-0612

SDNY_003116

A-1894

Case 1:19-cr-00696-PAE    Document 128-69    Filed 05/01/20    Pa...

EXHIBIT

D-36

| | |
|---|---|
| **From:** | Ariel Reinitz |
| **To:** | Elie Gabay |
| **Subject:** | RE: Invoice for 20 buildings + Convertible Note |
| **Date:** | Wednesday, March 28, 2018 1:41:19 PM |
| **Importance:** | High |

Dear Mr. Gabay,

I am an attorney representing GateGuard, Inc.

As outlined below, GateGuard has provided materials and performed labor on one or more of Coney Realty's buildings, and the corresponding invoices are now past due. Coney Realty has also entered into agreement(s) with GateGuard for devices and services, payments for which are now due.

As you can imagine, these invoice(s) and agreement(s) are of substantial commercial significance to GateGuard. Coney Realty's conduct has thus caused considerable harm to GateGuard's business (and threatens to cause further harm yet).

I expect that an amicable resolution is of mutual interest to GateGuard and Coney Realty. To that end, **please reply with a prompt introduction to the appropriate personnel at Coney Realty (or your counsel) having authority to resolve this matter**.

Absent a prompt response from Coney Realty, GateGuard may initiate further legal action, including but not limited to the filing of a mechanic's lien.

Sincerely,

**Ariel Reinitz**
*Partner*

# FISHERBROYLES®
A LIMITED LIABILITY PARTNERSHIP

445 Park Avenue | Ninth Floor | New York, NY 10022
O: 646.494.6909 | M: 917.587.5520 | Email | Web | LinkedIn

ATLANTA • AUSTIN • BOSTON • CHARLOTTE • CHICAGO • CINCINNATI • CLEVELAND • COLUMBUS • DALLAS • DENVER • DETROIT • HOUSTON •
LOS ANGELES • NAPLES • NEW YORK • PALO ALTO • PHILADELPHIA • PRINCETON • SALT LAKE CITY • SEATTLE • WASHINGTON, D.C.

The information contained in this e-mail message is only for the personal and confidential use of the intended recipient(s). If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

From: **Ari Teman** <ari@teman.com>
Date: Mon, Mar 26, 2018 at 5:35 PM
Subject: Re: Invoice for 20 buildings + Convertible Note
To: Elie Gabay <elie@coneyrealty.com>
Cc: "Yoni (Jonathan) Irom" <jonathani@gkh-law.com>

Please pay the full invoice for the GateGuard device you got in 100% bad faith immediately before we discuss anything further. This is past-due since January 19th. I will send it to collections and place a lien on your building on Pessach.

You **promised** to not judge us based on the old device, which I didn't want to install for you because it relies on internet and you have Spectrum that always goes offline. You insisted and asked that we credit it toward the payment for the 10 device you ordered online (in which you entered our contract). I agreed based on your 10 building order (for which the contract is binding).

Now you're taking months of my time, making me look like a liar to other investors.

I DID mean to copy my attorney.

Your manager is an idiot and your internet has been off for days, as I said, and as your super told him. I cannot fix your manager being an idiot, but that's not my problem. My problem is you do not keep your end of contracts, you waste my time, and you make false promises. This is why they invented attorneys. I'm done with you. Pay the bill BEFORE you try to talk or it goes to the attorneys. I'm also going to sue you for interupting my business for the last 2 months with your lies.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

| Services: | | |
| --- | --- | --- |
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierce |
| | | (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

**Featured in:**
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

**Visit us for a demo:**
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**10 SECOND VIDEO:**

GateGuard.xyz Face Recognition in Action

https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Mon, Mar 26, 2018 at 5:24 PM, Ari Teman <ari@teman.com> wrote:

> There's no issue with our system. Your internet box is offline. You could plug any computer into that box now and it won't go online.
>
> **Ari Teman | Founder | teman™**
> We make Real Estate proactive with Artificial Intelligence
> 212-203-3714

106 W 32nd Street, NYC
https://teman.com | ari@teman.com
Services:
GateGuard.xyz      |    Face-recognition entry panel, intercom, AI virtual doorman + camera system
LookLock.xyz       |    Smart Lock w/Video Doorbell + Security Camera + Concierge
                        (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key)
PropertyPanel.xyz  |    NYC's #1 property platform: Find, Analyze, Comply, News, more.
SubletSpy.com      |    Catch & Evict Illegal Airbnb-type sublets

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**10 SECOND VIDEO:**

GateGuard.xyz Face Recognition in Action

https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Mon, Mar 26, 2018 at 5:19 PM, Elie Gabay <elie@coneyrealty.com> wrote:

Updated feedback on my end below.

