

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 2, 2023

By CM/ECF
Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    **United States v. Ari Teman**
            **Docket No. 21-1920**
            **Argument Date: Not Set**

Dear Ms. Wolfe:

    On behalf of the Government, I respectfully write to update the Court that I am unavailable for oral argument in the above-referenced appeal on January 11, 12, and 13; February 3, 20, 21, and 23; March 6-17; and April 3-14.

                                            Respectfully submitted,

                                            DAMIAN WILLIAMS
                                            United States Attorney for the
                                            Southern District of New York

                         By: /s/ Kedar S. Bhatia
                               Kedar S. Bhatia
                               David Abramowicz
                               Assistant United States Attorneys
                               Tel: (212) 637-2465/6525

cc: Eden Quainton, Esq. (via CM/ECF)