"Given all of the issues we are having with Tieman's system, I am very hesitant to move forward with
him. I think we need to put this entire project on hold. And wait."

Elie Gabay
Coney Realty & Management
Tel: 718-338-2010
Email: elie@coneyrealty.com

**From:** Ari Teman <ari@teman.com>
**Sent:** Monday, March 26, 2018 10:24 AM
**To:** Elie Gabay <elie@coneyrealty.com>
**Subject:** Re: Invoice for 20 buildings + Convertible Note

Updated with tracking. Most changes made as requested.

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com
Services:
GateGuard.xyz      |    Face-recognition entry panel, intercom, AI virtual doorman + camera system
LookLock.xyz       |    Smart Lock w/Video Doorbell + Security Camera + Concierge
                        (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key)

| | PropertyPanel.xyz | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| | SubletSpy.com | Catch & Evict Illegal Airbnb-type sublets |

**Featured in:**
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

**Visit us for a demo:**
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**10 SECOND VIDEO:**

GateGuard.xyz Face Recognition in Action

https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Sun, Mar 25, 2018 at 1:26 PM, Ari Teman <ari@teman.com> wrote:

Mostly workable.

Here are thoughts to them:

1. We need the ability to update the code without updating 1000 landlords. We are rolling out changes slowly, and we test internally, and then on a few devices, and then more and more, but if we discover a critical bug or security flaw, we need to be able to fix it without any delay. We do not make drastic changes -- it's an intercom, not a mobile phone... not much change happening.

2. We need to be able to raise prices -- it's not relevant to these 20 devices since you're paying for the Gold Plan upfront for 10 years. I do not foresee us getting more expensive though. Probably we'll get cheaper and cheaper as time goes on and more folks try to compete (and fail!).

3. Ditto on the 10 year contract -- you're paying for 10 years of service upfront, at a discount. We need the 10 year agreement in place to secure agreements with telecos etc for discounts on SIM card data, etc (they're ok making $5 a month if it's for 120 month, not if it's for 4 months). They require that language. (Obviously if you rip the device out they're unlikely to do anything.)

4. We include 1 free PropertyPanel Basic Account with each device, so you get 20 accounts for the 20 buildings. You are covered for 20 users.

5. We need the ability to remove a panel in the case of ongoing vandalism or network intrusion, but OK, I'm OK nixing this. Obviously if someone is using a device to hack the network, etc., we'll have to take it offline.

A-1898

6.  5H: We self-insure the devices (you pay just $689 to replace a unit if someone breaks it), so just any insurance company would try to get the claim paid by the responsible party or any insurance company covering that damage, we may attempt. For example, if a truck driver backs into the building or the facade collapses. Really, we likely won't bother... we don't lose much replacing one and filling out the claim won't be worth the time unless someone goes around and smashes 100 of our devices in one shot. Technically you are "licensing" the service from us for 10 years, for tax purposes, so we own the device for insurance purposes.

7.  5L: This is important to stay  on -- if we put an antenna across the street on some guy's building who has GateGuard so your building gets good reception, then we need him to keep it on even if he removes the main device, and vice versa. You will not see or notice these devices from the street unless you look for them -- they're like shoebox size or thereabout... like wifi antennae. They help us ensure full signal to devices that are caught between bricks and glass. Obviously if someone rips one of their building it's more-likely we'll just put an antenna on a roof, etc., but we need to deter this.

8.  Ok, you don't have to ban Key or Latch, but if they are on the building people will be able to sneak in through them and we won't have a record of the entry. We recommend 1 device for access control so you force everyone's face into it.

9.  On that note, the terms to not accept an exclusive agreement prevents a manager from accidentally signing a bad contract that forces your intercom (us) off the wall.

10. The "Kiosk" we want to build is about 24"x24" with a tiny label printer so when tenants go to return a package, they print the label and stick it on the box and UPS, etc can identify it. Right now the biggest growing problem is packages stay in the hallway and are stolen, and then they complain to you. This Kiosk, we are checking, can also display the DOB/HPD info so you never get a fine for not putting up their latest required sign.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

| Services: | | |
|---|---|---|
| GateGuard.xyz | | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| LookLock.xyz | | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | | Catch & Evict Illegal Airbnb-type sublets |

**Featured in:**
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

**Visit us for a demo:**
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

| 10 SECOND VIDEO: |
|---|
| GateGuard.xyz Face Recognition in Action |

https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Sun, Mar 25, 2018 at 1:42 AM, Elie Gabay <elie@coneyrealty.com> wrote:

Didn't mean to send it to your attorney. I just hit reply to all.

Elie Gabay
Coney Realty & Management
Tel: (718) 338-2010
Fax: (718) 338-7900

**From:** Elie Gabay
**Sent:** Sunday, March 25, 2018 1:42 AM
**To:** 'Ari Teman' <ari@teman.com>
**Cc:** Yoni (Jonathan) Irom <jonathani@gkh-law.com>
**Subject:** RE: Invoice for 20 buildings + Convertible Note

Proposed changes to terms and conditions attached.
Lets discuss once you've had a chance to review.

Thanks,

Elie Gabay
Coney Realty & Management
Tel: (718) 338-2010
Fax: (718) 338-7900

**From:** Ari Teman <ari@teman.com>
**Sent:** Tuesday, March 13, 2018 6:28 PM
**To:** Elie Gabay <elie@coneyrealty.com>
**Cc:** Yoni (Jonathan) Irom <jonathani@gkh-law.com>
**Subject:** Invoice for 20 buildings + Convertible Note

Hi Elie,

Great chatting and thanks again. I'm excited to work together on this and appreciate your faith in me and the team.

Here is:

1. a template you can use for the 20 buildings. We can batch it for you if you need. If your office can send the 20 checks or wire this week that'll be helpful so I can make the wire to China and fly there next week to oversee final production steps.

2. the $40k convertible note to FRIEND OR FRAUD INC (which holds Property Panel INC,

GateGuard INC, and LookLock.xyz, but not SubletSpy, as mentioned). This is the same note **and terms Kerry Miller (Goldman Sachs, now a VC) did** -- based on the Y Combinator SAFE note. Copied is Yoni Irom of GKH law (they were Waze's law firm) with any questions.

Here is the wiring for the note:

> **WIRE INSTRUCTIONS FOR THE NOTE:**
> Bank name: Bank of America
> Address: 100 North Tryon Street, Charlotte, North Carolina 28255
> Phone number: +17043865681
> Website: http://www.bankofamerica.com/
> SWIFT code: BOFAUS3N
>
> Friend or Fraud  INC
> ACCOUNT: 483056100351
> ROUTING: 021000322

Let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

| Services: | | |
|---|---|---|
| GateGuard.xyz | | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| LookLock.xyz | | Smart Lock w/Video Doorbell + Security Camera + Concierce (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

> **10 SECOND VIDEO:**
>
> GateGuard.xyz Face Recognition in Action
>
> https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement

A-1901

A-1902

**EXHIBIT**

**D-49**

**CHASE ◯**

CLMSENCL0020

## DECLARATION
### (UNAUTHORIZED REMOTELY CREATED CHECK)

**I swear and state under penalties of perjury** that the remotely created check identified below (the "Checks"  whether one or more) were not authorized and:

1)  I am  (check one):
☐ the  owner    ☐ the_____(title) of_____(entity name), which is the owner, ("Customer") of the following account ("Account") at JPMorgan Chase Bank, N.A. ("Chase"):

Customer Name on Account:    _____
Account Number:    _____

2)  Each of the checks described below is a "remotely created check," i.e., a check that was not created by the paying  bank and that does not bear a signature applied or purported to be applied by the Customer.

Check number (if any):      Date:          Amount:          Payee name:

_____    _____

_____    _____

3)  Please indicate type/reason the checks were not authorized:
☐  Customer did not authorize the checks **in the payee name stated on the checks**.
☐  Customer did not authorize the checks **in the amounts stated on the checks**.

4)  If the person or entity that created the checks is known to you, indicate the relationship and provide any information you may have about this person or entity, including name, address and telephone number.

_____

_____

I understand that making a false sworn statement is subject to federal and/or state statutes and may be punishable by fines and/or by imprisonment. Chase may require further information concerning this matter, which I agree to provide. I also  understand that Chase or other persons or entities, such as  law enforcement, may require my assistance  in connection with any criminal or civil prosecution of the wrongdoer(s). Should that arise, I agree to cooperate fully, including the giving of testimony and appearing at a trial. Should I refuse to cooperate, Chase may revoke any payment to Customer, including charging the amount of any payment to any account of the Customer.

**SWORN TO AND EXECUTED ON** this_____day of_____, 20 _____

_____
Signature

_____
If Customer is a Business/Title of Authorized Signer

Please keep a copy for your records and mail or fax the following information to the address or number below:

JPMorgan Chase Bank, N.A.
Customer Claims Department
Attn: OH1-1039
1111 Polaris Pkwy
Columbus, OH 43240-2050
**1-866-661-4125 (Fax)**

**SB1102121-F2**

A-1903

# CHASE ○

Mail Code TX3-7849
PO Box 659809
San Antonio, TX 78265-9109

**Questions?**
📞 1-866-564-2262
TTY 1-800-242-7383
💻 www.chase.com
FAX 1-866-661-4125

**EXHIBIT**

**D-51**

00496 LAW 802 001 12319 NNNNNNNNNNNN CLMS0021
**ABJ MILANO, LLC**
1652 PARK AVE STE LL
NEW YORK NY 10035-4643

May 02, 2019

## *Action Needed:*   **Please provide us more information about your claim**

Date of Inquiry:    05/02/2019
Account ending in:      1672
Check(s):

Dear ABJ MILANO, LLC,

We reviewed your claim and need more information to complete our research. Your claim is now closed, but we'll reopen it as soon as you respond.

**Here's what we need from you**
- Please return the completed affidavit or declaration

**Here's how you can send us your claim documents (if requested)**
- Fax them to 1-866-661-4125, or
- Mail them to:
  Customer Claims Department
  OH1-1039
  1111 Polaris Pkwy
  Columbus, OH 43240-2050

If you have questions, please call us anytime at 1-866-564-2262.

Sincerely,

Customer Claims Department

Enclosure

JPMorgan Chase Bank, N.A. Member FDIC **SB1102121-F2**

CLMS0021

SDNY_007783   **4479**

A-1904

EXHIBIT

D52

exhibitsticker.com





**RCC BREACH**

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

*111012822*
05/07/2019
2190934238

*19350001*
*6111*
*1*
*09553*

ABJ Milano LLC
New York, NY

JP Morgan Chase Bank
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to
order of          GateGuard INC

This amount:***Five Thousand and 00/1000 dollars.          $5000

MEMO:    ATTORNEY USE FEE
         2041 Adam Clayton

DRAW PER CONTRACT, NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law &
Contract at gateguard.xyz/legal/terms.php accepted by above client.,
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

**RCC BREACH**

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

*111012822*
05/07/2019
2190934250

*19350001*
*6111*
*2*
*09555*

ABJ Lennox LLC
New York, NY

JP Morgan Chase Bank
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to
order of          GateGuard INC

This amount:***Five Thousand and 00/1000 dollars.          $5000

MEMO:    ATTORNEY USE FEE
         102 W. 438th Street [Gate]

DRAW PER CONTRACT, NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law &
Contract at gateguard.xyz/legal/terms.php accepted by above client.,
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

111012822 05/07/2019
2035062195 RR - 4
111900057 04/19/2019
2190934238 RR - 4

↓Do not endorse or write below this line↓

ENDORSE CHECK HERE
X

BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Seq: 12
Batch: 393741
Date: 04/19/19

>021000322< 05/06/2019
7777777777

---

111012822 05/07/2019
2035062199 RR - 4
111900057 04/19/2019
2190934250 RR - 4

↓Do not endorse or write below this line↓

ENDORSE CHECK HERE
X

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Seq: 24
Batch: 393741
Date: 04/19/19

>021000322< 05/06/2019
7777777777

A-1906



## RCC BREACH

*111012822*
05/07/2019
2190934252

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*3*
*09557*



ABJ Lennox LLC
New York, NY

JP Morgan Chase Bank
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to order of     GateGuard INC

This amount:***Five Thousand and 00/1000 dollars.          $5000

MEMO:   ATTORNEY USE FEE
346 Lenox Avenue [Door]

DRAW PER CONTRACT, NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legal/terms.php accepted by above client.
Contact us 212-203-3714 with questions.

"041914"  "021000021"  833579100"

"041914"  4:021000021:  833579100"  "0000500000"

## RCC BREACH

*111012822*
05/07/2019
2190934254

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*4*
*09559*

ABJ Lennox LLC
New York, NY

JP Morgan Chase Bank
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to order of     GateGuard INC

This amount:***Five Thousand and 00/1000 dollars.          $5000

MEMO:   ATTORNEY USE FEE
342-346 Lenox Ave [Gate]

DRAW PER CONTRACT, NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legal/terms.php accepted by above client.
Contact us 212-203-3714 with questions.

"041908"  "021000021"  833579100"

"041908"  4:021000021:  833579100"  "0000500000"

A-1907



### A-1908



## RCC BREACH

*111012822*
05/07/2019
2190934259

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*5*
*09561*



ABJ Milano LLC
New York, NY

JP Morgan Chase Bank
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to
order of          GateGuard INC

This amount:***Five Thousand and 00/1000 dollars.          $5000

MEMO:    ATTORNEY USE FEE
66 W 127

DRAW PER CONTRACT, NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legal/terms.php accepted by above client.
Contact us 212-203-3714 with questions.

⑈041902⑈   ⑆021000021⑆   7821216 72⑈

---

⑈041902⑈  ⑆021000021⑆          7821216 72⑈  ⑈0000500000⑈

---

## RCC BREACH

*111012822*
05/07/2019
2190934253

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*6*
*09563*

ABJ Lennox LLC
New York, NY

JP Morgan Chase Bank
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to
order of          GateGuard INC

This amount:***Five Thousand and 00/1000 dollars.          $5000

MEMO:    ATTORNEY USE FEE
342 Lennox Ave [Door]

DRAW PER CONTRACT, NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legal/terms.php accepted by above client.
Contact us 212-203-3714 with questions.

⑈041911⑈   ⑆021000021⑆   833579100⑈

---

⑈041911⑈  ⑆021000021⑆          833579100⑈  ⑈0000500000⑈

111012822 05/07/2019
2035062208 RR - 4
111900057 04/19/2019
2190934239 RR - 4

↓Do not endorse or write below this line↓

ENDORSE CHECK HERE

X

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC.
021000322

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Seq: 13
Batch: 393741
Date: 04/19/19

>021000322< 05/06/2019
7777777777

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.

| Security Features: | Results of check alteration: |
|---|---|
| Micro Printing | Small type in border of check and endorsement area appears blurred if copied or scanned |
| Watermark | Artificial watermark on back. Hold at an angle to view. |
| Colored Background | Void copy protection |

111012822 05/07/2019
2035062216 RR - 4
111900057 04/19/2019
2190934253 RR - 4

↓Do not endorse or write below this line↓

ENDORSE CHECK HERE

X

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Seq: 27
Batch: 393741
Date: 04/19/19

>021000322< 05/06/2019
7777777777

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.

| Security Features: | Results of check alteration: |
|---|---|
| Micro Printing | Small type in border of check and endorsement area appears blurred if copied or scanned |
| Watermark | Artificial watermark on back. Hold at an angle to view. |
| Colored Background | Void copy protection |



A-1910



## RCC BREACH

*111012822*
05/07/2019
2190934249

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*7*
*09565*

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to
order of          GateGuard INC

This amount:***Five Thousand and 00/1000 dollars.          $5000

MEMO:   ATTORNEY USE FEE
$39 Lennox Avenue [Gate]

DRAW PER CONTRACT. NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law It
Contract at gateguard.xyz/legal/terms.php accepted by above client..
Contact us 212-203-3714 with questions

"041923"   ":021000021:"        833579100"

"041923"   4:021000021:        833579100"  "0000500000"

## RCC BREACH

*111012822*
05/07/2019
2190934251

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*8*
*09567*

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date. 4/19/19

Pay to
order of          GateGuard INC

This amount:***Five Thousand and 00/1000 dollars.          $5000

MEMO:   ATTORNEY USE FEE
100 W. 138th Street [Gate]

DRAW PER CONTRACT. NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law It
Contract at gateguard.xyz/legal/terms.php accepted by above client..
Contact us 212-203-3714 with questions

"041917"   ":021000021:"        833579100"

"041917"   4:021000021:        833579100"  "0000500000"

A-1911



Seq: 23
Batch: 393741
Date: 04/19/19

↓Do not endorse or write below this line ↓



Seq: 25
Batch: 393741
Date: 04/19/19

↓Do not endorse or write below this line ↓

A-1912

00006 2945017 000055 000109 0008/0015

*111012822*
05/07/2019
2190934242

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*9*
*09569*

[021000322] 05/06/2019 7777777777777

RCC BREACH

ABJ Milano LLC
New York, NY

JP Morgan Chase Bank
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to order of GateGuard INC

This amount:***Ten Thousand and 00/100 dollars. $10000

MEMO: COLLECTIONS FEE
66 W 127

DRAW PER CONTRACT. NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law to honor it. Contract at gateguard.xyz/legal/terms.php accepted by above client. Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041903⑈ ⑆021000021⑆ 782121672⑈

⑈041903⑈ 4⑆021000021⑆ 782121672⑈ ⑈0001000000⑈

*111012822*
05/07/2019
2190934258

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*10*
*09571*

[021000322] 05/06/2019 7777777777777

RCC BREACH

ABJ Lennox LLC
New York, NY

JP Morgan Chase Bank
349 Fifth Ave
New York, NY 10016

Date. 4/19/19

Pay to order of GateGuard INC

This amount:***Ten Thousand and 00/100 dollars. $10000

MEMO: COLLECTIONS FEE
346 Lenox Avenue [Door]

DRAW PER CONTRACT. NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law to honor it. Contract at gateguard.xyz/legal/terms.php accepted by above client. Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041915⑈ ⑆021000021⑆ 833579100⑈

⑈041915⑈ 4⑆021000021⑆ 833579100⑈ ⑈0001000000⑈

Case 21-1920, Document 86, 05/25/2022, 3321502, Page249 of 256

111012822 05/07/2019
2035062197 RR - 4
111900057 04/19/2019
2190934242 RR - 4

ENDORSE CHECK HERE

X

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Seq: 16
Batch: 393741
Date: 04/19/19

>021000322< 05/07/2019
7777777777

Seq:00016 04/19/19
BAT:393741 AC:8750006586
WT:01 LTP5 Jacksonville
BC:Lincoln Road Mall BC FL7-998

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.

Security Features: Results of check alteration:
- Micro Printing - Small type in border of check and endorsement area appears blurred when scanned
- Watermark - Artificial watermark on back. Hold at an angle to view
- Colored Background - Void copy pantograph

↓Do not endorse or write below this line ↓

111012822 05/07/2019
2035062202 RR - 4
111900057 04/19/2019
2190934258 RR - 4

ENDORSE CHECK HERE

X

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Seq: 32
Batch: 393741
Date: 04/19/19

>021000322< 05/07/2019
7777777777

Seq:00032 04/19/19
BAT:393741 AC:8750006586
WT:01 LTP5 Jacksonville
BC:Lincoln Road Mall BC FL7-998

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.

Security Features: Results of check alteration:
- Micro Printing - Small type in border of check and endorsement area appears blurred when scanned
- Watermark - Artificial watermark on back. Hold at an angle to view.
- Colored Background - Void copy pantograph

↓Do not endorse or write below this line ↓



111012822 05/07/2019
2035062211 RR - 4
111900057 04/19/2019
102190934243 RR - 4

↓Do not endorse or write below this line↓

ENDORSE CHECK HERE
X
PAY BANK OF AMERICA
FOR DEPOSIT O…
GATEGU…
02…

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Seq: 17
Batch: 393741
Date: 04/19/19

>021000322< 05/06/2019
7777777777

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.

| Security Features: | Results of check alteration: |
| --- | --- |
| • Micro-Printing | • Small type in border of check and endorsement area appears blurred if copied or scanned |
| • Watermark | • Artificial watermark on back. Hold at an angle to view. |
| • Colored Background | • Void copy protection |

111012822 05/07/2019
2035062212 RR - 4
111900057 04/19/2019
102190934245 RR - 4

↓Do not endorse or write below this line↓

ENDORSE CHECK HERE
X
PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Seq: 19
Batch: 393741
Date: 04/19/19

>021000322< 05/06/2019
7777777777

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.

| Security Features: | Results of check alteration: |
| --- | --- |
| • Micro-Printing | • Small type in border of check and endorsement area appears blurred if copied or scanned. |
| • Watermark | • Artificial watermark on back. Hold at an angle to view. |
| • Colored Background | • Void copy protection. |

**A-1915**

*111012822*
05/07/2019
102190934243

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON–4
RCC WARRANTY
BREACH

*19350001*
*6111*
*23*
*09597*

# RCC BREACH



ABJ Lennox LLC
New York, NY

JP Morgan Chase Bank
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to
order of        GateGuard INC

This amount:***Eighteen Thousand and 00/100 dollars.        $18000

MEMO:   DEVICE REMOVAL FEE
629 Lenox Avenue [Gate]

DRAW PER CONTRACT, NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legal/terms.pho accepted by above client.
Contact us 212-203-3714 with questions.

⑈041922⑈ ⑆021000021⑈ 833579100⑈ ⑈0001800000⑈

*111012822*
05/07/2019
102190934245

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON–4
RCC WARRANTY
BREACH

*19350001*
*6111*
*24*
*09599*

# RCC BREACH



ABJ Lennox LLC
New York, NY

JP Morgan Chase Bank
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to
order of        GateGuard INC

This amount:***Eighteen Thousand and 00/100 dollars.        $18000

MEMO:   DEVICE REMOVAL FEE
109 W. 138th Street [Gate]

DRAW PER CONTRACT, NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legal/terms.pho accepted by above client.
Contact us 212-203-3714 with questions.

⑈0041916⑈ ⑆021000021⑈ 833579100⑈ ⑈0001800000⑈

111012822 05/07/2019
2035062209 RR - 4
111900057 04/19/2019
102190934246 RR - 4

↓Do not endorse or write below this line↓

ENDORSE CHECK HERE

X

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Seq: 20
Batch: 393741
Date: 04/19/19

Seq:00020 04/17/19
BAT:393741 DC:0758806586
WT:01 LTPS Jacksonville
BC:Lincoln Road Mall BC FL7-998

>021000322< 05/06/2019
777777777772

*Listed below are the security features provided on this document which meet and/or exceed industry guidelines.*

| Security Features: | Results of check alteration |
| --- | --- |
| • Micro-Printing | • Small type in border of check and endorsement area appears blurred if copied or scanned. |
| • Watermark | • Artificial watermark on back. Hold at an angle to view. |
| • Colored Background | • Void copy protection |

111012822 05/07/2019
2035062210 RR - 4
111900057 04/19/2019
2190934244 RR - 4

↓Do not endorse or write below this line↓

ENDORSE CHECK HERE

X

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Seq: 18
Batch: 393741
Date: 04/19/19

Seq:00018 04/13/19
BAT:393741 DC:0758806586
WT:01 LTPS Jacksonville
BC:Lincoln Road Mall BC FL7-998

>021000322< 05/06/2019
777777777772

*Listed below are the security features provided on this document which meet and/or exceed industry guidelines.*

| Security Features: | Results of check alteration: |
| --- | --- |
| • Micro-Printing | • Small type in border of check and endorsement area appears blurred if copied or scanned. |
| • Watermark | • Artificial watermark on back. Hold at an angle to view. |
| • Colored Background | • Void copy protection. |

Case 21-1920, Document 86, 05/25/2022, 3321502, Page252 of 256

A-1917

*111012822*
05/07/2019
102190934246

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*21*
*09593*

## RCC BREACH

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to order of      GateGuard INC

This amount:***Eighteen Thousand and 00/100 dollars.      $18000

MEMO:   DEVICE REMOVAL FEE
348 Lenox Avenue [Door]

DRAW PER CONTRACT. NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law to Contract at gateguard.xyz/legal/terms.php accepted by above client. Contact us 212-203-3714 with questions.

⑆041913⑆ ⑆021000021⑆ 833579100⑈

⑆041913⑆ ⑆021000021⑆        833579100⑈ ⑈0001800000⑉

*111012822*
05/07/2019
2190934244

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*22*
*09595*

## RCC BREACH

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to order of      GateGuard INC

This amount:***Eighteen Thousand and 00/100 dollars.      $18000

MEMO:   DEVICE REMOVAL FEE
102 W. 138th Street [Gate]

DRAW PER CONTRACT. NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law to Contract at gateguard.xyz/legal/terms.php accepted by above client. Contact us 212-203-3714 with questions.

⑆041919⑆ ⑆021000021⑆ 833579100⑈

⑆041919⑆ ⑆021000021⑆        833579100⑈ ⑈0001800000⑉

A-1918



Seq: 22
Batch: 393741
Date: 04/19/19

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322
DEPOSITORY BANK ENDORSEMENT
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

↓Do not endorse or write below this line ↓



Seq: 14
Batch: 393741
Date: 04/19/19

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322
DEPOSITORY BANK ENDORSEMENT
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

↓Do not endorse or write below this line ↓



*111012822*
05/07/2019
102190934248

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*19*
*09589*



# RCC BREACH

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date. 4/19/19

Pay to
order of       GateGuard INC

This amount:***Eighteen Thousand and 00/100 dollars.        $18000

MEMO:  DEVICE REMOVAL FEE          DRAW PER CONTRACT. NO SIGNATURE REQUIRED
       342-346 Lenox Ave [Gate]         NOTE TO BANK: This is a valid check. You are required by law it
                                        Contract at gateguard.xyz/legalterms.php accepted by above client.
                                        Contact us 212-203-3714 with questions.

*041907*    *021000021*        833579100*

*041907*  *021000021*        833579100*  *000180000*

---

*111012822*
05/07/2019
2190934240

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*20*
*09591*

# RCC BREACH

**ABJ Milano LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date 4/19/19

Pay to
order of       GateGuard INC

This amount:***Eighteen Thousand and 00/100 dollars.        $18000

MEMO:  DEVICE REMOVAL FEE          DRAW PER CONTRACT. NO SIGNATURE REQUIRED
       2041 Adam Clayton            NOTE TO BANK: This is a valid check. You are required by law it
                                    Contract at gateguard.xyz/legalterms.php accepted by above client.
                                    Contact us 212-203-3714 with questions.

*041904*   *021000021*         782121672*

*041904*  *021000021*         782121672*  *000180000*

Case 21-1920, Document 86, 05/25/2022, 3321502, Page256 of 256

111012822 05/07/2019
2035062196 RR - 4
111900057 04/19/2019
2190934241 RR - 4

↓Do not endorse or write below this line↓

ENDORSE CHECK HERE

X

…t BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322

DO NOT WRI[illegible] BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Seq: 15
Batch: 393741
Date: 04/19/19

Seq:00015 04/19/19
BAT:393741 [illegible]
WT:01 LTPS [illegible]sonville
BC:Lincoln [illegible] Mall BC FL7-998

>021000322< 05/08/2019
7777777777

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.

| Security Features: | Results of check alteration: |
| --- | --- |
| • Micro-Printing | • Small type in border of check and endorsement area appears blurred if copied or scanned. |
| • Watermark | • Artificial watermark on back. Hold at an angle to view. |
| • Colored Background | • Void copy protection |

111012822 05/07/2019
2035062198 RR - 4
111900057 04/19/2019
2190934247 RR - 4

↓Do not endorse or write below this line↓

ENDORSE CHECK HERE

X PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Seq: 21
Batch: 393741
Date: 04/19/19

Seq:00021 04/19/19
BAT:393741 [illegible]
WT:01 LTPS [illegible]sonville
BC:Lincoln [illegible] Mall BC FL7-998

>021000322< 05/08/2019
7777777777

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.

| Security Features: | Results of check alteration: |
| --- | --- |
| • Micro Printing | • Small type in border of check and endorsement area appears blurred if copied or scanned. |
| • Watermark | • Artificial watermark on back. Hold at an angle to view. |
| • Colored Background | • Void copy protection |